IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IVETTE M. MARTÍNEZ GONZÁLEZ,** *et als.*<br><br>Plaintiffs<br><br>v.<br><br>**CATHOLIC SCHOOLS OF THE ARCHDIOCESES OF SAN JUAN THE PROVISIONS OF PENSION PLAN,** *et als.*<br><br>Defendants | **CIVIL NO. 16-2077 (JAG)**<br><br>CIVIL ACTION UNDER E.R.I.S.A.; PRELIMINARY AND PERMANENT INJUNCTION; TEMPORARY RESTRAINING ORDER |

**NOTICE OF APPEARANCE**

TO THE HONORABLE COURT:

COMES NOW the undersigned attorney and files this Notice of Appearance as retained counsel for the Superintendence of the Catholic Schools of the Archdioceses of San Juan and Mr. Samuel Soto in the above-styled and numbered cause.

WHEREFORE, co-defendants move the Court to take notice of the undersigned attorney's appearance on their behalf.

I CERTIFY that today I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

In San Juan, Puerto Rico, this 30th day of June 2016.

**SCHUSTER AGUILÓ LLC**
PO Box 363128
San Juan, Puerto Rico 00936-3128
Telephone: (787) 705-7198
Telefax: (787) 765-4611

s/Jaime L. Sanabria-Montañez
USDC No. 225307
jsanabria@salawpr.com