IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IVETTE M. MARTÍNEZ GONZÁLEZ, et als.<br><br>**Plaintiffs**<br><br>v.<br><br>**CATHOLIC SCHOOLS OF THE ARCHDIOCESES OF SAN JUAN THE PROVISIONS OF PENSIONS PLAN, et als.**<br><br>**Defendants** | CIVIL NO. 16-2077 (JAG)<br><br>CIVIL ACTION UNDER E.R.I.S.A.; PRELIMINARY AND PERMANENT INJUCTION; TEMPORARY RESTRAINING ORDER |

**NOTICE OF APPEARANCE**

TO THE HONORABLE COURT:

COMES NOW the undersigned attorney and files this Notice of Appearance as retained counsel for the Superintendence of the Catholic Schools of the Archdioceses of San Juan and Mr. Samuel Soto in the above-styled and numbered cause.

WHEREFORE, co-defendants move the Court to take notice of the undersigned attorney's appearance on their behalf.

I CERTIFIY that today I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

In San Juan, Puerto Rico, this 13th of July 2016.

                                        **[S] FRANK ZORRILLA MALDONADO**
                                        USDC-PR No. 204107
                                        P. O. Box 191783
                                        San Juan, PR  00919-1783
                                        Phone  (787) 250-1510
                                        Fax: (787) 754-4951
                                        Email: fzorrilla@fzmlaw.com