IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IVETTE M. MARTÍNEZ GONZÁLEZ, et als.<br><br>Plaintiffs<br><br>v.<br><br>CATHOLIC SCHOOLS OF THE ARCHDIOCESES OF SAN JUAN THE PROVISIONS OF PENSIONS PLAN, et als.<br><br>Defendants | CIVIL NO. 16-2077 (JAG)<br><br>CIVIL ACTION UNDER E.R.I.S.A.; PRELIMINARY AND PERMANENT INJUCTION; TEMPORARY RESTRAINING ORDER |

NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

**COMES NOW** the undersigned attorney and files this Notice of Appearance as retained counsel for the Catholic School Employees Pension Trust in the above-styled and numbered cause.

**WHEREFORE**, co-defendants move the Court to take notice of the undersigned attorney's appearance on their behalf.

**I CERTIFY** that today I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

In San Juan, Puerto Rico, this 20th of July 2016.

                                                **[S] JESÚS R. RABELL MÉNDEZ**
                                                USDC-PR No. 126701
                                                **RABELL MÉNDEZ, C.S.P.**
                                                P.O. Box 195580
                                                San Juan P. R. 00919-5580
                                                Phone: (787) 764-1212
                                                Email: jesusrabell@gmail.com