IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IVETTE M. MARTÍNEZ GONZÁLEZ, et als.<br><br>Plaintiffs<br><br>v.<br><br>CATHOLIC SCHOOLS OF THE ARCHDIOCESES OF SAN JUAN THE PROVISIONS OF PENSIONS PLAN, et als.<br><br>Defendants | CIVIL NO. 16-2077 (JAG)<br><br>CIVIL ACTION UNDER E.R.I.S.A.; PRELIMINARY AND PERMANENT INJUCTION; TEMPORARY RESTRAINING ORDER |

## MOTION FOR LEAVE TO FILE EXHIBIT IN SPANISH AND SUBSTITUTE WITH CERTIFIED TRANSLATION

**TO THE HONORABLE COURT:**

**COME NOW** the Superintendence of the Catholic Schools of the Archdioceses of San Juan and Trust of the Catholic Schools of the Archdioceses of San Juan Pension Plan through counsel, and respectfully state and pray as follows:

1. Defendants failed a Motion to Dismiss on July 20, 2016. In said Motion to Dismiss defendants included one Exhibit in Spanish, the Pastoral Letter of Education, Exhibit 2. Defendants inadvertently did not Filed a Motion for Leave to File said Exhibit in Spanish.

2. Defendants are conscious of Local Rule 5(g), concerning the filing of certified translations of documents in the Spanish language and therefore request the authorization to substitute the document with the certified translation by August 3, 2016, the date in which the official translation by a Certified Court Reporter will be ready for filing.

**WHEREFORE**, defendants respectfully requests that this Honorable Court authorize to file the certified translation of Exhibit 2, included in the Motion to Dismiss on or before August 3, 2016.

**RESPECFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 27 of July 2016.

**CERTIFICATION**: I certify that, on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will automatically send notification of this filing to all counsel of record.

[S] FRANK ZORRILLA MALDONADO
USDC-PR No. 204107
FRANK ZORRILLA LAW OFFICE
Attorney for Defendant: Trust of the Catholic Schools of the Archdioceses of the San Juan Pension Plan
P. O. Box 191783
San Juan, PR  00919-1783
Phone (787) 250-1510
Fax: (787) 754-4951
Email: fzorrilla@fzmlaw.com

**JAIME L. SANABRIA MONTAÑEZ**
USDC-PR No. 225307
SCHUSTER AGUILÓ LLC
Attorney for Defendants: Superintendence of the Catholic Schools of the Archdioceses of San Juan and Samuel Soto
P. O. Box 363128
San Juan, PR 00936-3128
Phone (787) 765-4646
Telefax: (787) 765-4611
Email: jsanabria@salawpr.com


**[S]JESÚS R. RABELL MÉNDEZ**
USDC-PR No. 126701
RABELL MÉNDEZ, C.S.P.
Attorney for Defendant Trust of the Catholic Schools of the Archdioceses of the San Juan Pension Plan
P.O. Box 195580
San Juan   PR  00919-5580
Phone (787) 764-1212
Email: jesusrabell@gmail.com