**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **IVETTE M. MARTÍNEZ GONZÁLEZ, ET AL.,** | |
| **Plaintiffs** | CIVIL No. 16-2077 (GAG) |
| **v.** | |
| **CATHOLIC SCHOOLS OF THE ARCHDIOCESES OF SAN JUAN PENSION PLAN, ET AL** | |
| **Defendants** | |

**INFORMATIVE MOTION**

**TO THE HONORABLE COURT:**

COME NOW the Superintendence of the Catholic Schools of the Archdioceses of San Juan (hereinafter "the Superintendence"), the Trust of the Catholic Schools of the Archdiocese of San Juan Pension Plan and Mr. Samuel Soto, without submitting to the jurisdiction of the Court and without waiving any affirmative defenses, including defective and insufficient service of process, through counsel, respectfully state, allege and pray as follows:

1. The Court granted Plaintiffs leave to file a Second Amended Complaint. See Docket No. 93.

2. Plaintiffs have not filed the Second Amended Complaint.

3. Since the Court granted an extension of time to answer the Second Amended Complaint, Defendants filed an answer to the document attached to Plaintiffs' Motion Requesting Leave (Docket No. 89).

4. Defendants reserve the right to file a responsive pleading to the Second Amended Complaint after Plaintiffs finally file the document authorized by the Court on February 9, 2017.

WHEREFORE, it is respectfully requested that this Honorable Court take notice of the above.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 1st day of March, 2017.

WE HEREBY CERTIFY that on this same date we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**SCHUSTER AGUILÓ LLC**
**Attorneys for Defendants: Superintendence of the Catholic Schools of the Archdioceses of San Juan and Samuel Soto**
PO Box 363128
San Juan, Puerto Rico 00936-3128
Telephone: (787) 765-4646
Telefax: (787) 765-4611

s/Pedro A. Busó García                          s/Jaime L. Sanabria Montañez
Pedro A. Busó García                             Jaime L. Sanabria Montañez
USDC PR No. 222511                            USDC PR No. 225307
pbuso@salawpr.com                              jsanabria@salawpr.com

**FRANK ZORRILLA LAW OFFICE**
**Attorney for Defendant: Trust of the Catholic Schools of the Archdioceses of the San Juan Pension Plan**
PO Box 191783
San Juan, Puerto Rico 00919-1783
Telephone: (787) 250-1510

s/Frank Zorrilla Maldonado
Frank Zorrilla Maldonado
USDC PR No. 204107

2

fzorrilla@fzmlaw.com

**RABELL MÉNDEZ, C.S.P.**
**Attorney for Defendant Trust of the Catholic Schools of the Archdioceses of the San Juan Pension Plan**
P.O. Box 195580
San Juan, P.R. 00919-5580
Phone: (787) 764-1212
Email: jesusrabell@gmail.com

**S/JESÚS R. RABELL MÉNDEZ**
USDC-PR No. 126701