## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IVETTE M. MARTÍNEZ GONZÁLEZ, ET ALS.,<br><br>**Plaintiffs**<br><br>v.<br><br>**CATHOLIC SCHOOLS OF THE ARCHDIOCESES OF SAN JUAN THE PROVISIONS OF PENSIONS PLAN, et als.**<br><br>**Defendants** | CIVIL No. 16-2077 (GAG) |

### MOTION REQUESTING LEAVE TO WITHDRAW AS COUNSEL

**TO THE HONORABLE COURT:**

**COMES NOW Defendant,** the Superintendence of the Catholic Schools of the Archdiocese of San Juan (hereinafter "the Superintendence"), through counsel and respectfully **STATES** and **PRAYS** as follows:

1. Pedro A. Busó García and Jaime Sanabria represent the appearing defendant in the case at bar.

2. Atty. Busó García requests leave from the Court to withdraw as counsel. Atty. Sanabria will continue representing Defendant in the case at bar.

WHEREFORE, defendant respectfully requests that the Court take notice of the above mentioned information and grant our request for leave to withdraw as counsel.

1

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 14th day of August 2017.

**WE HEREBY CERTIFY** that on this same date we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**SCHUSTER AGUILÓ LLC**
Telephone: (787) 765-4646
Telefax: (787) 765-4611

s/Pedro A. Busó García
Pedro A. Busó García
USDC PR No. 222511
pbuso@salawpr.com
