IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IVETTE M. MARTÍNEZ GONZÁLEZ**, *et als.*<br><br>Plaintiffs<br><br>v.<br><br>**CATHOLIC SCHOOLS OF THE ARCHDIOCESES OF SAN JUAN THE PROVISIONS OF PENSION PLAN**, *et als.*<br><br>Defendants | **CIVIL NO. 16-2077 (GAG)**<br><br>**CIVIL ACTION UNDER E.R.I.S.A.; PRELIMINARY AND PERMANENT INJUNCTION; TEMPORARY RESTRAINING ORDER** |

**MOTION REQUESTING LEAVE TO WITHDRAW AS COUNSEL**

TO THE HONORABLE COURT:

COMES NOW Defendant, the Superintendence of the Catholic Schools of the Archdiocese of San Juan (hereinafter "the Superintendence"), through counsel and respectfully STATES and PRAYS as follows:

1. María Isabel Rey Cancio and Jaime Sanabria represent the appearing defendant in the case at bar.

2. Attorney María Isabel Rey Cancio requests leave from the Court to withdraw as counsel. Attorney Sanabria will continue representing Defendant in the case at bar.

WHEREFORE, defendant respectfully requests that the Court take notice of the above mentioned information and grant our request for leave to withdraw as counsel.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 21st day of August 2017.

WE HEREBY CERTIFY that on this same date we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent all parties by

operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**SCHUSTER AGUILÓ LLC**
PO Box 363128
San Juan, Puerto Rico 00936-3128
Telephones: (787) 765-4646; (787) 777-1854
Telefax: (787) 765-4611

s/María Isabel Rey Cancio
USDC No. 213211
mrey@salawpr.com