**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IVETTE M. MARTINEZ GONZALEZ, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> CATHOLIC SCHOOLS OF THE ARCHIDIOCESES OF SAN JUAN PENSION PLAN, ET AL., <br><br> Defendants. | CIVIL NO. 16–2077 (GAG-BJM) |

**Joint Informative Motion Regarding Upcoming Meet-and-Confer Meeting**

To The Honorable Court:

The plaintiffs and Defendants Catholic Schools of the Archdioceses of San Juan Pension Plan and the Superintendence of Catholic Schools of the Archdioceses of San Juan respectfully inform this Court that—"to secure the just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1—they will meet on Monday, August 28, 2017 to confer in good faith about a potential out-of-court solution to the plaintiffs' motion to compel. *Cf. Plaza Carolina Mall, L.P. v. Municipality of Barceloneta*, No. 13-1264, 2015 WL 4250852, at *3 n. 6 (D.P.R. July 13, 2015) (Gelpí, J.) ("As always, all parties . . . are required to engage in good faith discovery efforts. For the most

part, discovery is conducted at the behest of the parties and without the court's intervention.").

Thus, the appearing parties respectfully request that this Court *note* this motion.

Dated: August 23, 2017                     Respectfully submitted,

        **SBGB LLC**
        *Attorneys for Catholic Schools of the Archdioceses of San Juan Pension Plan and the Superintendence of Catholic Schools of the Archdioceses of San Juan*

        Corporate Center Building|Suite 202
        33 Calle Resolución
        San Juan, PR 00920
        Tel. (787) 487-6006

        /s/ JAIME L. SANABRIA MONTAÑEZ
        USDC-PR
        jsanabria@sbgblaw.com


        **Carlos F. Lopez-Lopez**
        PO Box 8852
        San Juan, PR 00910-0852
        787-273-0611
        Fax: 787-501-4150
        charlielopez@gmail.com
        /s/ CARLOS F. LOPEZ-LOPEZ
        USDC-PR _____
        *Attorneys for Plaintiffs*
        **Mercado , Soto, Ronda, Amundaray & Pascual, PSC**
        PO Box 9023980
        San Juan, PR 00902-3980
        787-273-0611

Fax: 787-273-1540
fjamundaray@aol.com
**/s/ Francisco J. Amundaray-Rodriguez**
USDC-PR _____

**CERTIFICATE OF SERVICE**

I certify that, on this day, the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By**: /s/ Jaime L. Sanabria Montañez**