UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IVETTE M. MARTINEZ GONZALEZ, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> CATHOLIC SCHOOLS OF THE ARCHDIOCESES OF SAN JUAN PENSION PLAN, ET AL., <br><br> Defendants. | Civil No. 16–2077 (GAG-BJM) <br> (Lead) |
| NORMA I. CARDOZA-ESTREMERA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> COLEGIO PADRE BERRIOS, ET AL., <br><br> Defendants. | Civil No. 16–2318 (GAG-BJM) |

APPEARANCE OF COUNSEL

To the Clerk of Court and all parties of record:

I am admitted to practice in this court and, and I appear in this case as counsel for Catholic Schools of the Archdioceses of San Juan Pension Plan, the Superintendence of Catholic Schools of the Archdioceses of San Juan, and Samuel Soto.

Dated: November 7, 2017                                Respectfully submitted,

**SANABRIA BAUERMEISTER**
**GARCIA & BERIO, LLC**
Corporate Center – Ste. 202
33 Calle Resolución
San Juan, PR 00920
Tel. 787.300.3200
Fax. 787.300.3209
avb@sbgblaw.com

/s Arturo V. Bauermeister
Arturo V. Bauermeister
USDC-PR No. 302604

## CERTIFICATE OF SERVICE

I certify that, on this day, the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By: **/s/ Arturo V. Bauermeister**