# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IVETTE M. MARTINEZ GONZALEZ, ET AL., | |
| Plaintiffs, | CIVIL NO. 16–2077 (GAG-BJM) (LEAD) |
| v. | |
| CATHOLIC SCHOOLS OF THE ARCHIDIOCESES OF SAN JUAN PENSION PLAN, ET AL., | |
| Defendants. | |
| NORMA I. CARDOZA-ESTREMERA, ET AL., | |
| Plaintiffs, | CIVIL NO. 16–2318 (GAG-BJM) |
| v. | |
| COLEGIO PADRE BERRIOS, ET AL., | |
| Defendants. | |

## MOTION FOR JOINDER OR STAY OF DISPOSITIVE-MOTIONS DEADLINE

Defendants Superintendence of the Catholic Schools of the Archdioceses San Juan and Samuel Soto respectfully request to join the two motions (just filed, ECF Nos. 152 and 153) to extend the dispositive-motions deadline until December 20, 2017. For the reasons averred by Defendants Juan Santa and Rosa Figueroa (Docket No. 152), a December 20, 2017 deadline to file dispositive motions is warranted here. Moreover, nobody will be prejudiced by this request. Nor would it delay the case.

- 2 -

It bears mentioning that, because a motion-to-dismiss is pending here, a stay of the summary-judgment deadline would make sense. After all, a ruling on that motion could not only provide guidance from this Court on the threshold issue here, but also moot any summary-judgment motions. By staying this deadline until it rules on the motion to the dismiss, then, this Court would honor Federal Rule of Civil Procedure 1.

For the reasons stated, and because the appearing parties have shown good cause for the requested joinder, extension, or stay, they respectfully request that this Court *grant* this motion and therefore extend the dispositive-motions deadline until December 20, 2017, or stay it until after ruling on the motion to dismiss.

Dated: November 20, 2017                              Respectfully submitted,


**Sanabria Bauermeister Garcia & Berio,**
*Attorneys for the Superintendence of Catholic Schools of Archdioceses of San Juan and Samuel Soto*

Corporate Center Building│Suite 202
33 Calle Resolución
San Juan, PR 00920
Tel. 787.300.3200
Fax. 787.300.3209

**/s/ Jaime L. Sanabria Montañez**
USDC-PR 225307
jsanabria@sbgblaw.com

**/s/ ARTURO V. BAUERMEISTER**
USDC-PR 302604
avb@sbgblaw.com

**CERTIFICATE OF SERVICE**

I certify that, on this day, the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.


By: **/s/ Arturo V. Bauermeister**