IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IVETTE M. MARTÍNEZ GONZÁLEZ, et als**.<br><br>Plaintiffs<br><br>v.<br><br>**CATHOLIC SCHOOLS OF THE ARCHDIOCESES OF SAN JUAN PENSION PLAN, et als.**<br><br>Defendants | CIVIL NO. 16-2077<br><br>CIVIL ACTION UNDER THE PROVISIONS OF E.R.I.S.A.; PRELIMINARY AND PERMANENT INJUNCTION; TEMPORARY RESTRAINING ORDER |

**MOTION TO EXCEED PAGE LIMIT IN MOTION TO RENEW MOTION TO COMPEL DISCOVERY AND REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO MOTION TO DISMISS**

**TO THE HONORABLE COURT**:

**COME NOW**, the plaintiffs, through their undersigned attorneys and respectfully state and pray:

1. On this same date, the appearing plaintiffs filed a Motion to Renew Motion to Compel Discovery and Request for Extension of Time to File Response in Opposition to Motion to Dismiss (**Docket No. 157**).

2. Said Motion exceeds the page limit set forth by Local Rule 7(d) of the Local Rules of Civil Procedure, by nine (9) pages. The motion specifically addressed several objections to defendants' Answers to plaintiffs' discovery requests, purporting complex legal grounds in support of such objections. Due to the number of the objected answers, plaintiffs were forced explain in detail their objections to the defendants' responses, to comply with the applicable case law. In addition to this, the Motion addressed other issues related to the filing of a Motion for Summary

Judgment, disguised as a Second Motion to Dismiss pursuant to Rule 12(b)(6). In other words, the Motion is not limited to a request for an Order to Compel Discovery, but also explains why said Motion to Dismiss is really a Motion for Summary Judgment, that should not be considered by the Court because it fails to comply with Local Rule 56.

3. In light of the aforementioned facts, plaintiffs were forced to exceed the page limit set forth by the aforementioned Local Rule for non-dispositive motions. Consequently, they move this Honorable Court to grant them leave to exceed such limit and accept the motion as filed.

4. Finally, plaintiffs would like to inform that due to an involuntary mistake, they failed to certify in their Motion to Renew Motion to Compel that the same was filed using the CM/ECF System which will send notification of such filing to all counsel of record.

**WHEREFORE**, it is respectfully requested from this Honorable Court that it take notice of the aforementioned facts and grant them relief sought herein.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY**: That on this same date plaintiffs filed the instant motion using the CM/ECF System which will send notification of such filing to all counsel of record.

In Guaynabo, Puerto Rico, this 6th day of December, 2017.

| | |
|---|---|
| **CARLOS F. LOPEZ LAW OFFICE**<br>P.O. Box 8852<br>San Juan, P.R. 00910-0852<br>Tel. 787-273-0611<br>Fax 787-273-1540<br>E-Mail: charlielopez@gmail.com<br>          cflopez@atriumoc.com | **AMUNDARAY, VILLARES<br>& ASSOCIATES, PSC**<br>P.O. Box 9023980<br>San Juan, PR00902-3980<br>Tel. (787) 273-0611<br>Fax (787) 273-1540<br>E-Mail: fjamundaray@aol.com<br>          fjamundaray@me.com |
| s/ Carlos F. López<br>**Carlos F. López, Esq.**<br>USDC-PR- 126514 | s/**FRANCISCO J. AMUNDARAY**<br>USDC-PR-208706 |