**Frank Zorrilla**                                                                            Exhibit 1

| | |
|---|---|
| **From:** | Frank Zorrilla <fzorrilla@fzmlaw.com> |
| **Sent:** | Tuesday, December 5, 2017 3:15 PM |
| **To:** | 'Carlos F. López'; 'jsanabria@sbgblaw.com'; 'Eda M.'; 'Jesús R. Rabell'; 'Yolanda V. Toyos-Olascoaga'; 'Cesar Rosario-Vega'; 'epo@amgprlaw.com' |
| **Subject:** | FW: Martínez-González v. Catholic Schools of the Archdioceses of San Juan Pension Plan |

Dear Carlos
On December 1, 2017 , we invited you to meet at our offices to discuss the pending discovery as per your e mail . As you know defendants filed a Motion to Dismiss for Lack of Subject Matter Jurisdiction. The meeting cannot be held this Thursday because some of the attorneys have prior commitments , we propose next Tuesday at 2pm , Waiting for your prompt response
Cordially
Frank

**From:** Frank Zorrilla [mailto:fzorrilla@fzmlaw.com]
**Sent:** Friday, December 1, 2017 3:21 PM
**To:** 'jsanabria@sbghlaw.com' <jsanabria@sbghlaw.com>
**Subject:** FW: Martínez-González v. Catholic Schools of the Archdioceses of San Juan Pension Plan


**From:** Frank Zorrilla [mailto:fzorrilla@fzmlaw.com]
**Sent:** Friday, December 1, 2017 2:48 PM
**To:** 'Carlos F. López' <charlielopez@gmail.com>
**Subject:** FW: Martínez-González v. Catholic Schools of the Archdioceses of San Juan Pension Plan


**From:** Frank Zorrilla [mailto:fzorrilla@fzmlaw.com]
**Sent:** Friday, December 1, 2017 1:05 PM
**To:** 'Carlos F. López' <charlielopez@gmail.com>
**Cc:** 'Jesús R. Rabell' <jesusrabell@gmail.com>; 'jsanabria@sbghlaw.com' <jsanabria@sbghlaw.com>; 'Eda M.' <emayalam@hotmail.com>; 'Cesar Rosario-Vega' <rosario@amgprlaw.com>; 'epo@amgprlaw.com' <epo@amgprlaw.com>; 'fjamundaray@aol.com' <fjamundaray@aol.com>
**Subject:** RE: Martínez-González v. Catholic Schools of the Archdioceses of San Juan Pension Plan

Dear Carlos
As you know , hurricane Maria hit Puerto Rico on September 20, 2017 destroying the island's electrical system and as of today there are many offices including the Trust office and houses without power. To answer your communication we invite you to meet at our offices next December 7,2017 to discuss the pending discovery matters as to the jurisdictional issue by reason of our Motion to Dismiss for lack of Subject Matter Jurisdiction as per the recent decision rendered by the U S Supreme Court.

Cordially
Frank Zorrilla