**Frank Zorrilla**                                                     Exhibit 2

| | |
|---|---|
| **From:** | Frank Zorrilla Maldonado <frankzorrilla2@gmail.com> |
| **Sent:** | Thursday, December 7, 2017 11:13 AM |
| **To:** | Frank Zorrilla Maldonado |
| **Subject:** | Fwd: Rule 26 meeting |

Sent from my iPhone

Begin forwarded message:

> **From:** Jaime Luis Sanabria Montañez <jsanabria@sbgblaw.com>
> **Date:** December 6, 2017 at 5:42:42 PM AST
> **To:** Carlos F. López <charlielopez@gmail.com>
> **Cc:** "frankzorrilla2@gmail.com" <frankzorrilla2@gmail.com>, Eda M.
> <emayalam@hotmail.com>, Arturo V Bauermeister <abauermeister@sbgblaw.com>, Arleen
> Vazquez <avazquez@sbgblaw.com>, Eric Perez-Ochoa <epo@amgprlaw.com>, Cesar Rosario-
> Vega <rosario@amgprlaw.com>, "ytoyos@ramostoyoslaw.com"
> <ytoyos@ramostoyoslaw.com>
> **Subject: FW: Rule 26 meeting**
>
> Charlie:
>
> Espero que estés bien. Sólo para aclarar el récord ... nuestro acuerdo contigo después de la reunión de
> agosto de 2017 es que íbamos a estar evaluando toda la documentación que solicitaste para ver si existe
> y si es producible, y en un ejercicio de buena fe, identificar cuál podía ser pertinente al asunto
> jurisdiccional y que no estuviese protegida por algún privilegio evidenciario. Estamos en esa etapa, pero
> les pedimos unos días más.
>
> Para resolver este asunto, sugiero que nos reunamos el **lunes, 18 de diciembre de 2017**, en la tarde, en
> la oficina de Frank Zorrilla, a quien copio en este mensaje. De esta manera, también participan de la
> reunión los abogados del Fideicomiso. Tenemos la mejor intención de resolver esta disputa procesal lo
> antes posible.
>
> Por favor, déjame saber si tienes alguna pregunta.
>
> Un abrazo,
>
> **Jaime L. Sanabria Montañez| SBGB LLC**
> Tel. 787.300.3200 |Fax. 787.300.3209 |Mob. 787.504.3004
> 33 Calle Resolución - Corporate Center
> Ste. 202 |San Juan, PR 00920
> jsanabria@sbgblaw.com
>
> This email may contain privileged and confidential information.  If you received this message in error,
> please notify the sender and delete it immediately.