# Frank Zorrilla

Exhibit 3

| | |
|---|---|
| **From:** | Frank Zorrilla Maldonado <frankzorrilla2@gmail.com> |
| **Sent:** | Friday, December 8, 2017 6:11 PM |
| **To:** | Frank Zorrilla Maldonado |
| **Subject:** | Fwd: Rule 26 meeting |

Sent from my iPhone

Begin forwarded message:

> **From:** Carlos F. López <charlielopez@gmail.com>
> **Date:** December 8, 2017 at 12:10:31 PM AST
> **To:** Jaime Luis Sanabria Montañez <jsanabria@sbgblaw.com>
> **Cc:** "frankzorrilla2@gmail.com" <frankzorrilla2@gmail.com>, "Eda M." <emayalam@hotmail.com>, Arturo V Bauermeister <abauermeister@sbgblaw.com>, Arleen Vazquez <avazquez@sbgblaw.com>, Eric Perez-Ochoa <epo@amgprlaw.com>, Cesar Rosario-Vega <rosario@amgprlaw.com>, "ytoyos@ramostoyoslaw.com" <ytoyos@ramostoyoslaw.com>, Francisco Amundaray <fjamundaray@aol.com>
> **Subject: Re: FW: Rule 26 meeting**
>
> Dear colleagues,
>
> As you well know, on December 6, 2017 we filed a Motion to Renew our previous Motion to Compel Discovery. Later on, the Court entered an Order granting plaintiffs' request to exceed the page limit set forth by Local Rule 7(d) for non dispositive motions. Plaintiffs' position was thoroughly briefed in said motion. We held two (2) Rule 26 meetings in a good faith attempt to solve the discovery issues between us, without the Court's intervention. We understand that plaintiffs exhausted all the available avenues to prevent a ruling from the Court in this matter. Consequently, we humbly reject your invitation to meet on December 18, 2017. It is our opinion that the Court might have already ruled on our motion by then. Defendants vexatious behavior has prevented plaintiffs from prosecuting this case on a timely fashion. As we told you, defendants left us with no choice but to request the Court's intervention to solve the present impasse that exist in this case.
>
> Cordially,
>
> Carlos F. López
> Francisco J. Amundaray
>
>
> **CARLOS F. LOPEZ, ESQ.**
>
> PO Box 8852
> San Juan, PR 00910-0852
>
> CENTRO INTERNACIONAL DE MERCADEO

1