IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IVETTE M. MARTÍNEZ GONZÁLEZ, et als**. <br><br> Plaintiffs <br><br> v. <br><br> **CATHOLIC SCHOOLS OF THE ARCHDIOCESES OF SAN JUAN PENSION PLAN, et als.** <br><br> Defendants | CIVIL NO. 16-2077 <br><br> CIVIL ACTION UNDER THE PROVISIONS OF E.R.I.S.A.; PRELIMINARY AND PERMANENT INJUNCTION; TEMPORARY RESTRAINING ORDER |

**MOTION REQUESTING LEAVE TO FILE REPLY TO MOTION FOR THE ISSUANCE OF A REPORT AND RECOMMENDATION AND REQUESTING TIME TO FILE RESPONSE TO "MOTION TO RENEW MOTION TO COMPEL…"**

**TO THE HONORABLE COURT**:

**COME NOW**, the plaintiffs, through their undersigned attorneys and respectfully state and pray:

1.  On December 6, 2017, plaintiffs filed a "Motion to Renew Motion to Compel Discovery and Request for Request for Extension of Time to file Response in Opposition to Motion to Dismiss." (Docket No. 157).

2.  On December 8, 2017, co-defendant, the Trust of the Catholic Schools of the Archdioceses of San Juan Pension Plan, filed a "Motion for the Issuance of a Report and Recommendation and Requesting Time to File Response to Motion to Renew Motion to Compel." (**See Docket No. 157**).

3. Plaintiffs understand that defendant waived their objection to file the aforementioned motion, due to their failure to respond to their original Motion to Compel discovery. Moreover, plaintiffs also understand that defendant's request is clearly unwarranted, pursuant to the law of the case doctrine and constitutes an egregious tactic to delay the discovery in the instant case. Thus, pursuant to Local Rule 7(c) of Civil Procedure, plaintiffs request leave from this Honorable Court to file a Reply to defendant's motion. In order to expedite the proceedings in the instant case, plaintiffs tender such Reply with the instant motion.

**WHEREFORE**, it is respectfully requested from this Honorable Court that it grant leave to plaintiffs to file a Reply to defendant's Motion and accepts the tendered reply brief filed together with the instant motion.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY**: That on this same date plaintiffs filed the instant motion using the CM/ECF System which will send notification of such filing to all counsel of record.

In Guaynabo, Puerto Rico, this 12th day of December, 2017.

| | |
|---|---|
| **CARLOS F. LOPEZ LAW OFFICE** | **AMUNDARAY, VILLARES** |
| P.O. Box 8852 | **& ASSOCIATES, PSC** |
| San Juan, P.R. 00910-0852 | P.O. Box 9023980 |
| Tel. 787-273-0611 | San Juan, PR00902-3980 |
| Fax 787-273-1540 | Tel. (787) 273-0611 |
| E-Mail: charlielopez@gmail.com | Fax (787) 273-1540 |
| cflopez@atriumoc.com | E-Mail: fjamundaray@aol.com |
| | fjamundaray@me.com |
| s/ Carlos F. López | s/**FRANCISCO J. AMUNDARAY** |
| **Carlos F. López, Esq.** | USDC-PR-208706 |
| USDC-PR- 126514 | |