IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IVETTE M. MARTÍNEZ GONZÁLEZ, ET ALS., <br><br>Plaintiffs <br><br>v. <br><br>CATHOLIC SCHOOLS OF THE ARCHDIOCESES OF SAN JUAN THE PROVISIONS OF PENSIONS PLAN, et als. <br><br>Defendants <br><br>NORMA CARDOZA-ESTREMERA, ET AL., <br>Plaintiffs, <br><br>v. <br><br>COLEGIO PADRE BERRIOS, ET AL., <br>Defendants | CIVIL No. 16-2077 (GAG) <br> 16-2318 |

NOTICE OF APPEARANCE & MOTION REQUSTING ORDER

TO THE HONORABLE COURT:

**COME NOW** Defendants Superintendence of the Catholic Schools of the Archdioceses of San Juan (hereinafter "the Superintendence") and Samuel Soto, through counsel and respectfully **STATE** and **PRAY** as follows:

1. The Superintendence and Mr. Soto have retained the undersigned as counsel in the case at bar.

1

2. The undersigned counsel will be reviewing the file to verify the pleadings, Motions and pending discovery matters and needs a period of time of twenty (20) days, until January 3, 2018, to do so.

3. We understand that the Defendants' prior counsel will deliver the corresponding files in the following days.

4. Pursuant to the abovementioned, Defendants request that the Court extend any pending deadline for a period of twenty (20) days, until January 3, 2018.

WHEREFORE, Defendants respectfully request that the Court take notice of the above mentioned information, allow the undersigned to appear as counsel for Defendants and extend any pending deadline for a period of twenty (20) days, until January 3, 3018.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 13th day of December 2017.

**WE HEREBY CERTIFY** that on this same date we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**SCHUSTER AGUILÓ LLC**
Telephone: (787) 765-4646
Telefax: (787) 765-4611

<u>s/Pedro A. Busó García</u>
Pedro A. Busó García
USDC PR No. 222511
pbuso@salawpr.com
