## Lourdes Arroyo-Portela

| | |
|---|---|
| **From:** | Lourdes Arroyo-Portela |
| **Sent:** | Thursday, October 26, 2017 5:00 PM |
| **To:** | charlielopez@gmail.com; fjamundaray@aol.com |
| **Cc:** | Sylvia Molina Martinez |
| **Subject:** | Martinez Gonzalez v. Catholic Schools (4533.06) |
| **Importance:** | High |

| | **Recipient** | **Read** |
|---|---|---|
| **Tracking:** | charlielopez@gmail.com | |
| | fjamundaray@aol.com | |
| | Sylvia Molina Martinez | Read: 10/26/2017 5:00 PM |

Estimados compañeros:

Saludos. Como saben, somos los representates legales de los co-demandados Juan Santa y Rosa Figueroa en el caso de referencia. Ante ello, le agradeceremos que tan pronto tengan disponibles las transcripciones de las deposiciones que le fueron tomadas a Francis Ouellette y Anabel P. Casey los días 21 y 22 de agosto de 2017, respectivamente, nos hagan llegar una copia de las mismas a esta dirección.

Gracias,

Lourdes Arroyo-Portela, Esq.

**AMG**

Adsuar Muñiz Goyco Seda & Pérez-Ochoa, P.S.C.
208 Ponce de León Ave., Suite 1600 | San Juan, PR 00918
T: 787 281.1961 | F: 787 756 9010
larroyo@amgprlaw.com | www.amgprlaw.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended receipt. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any use, disclosure, copying, or distribution of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please notify sender immediately by reply e-mail or by telephone at (787) 756-9000. Kindly destroy the original transmission and its attachments without reading or saving any of them. Thank you.

## Lourdes Arroyo-Portela

| | |
|---|---|
| **From:** | Lourdes Arroyo-Portela |
| **Sent:** | Friday, November 17, 2017 3:10 PM |
| **To:** | charlielopez@gmail.com; fjamundaray@aol.com |
| **Cc:** | Sylvia Molina Martinez |
| **Subject:** | RE: Martinez Gonzalez v. Catholic Schools (4533.06) |

Estimados compañeros,

Espero se encuentren bien al recibo de este mensaje. Cuando tengan una oportunidad, les agradeceré me dejen saber si ya tiene disponible las transcripciones de las deposiciones que le fueron tomadas a Francis Ouellette y Anabel P. Casey los días 21 y 22 de agosto de 2017, respectivamente. Muchas gracias.

Saludos,

Lourdes Arroyo-Portela, Esq.



Adsuar Muñiz Goyco Seda & Pérez-Ochoa, P.S.C.
208 Ponce de León Ave., Suite 1600 | San Juan, PR 00918
T: 787 281.1961 | F: 787 756 9010
larroyo@amgprlaw.com | www.amgprlaw.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended receipt. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any use, disclosure, copying, or distribution of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please notify sender immediately by reply e-mail or by telephone at (787) 756-9000. Kindly destroy the original transmission and its attachments without reading or saving any of them. Thank you.

## Lourdes Arroyo-Portela

| | |
|---|---|
| **From:** | Lourdes Arroyo-Portela |
| **Sent:** | Monday, December 11, 2017 9:50 AM |
| **To:** | 'charlielopez@gmail.com'; 'fjamundaray@aol.com' |
| **Cc:** | Sylvia Molina Martinez; Alexandra Casellas-Cabrera |
| **Subject:** | RE: Martinez Gonzalez v. Catholic Schools (4533.06) |

Estimados compañeros,

Espero se encuentren bien al recibo de este mensaje. Cuando tengan una oportunidad, les agradeceré me dejen saber si ya tienen disponible las transcripciones de las deposiciones que le fueron tomadas a Francis Ouellette y Anabel P. Casey los días 21 y 22 de agosto de 2017, respectivamente. Muchas gracias.

Saludos,

Lourdes Arroyo-Portela, Esq.



Adsuar Muñiz Goyco Seda & Pérez-Ochoa, P.S.C.
208 Ponce de León Ave., Suite 1600 | San Juan, PR 00918
T: 787 281.1961 | F: 787 756 9010
larroyo@amgprlaw.com | www.amgprlaw.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended receipt. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any use, disclosure, copying, or distribution of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please notify sender immediately by reply e-mail or by telephone at (787) 756-9000. Kindly destroy the original transmission and its attachments without reading or saving any of them. Thank you.

1

## Lourdes Arroyo-Portela

| | |
|---|---|
| **From:** | Lourdes Arroyo-Portela |
| **Sent:** | Monday, December 18, 2017 5:09 PM |
| **To:** | 'charlielopez@gmail.com'; 'cflopez@atriumoc.com'; 'fjamundaray@aol.com'; 'fjamundaray@me.com' |
| **Cc:** | Alexandra Casellas-Cabrera; Sylvia Molina Martinez; Maria del Carmen Miranda |
| **Subject:** | Martinez Gonzalez v. Catholic Schools (4533.06) |
| **Importance:** | High |

| **Tracking:** | **Recipient** | **Delivery** | **Read** |
|---|---|---|---|
| | 'charlielopez@gmail.com' | | |
| | 'cflopez@atriumoc.com' | | |
| | 'fjamundaray@aol.com' | | |
| | 'fjamundaray@me.com' | | |
| | Alexandra Casellas-Cabrera | Delivered: 12/18/2017 5:09 PM | |
| | Sylvia Molina Martinez | Delivered: 12/18/2017 5:09 PM | Read: 12/18/2017 5:09 PM |
| | Maria del Carmen Miranda | Delivered: 12/18/2017 5:09 PM | |

Dear Counsel,

As you are aware, the depositions of Mr. Francis Ouellette y Anabel P. Casey took place on August 21-22, 2017, respectively. Notwithstanding, as of this date, the transcripts of those depositions have not been produced. Let us know their status and the efforts made to obtain the same.

Kind regards,

Lourdes Arroyo-Portela, Esq.

**AMG**

Adsuar Muñiz Goyco Seda & Pérez-Ochoa, P.S.C.
208 Ponce de León Ave., Suite 1600 | San Juan, PR 00918
T: 787 281.1961 | F: 787 756 9010
larroyo@amgprlaw.com | www.amgprlaw.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended receipt. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any use, disclosure, copying, or distribution of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please notify sender immediately by reply e-mail or by telephone at (787) 756-9000. Kindly destroy the original transmission and its attachments without reading or saving any of them. Thank you.

1