PLAN DE PENSIONES DE LAS ESCUELAS CATOLICAS
ARQUIDIOCESIS DE SAN JUAN DE PUERTO RICO

## CERTIFICACION DE SALARIOS

I. Colegio o Academia: PADRE BERRIOS

Codigo Plan de Pensiones: 452

II. Nombre del Empleado: CANDIDA PEREZ ROBLES

No. Seguro Social: 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

Fecha que comenzo a trabajar: 1 DE SEPTIEMBRE DE 1979

Fecha en que termino de trabajar: 30 DE JUNIO DE 1995

III. Yo, Sor Nilsa Cruz Rod., hccs, Director(a) actual 2011, certifico que el (la) empleado arriba mencionado, ha devengado los siguientes salarios durante los ultimos sesenta (60) meses:

| # | Desde | Hasta | Salario |
|---|---|---|---|
| 1. | 1ro. de julio de 1990 | al 31 de diciembre de 1990 | $4,500.00 |
| 2. | 1ro. de enero de 1991 | al 31 de diciembre de 1991 | $9,900.00 |
| 3. | 1ro. de enero de 1992 | al 31 de diciembre de 1992 | $10,150.00 |
| 4. | 1ro. de enero de 1993 | al 31 de diciembre de 1993 | $10,450.00 |
| 5. | 1ro. de enero de 1994 | al 31 de diciembre de 1994 | $10,450.00 |
| 6. | 1ro. de enero de 1995 | al 30 de junio de 1995 | $8,400.00 |

Total salarios devengados últimos 60 meses: $53,850.00

Evidencia que se adjunta:
Historial De Salarios Por Patrono
Del Seguro Social Federal.

Firma: Sor Nilsa CR, hccs

Fecha: 26-sept-2011

Este documento no podrá ser sustituido por ningún otro modelo, se preparara a maquinilla o en tinta usando letra de molde y la información debe ser exacta y firmada en original.

EXHIBIT 3