## ARCHDIOCESE OF SAN JUAN
### Statement of Pension Benefits
at September 1, 1992

PARTICIPANT:   PEREZ ROBLES CANDIDA R.
SCHOOL:   COLEGIO PEDRO BERRIOS-SANTRUCE

SSN:   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
Date of Birth:   01/28/52
SEX:   F

Date of Employment:   08/16/75
Normal Retirement Date:   01/27/17

Currently Monthly Pay:   $ 950.00

Estimated benefits are based on current pay as of September 1, 1992

1. Normal Retirement Benefit

    A. Monthly Pension Benefit — $ 426.54
    B. Estimated Monthly Social Security Benefit* — 493.22
    C. Total Estimated Benefit — 919.77

2. Accrued Retirement Benefit

    A. Accrued Monthly Deferred Pension Benefit — $ 123.49
    B. Current Percent Vested — 100.%
    C. Vested Deferred Monthly Pension Benefit — 123.49

\* Currently monthly pay was used to estimate your social security benefits. Actual benefits will depend on your compensation and coverage history and the exact date benefits commerce.

Please note that all care has been exercised in the preparation of this estimate of your benefits. Actual benefits will depend on your compensation history at the time of termination or retirement. If an error has occurred in the preparation of this statement, the provisions of the plan document will govern and you will be entitled to a corrected statement. Please contact the Plan Administrator if you feel an error has been made.

EXHIBIT 4