Formulario **480.7C**
Form
Rev. 09.15

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
Departamento de Hacienda - Department of the Treasury
**DECLARACIÓN INFORMATIVA - PLANES DE RETIRO Y ANUALIDADES**
INFORMATIVE RETURN - RETIREMENT PLANS AND ANNUITIES
AÑO CONTRIBUTIVO - TAXABLE YEAR: **2015**

☐ Enmendado - Amended: (___/___/___)

Número de Confirmación de Radicación Electrónica: **W626660**
Electronic Filing Confirmation Number

### INFORMACIÓN DEL PAGADOR - PAYER'S INFORMATION
- Núm. de Identificación Patronal - Employer Identification Number: **66-0718647**
- Nombre - Name: **Plan de Pensiones de las Escuelas Catolicas Arq.**
- Dirección - Address: **Los Maestros, 789 Jaime Drew, San Juan, PR**
- Código Postal - Zip Code: **00923-2400**

### INFORMACIÓN DE QUIEN RECIBE EL PAGO - PAYEE'S INFORMATION
- Núm. de Seguro Social - Social Security No.: **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**
- Nombre - Name: **Candida Perez Robles**
- Dirección - Address: **Urb Floral Park, 131 Mallorca, San Juan, PR**
- Código Postal - Zip Code: **00917**

**Forma de Distribución / Form of Distribution:** ☑ Anualidad o Pagos Periódicos / Annuity or Periodic Payments
**Tipo de Plan o Anualidad / Plan or Annuity Type:** ☑ Privado Calificado / Qualified Private
**Fecha en que comenzó a recibir la pensión / Date on which you started to receive the pension:** Día **31** Mes **1** Año **2012**

| Descripción - Description | Cantidad - Amount |
|---|---|
| 1. Aportación Vía Transferencia / Rollover Contribution | 0.00 |
| 2. Distribución Vía Transferencia / Rollover Distribution | 0.00 |
| 3. Costo de la Pensión o Anualidad / Cost of Pension or Annuity | 0.00 |
| 4. Fondo de Retiro Gubernamental / Governmental Retirement Fund | 0.00 |
| 5. Contribución Retenida sobre Anualidad o Pagos Periódicos / Tax Withheld from Annuity or Periodic Payments | 0.00 |
| 6. Contribución Retenida sobre una Distribución Total (20%) / Tax Withheld from Lump Sum Distributions (20%) | 0.00 |
| 7. Contribución Retenida sobre una Distribución Total (10%) / Tax Withheld from Lump Sum Distributions (10%) | 0.00 |
| 8. Contribución Retenida sobre una Distribución Total (8%) / Tax Withheld from Lump Sum Distributions (8%) | 0.00 |
| 9. Contribución Retenida sobre Otras Distribuciones de Planes Calificados (10%) / Tax Withheld from Other Distributions of Qualified Plans (10%) | 0.00 |
| 10. Contribución Retenida sobre Distribuciones de Planes No Calificados / Tax Withheld from Distributions of Non Qualified Plans | 0.00 |
| 11. Contribución Retenida sobre Transferencia de un Plan Calificado a una Cuenta de Retiro Individual No Deducible / Tax Withheld from Rollover of a Qualified Plan to a Non Deductible Individual Retirement Account | 0.00 |
| 12. Contribución Retenida sobre Distribuciones del Programa de Cuentas de Ahorro para el Retiro (10%) / Tax Withheld from Distributions from the Retirement Savings Account Program (10%) | 0.00 |
| 13. Contribución Retenida sobre Transferencia del Programa de Cuentas de Ahorro para el Retiro a Cuenta de Retiro Individual No Deducible (10%) / Tax Withheld from Rollover of the Retirement Savings Account Program to a Non Deductible Individual Retirement Account (10%) | 0.00 |
| 14. Contribución Retenida sobre Distribuciones a No Residentes / Tax Withheld from Nonresident's Distributions | 0.00 |
| 15. Contribución Retenida sobre Otras Distribuciones / Tax Withheld from Other Distributions | 0.00 |

| Distribuciones - Distributions | Amount |
|---|---|
| 16. Cantidad Distribuida / Amount Distributed | 1,730.28 |
| 17. Cantidad Tributable / Taxable Amount | 1,730.28 |
| 18. Cantidad sobre la cual se Pagó por Adelantado bajo las Secciones 1023.21, 1081.01(b)(9) o 1012D(b)(5) / Amount over which a Prepayment was made under Sections 1023.21, 1081.01(b)(9) or 1012D(b)(5) | 0.00 |
| **19. Desglose de Cantidad Distribuida / Breakdown of Amount Distributed** | |
| A. Aportaciones Diferidas / Deferred Contributions | 0.00 |
| B. Aportaciones Voluntarias / After-Tax Contributions | 0.00 |
| C. Ingreso Generado / Income Accretion | 0.00 |
| D. Otros / Others | 1,730.28 |
| E. Total (Sume líneas 19A a la 19D) / Total (Add lines 19A through 19D) | 1,730.28 |
| 20. Código de Distribución / Distribution Code | A |
| Razones para el Cambio / Reasons for the Change | |

Número de Cuenta / Account Number: **0**
Número de Control / Control Number: **000136981**
Número de Control de la Declaración Informativa Original / Control Number of Original Informative Return:

FECHA DE RADICACIÓN: 28 DE FEBRERO O 30 DE AGOSTO, SEGÚN APLIQUE. VEA INSTRUCCIONES - FILING DATE: FEBRUARY 28 OR AUGUST 30, AS APPLICABLE. SEE INSTRUCTIONS

ENVÍE ELECTRÓNICAMENTE AL DEPARTAMENTO DE HACIENDA. ENTREGUE DOS COPIAS A QUIEN RECIBE EL PAGO. CONSERVE COPIA PARA SUS RECORDS.
SEND TO DEPARTMENT OF THE TREASURY ELECTRONICALLY. DELIVER TWO COPIES TO PAYEE. KEEP COPY FOR YOUR RECORDS.

PRSoft, Inc. - (787) 622-7500 - www.prsoft.com

**EXHIBIT 5**