1629

# Archdiocese of San Juan, Puerto Rico

*(Sancti Joannis Portoricensis)*

Most Reverend

ROBERTO O. GONZALEZ NIEVES, O.F.M.

Archbishop of San Juan; ordained May 8, 1977;
appointed Titular Bishop of Ursona and Auxiliary
Bishop of Boston July 19. 1988; consecrated October 3,
1988; appointed Coadjutor Bishop of Corpus Christi
May 16, 1995; transferred to Corpus Christi June 26,
1995; succeeded to See April 1, 1997; appointed Arch-
bishop of San Juan March 26, 1999; installed May 8,
1999.

Most Reverend

HECTOR M. RIVERA, D.D.

Retired Auxiliary Bishop of San Juan PR; ordained
June 12, 1966; appointed Titular Bishop of Tubune in
Numidia and Auxiliary Bishop of San Juan PR June 11,
1979; consecrated August 17, 1979; retired October 31,
2009. *Res.: Valle Arriba Heights, Calle Alamo, BF #20,
Carolina, PR 00983. Tel:* 787-276-1413. *Mailing Address:
P.O. Box 31155, San Juan, PR 00929-2155.*



ERECTED AUGUST 8, 1511.

Square Miles 353.

Erected an Archdiocese April 30, 1960.

Comprises the northeast portion of the Island of Puerto
Rico, with a Total Population of 1,293,460

*Chancery Office: P.O. Box 9021967, San Juan, PR
00902-1967. Tel:* 787-727-7373; *Fax:* 787-726-8280.

## STATISTICAL OVERVIEW

| | |
|---|---|
| **Personnel** | |
| Archbishops. | 1 |
| Retired Bishops. | 1 |
| Priests: Diocesan Active in Diocese. | 89 |
| Priests: Diocesan in Foreign Missions. | 7 |
| Number of Diocesan Priests. | 96 |
| Religious Priests in Diocese. | 126 |
| Total Priests in Diocese. | 222 |
| Extern Priests in Diocese. | 23 |
| Ordinations: | |
| Transitional Deacons. | 1 |
| Permanent Deacons in Diocese. | 200 |
| Total Deacons. | 20 |
| Total Sisters. | 387 |
| **Parishes** | |
| Parishes. | 142 |
| With Resident Pastor: | |
| Resident Diocesan Priests. | 92 |
| Resident Religious Priests. | 43 |
| Without Resident Pastor: | |
| Administered by Priests. | 33 |
| Administered by Deacons. | 1 |
| Missions. | 143 |
| **Professional Ministry Personnel:** | |
| Brothers. | 20 |
| Sisters. | 387 |
| Lay Ministers. | 2,292 |
| **Welfare** | |

| | |
|---|---|
| Catholic Hospitals. | 2 |
| Total Assisted. | 18,600 |
| Health Care Centers. | 3 |
| Total Assisted. | 1,168 |
| Homes for the Aged. | 5 |
| Total Assisted. | 78,164 |
| Residential Care of Children. | 2 |
| Total Assisted. | 150 |
| Day Care Centers. | 1 |
| Total Assisted. | 95 |
| Specialized Homes. | 13 |
| Total Assisted. | 132,453 |
| Special Centers for Social Services. | 4 |
| Total Assisted. | 18,000 |
| Residential Care of Disabled. | 3 |
| Total Assisted. | 7,000 |
| Other Institutions. | 2 |
| Total Assisted. | 176 |
| **Educational** | |
| Seminaries, Diocesan. | 1 |
| Students from This Diocese. | 9 |
| Seminaries, Religious. | 1 |
| Students Religious. | 10 |
| Total Seminarians. | 19 |
| Colleges and Universities. | 2 |
| Total Students. | 8,323 |
| High Schools, Diocesan and Parish. | 14 |

| | |
|---|---|
| Total Students. | 6,889 |
| Elementary Schools, Diocesan and Parish | 59 |
| Total Students. | 21,267 |
| Non-residential Schools for the Disabled | 1 |
| Total Students. | 150 |
| Catechesis/Religious Education: | |
| Elementary Students. | 1,471 |
| Total Students under Catholic Instruction | 38,119 |
| Teachers in the Diocese: | |
| Brothers. | 10 |
| Sisters. | 278 |
| Lay Teachers. | 1,500 |
| **Vital Statistics** | |
| Receptions into the Church: | |
| Infant Baptism Totals. | 2,320 |
| Minor Baptism Totals. | 1,623 |
| Adult Baptism Totals. | 883 |
| Received into Full Communion. | 30 |
| First Communions. | 3,949 |
| Confirmations. | 3,388 |
| Marriages: | |
| Catholic. | 2,320 |
| Interfaith. | 88 |
| Total Marriages. | 2,408 |
| Total Catholic Population. | 840,749 |
| Total Population. | 1,293,460 |

*Former Bishops*—Most Revs. ALONSO MANSO, D.D.,
appt. May 1511; JAMES H. BLENK, S.M.D.D., appt.
Bishop of Puerto Rico, June 12, 1899; died April
20, 1917; WILLIAM A. JONES, O.S.A., cons. Feb. 24,
1907; died Jan. 1921; GEORGE J. CARUANA, D.D.,
appt. Bishop 1921; promoted to the Apostolic
Delegation of Mexico, 1925; promoted to
Nunciature Apostolic of Cuba, 1927; EDWIN
VINCENT BYRNE, D.D., former Bishop of Ponce,
Puerto Rico; cons. Nov. 30, 1925; appt. March
1929; promoted to Archdiocese of Santa Fe, June
15, 1943; died July 25, 1963; JAMES PETER DAVIS
(Retired), appt. 1943; cons. Oct. 9, 1943;
transferred to Archdiocese of Santa Fe, June
1963; installed Feb. 25, 1964; retired Oct. 1974;
His Eminence LUIS CARDINAL APONTE MARTINEZ,
D.D., appt. Auxiliary Bishop of Ponce July 23,
1960; cons. Oct. 12, 1960; appt. Coadjutor Bishop
of Ponce April 16, 1963; succeeded to Nov. 18,
1963; installed Feb. 22, 1964; appt. Archbishop of
San Juan Nov. 4, 1964; installed Jan. 15, 1965;
created Cardinal March 5, 1973; retired March
26, 1999; died April 10, 2012.

*Vicar General*—Rev. Msgr. LEONARDO J. RODRIGUEZ-
JIMENES.

*Episcopal Moderator*—
for *Administration of Temporalities*—Rev. Msgr.
LEONARDO J. RODRIGUEZ-JIMENES, Moderator.
for *Education*—Rev. JUAN SANTA GUZMAN. Web:
www.escuelacatolicos-sj.org.
for *Pastoral Affairs*—Rev. Msgr. ALBERTO LOPEZ
FIGUEROA.
for *Geographic-Pastoral Zones*—San Juan-Santurce:
Rev. LUIS MIRANDA. O-Caparr. Bayamon: Rev.
CARLOS RUBEN ALGARIN LOPEZ, O.S.A. Del Toa y
La Plata: Rev. ANGEL PAGAN TORRES. Carolina:
Rev. RODNEY ALGARIN ROSADO. Rio Piedras: Rev.
ALBERTO ARTURO FIGUEROA-MORALES. Guaynabo-
Puerto Nuevo: Rev. WALTER S. GOMEZ-BACA.
*Chancery Office*—*Mailing Address: P.O. Box 9021967,
San Juan, 00902-1967.* Web: www.arqsj.org.
*Chancery Affairs*—Miss LUCIA GUZMAN ORTA,
Chancellor. Email: luciagu@arqsj.org.
*Vice Chancellor*—VACANT.
*Metropolitan Curia*—
*Moderator*—Rev. Msgr. LEONARDO J. RODRIGUEZ-
JIMENES.
*Secretary to the Archbishop*—Rev. ALFONSO GUZMAN
ALFARO, O.F.M. Tel: 787-725-4975; 787-977-
0672.

*Executive Assistant to the Archbishop*—Mr. SAMUEL
SOTO-ALONSO. Tel: 787-725-4975; 787-977-0672.
*Judicial Vicar*—Rev. RICARDO ROIG LORENZO.
*Adjunct Vicars*—Revs. LUIS NORBERTO CORREA-
GARCIA; PEDRO LUIS REYES LEBRÓN.
*Judges*—Miss MARIA LUCIA SANCHEZ; Mr. ABRAHAM
MORALES BERRIOS.
*Defender of the Bond*—MARIA DEL ROSARIO RINCON-
BECERRA.
*Instructors*—Mr. RIGOBERTO HIRALDO RIOS; Revs.
JOSE A. LANDRAU-ROMAN; CARMELO SOTO-TANON;
ALTITA DAVILA; Mrs. CARMEN J. ACOSTA.
*Lawyers*—ORLANDO DURAN; MILAGROS GONZALEZ-
RODRIGUEZ; XAVIER HIRALDO-SANCHEZ; MARJORIE
STEWART.
*Diocesan Consultors*—Rev. Msgrs. LEONARDO J.
RODRIGUEZ-JIMENES; ALBERTO LOPEZ FIGUEROA;
Jose E. CUMMINGS-ESPADA; Revs. ANGEL L.
CLAPPI-AZCORRA; MILTON AGUSTIN RIVERA-VIGO;
MARCO ANTONIO RIVERA-PEREZ; RICARDO ROIG
LORENZO; PEDRO LUIS REYES LEBRÓN; JOSE
FRANCISCO QUINTERO ANGUEIRA.
*Censor Librorum*—Rev. Msgr. FERNANDO B. FELICES-
SANCHEZ.
*Vicar of Social Communication*—VACANT.

Auxiliary Vicar of Social Communication—VACANT.
Vicar of Cultural Affairs—Rev. Msgr. EFRAIN RODRIGUEZ-OTERO.
Vicar of Development—VACANT.
Vicar of Economic Affairs—VACANT.
Director of Economic Affairs—Mr. SANTIAGO MORALES-ROSARIO; Mrs. SANDRA RODRIGUEZ, Asst. to Dir.
Vicar of Ecumenism—Rev. WILLIAM TORRES-PAGAN.
Vicar of Family Affairs—Rev. PHILLIP NUNEZ-CARRION.
Vicar for Pastoral Affairs—Rev. Msgr. ALBERTO LOPEZ FIGUEROA.
Vicar for Education—Rev. JUAN SANTA GUZMAN.
Vicar of Religious—Rev. ALFONSO GUZMAN ALFARO, O.F.M.
Examinatores Cleri—VACANT.
Vicar for Vocations—Rev. Msgr. IVAN LUIS HUERTAS-COLON.
Pro-Synodal Examiner—VACANT.
Vicar for Priests—Rev. JOAQUIN MAYORGA-FONSECA.
Vicar for Youth—Rev. PHILLIP NUNEZ-CARRION.
Vicar of Sports—Rev. FRANCISCO J. QUINTERO ANGUEIRA.

### Archdiocesan Offices and Directors

Boy Scouts—VACANT.
Catechetics—Rev. AGAPITO ANTONIO VARGAS, M.SS.CC.
Catechetics Center—Sr. MERCEDES CADENAS, H.M., Mailing Address: San Juan-Santurce, P.O. Box 9021967, San Juan, 00902-1967. Tel: 787-727-7373. Carolina: Sr. MERCEDES CADENAS, H.M., Valle Arriba Heights, BP.20 Calle Alamo, Carolina, 00983. Bayamon: Sr. LISSETTE AVILES, O.P., Mailing Address: P.O. Box 4152, Bayamon, 00958. Tel: 787-780-1173. Rio Piedras: Sr. ISABEL SOTO, M.SS.S., Mailing Address: P.O. Box 20884, San Juan, 00920. Tel: 787-761-4280. Guaynabo-Pto Nuevo: Sr. ROSE MORALES, M.S.B.T., Mailing Address: P.O. Box 9021967, San Juan, 00902-1967. Tel: 787-731-6100.
Catholic Charities—Rev. ENRIQUE MANUEL CAMACHO-MONSERRATE, Mailing Address: P.O. Box 8812, San Juan, 00910-0812. Tel: 787-727-7373; Fax: 787-728-4100. Email: ssc@arqsj.org
"El Visitante"— Weekly Catholic Paper for All Dioceses (Interdiocesan). Published By The P.R. Episcopal Conference. Most Rev. ROBERTO O. GONZALEZ-NIEVES, O.F.M., Pres.; Rev. EFRAIN ZABALA, Editor; ENRIQUE LOPEZ, Mailing Address: P.O. Box 41305, Minillas Sta., San Juan, 00940-1305. Tel: 787-728-3710; Fax: 787-268-1748. Offices, Pumarada St. 1704, Santurce, 00914.
Radio Stations—WORO-FM and WKVM-AM 81, Mr. ALAN CORALES, Dir., Urb. Baldrich, 415 Calle Ingeniero Carboneil, San Juan, 00918. Mailing Address: P.O. Box 9021967, San Juan, 00902-1967. Tel: 787-731-1380; 787-751-1018; Fax: 787-758-9967. Email: radiooro@arqsj.org
Television Station—WPRV-TV CHANNEL 13, Tele Oro, Mr. JUAN M. MUNIZ, Gen. Mgr., Ave Iturregui Esq. Marginal, Baldorioty De Castro Ave., Carolina, 00982. Tel: 787-276-1300; Fax: 787-276-1307. Mailing Address: P.O. Box 9021967, San Juan, 00902-1967.
Commission for Sacred Liturgy and Popular Piety—Rev. Msgr. LEONARDO J. RODRIGUEZ-JIMENES.
Subcommission for Sacred Art—Rev. Msgr. LEONARDO J. RODRIGUEZ-JIMENES; Rev. RODOLFO LAMAS; Dr. ARTURO DAVILA; Urb. Baldrich, Calle Rossy #202, San Juan, 00918. Tel: 787-763-9154; Dr. TERESA TIO; FRANCISCO JAVIER BLANCO; HECTOR SALVATERA; Rev. Msgr. JOSE E. CUMMINGS-ESPADA.
Subcommission for Sacred Music—Rev. MIGUEL TRINIDAD.
Subcommission for Popular Piety—VACANT.
Subcommission for Ministries—Rev. Msgr. LEONARDO J. RODRIGUEZ-JIMENES.
Clergy Social Security (Prevision Social del Clero)—Revs. RICARDO HERNANDEZ, Treas.; ALBERTO DIAZ, ANGEL MENDEZ; Rev. Msgr. MANUEL GARCIA PEREZ; VACANT, Sec., Mailing Address: CEP, P.O. Box 4682, San Juan, 00940-0682. Tel: 787-728-1650; Fax: 787-728-1654.
Istepa—Rev. Msgr. FRANCISCO MEDINA, Ext. Forrest Hills, Calle Caracasy, Valparaiso, Bayamon, 00961. Tel: 787-200-6891; Fax: 787-200-6305; Rev. ANIBAL R. TORRES-ORTIZ, Vice Rector.
San Juan Bautista Regional Seminary—Rev. Msgr. IVAN L. HUERTAS-COLON, Vice Rector. Spiritual Directors: Revs. JOSE VICENTE MARTINEZ, C.M.F.; EDWIN ALBEIRO LONDONO ZULUAGA, Mailing Address: P.O. Box 11714, San Juan, 00922-1714. Tel: 787-783-0645; 787-273-8090; Fax: 787-783-0645. Ave. De Diego 930, Urb. La Riviera, Rio Piedras, 00921. Email: seminary@coqui.net
Scouts Club—VACANT.
Vocations Promoter—Rev. EDWIN ALBEIRO LONDONO ZULUAGA, Mailing Address: P.O. Box 11714, San

---

Juan, 00922-1714. Tel: 787-706-9455; 787-273-8090.
Superintendent of Schools—Mrs. ANA CORTES, Supt.; VACANT, Rel. Prog. Dir., Mailing Address: Urb. Los Maestros, 789 Calle Jaime Drew, San Juan, 00923. Tel: 787-731-6100; Fax: 787-731-6100. Web: www.escuelascatolicas-sj.org
Archdiocesan Historical Archive—Mrs. ELSE ZAYAS LEON, Calle San Sebastian 54½, San Juan, 00902. Mailing Address: P.O. Box 9021967, San Juan, 00902-1967. Tel: 787-977-1447.
Youth Ministries—VACANT.
Police Chaplains—Rev. Msgrs. BAUDILIO MERINO MERINO. Tel: 787-767-6552; VALERIANO MIGUELEZ. Tel: 787-754-0570; Rev. VALERIANO GARCIA CASTEJON. Tel: 787-757-4454; Deacon JOSE PENA CASTEJON. Tel: 787-786-5309.
Society for the Protection of Children—Most Rev. ROBERTO O. GONZALEZ-NIEVES, O.F.M., Mailing Address: P.O. Box 9021967, San Juan, 00902-1967. Tel: 787-727-7373.
United Against Hunger (Unidos Contra El Hambre)—Deacon HECTOR CRUZ DECHOUDENS, San Jorge St., No. 201, Santurce, 00914. Mailing Address: P.O. Box 11547, San Juan, 00910-0647. Tel: 787-727-7373, Ext. 240; Fax: 787-727-7938. Email: ucdh@arqsj.org
Propagation of the Faith—Rev. JOSE ORLANDO CAMACHO-TORRES, C.S.Sp., 106 Ruiz Belvis St., P.O. Box 191882, Floral Park, San Juan, 00919.
Pius Union of the Clergy—VACANT, Mailing Address: P.O. Box 9021967, San Juan, 00902-1967. Tel: 787-727-7373.
Catholic Charismatic Renewal—Rev. Msgr. BAUDILIO MERINO MERINO, Dir., Arzobispado de San Juan. Tel: 787-765-6240; 787-727-7373.
Master of Ceremonies to the Archbishop—Mr. LUIS DACOSTA-DEJESUS.
Pre Cana Conferences—VACANT, Dir., Parroquia Santa Rosa Lima, 1765 Calle Lesbos, San Juan, 00926. Tel: 787-761-6586; Mr. MANUEL SANCHEZ, Urb. Country Club, 1031 Calle Genoveva De Lugo, San Juan, 00924. Tel: 787-769-3565.
Caritas of Puerto Rico—Rev. ENRIQUE MANUEL CAMACHO-MONSERRATE, Exec. Dir., Mailing Address: P.O. Box 8812, San Juan, 00910-0812. Tel: 787-727-7373; Fax: 787-728-4100.
Centro Apostolado De La Cruz—MARICARMEN RIVERA, Coord., Urb. Sans Souci, Z 10 Calle 19, Bayamon, 00956. Tel: 787-797-1481; Fax: 787-269-3190.
Cursillos De Cristiandad—Rev. TOMAS GONZALEZ-GONZALEZ.
Immigrant Aid—Mailing Address: Catholic Social Services, P.O. Box 9021967, San Juan, 00902-1967. Tel: 787-727-7373.
Holy Childhood Association—Rev. JOSE ORLANDO CAMACHO-TORRES, C.S.Sp.
Holy Name Society—Mr. MIGUEL A. RODRIGUEZ, Archdiocesan Dir., Mailing Address: P.O. Box 31164, San Juan, 00929. Tel: 787-276-2212; 787-665-9292; Mr. FRANCISCO FIGUEROA, Sec. Tel: 787-768-4787.
Renovacion Conyugal (Fundacion Fernando Martinez Calle, Inc.)—Rev. JORGE AMBERT, S.J., Dir., Urb. Ext. Roosevelt, 576 Calle Eddie Gracia, San Juan, 00918. Tel: 787-751-6001; Tel: 787-766-1363. Email: ambertsj@aol.com. Web: www.renovacion.net
Courage Puerto Rico—Rev. OVIDIO ORTEGA Encourage: Padres, Familia y Amigos. Tel: 787-941-7311. Email: poncepr@courage-latino.org; laumanpr@courage-latino.org
Equipo De Impacto Matrimonial—Deacon MIGUEL A. MARRERO, Dir., Urb Sabana Gardens, #15 Calle 9 Blq 4, Carolina, 00983. Tel: 787-750-0609; Fax: 787-750-0609.
Grupo Misioneros De Amor Y Fe—JOSE A. MENDEZ, Coord. y Fundador, Urb. Paseo Las Vistas, B31 Calle 1, San Juan, 00926. Tel: 787-397-1612. Email: joseamendez@misionerosdeamoryfe.org. Web: www.misionerosdeamoryfe.org
La Mujer Por La Familia Catolica En Puerto Rico—TERUCA RULLAN, Pres., Mailing Address: Fernandez Juncos Station, P.O. Box 19241, San Juan, 00910. Tel: 787-723-1620; Fax: 787-725-9455.
Proyecto Reencuentro Familiar—MAXIMINO DIAZ GUZMAN, Dir., 500 Ave Los Filtros, Boulevard del Rio II Apt. 119, Guaynabo, 00971. Tel: 787-797-4500 (Office); 787-797-4288 (Casa de Retiro).
Legion of Mary—Miss DORIS MARTINEZ, Pres., Mailing Address: PMB 822, Box 7891, Guaynabo, 00970-7891; Rev. ANGEL L. CIAPPI-AZCORRA, Spiritual Dir., Urb. Munoz Rivera, C.2, Guaynabo, 00969. Tel: 787-360-0808.
Marriage Encounter—Mr. GERARDO SALAZAR; Mrs. MILLY SALAZAR, Jardines del Parque, 59 Boulevard Media Luna, Apt. 1803, Carolina, 00987-4935. Tel: 787-757-3432.

---

Spiritual Director—VACANT.
Catholic Daughters of America—Mrs. IRMA BONILLA, c/o Julio Bonilla #50, Isabela, 00662. Tel: 787-872-6831.
Spiritual Director—VACANT.
Knights of Columbus—Mr. MIGUEL A. TORRES ORTIZ, RR4, Box 3451, Bayamon, 00956. Tel: 787-782-8250, Ext. 8280; Fax: 787-792-7552.
Nocturnal Adoration—Mr. ANGEL FAGAN, Pres., Mailing Address: P.O. Box 190199, San Juan, 00919-0199. Tel: 787-749-0502; Mr. ISMAIL SUAREZ, Sec. Guaynabo. Tel: 787-728-0670; Mr. RAMON MENDEZ, Santa Maria de Cana. Cell: 787-312-2224.
Spiritual Director—Rev. RICARDO HERNANDEZ MORALES.
Talleres De Oracion y Vida P. Larranaga—Mrs. EMILIA DIAZ, Dir., Urb. Montehiedra, 33 Calle Garza, San Juan, 00926-9537. Tel: 787-728-2894; 787-731-1358.
Tourism and Apostleship of the Sea—Casamar—VACANT.
UPR Catholic Student Center—Rev. RAFAEL RODRIGUEZ, S.J., Mariana Bracetti 10, Rio Piedras, 00925-2201. Tel: 787-767-3348; Fax: 787-758-4145.
San Juan International Airport Chapel—Ntra. Sra de la Providencia Deacon EDUARDO GONZALEZ. Tel: 789-487-3751.
Carmelite Third Order—Rev. LUIS MIRANDA, O.Carm. Tel: 787-726-2631.
Casa San Clemente—
Psychological and Pastoral Counseling—257 Ponce De Leon, San Juan, 00906. Tel: 787-723-6915.
Pro-Life Center (Human Life International)—VACANT.
Pro-Life Pharmacists International—Miss SANDRA FABREGAS, Dir.
Consejo De Accion Social Arquidiocesano—Most Rev. HECTOR RIVERA, Dir., Mailing Address: P.O. Box 31155, San Juan, 00929-2155. Tel: 787-276-1413; Mrs. IRIS OTERO, Coord.
Servicios Pastorales Paules—Rev. SANTIAGO ARRIBAS, C.M., Dir., 1650, Ave. Fernandez Juncos, San Juan, 00910-0118. Tel: 787-728-0670; Fax: 787-728-0670. Mailing Address: P.O. Box 19118, San Juan, 00910-9118.
Franciscan Third Order (Secular Franciscan Order)—VACANT, Spiritual Dir.; Mrs. AWILDA VAZQUEZ, Natl. Min., Mailing Address: P.O. Box 1311, Cabona, 00984. Tel: 787-752-7383.
Focolare—Deacon JOSE HERNANDEZ, Dir., Urb Fairview, 1937 Calle Melchor Maldonado, San Juan, 00926. Tel: 787-761-4993. Women: Miss DIANA RIVERA, Urb. Fairview, 1911 Francisco Zuniga, San Juan, 00926. Tel: 787-543-3190.
Secretariado Sagrado Corazon—Mrs. ANA M. BONET, Pres., Urb. Prado Alto, C6 Calle 4, Guaynabo, 00966. Tel: 787-781-6295.
Grupo Reina De La Paz—Miss IVETTE PACHECO, Pres., PMB 258, Ste. 2, Ave. Esmeralda 405, Guaynabo, 00969. Tel: 787-644-8256; Fax: 787-731-8256; Mrs. IVONNE MELENDEZ, Sec. Tel: 787-754-3883; VACANT, Spiritual Dir.
Union Eucaristica Reparadora (UNER)—Rev. VICTORIANO RAMOS, Spiritual Dir. (Retired); Mrs. MARIA MERCEDES MAIZ, Dir., Cond. El Paraiso, 70 Calle Parania 1560, San Juan, 00926. Tel: 787-751-1821; Mrs. ESTHER VARGAS, Urb. Ponce de Leon, Calle 23 #250, Guaynabo, 00969. Tel: 787-789-6660; DOLLIE MORALES; MARIZA BELARANA; LUIGUI BENITEZ; SONIA RENOIS.
Consejo Arquidiocesano De Accion Social (CASA)—Mr. MIGUEL A. RODRIGUEZ, Coord., Apartado 31164, San Juan, 00929. Tel: 787-605-9322.
Sociedad San Vicente De Paul—Mrs. CARMEN E. ARROYO, Calle Rafellar 566, Urb. La Merced, San Juan, 00918.
Maranatha House of Prayer—SILVIA SAAVEDRA DE BADIA, Dir., Urb. La Arboleda, Calle Alameda P #13, Guaynabo, 00966. Tel: 787-759-7734. Email: cmaranatha@prw.net.
Casamaranathapr.org; Rev. BAUDILIO GUZMAN, S.J., Dir. Esp.
Cofradia De Los Santos Angeles De La Guarda—MARIA T. PAGAN, Pres., Urb. Colinas Verdes, A-45 Calle 1, San Juan, 00924.
Cofradia Peregrinos De Tierra Santa—Deacon ANGEL ANTONIO NIEVES COLON, Urb. Levittown, #1214 Paseo Doncella, Toa Baja, 00949. Tel: 787-948-1512.
Grupo Devocion Divina Misericordia—Deacon JULIO SANCHEZ, Oficina Diaconal, Caparra Heights Calle Encarnacion 1564, San Juan, 00920-4139. Tel: 787-750-5714.
Grupos Para La Juventud—
Consejo Arquidiocesano De Pastoral Juvenil—VACANT.

*Grupo Juvenil Damasco*—GEORGIE FERNANDEZ, Dir., Mailing Address: P.O. Box 360764, San Juan, 00936. Tel: 787-281-0707 (Office); 787-706-8906 (Res.); Fax: 787-281-0708.

*Grupos De Retiros*—

*Grupo de Retiros Paz y Bien*—Sr. OSVALDO ROMAN, Dir., Urb. Levittown, 1418 Paseo Delfin, Toa Baja, 00949. Tel: 787-784-5579.

*Juventud Mariana Vicenciana (JMV)*—Miss DAMARIS RIVERA, Dir. Seminario San Vicente De Paul Ave Ponce de Leon, 1711 Pda. 26, Santurce, San Juan, 00909. Tel: 787-727-3963; Dr. MILAGROS OLIVENCIA, H.C., Archdiocesan Representative, Hospital Auxilio Mutuo.

*Asociacion De Profesionales Catolicos*—Mr. JOSE VARELA, Committee Coord. Tel: 787-738-5189; LELIS RODRIGUEZ, Tel: 787-565-4884. Email: lelis@onelinkpr.net.

*Hermandad Ntra. Sra. De La Caridad*—*Mailing Address*: P.O. Box 32, Guaynabo, 00970-0032. CALLE S. PEDRO MARTIR. Tel: 787-720-2361; Rev. Msgr. MARIO GUIJARRO, Dir. Espiritual; VACANT, Dir., Mailing Address: P.O. Box 10151, San Juan, 00922-0151. Tel: 787-783-3522.

*Movimiento Juan XXIII*—Mr. ANGEL L. RIOS, Pres., Villa Contessa, F35 Calle Aragon, Bayamon, 00976. Tel: 787-785-5984; Fax: 787-785-1024.

*Movimiento De Schoenstatt*—Mr. MARIO SANCHEZ; Mrs. MARIO SANCHEZ, Urb. Pinero, 12 Calle Alanebra, San Juan, 00917-3128.

*World Apostolate of Fatima*—Prof. AMERICO LOPEZ-ORTIZ, Intl. Pres.; Rev. Msgr. FERNANDO B. FELICES-SANCHEZ, Spiritual Dir., Mailing Address: P.O. Box 1968, Fernandez Juncos Sta., Mayaguez, 00681-1968. Tel: 787-833-0509; Fax: 787-487-5383. Email: alfatima@coqui.net. Web: www.apostoladomundialdefatima.org.

*Neocatecumenal Way*—Deacon JULIO ALVAREZ, Dir..

Urb. El Conquistador, F-7 Calle 8, Trujillo Alto, 00976. Tel: 787-761-1667.

*Our Lady of Providence Association*—VACANT.

*Perpetual Adoration*—Mrs. VIRGINIA ALVAREZ, Asst., Mailing Address: San Juan. Tel: 787-725-7734.

*Padre Nuestro*—Mr. SAMUEL VALENTIN, Pres., Urb. Las Colinas, Calle 6, F. 35, Toa Baja, 00949. Tel: 707-382-3810.

*Movimiento De Seglares Claretianos*—Mrs. CARMEN SANCHEZ, Dir., San Antonio Maria Claret Parish. Tel: 787-797-3337.

*Apostolado Del Cenaculo Misionero*—Rev. VICENTE PASQUALETTO, S.T., Spiritual Dir.; Mrs. ALMA ROBLES, Urb. Los Colobos, Calle Robles #516, Carolina, 00987. Tel: 787-994-5247; 787-876-0827.

*Conferencia Mariana De Puerto Rico*—Rev. RICARDO HERNANDEZ; Mrs. RICARDO HERNANDEZ, Spiritual Directors: Rev. Msgr. FERNANDO B. FELICES-SANCHEZ; Rev. RICARDO HERNANDEZ MORALES.

## CLERGY, PARISHES, MISSIONS AND PAROCHIAL SCHOOLS

**CITY OF SAN JUAN**

1—CATEDRAL DE SAN JUAN BAUTISTA (1522), (Nuestra Sra. de los Remedios). Revs. Benjamin Antonio Perez Cruz; Edgardo Luis Rivera Rivera; Deacons Louis Marin; Rafael Morales; Luis Echegaray Martinez; Angel Antonio Nieves Colon.
Res.: 151 Cristo St., Box 9022145, 00902-2145. Tel: 787-722-0861; Fax: 787-722-0861.
*Chapel*—Santo Cristo
*Chapel*—San Jose, Tel: 787-725-7501.
*Chapel*—Santa Ana

2—ASUNCION DE LA VIRGEN (1972) Rev. Perfecto Fondevila Penas (Spain).
Res.: Calle Calve No. 1484, Urb. Antonsanti, Rio Piedras, 00927. Tel: 787-250-6771; Fax: 787-463-0894.

3—CORPUS CHRISTI (1972) Rev. Pablo Valenzuela (Spain); Deacons Francisco Gierbolini; Miguel Juan Figueroa; Reinaldo Del Valle; Jose Perez; Luis Fernando Amador; Ramon L. Rivera.
Res. & Mailing Address: Calle Jose Abad, 1224 Urb. Club Manor, 00924. Tel: 787-757-5821; Fax: 787-257-2741.
*Mission*—Santo Domingo de Guzman Carretera 849 Km. 8.7, Sector Santo Domingo, Penuelas Co.
Email: pralenzuela2@onelinkpr.net.

4—CRISTO REDENTOR (1971) Rev. Angel L. Ciappi-Azcorra.
Res. & Mailing Address: Urb. El Paraiso, 140 Calle Ganges, 00926-2928. Tel: 787-946-1999.

5—CRISTO REY (1956) Rev. Msgr. Manuel Garcia-Perez; Deacons Victor Reyes; Miguel Roman Del Valle.
Res. & Mailing Address: Urb. Los Maestros, 789 Calle Jaime Drew, 00923. Tel: 787-767-3289. Email: parroquiacristorey2014@outlook.com.

6—ESPIRITU SANTO (1941) Rev. Msgr. Valeriano Miguelez (Spain).
Mailing Address: P.O. Box 190259, 00919-0259. Calle Pachin Marin, Esq. Suiza, Hato Rey, 00919. Res.: 75 Ruiz Belvis St., Floral Park, Hato Rey, 00919. Tel: 787-754-0570.
*School*—P.O. Box 191715, 00917. Tel: 787-754-0490; 787-754-0555; Fax: 787-754-7154. Mrs. Milagros Zurkowsky, Assoc. Prin. Priests 1; Lay Teachers 35; Students 450.

7—FRANCISCA JAVIERA CABRINI (1968), (Mother Cabrini) Rev. Joaquin Mayorga Fonseca.
Res.: 1564 Encarnacion St., 00920. Tel: 787-783-7447; Fax: 787-706-2073.
*Catechesis/Religious Program*—Students 90.

8—INMACULADO CORAZON DE MARIA (1961) Rev. Carlos Dionisio Cruz-Davila; Deacons Benjamin Antonio Ramos Rivera; Israel Suarez; Benjamin Totti Lugo.
Urb. Santiago Iglesias, #1740 Calle Rodriguez Vera, 00921-3625. Tel: 787-782-0245; Fax: 787-782-4176. Email: corazondemaria1704@hotmail.com. Web: inmaculadocorazon.tripod.com.
Res.: Rodriguez Vera y Ferrer St., Urb. Santiago Iglesias, 00922.
*Catechesis/Religious Program*—Students 112.

12—MONACILLOS CAPILLA San Fernando, San Juan Co.
*Chapel*—Ntra. Sra. del Camino, Metropolitan Hospital [JC]

9—JESUS MAESTRO (1969) Revs. Anulfo Del Rosario, C.M. (Dominican Republic); Santiago Arribas, C.M.; Manuel Araujo, C.M.
Res.: Urb. Rio Piedras Heights, 1725 Segre, 00926-3246. Tel: 787-763-8291; Fax: 787-763-8291.
*Mission*—Jesus Nazareno Calle Guadiana #1666, Urb. El Cerezal, 00926.

10—JESUS MEDIADOR (1988) Rev. Jan Krol, C.S.M.A.; Deacons Candido Martinez; Edwin Rivera; Santiago Roman Ramirez.
Res. & Mailing Address: Urb. Country Club, 1000 Calle Demetrio O'Daly, 00924. Tel: 787-752-2410;

Fax: 787-752-2410.

11—MARIA AUXILIADORA (1962) Revs. Nicolas Navarro, S.D.B.; Andres Rivera, S.D.B.; Bro. Jose Cabo.
Mailing Address: P.O. Box 14367, 00916.
Res.: C. Constitucion Esq. Sta. Elene, Cantera, 00916. Tel: 787-727-5346; 787-726-1995, Ext. 267.
*Catechesis/Religious Program*—Students 300.
*Mission*—Sagrado Corazon, Sector Buenavista.
*Mission*—Nra. Sra. del Altagracia, Sector Buenavista.
*Mission*—Nra. Sra. de Fatima, Sector Ultimo Chance-Cerro.
*Mission*—Santisima Trinidad Ave. Borinquen Final.

12—MARIA MADRE DE LA IGLESIA (1967) Rev. Tomas Gonzalez-Gonzalez; Deacons George Gonzalez; Eugenio Torres Diaz.
Res.: Urb. Villa Nevarez, 1120 Calle 5, 00927-5131. Tel: 787-765-0600.

13—MARIA REINA DEL MUNDO (1971) Rev. Mariano Martinez Galvez, O.M.I.
Mailing Address: C.P.O. Box 3828, 00936-3828. Tel: 787-781-0303; Fax: 787-781-0303.
Res.: Caserio Nemesin Canales, Roosevelt Ave., 00936.
*Catechesis/Religious Program*—Students 20.

14—NTRA. SRA. DE LA CARIDAD DEL COBRE (1969) Rev. Luis R. Brioso Texidor.
Res.: Urb. Buena Vista, Calle 5, No. 124, 00917. Tel: 787-689-4804.
*Mission*—Sma. Trinidad Calle Buenos Aires, No. 25, Parada 27, Hato Rey, San Juan Co. 00917.

15—NTRA. SRA. DE FATIMA (1967) Revs. Elias Lorenzana Fernandez, O.de.M. (Spain); Martin Garamendi, O.M. (Spain); Jose Martinez-Santos Gallego, O.M.F. (Spain); Jose B. Osorio Mourino.
Mailing Address: P.O. Box 190396, 00919-0396.
Tel: 787-753-6334; Fax: 787-764-3571.
Res.: 608 Munoz Rivera Ave., Stop 34, Urb. Baldrich, Hato Rey, 00919.
*School*—La Merced (1949) P.O. Box 364048, 00936-4048. Tel: 787-765-7342; 787-754-1162; Fax: 787-765-3970. Mrs. Rosa M. Figueroa, Prin. Lay Teachers 34; Students 485.
*Mission*—Egida del Maestro

16—NTRA. SRA. DE LA MEDALLA MILAGROSA (1957) Rev. Carlos Verdia Nay.
Mailing Address: Urb. Perez Moris, 209 Calle Mayaguez, 00917-5147.
Res.: 209 Mayaguez St., 00917. Tel: 787-751-2335.

17—NTRA. SRA. DE LA MONSERRATE (1919) Rev. Antonio Then De la Cruz, O.S.A.
Mailing Address: P.O. Box 13726, 00908-3726.
Res.: 1058 Fernandez Juncos Ave., 00907. Tel: 787-722-3134. Email: wwthen@hotmail.com.
*School*—Santa Monica, Tel: 787-722-2573 (Elem.); 787-723-3845 (H.S.); Fax: 787-723-3992.
*Catechesis/Religious Program*—Students 14.
*Mission*—Santa Ana Santurce, San Juan Co. 00908.

18—NTRA. SRA. DEL PERPETUO SOCORRO (1941) Rev. Msgr. Jose Emilio Cummings-Espada.
Res.: Calle Marti 704, Miramar, Santurce, 00907-9227. Tel: 787-721-1015; 787-721-1016.
*School*—Jose Marti St. 704, 00907. Tel: 787-724-1447; 787-721-4540; Fax: 787-725-8104 (Elem.); 787-723-4550 (H.S.). Dr. Angel Cintron, Prin. Priests 1; Lay Teachers 126; Students 1,210.

19—NUESTRA SENORA DE BELEN (1960) Rev. Reinaldo Sagardia.
Mailing Address: P.O. Box 10845, 00922-0845. Tel: 787-793-2485; Fax: 787-792-8541.
Res.: Calle Jacinto Galib Final, Ave. San Patricio, Guaynabo.

20—NUESTRA SENORA DE LA ALTAGRACIA (1958) Rev. Jorge Ernesto Torres-Rivera; Deacons Rafael Co-

lon; Euripides Lugo Lugo.
Mailing Address: Apartado 29493, 00929-0493. Tel: 787-765-0281.
Res.: Calle Felipe Gutierrez 672, Urb. Villa Prades, Rio Piedras, 00924.
*Catechesis/Religious Program*—Tel: 787-764-0614. Students 376.

21—NUESTRA SENORA DE LA CARIDAD DEL COBRE Rev. Pedro Luis Zaballa.
Res.: Urb. La Riviera, Calle 3 S.O. 1027, 00921-3517. Tel: 787-268-1325.

22—NUESTRA SENORA DE LA ESPERANZA (1962) Rev. Miguel Rivera-Borges.
Mailing Address: P.O. Box 8532, Fernandez Juncos Sta., 00910-8532.
Res.: Calle Republica No. 864, Urb. Hipodromo, Parada 20, Santurce, 00910. Tel: 787-999-7620.
*Mission*—Ntra. Sra. de la Providencia Barriada Figueroa.
*Chapel*—Doctors Hospital, Tel: 787-723-2950; Fax: 787-721-3155.

23—NUESTRA SENORA DE LA MERCED (1940) Rev. Ramon Conde-Ocampo, O.M. (Spain).
Mailing Address: P.O. Box 364133, 00936-4133.
Res.: Calle Pedro Espada 430, Urb. Roosevelt, Hato Rey, 00919. Tel: 787-763-3657.
*Catechesis/Religious Program*—Students 50.

24—NUESTRA SENORA DE LA PIEDAD (1956) Revs. Anibal Rodriguez-Rodriguez; Manuel Elejalde, C.P.; Jesus Etxeandia Ormaetzea, C.P., Supr.; Florencio Landa, C.P. (Spain).
Mailing Address: P.O. Box 79520, Carolina, 00964. Email: lapiedad_cp@yahoo.com.
Res.: 1001 Marginal, Villamar, Carolina, 00979. Tel: 787-726-2380; 787-726-2794; Fax: 787-982-2155.
*School*—Tel: 787-727-7585 (H.S.); 787-727-2460 (Elem.); Fax: 787-268-0664 (H.S.); 787-728-0125 (Elem.). Mrs. Lizette Matos, Prin.; Rev. Florencio Landa, C.P. (Spain), Dir. Priests 1.

25—NUESTRA SENORA DE LA PROVIDENCIA (1959) Rev. Msgr. Baudilio Merino Merino (Spain); Deacons Luis Vazquez; Ricardo Martinez.
Res. & Mailing Address: Urb. San Gerardo, 1730 Santa Agueda St., Rio Piedras, 00926. Tel: 787-765-6240; 787-765-8613; Fax: 787-765-4821.
*School*—Carretera #176, Km. 2.7, Calle Santa Agueda 1733, Urb. San Gerardo, Rio Piedras, 00926. Tel: 787-767-5552; 787-767-6755. Yolanda I. Martinez, Prin. Lay Teachers 32; Students 361.
*Catechesis/Religious Program*—Students 319.

26—NUESTRA SENORA DE LA PROVIDENCIA (1973) Rev. Olin Pierre-Louis.
Res. & Mailing Address: 219 Aponte St., 00912. Tel: 787-727-1878.

27—NUESTRA SENORA DE LOURDES (1969) Rev. Angel L. Morales Figueroa.
Mailing Address: Bo. Obrero Sta., P.O. Box 14452, 00916-4452.
Res.: Gilberto Monroig Ave., Cor. of Colton St., 288, 00916. Tel: 787-728-4643; Fax: 787-268-5255.

28—NUESTRA SENORA DEL CARMEN (1923) Rev. Giovanni Perez Bertre.
Mailing Address: P.O. Box 7275, 00916-7275. Tel: 787-727-0737; Fax: 787-728-4860.
Res.: Ave., Borinquen, Esq., Calle Tapia, Barrio Obrero, Santurce de Porres Calle: Tito Rodriguez #719 Barrio Obrero, Barrio Obrero, 00916.

29—NUESTRA SENORA DEL PILAR (1714) Rev. Jorge Alberto Ramirez-Sanchez, C.O.R.C. (Mexico); Deacon Jose L. Velazquez-Gonzalez.
Mailing Address: Box 31134, 00928-1134.
Res.: Plaza de Recreo, Rio Piedras, 00928. Tel: 787-763-3161.
*Catechesis/Religious Program*—Sr. Manuela Corona Moncilla, D.R.E.
*Mission*—Santa Teresita de Nino Jesus Calle,

Tanque #37, Barriada Venezuela, Rio Piedras, San Juan Co. 00925.
*Chapel—Hogar Crea* Barriada Venezuela. Tel: 787-751-5640.

)—NTRA. SRA. DE GUADALUPE (1951) Rev. Neil Macaulay, O.M.I. (Canada).
Mailing Address: G.P.O. Box 364125, 00936-4125. Tel: 787-782-0016; Fax: 787-782-0016. In Res., Rev. Mariano Martinez Galvez, O.M.I.
Res.: Calle 19 N.E. No. 1, Puerto Nuevo, 00920.
*School*—Tel: 787-782-0330; Fax: 787-782-0454. Mrs. Genevieve Zayes, Prin. Lay Teachers 35; Students 530.
*Catechesis/Religious Program*—Students 73.

)—RESURRECCION DEL SENOR (1968) Revs. Isaac Gonzalez-Saldana, O.F.M.; Esteban Melians-Figueredo, O.F.M.; Mariano Errazti, O.F.M.; Alfonso Guzman Alfaro, O.F.M.; Deacon Jose M. Sanchez.
Res. & Mailing Address: Calle 31, S.O. #797, Urb. Las Lomas, 00921-1205. Tel: 787-792-5939.

)—SAGRADA FAMILIA (1971) Rev. Lucjan Lepek, C.S.M.A.
Mailing Address: P.O. Box 29311, 00929.
Res.: Ave 65 de Inf., Esquina Calle 7, No. 112, Hills Brothers, Sabana Llana, 00924. Tel: 787-767-1723.
*Catechesis/Religious Program*—Students 2.

)—SAGRADO CORAZON DE JESUS (1971) Rev. Tulic Enrique Cordero Mateo, C.M.
Res. & Mailing Address: Calle Oxford 251, Esq. Howard Urb. University Gardens, 00927. Tel: 787-765-4798; Fax: 787-766-5456.
*School*—Esq. Iteramericana y Palma Real: Urb. University Gardens, Rio Piedras, 00927. Tel: 787-765-9430; Fax: 787-765-5267. Mary Andreen, O.S.F., Prin.
*Catechesis/Religious Program*—

)—SAGRADO CORAZON DE JESUS (1909) Rev. Miguel Rivera-Borges; Deacon Pedro Nel Arevalo Hernandez.
Mailing Address: F. Juncos Sta., Box 8312, 00910-8312.
Res.: Ponce de Leon Ave., #1308, Stop 19, Santurce, 00910. Tel: 787-722-0235; Fax: 787-722-4845.

)—SAN AGUSTIN (1889) Rev. Esteban De la Rosa-Martinez, C.Ss.R.
Mailing Address: 265 Ave. Constitucion, P.O. Box 9066557, 00906-6557. In Res., Revs. Jorge Colon, C.Ss.R.; Damian Wall, C.Ss.R.; Hector Colon, C.Ss.R.; Felix Catala, C.Ss.R.
Res.: 265 Ave. Constitución, 00902. Tel: 787-722-4289; Fax: 787-725-7737.
*School*—Colegio San Agustin, 255 Constitution Ave., Box 9024078, 00902-4078. Tel: 787-722-4544; Fax: 787-977-1700. Marie Benitez Alonso, Prin. Lay Teachers 17; Students 186.
*Catechesis/Religious Program*—Students 10.

)—SAN ANTONIO DE PADUA (1908) [JC] Revs. Ramon J. Casellas Rivera, O.F.M.Cap.; Jose A. Torres Rivera, O.F.M.Cap., Parochial Vicar.
Mailing Address: P.O. Box 21350, 00928-1350.
Res.: Calle Arzuaga #218, Esq. Frailes Capuchinos, Aptdo. 25177, 00928. Tel: 787-765-0606; 787-765-8247 (Convent); Fax: 787-765-1180; 787-763-9832 (Convent).
*School*—Tel: 787-764-0090; Fax: 787-763-7592. Sisters 1.
*Catechesis/Religious Program*—Students 863.
*Mission*—Nuestra Senora del Buen Consejo Calle De Diego, 00928.

)—SAN FRANCISCO DE MONTE ALVERNIA (1985) Rev. Jose Antonio Landrau Roman.
Res.: Calle 10, #15 Ext. San Agustin, 00926. Tel: 787-765-8824.

)—SAN FRANCISCO JAVIER (1967) Rev. Jose Maria Sanchez-Uribe (Colombia); Deacons Jose Hernandez; Fernando M. Padilla Nazario; Raul A. Perez Gonzalez.
Res.: Calle 19, G46. Urb. Fair View, 00926. Tel: 787-761-2115; Fax: 787-761-2115. Email: sanj@onelinkpr.net.
*Catechesis/Religious Program*—Students 150.

)—SAN IGNACIO DE LOYOLA (1956) Revs. Lawrence Searles-Bowels, S.J.; Donald M. Vega, S.J.; Deacon Carmelo Rivera.
Res. & Mailing Address: 1904 Calle Narciso, 00927-0706. Tel: 787-793-7960; 787-751-7512; Fax: 787-751-7000. Email: psi@cequi.net; parroquiasanignacior@hotmail.com.
*School*—Academia San Ignacio de Loyola, 1908 Calle Narciso, Rio Piedras, 00936. Tel: 787-765-8190; Fax: 787-765-3635. Glorimar Soegaard.

Prin.; Rev. Baudilio Guzman, S.J., Dir. Students 631.
*Chapel—Cond. Jardines de San Francisco*

41—SAN JORGE (1965) Rev. Pedro L. Reyes-Lebron.
Mailing Address: Calle Jorge 157, 00911. Tel: 787-724-6427. Email: sanjorgeparroquiapr@gmail.com.

42—SAN JOSE (Villa Caparra) (1948) Revs. Ricardo Hernandez Morales; Antonio Carrion Leyva. In Res., Rev. Jose Miguel Cardona Matta.
Res.: Villa Caparra, 215 Carr. #2, Guaynabo, 00986-1915. Tel: 787-781-1155; Fax: 787-774-8985. Email: psanjosevc@yahoo.com.
*School*—Calle Josemaria Escriva 32, Guaynabo (Villa Caparra), 00966-2209. Tel: 787-782-1955 (H.S.); 787-792-7489 (Elem.); 787-781-1212; Fax: 787-792-7440 (Elem.); 787-781-3029 (H.S.); 787-273-1542. Sonia M. Ramos Gonzalez, Prin. (Elementary); Sr. John Christian, Prin. (High School). Priests 1; Sisters 2; Lay Teachers 70; Students 451.

43—SAN JOSE OBRERO (1956) Rev. Rogelio Salazar-Valero (Mexico); Deacon Jose Lionel Cruz Trinidad.
Mailing Address: Calle Belmonte 470, 00923. Tel: 787-757-1448; Fax: 787-753-5382.
Res.: Urb. San Jose, Calle Belmonte 470, Rio Piedras, 00923.
*Catechesis/Religious Program*—Students 65.
*Mission—San Antonio Ma. Claret*, Embalse Sector.

44—SAN JUAN BOSCO (1945) Revs. Juan Martinez, S.D.B.; Lorenzo Ruiz.
Mailing Address: Barrio Obrero Sta., P.O. Box 14125, 00915.
Res.: 370 Lutz St., Villa Palmeras, 00915. Tel: 787-726-7317; Fax: 787-726-1420.
*Mission—La Milagrosa* Villa Palmeras, C. Lutz 300 Fin al, Santurce, Mayaguez Co. 00915. Tel: 787-728-2175; Fax: 787-726-7313.
*Mission—Ntra. Sra. del Rosario* Fajardo St., 00915.
*Mission—San Martin de Porres* Union St. #58, Playita, Yabucoa Co. 00915.

45—SAN JUAN DE LA CRUZ (1990) Rev. Jose-Juan Cardona Diaz; Deacons Jorge Colon Velez; Luis Francisco Hernandez; Omar Santamarina.
Mailing Address: MSC 216, Urb. La Cumbre, Emiliano Pol Sta., 00926.
Res.: Urb. La Cumbre, Calle Julio Ruedas #1925, Borinquen Gardens, Rio Piedras, 00926. Tel: 787-731-2016; Fax: 787-708-0812.

46—SAN JUAN M. VIANNEY (1972), (Santo Cura de Ars) Rev. Luis Norberto Correa-Garcia; Deacon Manuel Coban.
Res. & Mailing Address: Calle 2, F-14. Urb. Hillside, 00926. Tel: 787-790-2014.
*Mission—La Milagrosa*, San Juan Co.
*Mission—Cristo del Perdon* Parcelas Canejas, Bo. Caimito Bajo.
*Mission—Dulce Nombre de Maria* Bo. Dulce, Caimito Bajo.
*Mission—Ntra. Sra. del Carmen* Calle Fidalgo, Sector Corea, Bo. Caimito Bajo.

47—SAN LUCAS (1972) Rev. Ramon Orlando Tirado; Deacon Hector Cruz DeChoudens.
Res. & Mailing Address: Pio Baroja St., No. 380, Urb. El Senorial, 00926. Tel: 787-761-5476; Fax: 787-761-5476. Web: parroquiasanlucas.org.
*Catechesis/Religious Program*—Students 72.

48—SAN LUIS GONZAGA (1965) Rev. Victor Modesto Torres-Cisneros (Panama).
Res. & Mailing Address: Calle Ronda A-17, Urb. Villa Andalucia, 00926. Tel: 787-761-9438; Fax: 787-761-9438.

49—SAN LUIS REY (1968) Rev. Marco Antonio Rivera-Perez; Deacon Carlos J. Amador-Hernandez.
Mailing Address: Ste. #65, P.O. Box 71325, 00936-8425.
Res.: Calle 43 S.E. Final, Urb. Reparto Metropolitano, Rio Piedras, 00921. Tel: 787-767-6235.

50—SAN MATEO (1773) Rev. Olin Pierre Louis.
Mailing Address: P.O. Box 6081, 00914-6081.
Res.: Calle San Mateo, Esq. San Jorge, Stop 25, Santurce, 00912. Tel: 787-722-4158; Fax: 787-722-4158.

51—SAN PABLO (1965) Rev. Msgr. Francisco Medina Santos.
Res.: Duero St., No. 370, Urb. Villa Borinquen, Puerto Nuevo, 00920. Tel: 787-755-7788.
*Mission—Ntra. Sra. de la Caridad* Del Cobre Borinquen Towers, Puerto Nuevo, San Juan Co. 00920.

52—SAN VICENTE DE PAUL (1940) [CEM] Rev. Marion Poncette, C.M.
Mailing Address: P.O. Box 19118, 00910-0118.
Res.: 1660 Ave Fernandez Juncos, Stop 24, Santurce, 00910. Tel: 787-227-3963; Fax:

787-728-0670.
*School*—709 Bolivar St., Box 8699, 00910. Tel: 787-727-4273; Fax: 787-728-2263. Isabel Casanas, Prin. Lay Teachers 31; Students 490.
*Catechesis/Religious Program*—Students 36.

53—SANTA BERNADITA SOUBIROUS (1982) Rev. Msgr. Wilfredo Pena-Moredo; Deacon Ernesto Rivera Negron.
Mailing Address: 65 Infanteria Sta., P.O. Box 29826, 00928-0826. Tel: 787-762-0315; 787-257-7643; Fax: 787-757-6642. Email: santabernaditapr@yahoo.com. Web: www.parroquiasantabernardita.org.
Res.: Calle Espioncela, Esquina Calle Torcaza. Country Club, Rio Piedras, 00924.

54—SANTA CATALINA LABOURE (1977) Rev. Eusebio C. Fernandez Salazar (Colombia).
Mailing Address: 267 Calle Sierra Morena, P.M.B. 507, 00926-5583. Tel: 787-720-0303; Fax: 787-731-7166.
Res.: Carretera 842 Km. 3.6 Barrio Caimito, Rio Piedras, 00926.
*Mission—Medalla Milagrosa* Barrio Los Romeros, Bo. Caimito 00926-5636. Tel: 787-720-2215.
*Mission—San Pablo* Carretera 842, Bo. Caimito 00926.

55—SANTA CECILIA (1969) Rev. Danilo Martinez; Deacon Victor Merced de la Paz.
Mailing Address: Senorial Sta., P.O. Box 415, 00926-0415.
Res.: Avenida Ceciliana #1, Urb. Riviera de Cupey, Rio Piedras, 00936. Tel: 787-755-8670; 787-761-5461 (Parish House).
*Catechesis/Religious Program*—Students 33.
*Chapel—Hogar Santa Teresa Jornet*, Tel: 787-761-5805; Fax: 787-755-5575.
*Chapel—Capilla San Agustin* Carretera 844, Cupey Bajo.

56—SANTA LUISA DE MARILLAC (1962) Rev. Aldofo Figueroa-Morales; Deacon Francisco Colon.
Mailing Address: Urb. La Cumbre Ave., Emiliano Pol Sta. 497, Ste. #17, 00926-5636.
Res.: Ave. Emiliano Pol, Urb. La Cumbre, Rio Piedras, 00926. Tel: 787-720-3150; Fax: 787-720-8779.

57—SANTA MARIA DE LOS ANGELES (1954) Rev. Miguel Angel Trinidad-Fonseca; Deacon Rafael Reyes Crespo.
Mailing Address: Box 10716, 00922-0716. Tel: 787-792-2640; Fax: 787-792-2640.
Res.: De Diego Ave., No. 930, Urb. La Rivera, Rio Piedras, 00936.

58—SANTA ROSA DE LIMA (1971) Rev. Carlos Perez Toro; Deacons Pedro Costa; Jose R. Amezaga.
Res. & Mailing Address: Urb. Venus Gardens, 1765 Calle Lesbos, 00926-4843. Tel: 787-761-6586; Fax: 787-761-6586. Email: santarosadelimapr@yahoo.com. Web: santarosadelimapr.blogspot.com.

59—SANTA TERESA DE JESUS JORNET (1985) Rev. Leonardo Rodriguez-Ochoa; Deacons Vicente Lasanta; Martin Cuevas.
Mailing Address: El Senorial Mail Sta., P.O. Box 415, 00926-0415.
Res.: Carr. 176 Camino el Mudo, Km. 10.0 Cupey Alto, 00926. Tel: 787-748-2978.
*Mission—San Martin de Porres* Camino El Mudo. Cupey, Alto, 00926.
*Mission—Ntra. Sra. de la Salud* Camino Guayabos Carr. 176, Km. 5, Cupey, Alto, 00926.
*Mission—Parroquia Santa Teresa de Jesus Jornet* (CEM) Camino Los Gonzales, Km. 5.3.

60—SANTA TERESITA DEL NINO JESUS (1930) Rev. Luis M. Miranda Rivera, O.Carm.
Res.: 2059 Loiza St., 00911-1799. Tel: 787-727-0181; 787-727-0030; Fax: 787-728-0056. Email: tmgf@prmail.net. Web: www.parroquiasantateresita.com.
*Mission—Sagrada Familia* Residencial, Luis Lloréns Torres, San Juan Co. 00913. Tel: 809-726-0570.

61—SANTISIMO SALVADOR (1966) Revs. Javier Lopez, Sch.P. (Spain); Agustin Lopez, Sch.P. (Spain); Juan L. Cabrerizo, Sch.P. (Spain); Deacons Raul A. Medina; Luis O. del Rio.
Res.: Niza St., 576, Urb. Villa Capri, 00924. Tel: 787-761-3314; Fax: 787-755-1595.
*School—Calasanz* (1968) Ave. Montecarlo, Esq. 2, Urb. Montecarlo, P.O. Box 29067, 00929-0067. Tel: 787-750-2500; Fax: 787-257-0450. Ana Celia Santos, Prin. (High School); Glenda Laureano, Prin. (Elementary); Priests 3; Lay Teachers 25; Students 341.
*Catechesis/Religious Program*—Students 656.
*Mission—Ntra. Sra. Reina de la Paz* Calle #33, C-8 Urb. Berwind States, Rio Piedras, San Juan Co. 00924.
*Mission—San Jose de Calasanz* Calle #23 408, Parc. Hille Brothers, Rio Piedras, San Juan Co. 00924.

62—SANTISMO SACRAMENTO (1967) Rev. Rogelio Salazar-Valero (México).
Res.: 500 Jerusalem St., Urb. Matienzo Cintron, Rio Piedras, 00923. Tel: 787-764-3448.
Catechesis/Religious Program—Students 40.

63—SANTOS PEDRO Y PABLO LOS APOSTOLES (1980) Rev. Lucjan Lepek, O.S.M.A.
Mailing Address: Las Teresas II Apt. 7F, Calle Azabache 905, 00924-3244.
Res.: Urb. Jardines De Berwind, Calle Las Casitas, Lote K, 65 Infanteria, Rio Piedras, 00928. Tel: 787-768-1424.

64—STELLA MARIS (1985) Rev. Magr. Antonio Jose Vazquez Colon. In Res., Revs. Ovidio Ortega Lemus (Cuba); Enrique Manuel Camacho-Monserrate.
Res.: 69 Cervantes St., Condado, San Juan, 00907-1947. Tel: 787-723-2240; 787-723-2359; Fax: 787-722-3200.

### OUTSIDE THE CITY OF SAN JUAN

BAYAMON
1—ASCENSION DEL SENOR (1984) Revs. Pedro Gorena, O.SS.T. (Spain); Javier Elorriaga, O.SS.T.; Deacon Juan Perez del Valle.
Mailing Address: P.O. Box 3367, 00958-3367. Tel: 787-799-6120; Fax: 787-730-7389.
Res.: Calle 31, Final, Urb. Rexville, 00957.
Catechesis/Religious Program—Milagros Rivera, D.R.E. Students 188.

2—CATALINA DE SIENA (1963) Rev. Oscar Morales-Cruz, O.P.; Deacon Jose Rios.
Mailing Address: Hnas. Davila, Q-3 Calle 1, 00959.
Res.: Urb. Hermanas Davila, Calle 10, Q-3, 00959. Tel: 787-785-2381; Fax: 787-269-5065.
Catechesis/Religious Program—Students 94.

3—CRISTO SALVADOR (1998) Rev. Luis Felipe Rodriguez Garnica.
Mailing Address: PMB 464, P.O. Box 7891, Guaynabo, 00970-7891.
Church: Farroquia Cristo Salvador, Guaynabo, 00970. Tel: 787-720-6596; 787-309-2448; Fax: 787-720-6596. Email: cristosalvador08@hotmail.com.

4—ESPIRITU SANTO (2002) Rev. José A. Santiago, O.SS.T.
Res. & Mailing Address: Y-300 Calle 24, Bella Vista Gardens, 00957. Tel: 787-222-0935.

5—INVENCION DE LA SANTA CRUZ (1772) Rev. Marcos Espinel Arauzo, O.P. (Spain).
Res.: 12 Bettgart St., 00961. Tel: 787-785-2134.

6—LA RESURRECCION DEL SENOR (1987) Rev. Edwin A. Cruz Garcia; Deacon Nicanor Mercado.
Res. & Mailing Address: Urb. Royal Town, F-1 Calle 12, 00956-4563. Tel: 787-730-4310; Fax: 787-730-4310.
Catechesis/Religious Program—Students 60.

7—NTRA. SRA. DE LA MONSERRATE (1985) Revs. Benigno Palomo-Casares, O.S.A. (Spain); Perfecto Alvarez, O.S.A.; Carlos Cordero, O.S.A.
Mailing Address: P.O. Box 3948, 00958-3948.
Res.: Carr. 829, Km. 6.2, Bo. Santa Olaya, Bayamon Gardens, 00958. Tel: 787-797-0078; 787-799-7340; Fax: 787-797-9953.
Mission—Cristo Rey Bo. Guaraguao, Sector La Morenita.
Mission—Santa Monica Bo. Guaraguao, Sector Pana, Bayamon Co. 00619.

8—NUESTRA SENORA DE LA MILAGROSA (1968) Rev. Edgaro Pinto (Peru).
Mailing Address: P.O. Box 2104, 00960-2104.
Res.: Carr. 864, No. 82, Bo. Hato Tejas, 00960. Tel: 787-785-6820.

9—NUESTRA SENORA DEL PERPETUO SOCORRO (1976) Rev. Silvestre Gomez, O.P.; Deacons Ramon L. Ramos; Miguel Velez.
Mailing Address: Comerio St. No. 190, 00956. Tel: 787-785-2381; 787-780-4367; Fax: 787-785-2134.

10—NUESTRA SENORA DEL ROSARIO (1971) Rev. Jose Francisco Quiceno; Deacon Luis A. Navedo.
Res.: Calle Zaragoza, Bloque, B No. 34, Bas. Calle Vizcaya, Urb. Villa Espana, 00961. Tel: 787-787-0418; Fax: 787-787-0418.
Mission—Minillas San Jose.
Mission—Ntra. Sra. del Carmen Bella Vista.
Mission—Sagrado Corazon de Jesus

11—NUESTRA SRA. DE LOS DOLORES (1976) Rev. Jose Francisco Quintero Anguiera; Deacon Francisco Hernandez.
Mailing Address: 18th St., Urb. Alturas de Flamboyan, Bloque DD-25, 00957. Tel: 787-786-7494.
Catechesis/Religious Program—Students 12.

12—NTRA. SRA. DEL ROSARIO (1993) Rev. Abelardo Mojica Paez; Deacon Hector Rivera.
Mailing Address: Box 3917, 00958.
Res.: Carr. 816 Km. 5.6, Barrio Nuevo, 00961. Tel: 787-730-6000; Fax: 787-730-6000.
Mission—San Juan Bautista, Montellano Co.
Mission—Jesus Maestro, Dajaos Co.

Mission—La Providencia, Dajaos Co.

13—SAGRADA FAMILIA (1976) Rev. Edwin Hernandez-Ralat, P.B.R.O.; Deacons Americo Arroyo; Angel L. Oyola-Figueroa; Filiberty De Jesus Robles.
Mailing Address: P.O. Box 8478, 00959-8478. Email: sagfamilia@coqui.net.
Res.: #A-466 Cuba St., Urb. Ext. Forest Hills, 00960. Tel: 787-786-9979; Fax: 787-798-2010. Email: sagradafamilia@coqui.net.

14—SAN AGUSTIN (1964) Revs. Felipe Fernandez, O.S.A. (Spain); Carlos Ruben Algarin Lopez, O.S.A.; Gonzalo Gonzalez, O.S.A. (Spain); Deacon Cristobal Rivera.
Res.: Urb. Lomas Verdes, Calle Duende, Bloque 2, E #21, 00956. Tel: 787-785-8611; Fax: 787-786-7631. Email: bayamonsanagustin@hotmail.com.
School—(1964) Bayamon Gardens Sta., P.O. Box 4263, 00968-4283. Tel: 787-786-0055. Mrs. Mercedes Diaz, Prin. Lay Teachers 25; Students 308.
Mission—San Martin de Porres Calle 1 Barrio Juan Sanchez, Bayamon Co. 00959.
Mission—Ntra. Sra. del Buen Consejo Villas de San Agustin, Bayamon Co. 00959.

15—SAN ANTONIO MARIA CLARET (1966) Rev. Norberto Padilla, C.M.F.; Deacon Jose Dolores Rivera.
Mailing Address: P.O. Box 3292, Bayamon Gardens Sta., 00958-3292.
Res.: D-24 Castiglioni Ave., Urb. Bayamon Gardens, 00957. Tel: 787-797-3337.
Catechesis/Religious Program—Students 250.

16—SAN JOSE (1964) [CEM] Revs. Hector Cuadrado, C.M.F.; Josemaria Armendariz, C.M.F.; Jose Nieto, C.M.F.
Res. & Mailing Address: Dakar, F-169, Forest View, 00956. Tel: 787-785-6675.
School—Academia Claret, Tel: 787-787-6685; 787-786-7976. Nilda Rivera Miranda, Prin. Priests 2; Lay Teachers 30; Students 315.

17—SAN JUAN BAUTISTA DE LA SALLE (1979) Rev. Antonio Romero Iglesias, M.M.SS.CC.; Deacons Francisco Ortiz; Jose Vega.
Res. & Mailing Address: A-19 Rio Cialitos St., Irn. Secc. Estancias de Rio Hondo, 00961. Tel: 787-787-9567; Fax: 787-798-5071.

18—SAN MIGUEL ARCANGEL (1962) Rev. Luis Marrero Padilla.
Mailing Address: P.O. Box 361714, 00936-1714. Tel: 787-787-4459; Fax: 787-787-4459.
Res.: Urb. Jardines de Caparra, Calle 12A Bloque AB., No. 32, 00959.
Mission—San Miguel Barriada San Miguel, Guaynabo, Guaynabo Co. 00657.

19—SANTA ELENA (1978) Rev. Jorge Saenz.
Mailing Address: P.O. Box 366, 00960-0366.
Res.: Calle 6, H-14, Urb. Sta. Elena, 00957. Tel: 787-785-6604; Fax: 787-785-6604.

20—SANTA MARIA (1984) Revs. Jose Martinez-Santos Gallego, C.M.F. (Spain); Demuel Taranez Rosa, C.M.F.; Jose Nunez, C.M.F. (Spain); Deacons Jose Ramon Cruz; Rafael Araya.
Mailing Address: Urb. Cana, Calle 24 #II-1, 00957.
Res.: Calle 24, Esq. 23, Urb. Cana, 00957. Tel: 787-797-7248; 787-797-8230; Fax: 787-797-7248.
Mission—San Gerardo Mayela Bo. Buena Vista, Bayamon Co. 00957.
Mission—Sagrado Corazon Bo. Cerro Gordo, Bayamon Co. 00956.

21—SANTA RITA DE CASIA (1967) Revs. Domingo Aller, O.S.A. (Spain); Carlos R. Morales, O.S.A.; Mario Gonzalez, O.S.A. (Spain); Deacons Ramon L. Rivera; Obed Eliezer Toro; Noel Vasquez.
Res. & Mailing Address: Urb. Santa Juanita NS-8 Ave., Hostos, 00956-5102. Tel: 787-786-3971; Fax: 787-778-3806.
Mission—Jose Carretera 831, Bo. Minillas, Bayamon Co. 00619.
Mission—Ntra. Sra. Del Carmen Calle Reno P-54, Urb. Vista Bella, Bayamon Co. 00619.
Mission—Sagrado Corazon De Jesus

22—SANTA ROSA DE LIMA (1976) Rev. Virgilio Martinez (Spain).
Mailing Address: Urb. Santa Rosa, 28-9, Calle 12, 00958. Tel: 787-798-2300; 787-787-1676; Fax: 787-780-3689.
Email: bayamonsantarosa@gmail.com. Web: asantarosabay.wix.com/academia.
Res.: Urb. Santa Rosa, Av. Main, Calles 11, 12, 13, 00959.
School—Urb. Santa Rosa, Av. Main, 00959. Tel: 787-798-2829; 787-798-2539; Fax: 787-780-3680; 787-268-4996. Lorrie M. Cuevas Torres, Prin. Lay Teachers 30; Students 537.
Catechesis/Religious Program—Students 80.

23—SANTA TERESA DE JESUS (1983) Rev. Edwin Londono Zuluaga; Deacon Timmy Martinez Perez.
Mailing Address: P.O. Box 9204, 00960-9204. Email: parsteresa@gmail.com.
Res.: Calle 12 F #10, Urb. Teresita, 00960. Tel: 787-269-6749; Fax: 787-269-6749.

Mission—San Martin de Porres Rio Plantation Urb., 00961. Tel: 787-269-6749; Fax: 787-269-6749.
Mission—Convento Missioneras de La Caridad Sector Punta Brava. Tel: 787-269-0007.

24—SANTIAGO APOSTOL (1966) [CEM] Rev. Agapito Antonio Ramos-Valde, M.SS.CC.; Deacon Angel Fabon.
Res.: Urb. Sierra Bayamon, 23-17 Calle 23, 00961-4418. Tel: 787-786-9879; 787-288-1966; Fax: 787-269-3965.
Res.: Tel: 787-786-9179; Fax: 787-269-3965. Neyda Perez-Hernandez, Prin. Priests 2; Lay Teachers 21; Students 358.
Catechesis/Religious Program—Students 229.

25—SANTO DOMINGO DE GUZMAN (1976) Rev. Silvestre Comez, O.P.; Deacons Héctor Negrón; Rubén Gonzalez.
Res. & Mailing Address: Ext. La Milagrosa Calle 2, 00959. Tel: 787-786-8592.
Catechesis/Religious Program—

26—SANTO DOMINGO DE GUZMAN (1984) Rev. Francisco J. Quinones Diaz; Deacons Virgilio Andino; Ramon L. Ramos; Pedro Gonzalez-Rosario.
Mailing Address: P.O. Box 3342, 00958-3342.
Res.: Parcelas Van Scoy, Calle Principal Esquina Calle, #3, 00957. Tel: 787-797-5510; 787-946-3317; Fax: 787-797-5510.
Catechesis/Religious Program—Students 92.
Mission—Santisima Trinidad Carretera 167 Km. 10, Bo. Ortiz, Corozal Co.
Mission—Ntra. Sra. de La Providencia Urb. Los Dominicos, 00958.
Mission—Carlos Manuel Rodriguez Urb. Los Palacios, Toa Alta, 00954.

CAROLINA
1—CRISTO REY (1971) Rev. Luis Antonio Cruz-Gonzalez.
Mailing Address: P.O. Box 1215, 00986-1215.
Res.: Urb. Parque Ecuestre, W2 Calle Dulce Sueno, 00987. Tel: 787-752-9939; Fax: 787-752-9939.
Mission—San Francisco de Asis Entre las calles Tinajero y Dulce Sueno, Parque Encuestre.
Mission—Maria Auxiliadora Carrt. 857 Km. 3.6, Bo. Canovanillas.
Mission—Divino Nino Jesus Urbanizaciones: Ciudad Jardin y Colobos Park, Bo. Cambute, Carolina Co.
Mission—Cristo Rey Bo. Carruzos.

2—EPIFANIA DEL SENOR (1982) Rev. Grzegorz Okarma, C.S.M.A.
Mailing Address & Res.: Calle Calais 425, Ext. El Comandante, 00982-3601. Tel: 787-752-1149.
Catechesis/Religious Program—Students 19.

3—INMACULADA CONCEPCION (1966) Rev. Tomas Felipe Chacon-Mora; Deacon Miguel A. Colon.
Mailing Address: P.O. Box 3562, 00984-3562. Email: pinmacconc@gmail.com.
Res.: Urb. Valle Arriba Hts., Calle Almendro A-15, 00984. Tel: 787-276-1527; Fax: 787-769-4307.
Catechesis/Religious Program—Students 58.

4—NTRA. SRA. DE FATIMA (1998) Rev. Victor Manuel Llenas-Ubinas; Deacon Orlando Rodriguez.
Mailing Address: HC 03 Box 12076, Bo. Cedros, 00987-2076.
Res.: Bo. Cedros, Carr 853, Km. 13.6, 00988. Tel: 787-750-2168; Fax: 787-750-2168.
Mission—Ntra. Sra. del Carmen Carr 853, Km. 8.0, Barraras 00987.
Mission—Santa Teresa de Jesus Bo. Carr 853, Km. 5.0, Cacao 00987.

5—NTRA. SRA. DEL CARMEN (1984) Rev. Antonio Garcia (Spain); Deacons Ernie Diaz; Cesar Avila.
Mailing Address: P.O. Box 299, 00986-0299.
Res.: Urb. Lomas de Carolina, Monte Membrillo Km. 8, 00987. Tel: 787-752-8708; 787-757-5729; Fax: 787-762-6656.
School—Academia del Carmen, Calle Monte Britton, Esq. Monte Membrillo, Lomas de Carolina, 00987. Tel: 787-757-4489; 787-757-4454. Email: academiadelcarmen@gmail.com. Mrs. Aitza Vázquez-Padilla, Sub-Dir. Priests 1; Lay Teachers 18; Students 139.
Catechesis/Religious Program—Students 139.

6—NTRA. SRA. REINA DE LA PAZ (1969) Rev. Tomas Felipe Chacon-Mora; Deacons Euripides Lugo; Efigenio Rivera.
Mailing Address: P.O. Box 3688, 00984-0688.
Res.: Calle 6, Final, Urb. Sabana Gardens, 00983. Tel: 787-750-4538; Fax: 787-764-5973.
Mission—Divino Nino Jesus

7—NTRA. SRA. REINA DE LOS ANGELES (1960) Rev. Carmelo Soto-Tanon; Deacon Ildefonso Berrios.
Res. & Mailing Address: Urb. Los Angeles, 29 Calle Lira, 00979-1659. Tel: 787-791-2594; Fax: 787-791-8878. Email: reinadelosangeles@catholic.org.

8—NUESTRA SENORA DE LOURDES (1956) Rev. David Arrieta (Spain).
Res. & Mailing Address: Urb. El Comandante, 1173 Calle Alejo Cruzado, 00924.

Res.: 1173 Alejo Cruzado, Ext. El Comandante, P.B.R.O.; Tel: 787-752-3716.

9—SAN ANDRES (1982) Rev. Rafael Mendez-Hernandez, P.B.R.O.; Deacons Jorge L. Camacho Gerena; Gilberto Mejias. Res. & Mailing Address: MP-15 Calle 482, Urb. Country Club (4 ta. Extension), 00982. Tel: 787-769-7076; Fax: 787-769-7076.

10—SAN FELIPE APOSTOL (1971) Rev. Rodney Algarin-Rosado; Deacon Manuel Cruz. Mailing Address: P.O. Box 1494, 00984-1494. Res.: Calle 419, Bloque 165, No. 3, 4 Ta. Ext. Villa Carolina, 00964. Tel: 787-762-6520; Fax: 787-257-8995. Email: sanfelipepr@hotmail.com.

11—SAN FERNANDO (1851) Rev. Msgr. Efrain Rodriguez-Otero; Deacons Jose Birriel; Santiago Diaz Rosa; Presbitero Rivera. Mailing Address: P.O. Box 128, 00986-0128. Res.: Calle Ignacio Arzuaga #157, 00986. Tel: 787-769-0170; Fax: 787-769-5223.

12—SAN FRANCISCO DE ASIS (1988) Rev. Frank de la Rosa Peguero (Dominican Republic). Res. & Mailing Address: Calle 22 #0-31 A, Urb. Metropolis, 00987. Tel: 787-998-8331. Email: parsonta@onelinkpr.net.

13—SAN JUAN DE DIOS (1971) Rev. Julio Ortiz-Mangual; Deacon Jose Otero Lugo. Mailing Address: P.O. Box 3179, 00984-3179. Res.: R-19 Canaria St., Jardines de Borinquen, 00986. Tel: 787-757-5060; Fax: 787-757-5060. Mission—La Sagrada Familia C. Progreso A-79A, Villa Esperanza, Carolina Co. 00985.

14—SAN VALENTIN (1971) Rev. Natividad Acevedo Viscaya; Deacon Jose A. Pappaterra. Mailing Address: P.O. Box 9382, 00988-9382. Res.: Calle San Luis 128, Urb. Rolling Hills, 00988. Tel: 787-750-5277; Fax: 787-750-5277. Catechesis / Religious Program—Students 66. Mission—Jardines de Carolina Calle E, esq. Calle F, Santa Rosa, 00987. Tel: 787-750-5277. Mission—San Antonio Urb. San Anton, Calle Tomas Ortiz, esq. Kercado, Carolina Co. 00987.

15—SANTA CLARA DE ASIS (1966) Revs. Francisco Labaka, O.F.M. (Spain); Leandro Aberrategui, O.F.M. (Spain); Luis S. Olmo, O.F.M. (Spain); Deacons Luis Del Rio Pitra; Jose A. Morales, (Retired); Luis Montes. Res. & Mailing Address: Urb. Villa Fontana, JL No. 456 Via 14, 00983. Tel: 787-768-1708; Fax: 787-750-2898. School—(1988)Tel: 787-768-7110; Fax: 787-757-5044. Mrs. Lillivette Torres, Prin. Lay Teachers 23; Students 355. Mission—San Francisco de Asis Mission—Parque Boliviano 5-JL Villa Fontana Park, Carolina Co. 00983.

16—SANTA GEMA GALGANI PARISH SANCTUARY (1971) Rev. Jose R. Montanez Lopez, C.P. Mailing Address: P.O. Box 2789, 00984-2789. Res.: Av. Galicia Final, Urb. Vistamar, 00983. Tel: 787-769-5663; 787-776-0208. School—Tel: 787-768-3082; 787-757-2505; Fax: 787-750-3090. Sr. Maria Rafaela Ojeda, Dir. Lay Teachers 51; Students 803. Catechesis / Religious Program—Students 865.

17—SANTISIMA TRINIDAD (1982) Rev. Francisco Arana (Spain); Deacons Ibrahim Suarez; Esteban Valle; Bienvenido Demenech; Gaspar Orozco. Res. & Mailing Address: Ave. Campo Rico PA-16, 3ra Ext., Urb. Country Club, 00988. Tel: 787-769-5665. Catechesis / Religious Program—Students 175.

18—SANTO CRISTO DE LA AGONIA (1971) Rev. Juan Santa Guzman; Deacon Miguel A. Marrero-Nieves. Mailing Address: P.O. Box 5108, 00984-5108. Res.: Calle Robles 29, Urb. Eduardo J. Saldana (Ceramica), 00984. Tel: 787-768-0374. Catechesis / Religious Program—Students 30. Mission—Ntra. Sra. de la Esperanza Sabana Abajo, Carolina Co.

19—SANTO CRISTO DE LOS MILAGROS (1971) Rev. Msgr. Nestor Yulfo-Hoffman; Deacon Jorge Rivera. Mailing Address: P.O. Box 834, 00986-0834. Res.: Ave. Sanchez Castano, Urb. Villa Carolina, 00985. Tel: 787-636-0317; Fax: 787-636-0317.

CATANO

1—NUESTRA SENORA DEL CARMEN (1893) Rev. Jaime Rodriguez Ribo; Deacon Angel Oquendo. Mailing Address: P.O. Box 427, 00963-0427. Res.: Calle Tren Num. 42, 00963. Tel: 787-275-1309; 787-765-6542. Catechesis / Religious Program—Pedro Crespo, D.R.E. Students 40. Mission—San Martin de Porres Urb. Bayview. Mission—San Jose Obrero

2—SAN FRANCISCO DE SALES (1969) Revs. Mario Antonio Leonardo-Hernandez; Jorge L. Gonzalez, S.D.B., Supr. Mailing Address: P.O. Box 567, 00963-8163.

Res.: Ave. Flor del Valle Bloque BB-No. 108, Urb. Las Vegas, 00963. Tel: 787-788-5036; Fax: 787-788-8163. Mission—Santo Domingo De Guzman Parcela Blanco, Catano Co. Mission—Maria Auxiliadora Urb. Vistas Del Morro. Mission—San Judas Tadeo (Santuario) Parcelas Bo. Palmas. Mission—Immaculada Concepcion Sector La Cucharilla.

DORADO

1—NTRA. SRA. DE LA SALUD (1982) Rev. Angel Pagan Torres; Deacon Hilario De Leon. Mailing Address: Bo. Higuillar, P.O. Box 470, 00646-0470. Res.: Parcela 202, Calle Principal 210, Sector San Antonio, 00646. Tel: 787-626-4849. Email: pntrasradelasalud@gmail.com.

2—SAN ANTONIO DE PADUA (1848) Rev. Jose Angel Rodriguez Reyes; Deacons Benito Lugo Soto; José E. Colon; José C. Diaz. Mailing Address: P.O. Box 602, 00646-0602. Tel: 787-278-1416; Fax: 787-278-1154. Email: saintantny@coqui.net. Res.: 184 Calle Norte, P.O. Box 602, 00646. Mission—San Martin de Porres Calle Principal Bo Mameyal, 00646. Shrine—Christ of Reconciliation (2001) Urb. Martorell, Paseo Del Cristo Lot #8, 00646.

GUAYNABO

1—BUEN PASTOR (1965) Rev. Jesus Garcia Rodriguez (Venezuela). Res. & Mailing Address: Urb. Apolo QQIA Calle Acropolis, 00969-5014. Tel: 787-200-5308; Fax: 787-789-2655.

2—CORAZON DE JESUS (1992) Rev. Ricardo Perez Toro. Mailing Address: HC-4 Box 5735, 00971-0225. Tel: 787-731-0585. Res.: Carr. 834 Km. 4.0, Bo. Sonadora, 00970. Mission—Sagrada Familia Bo. Sonadora, Villa Jalena, Bo. Sonadora.

3—DIVINO NINO JESUS (1992) Rev. Rodolfo Lamas; Deacons Andres Figueroa; Milton Valladares. Mailing Address: PBM 143, HC-01, Box 29030, Caguas, 00725. Tel: 787-720-0203; Fax: 787-720-0203. Res.: Urb. Lomas Del Sol, Calle Principal, 00971. Mission—San Rafael Arcangel Barrio Camarones, Carr. #20, Guaynabo Co. 00970. Mission—Jesus Nazareno Bo. Mamey, Guaynabo Co. 00970. Mission—El Buen Pastor Carr. #1, Guaynabo Co. 00970. Tel: 787-798-9596. Mission—Ntra. Sra. de la Paz Bo. Quebrada Arenas, Guaynabo Co. 00971.

4—MARIA MADRE DE LA MISERICORDIA (1995) Rev. Msgr. Leonardo J. Rodriguez-Jimenez; Revs. Joel del Cueto-Santiago; Ricardo Augusto Roig Lorenzo; Carlos Rafael Santiago-Ramirez; Deacon Ivan Llado-Gonzalez. Res. & Mailing Address: Ave. Santa Ana, #150, 00969. Res.: Carretera 833 Km. 13.2, Bo. Santa Rosa 3, 00969. Tel: 787-789-0090; Fax: 787-790-7596.

5—MARIA MADRE DE MI SENOR (1988) Rev. Phillip Nunez-Carrion; Deacon Luis Alvarez Soria. Mailing Address: P.O. Box 2150, 00970-2150. Tel: 787-789-1837; 787-720-1709. Res.: Bo. Tortugos, Carretera 873, #1904, 00970. Mission—Ntra. Sra. del Carmen Bo. Frailes Llanos, Sector Los Baez, Guaynabo Co. 00657.

6—NUESTRA SENORA DE LA PAZ (1992) Rev. Jairo Enrique Granados-Benavides; Deacons Porfirio Franco; Jose M. Castillo. Mailing Address: PMB 774, P.O. Box 7891, 00970-7891. Tel: 787-287-5714. Res.: 833 Rd. LM 3.5, Bo. Guaraguao, 00970. Mission—Ntra. Sra. de la Divina Providencia Cantagallo, Juncos Co. 00971. Mission—Espiritu Santo Bo. Sta. Rosa I, 00971. Tel: 787-287-2335. Mission—Inmaculada Concepcion Bo. Camarones Centro, Ciales Co. 00971. Mission—San Jose Obrero Bo. Sta. Rosa II, 00971.

7—SAGRADOS CORAZONES (1988) Revs. Victor Hugo Mira Alvarez, SS.CC.; Mateo Mateo, SS.CC.; Deacons Ivan E. Dominguez; Ulpiano H. Rivera; Olimpio R. Zambrana Ortega. Mailing Address: P.O. Box 3902, 00970-3902. Res.: Urb. Ponce de Leon, 008 Ave. Esmeralda, 00969. Tel: 787-720-6151; Fax: 787-720-6151. School—Avenue A, 00969. Tel: 787-720-5585; 787-720-6316; Fax: 787-720-6035. Email: ssccpnh@gmail.com. Catechesis / Religious Program—Aguilda Rodriguez, D.R.E.; Grissell Coites, D.R.E. Mission—Virgen de la Paz Bda. Cruz Melendez, 00969.

8—SAN JUAN EVANGELISTA (1962) Rev. Walter S. Gomez-Baca; Deacon Miguel De La Sota. Mailing Address: P.O. Box 10151, 00922-0151. Email: mje@caribe.net; info@psje.us. Res.: Calle Church Hill, J-5, Urb. Torrimar, 00966. Tel: 787-783-3522; Fax: 787-781-0236. School—Tel: 787-781-5325; Fax: 787-793-8076. Priests 1; Lay Teachers 37; Students 260. Catechesis / Religious Program—Tafty Bauticos, D.R.E. Mission—San Francisco de Asis (CEM) Carretera 19, La Marina, Guaynabo Co. 00966.

9—SAN PEDRO MARTIR DE VERONA (1789) Rev. Msgr. Mario A. Guijarro de Corzo (Cuba); Deacons Carlos Rivera Martinez; Humberto Reyes Anciano; Angel Loyola Zayas; Gregory A. Guijarro. Mailing Address: P.O. Box 32, 00970-0032. Res.: Calle Tapia No. 5, 00970. Tel: 787-720-2361; 787-272-6783; 787-287-1791; Fax: 787-287-2833. School—Alpierre St. Final, Urb. Colimar, P.O. Box 2560, 00970-2560. Tel: 787-720-2219; Fax: 787-272-6770. Mr. Leonardo L. Cuadros, Prin.; Deacon Gregory A. Guijarro, Prof. & Vice Dir. Priests 1; Sisters 1; Lay Teachers 19; Students 258. Catechesis / Religious Program—Students 267.

10—SANTA ROSA DE LIMA (1973) Rev. Jose Gregorio Guaipo; Deacon William Pas Gonzalez. Res. & Mailing Address: 16 Parque St., Barrio Amelia, 00965. Tel: 787-781-5855; 787-783-9731; Fax: 787-781-5855; 787-783-9731. Mission—La Milagrosa Barriada Vietnam.

TOA ALTA

1—NTRA. SRA. DE LA PROVIDENCIA (1968) Rev. William Torres-Pagan; Deacons Gregorio Cuevas; Pedro Gonzalez. Mailing Address: P.O. Box 3836, Bayamon Gardens Sta., Bayamon, 00958-3836. Tel: 787-797-1618. Res.: Bo. Pinas, Carretera 861 Km. 5.2, 00954. Catechesis / Religious Program—Students 160. Mission—Ntra. Sra. de Fatima Sector Rincon, Bo. Pinas, Comerio Co. Mission—La Resurreccion Villa del Rio, Bo. Pinas, Comerio Co. Mission—Ntra. Sra. del Carmen Sector del 7. Mission—Sagrada Familia Villa Juventud, Bo. Pinas, Comerio Co. Mission—San Ricardo Barrios Pinas, 00954.

2—NUESTRA SENORA DE LA MEDALLA MILAGROSA Rev. Jose A. Ortiz Garcia; Deacons German Hernandez Pagan; Santos Nieves. Mailing Address: P.O. Box 335, 00954-0335. Res.: Bo. Quebrada Cruz, Carretera 824, Km. 3.8. 00954. Tel: 787-870-4090; Fax: 787-870-8125. Mission—Nuestra Senora del Carmen Sector El Cuco, Bo. Quebrada Cruz, Toa Alta Co. 00953.

3—SAN ESTEBAN, PROTOMARTIR (1997) Rev. Hernan Berdugo-Sanjuan; Deacons Jose Ramon Perez-Bracero; Rafael Morales Figueroa; Emerito Ventura Ruiz. Res. & Mailing Address: P.O. Box 3729, Bayamon, 00958. Tel: 787-799-2925. Email: parroquiasanesteban@prtc.net. Catechesis / Religious Program—Students 171. Mission—Capilla Cristo Rey Sector La Cuerda, Barrio Bucarabones, Toa Alta Co. 00953. Mission—Ntra. Sra. del Rosario

4—SAN FERNANDO REY (1751) [JC] Rev. Eddie Rivera-Marzan; Deacons Jose Narvaez; Felipe Collazo; Pablo Irene. Mailing Address: P.O. Box 63, 00954-0063. Email: sfdo2585@coqui.net. Res.: Calle Jose de Diego #10, 00953. Tel: 787-870-2685. Catechesis / Religious Program—Students 20. Mission—San Antonio Rio Lajas, Dorado, Dorado Co. 00646.

5—SAN JOSE (1998) Rev. Cesar Santos Romero; Deacons Francisco Villamil; Enrique Laureano. Mailing Address: P.O. Box 777, 00954-0777. Res.: Sector Jazmin, Carretera 823, Rio Lajas, 00954. Tel: 787-870-6415. Mission—Ntra. Sra. del Camino Bo. Espinosa, Carretera #2, Dorado, Dorado Co. 00646. Mission—San Francisco de Asis Bo. Maguayo, Dorado, Dorado Co. 00646. Mission—Cristo de los Milagros Mission—Santa Teresita Bo. Rio Lajas, Toa Alta Co. 00758. Mission—Sagrada Familia Sector Marzan, Bo. Rio Lajas, Toa Alta Co. 00758. Mission—Sagrada Corazon Sector Los Mudos, Bo. Quebrada Arenas, Toa Alta Co. 00758.

6—SAN JUDAS TADEO (2002) Rev. Anibal R. Torres-Ortiz; Deacons Jose Mojica-Torres; Luis Rivera-Albino; Luis Alvira-Rolon. Mailing Address: P.O. Box 1006, 00954-1006. Res.: Carretera 804 Km. 1.2, Bo. Galateo Centro, 00954. Tel: 787-870-8016; Fax: 787-870-8016. Catechesis / Religious Program—Students 120.

*Mission—San Martín de Porres* Bo. Gelateo.
*Mission—Santa Teresa de Jesús* Bo. Quebrada Cruz. Toa Alta Co. 00758.

TOA BAJA

1—ESPÍRITU SANTO (1955) Revs. Lilтом Agustín Rivera-Vigo; Rafael García-Molina; Deacons Martín Estrada; Miguel A. Vélez; Guillermo M. Vaello Pérez.
Mailing Address: Levittown Sta., P.O. Box 50272. 00950. Email: parroqespiritusanto@gmail.com.
Res.: Paseo Damisela No. 1453, Urb. Levittown, 00949. Tel: 787-784-4805; Fax: 787-795-1248.
*School*—1454 Paseo Damisela. 00949. Tel: 787-784-0905; Fax: 787-795-5418. Lay Teachers 32; Students 270.
*Catechesis/Religious Program*—Students 232.
*Mission—Ntra. Sra. del Carmen* Calle Carmen. Bo. Palo Seco, 00949.

2—NTRA. SRA. DE LA CANDELARIA (1960) Rev. José Darío Martínez Tobon (Colombia); Deacons Anselmo Miranda; Roberto Rosado Ortiz; Víctor Charrier.
Mailing Address: P.O. Box 892, 00951-0892.
Res.: Carretera No. 863, Km. 0.8, Bo. Fajaros. 00951. Tel: 787-251-0503.
*Mission—Cristo Rey* Calle 10, Bo. Bucarabones. Toa Alta, Toa Alta Co. 00758.
*Mission—Santa María La Mayor* Carretera #2 R.063, Bo. Macun, Bo. Macun, Toa Baja Co. 00759.
*Mission—Santísima Trinidad* Urb. Las Colinas, Toa Baja Co. 00759.
*Mission—Buen Pastor* Urb. Sta. María, Toa Baja Co. 00758.

3—NUESTRA SEÑORA DE COVADONGA (1984) Rev. Jairo Salazar Castaño; Deacon Efraín Narváez.
Mailing Address: P.O. Box 9076, Bayamon, 00960-9076. Tel: 787-251-6466; Fax: 787-251-6466.
Res.: Calle 13, 2-C-4, Esq. Calle 14, Urb. Covadonga, 00949.
*Mission—Ntra. Sra. de Lourdes* Bo. Candelaria Arenas, Toa Baja Co. 00759.
*Mission—San Martín de Porres* Bo. Kennedy, Toa Baja Co. 00759.
*Mission—Divino Niño Jesús* Urb. El Plantío, Toa Baja Co. 00759.

4—SAN JOSÉ OBRERO (1965) Rev. Santos Pérez Cruz. O.F.M., Supr.; Deacon Ramón L. Colon.
Mailing Address: Box 173, Sabana Seca, 00952-0173.
Res.: Carretera 2-R 866, Km. 3 #6, 00952. Tel: 787-784-1400; Fax: 787-795-3141; Fax: 787-784-1400.
*Catechesis/Religious Program*—Students 103.
*Mission—Ntra. Sra. del Carmen*
*Mission—San Martín de Porres* Carr. 816 PAR 1034, Villa Marisol, Sabana Seca.

5—SAN PEDRO APOSTOL (1745) Rev. Calixto Soto Silvera (Colombia); Deacon Joaquín Rivera Vázquez.
Mailing Address: P.O. Box 513, 00951-0513.
Res.: 47 Las Flores St., 00949. Tel: 787-794-1327; Fax: 787-794-5967.
*Catechesis/Religious Program*—Students 249.
*Mission—Santa Teresita* Calle Quintero.
*Mission—Ntra. Sra. de Guadalupe* Calle Crisantemo, Parcela 137-A.
*Mission—San José* Calle San José #303.
*Mission—San Pablo* Calle Universo, Parcela #9. Toaville.
*Mission—La Virgen de la Providencia* Bo. Villa Calma.

6—SANTÍSIMA TRINIDAD (1978) Rev. Juan M. Beristain (Spain); Deacons Eusebio Jaca; Justo Ortiz; Edwin Negron Rivera.
Mailing Address: Apartado 50378, Levittown, 00950-0378. Tel: 787-784-2889; Fax: 787-261-2911.
Res.: Ave. Los Dominicos, Esquina Dr. Sánchez Cardona, Levittown, 00950.

TRUJILLO ALTO

1—EXALTACIÓN DE LA SANTA CRUZ (1801) Rev. Carlos Alberto Contreras Tribaldo; Deacons Domingo Vargas; Cesar Guiven.
Mailing Address: Box 1808, 00977-1808.
Res.: J. Díaz St., #515, frente a la Plaza de Recreo, 00977. Tel: 787-761-0507; Fax: 787-761-0507.
*Catechesis/Religious Program*—Students 51.

2—GRUTA DE LOURDES (1975) Rev. Msgr. Fernando Benicio Felices Sánchez; Deacon Pablo Torres.
Mailing Address: P.O. Box 1081, 00977-1081. Email: grutadelourdes1925@yahoo.com. Web: lagrutadelourdes.org.
Res.: Santuario, Gruta de Lourdes, Carretera 876 Km. 1.7, Barrio Cuevas, 00977. Tel: 787-761-0571; Fax: 787-761-0571.

3—MARÍA LLENA DE GRACIA (1997) Rev. Hermenegildo Vicedo-Calatayud.
Mailing Address: P.O. Box 1618, 00977-1618. Tel: 787-283-0364.
Res.: Urb. Rincon Español, Calle 1, Esq. Calle 4, 00977.

4—SAN BARTOLOMÉ (1985) Rev. Rafael Delgado-Díaz. O.P.; Deacon Alberto Gomez.
Mailing Address & Res.: Urb. Ciudad Universitaria, Calle 16. 00976. Tel: 787-755-0120.

5—SAN FRANCISCO DE ASÍS (1992) Rev. Luis Aníbal Rodríguez; Deacons Héctor Rivera; Alfredo Aponte; William Ríos.
Mailing Address: P.O. Box 1316, 00977-1316.
Res.: Carr. #181 R-852, Bo. Quebrada Negrito. Quebrada Negrito, 00977. Tel: 787-305-0360.
*Mission—Espíritu Santo* Bo. Kennedy Hills, Carretera 181 Km. 10.
*Mission—San José de la Montaña* Carretera #181 R-851, Bo. Sabana.
*Mission—La Inmaculada Concepción* Bo. Talanco, Carretera #181 R-852.

6—SAN JUDAS TADEO (1980) Rev. Iván R. Serrano-Rivera; Deacons Jose Baez; Marcos Arcay-García.
Mailing Address: Apartado 1535, 00977-1535.
Res.: Calle 7, Esq. 8, Urbanización El Conquistador, 00977-1535. Tel: 787-755-5993.
*Catechesis/Religious Program*—Students 75.
*Mission—Madre del Divino Pastor* Carretera 844 Km. 0.2, Parcelas Carraizo, Trujillo Alto Co. 00760.
*Mission—Virgen del Carmen* Carretera 175, Bc. Carraizo Alto, Trujillo Alto Co. 00760.

7—SAN PÍO X (1971) Rev. Alberto López; Deacons Julio Sanchez; Jose i. Bustillo Formoso; Jorge L. Montanez Ortiz.
Mailing Address: Bo. Saint Just, P.O. Box 631, 00978.
Res.: Carretera 848, K-1.4, Bo. Saint Just, 00978. Tel: 787-761-5040. Email: alfpiox2002@yahoo.com; sanpiox2010@yahoo.com.
*Mission—Ntra. Sra. del Rosario* Calle Lirio, Esq. Orquidea, Urb. Round Hill, Río Piedras, San Juan Co. 00923.

## Chaplains of Public Institutions

SANTURCE. *Ashford Presbyterian Community Hospital,* 1451 Ave. Ashford, Condado, 00940. Tel: 787-725-8820; 787-724-8320; 787-722-5765. Rev. Msgr. Antonio Jose Vazquez Colon.
*Doctors Community Hospital,* 1395 Calle San Rafael, 00940. Tel: 787-723-2950. Rev. Miguel García Borges. S.D.B.
*Hospital Del Niño San Jorge,* 255 Calle San Jorge, 00940. Tel: 787-727-1000. Rev. Olin Pierre Louis. Tel: 787-722-4158.
*Hospital Pavia-Santurce,* 1462 Calle Asia, 00940. Tel: 787-727-6060. Rev. Marion Poncette. C.M. Tel: 787-727-3963.

### Resident Chaplains:
Rev.—
Martínez, Danilo

### On Duty Outside the Archdiocese:
Revs.—
Del Valle, Tomas
McCoy, Floyd, Lajas, P.R.
Pierino, Vicente, U.S. Dept. of Justice, Coleman, FL.
Roldan, Juan, Caguas, P.R.
Sutil, Florencio
Torres Graciani, Ivan, Rochester, NY.

### Graduate Studies:
Rev.—
Samuel, Velázquez Serrano, Rome, Italy.

### Military Services:
Revs.—
Gomez-Baca, Walter S., (Air Force)
Perez Vazquez, Juan De La Cruz, (Army)
Tirado, Orlando, C.M., (Air Force)

### Retired:
Rev. Msgr.—
Cruz, Remberto
Revs.—
Candela, Rafael
Cruz, Gilbert J. (Spain)
Cruz Gonzalez, Gil
De Carlo Mena, Francisco
Diaz, Alvaro
Fuentes Rodriguez, Jose
Gonzales Chao, Luis
Ramos, Victoriano
Sanz, Florentino (Spain)

### Permanent Deacons:
Aguilera-Casiano, Jose Rafael
Alicea Rivera, Angel L.
Alvarez Soria, Luis
Alvira-Rolon, Luis
Amador Melendez, Luis F.
Amador-Hernandez, Carlos J.

Andino Cintron, Virgilio
Andino Santos, Manuel
Aparicio Amengual, Luis A.
Aponte Diaz, Alfredo
Araya Brenes, Rafael F.
Arcay-Garcia, Marcos
Arevalo Hernandez, Pedro Nel
Arroyo Acevedo, Americo
Avila Rodriguez, Cesar
Baez Cotto, Pedro J.
Baez Navarro, Jose
Berrios Berrios, Ildefonso
Birriel Rodriguez, Jose
Bustillo Formoso, Jose I.
Caban, Vicente
Camacho Gerena, Jorge L.
Carmona, Eduardo Figueroa
Castillo Lopez, Jose M.
Collazo Montalvo, Felipe
Colon Colon, Rafael
Colon Hernandez, Ramon L.
Colon Rivera, Francisco
Colon Rivera, Jose E.
Colon Velez, Jorge
Comulada Pabon, Gerardo
Cordere Mercado, Luis
Cosme Varela, Nicomedes
Costa, Pedro Tomas
Cruz, Manuel
Cruz De Choudens, Hector M.
Cruz Maysonet, Jim
Cruz Trinidad, Jose Lionel
Cruz Vasquez, Ramon Jose
Cuevas Nieves, Gregorio
D'Auria, Ricardo
Davila Casado, Angel L.
Davila Pizarro, Nelson
De Jesus Ramos, Confesor
De Jesus Robles, Filiberty
De La Sota Pumarejo, Miguel
De Leon Sanchez, Hilario
Del Rio Ortiz, Luis Orlando
Del Rio Pitre, Luis
Del Valle Gonzalez, Reinaldo
Diaz Miranda, Ernie P.
Diaz Rivera, Jose
Diaz Rosa, Santiago
Diaz Sifonte, Agapito
Domenech, Bienvenido
Dominguez, Ivan
Duprey Concepcion, Manuel
Echegaray Martinez, Luis
Estrada Galarza, Martin
Fetro Rodriguez, Tomas
Figueroa Acevedo, Andres
Figueroa Carrasquillo, Fernando
Figueroa Carrasquillo, Raul
Figueroa Sanchez, Juan
Fonseca Soto, Jorge Luis
Franco Torres, Porfirio
Galinares Llorens, Angel
Gierbolini Santiago, Francisco
Gomez Maldonado, Alberto
Gonzales Reyes, Ruben
Gonzalez Rodriguez, Eduardo
Gonzalez Rosario, Pablo
Gonzalez Rosario, Pedro
Gonzalez Segarra, George
Guijarro del Corzo, Gregory A.
Guiven Flores, Cesar H.
Guzman Rivera, Ramon Antonio
Henriquez Rodriguez, David A.
Hernandez Adorno, Francisco
Hernandez Hernandez, Marino
Hernandez Jorge, Jose A.
Hernandez Pagan, German
Hernandez Pagan, German
Hernandez Velez, Luis F.
Herrera Fuentes, Boanerges
Irene Vargas, Pablo
Irrizary Brignoni, Roberto
Jaca Hernandez, Eusebio
Jaramillo Ocasio, Jose R.
Kerr Matta, Frederick
LaSanta Arroyo, Vicente
Laureano Molina, Enrique
Llado-Gonzalez, Ivan
Longueira, Ricardo
Lopez Negroni, Rafael
Loyola Zayas, Angel A.
Lugo Lugo, Euripides
Lugo Soto, Benito
Manzano Lopez, Pablo
Marin Mingaro, Louis
Marrero Nieves, Miguel A.
Martinez Duran, Ricardo L.
Martinez Pacini, Francisco
Martinez Perez, Timmy
Martinez Santiago, Candido
Matos Arroyo, William
Medina Rivera, Luis A.

Mejias Nunez, Gilberto
Mendez Santiago, Miguel
Mercado Vila, Nicanor
Merced De La Paz, Victor
Mestre Sonelez, Ibrahim
Minier Cespedes, Juan A.
Miranda Irrizary, Radames Ivan
Miranda Mercado, Anselmo
Mojica-Torres, Jose
Montanez Ortiz, Jorge L.
Montes Quevedo, Luis J.
Morales Figueroa, Rafael
Morales Gonzalez, Jose A.
Morales Rodriguez, Carlos R.
Narvaez Hernandez, Jose E.
Narvaez Santiago, Efrain
Navedo Rodriguez, Luis A.
Negron Rivera, Edwin
Negron Santana, Hector
Nieves Colon, Angel Antonio
Nieves Marrero, Luis R.
Nieves Vazquez, Santos
Nunez, Quinones Pedro Arcadio
O'Neill Rosario, Luis R.
Oquendo Serrano, Angel
Orozco Carrasquillo, Gaspar
Ortiz Alvarado, Justo
Ortiz Collazo, Francisco
Ortiz Pastrana, Raitou
Ortiz Rodriguez, Jacinto
Ortiz Rosado, Perfecto
Otero Lugo, Jose
Otero Torres, Ronaldo
Oyola Figueroa, Angel L.
Pabon Hernandez, Angel R.
Pabon Molina, Angel A.
Padilla Nazario, Fernando M.
Pappeterra Arthur, Jose A.
Paz Gonzalez, William
Perez, Guillermo M. Vaello

Perez Bracero, Jose R.
Perez Fuentes, Raul
Perez Gonzalez, Ignacio
Perez Gonzalez, Raul A.
Perez Guadalupe, Jose
Perez Silva, Juan B.
Ramirez Abreu, Tomas
Ramon Ramon, Ramon L.
Ramos Rivera, Benjamin Antonio
Ramos Rodriguez, Ramon L.
Recio Gomez, Gilberto
Reyes Anciano, Humberto
Reyes Crespo, Rafael
Reyes Matos, Manuel
Reyes Torres, Victor M.
Rios Aponte, William
Rios Arroyo, Jose M.
Rivera Albino, Luis
Rivera Alequin, Ulpiano H.
Rivera Baez, Eugenio
Rivera Collazo, Angel
Rivera Colon, Ramon
Rivera De Jesus, Efigenio
Rivera Diaz, Hector R.
Rivera Fuentes, Jorge L.
Rivera Garcia, Edwin
Rivera Martinez, Carlos
Rivera Mojica, Jose D.
Rivera Negron, Ernesto
Rivera Rios, Cristobal
Rivera Rivera, Ramon L.
Rivera Rodriguez, Presbitero
Rivera Vazquez, Joaquin
Rodriguez Acevedo, Ramon
Rodriguez Melendez, Orlando
Rodriguez Rodriguez, Francisco
Rodriguez Rodriguez, Jose M.
Rodriguez Rodriguez, Wilfredo
Rodriguez Serrano, William
Roman Del Valle, Miguel A.

Roman Maldonado, Jose M.
Roman Maldonado, Miguel A.
Roman Ramirez, Santiago
Rosado Yambo, Martin
Rosario Rivera, Jose
Sanabria Lopez, Rafael
Sanchez Acosta, Oscar
Sanchez Marquez, Jose Manuel
Sanchez Ortiz, Julio
Sanchez Vazquez, Manuel
Santamarina Eterna, Omar
Santiago, Ramon C.
Santos Negron, Marcos A.
Serrano Rivera, Servy A.
Suarez, Ibrahim
Suarez Molina, Israel
Toro, Obed Eliezer
Torres Acevedo, Pablo L.
Torres Burgos, Miguel A.
Torres Diaz, Eugenio
Torres Irizarry, Jose
Torres Rodriguez, Dionilo
Torres Torres, Jose A.
Totti Lugo, Benjamin
Trujillo Cardona, Gerardo
Ubarri Mestres, Juan
Valladares Almodovar, Milton
Valle Valle, Esteban
Vargas Ramos, Domingo
Vazquez Garcia, Luis A.
Vazquez Rosario, Noel A.
Vega Laureano, Victor
Vega Vega, Jose P.
Veguilla Colon, Victor
Velazquez Gonzalez, Jose L.
Velazquez Reyes, Rafael
Velez Roman, Miguel
Ventura Ruiz, Emerito
Villamil Marrero, Fco. E.
Zambrana Ortega, Olimpio R.

## INSTITUTIONS LOCATED IN THE ARCHDIOCESE

### [A] COLLEGES & UNIVERSITIES

SAN JUAN. *Sacred Heart University*, Calle Rosales esq. San Antonio, Parada 26 1/2, Santurce, 00940. P.O. Box 12383, 00914-0383. Tel: 787-728-1515. Email: jjrivera@sagrado.edu. Web: www.sagrado.edu. The University has the following Departments and Programs: Departments of Communications, Humanities, Business Administration, Education, Natural Sciences and Social Sciences. The Graduate Programs include: Masters of Business Administration in Management of Systems Information, Masters of Art & Communications, Masters of Art & Education, Masters of Occupational Nursing. Faculty 128; Total Enrollment 6,295.
Governing Board: Mr. Ramon Ruiz Comas, Pres. Bd. of Trustees; Dr. Jose Jaime Rivera, Pres.; Dr. Lydia Espinet, Dean Academic & Student Affairs; Mr. Jose L. Ricci Jr., Dean Admin.; Adlin Rios, Dean Devel.; Dr. Pedro Fraile, Assoc. Dean Student Affairs; Dr. Isabel Yamin, Dir. Humanities; Elmer Gonzalez, Dir. Communications; Migdalia Oquendo, Dir. Educ.; Marta Almeyda, Dir. Business Admin.; Zaida Gracia, Dir. Natural Sciences; Amelissa DeJesus, Dir. Social Sciences; Hylas Silva Janer Esq., License & Legal Counsel; Ms. Mildred Pineiro, Registrar; Ms. June Andrade, Dir. Student Financial Aid; Juan Jose Rivera, Dir. Campus Ministry.

BAYAMON. *Bayamon Central University*, Avenida Zaya Verde, Bo. Hato Tejas, P.O. Box 1725, 00960-1725. Tel: 787-786-3030; Fax: 787-785-1427. Email: lnegron@bcb.pr. Web: ucb.edu.pr. The University has the following Departments and Programs: Humanities; Business Administration; Natural Sciences; Education; Graduate Studies; Adult Education Program; Student Support Services; Upward Bound. Lay Teachers 152; Total Enrollment 2,412.
Governing Board: Rev. Oscar Morales-Cruz, O.P., Pres. Council of Founders; Encarnita Catalan-Marchand Esq., Pres. Bd. of Trustees.
Administration: Lillian Negron-Colon, Ph.D., Pres.; Mr. Angel Valentin-Roman, Vice Pres.; Dr. Luz C. Valentin-Caban, Dean Academic Affairs; Mr. Noel Ortiz-Torres, Dean Admin. & Finances; Mrs. Niza E. Zayas-Marrero, Dean Student Affairs; Rev. Yamil Samalot, O.P., Dir. Humanities; Dr. Caroline Gonzalez-Millian, Dir. Education; Dr. Pedro Robles-Centeno, Prof. & Dir. Natural Sciences; Mr. Pedro Bernudez, Dir. Institutional Devel.; Elaine Nunez, Dir. Human Resources; Mr. Victor Colon, Registrar; Mrs. Christine Hernandez, Dir. Admissions; Edna Ortiz, Dir. Student Financial Aid;

Annette Valentin Roman, Dir. Academic Resource Ctr.
Faculty: Revs. Luis Espinel-Arauzo, O.P.; Ismael Fernandez-Torres, O.P.; Antonio Gonzalez-Pola, O.P.; Angel Diaz-Caceres, P.B.R.O.; Edwin Hernandez-Ralat, P.B.R.O.; Roberto Martinez-Rivera, O.F.M.Cap.; Rafael Mendez-Hernandez, P.B.R.O.; Baltazar Nunez-Hernandez, P.B.R.O.; Ricardo Santin-Flores, P.B.R.O.; Felix Van Dijk, Ph.D.

GUAYNABO. *ISTEPA (Instituto Superior de Teologia y Pastoral - Luis Cardena Aponte Martinez)*, Calle Cuba #464, P.O. Box 9021967, 00902-1967. Tel: 787-200-6891; Fax: 787-294-6961. Email: mdjr7566@gmail.com. Rev. Msgr. Francisco Medina Santos, Rector; Rev. Anibal R. Torres-Ortiz, Vice Rector. (Theology, Biblical and Pastoral courses for lay ministers and Deacons) Priests 6; Deacons 2; Lay Teachers 4; Students 669.

### [B] ELEMENTARY & HIGH SCHOOLS

SAN JUAN. *Academia Perpetuo Socorro*, (Grades K-12), 704 Calle Jose Marti, 00907-3227. Tel: 787-721-4540 (H.S.); 787-724-1497 (Elem.); Fax: 787-723-4550 (H.S.); 787-725-8104 (Elem.). Email: perpetuo@perpetuo.org. Rev. Juan Santa Guzman, Dir./Prin.; Sarita Vazquez, Sr. Vice Prin., Elementary School; Mr. Jose M. Leavitt, Sr. Vice-Prin., High School; Mr. Ernesto Chiesa, Librarian. Priests 3; Religious Sisters 2; Lay Teachers 140; Total Enrollment 1,160.
*Academia San Ignacio de Loyola*, Urb. Santa Maria, 1908 Calle Narciso, 00927-6716. Tel: 787-765-8190; Fax: 787-765-3635. Email: academia@asiloyola.org. Web: www.asiloyola.org. Rev. Lawrence P. Searles, S.J., Pastor; Luis O. Pino-Rivera, Dir.; Glorimar Soegaard, Prin.; Adala Sabater, Librarian. Lay Teachers 48; Total Enrollment 535.
*Colegio Angeles Custodios*, Urb. San Jose #13 Calle Sicilia, 00923. Tel: 787-763-3829; Fax: 787-764-9496. Email: angelescustodios1954@gmail.com. Maria Aranzazu Labak, Dir.; Sr. Luis Roberto Rivera Cepeda, Prin.; Rev. Rogelio Salazar-Valero (Mexico); Soamy Velez Perez, Librarian. Students (K-8) 81; Students (9-12) 101.
*Colegio Calasanz*, Montecarlo Ave., 00929-0067. Tel: 787-750-2500; Fax: 787-257-0450. Email: calasanzpr@cc-rpi.org. P.O. Box 29067, 00929-0067. Revs. Juan L. Cabrerizo, Sch.P. (Spain); Francisco Javier Lopez, Sch.P. (Spain), Campus Min.; Agustin Lopez, Sch.P. (Spain), Campus Univ.; Maritere del Rio, Counselor; Ana Celia Santos, Prin. (High School); Glenda Laureano, Prin. (Elementary); Ruben Tirado, Librarian. Priests 3; Lay Teachers 25; Total

Enrollment 310.
*Colegio Corazon De Maria* (Archdiocesan School), PMB 266, P.O. Box 7891, Guaynabo, 00970-7891. Tel: 787-783-3275; Fax: 787-774-5682. Mailing Address: P.O. Box 70359, 00936-0359. Maria A. Rodriguez Reyes, M.A.Ed., Prin. Priests 1; Lay Teachers 18; Students 245.
*Colegio Espiritu Santo*, Pachín Marín Esq. Suiza St., 00917. Tel: 787-754-0490; Fax: 787-754-7154. P.O. Box 191715, 00917-1715. Rev. Msgr. Valeriano Miguélez (Spain), Dir.; Mrs. Milagros Zurkowsky, Prin.; Mrs. Elena Rivera, Academic Prin.; Mrs. Olga D. Torres, Librarian; Mrs. Maria I. Orta, Lay Teachers 32; Students 423.
*Colegio Maria Auxiliadora*, 2273 Eduardo Conde, 00915. Tel: 787-726-8288; Fax: 787-727-6497. Email: smmmfma@hotmail.com. Sr. Magna M. Martinez, F.M.A., Prin.; Elba Varela, Librarian. Sisters 8; Lay Teachers 25; Students 348.
*Colegio Nuestra Senora de Guadalupe*, 19 N.E. St. #1, Puerto Nuevo, 00920. Tel: 787-782-0330; Fax: 787-782-0454. P.O. Box 364125, 00936-4125. P. Neil Macaulay, Dir.; Mrs. Genevieve Zayas, Prin.; Teresita Hernandez, Vice Prin.; Jackeline Wys, Librarian. Lay Teachers 35; Students 599.
*Colegio Nuestra Senora de Lourdes*, (Grades PreK-12), 1050 Demetrio O'Daly, Country Club, 00924. Tel: 787-769-6284; 787-769-6276; Fax: 787-760-7805; 787-757-1245. P.O. Box 29193, 65 INF Station, 00929-0193. Janet Hernandez, Dir. & Prin.; Melissa Carrera, Vice Prin. High School; Marisol Quinones, Librarian; Hilsa Menéndes, Librarian. Lay Teachers 30; Students 278.
*Colegio Nuestra Senora Del Carmen*, R.R. 2, Box 15, 00926-9701. Tel: 787-761-8010; Fax: 787-789-5055. Email: inelissa@coqui.net. Sisters Arlyn Medina Vazquez, Dir.; Elizabeth Andino, Prin.; Lissette Torres, Prin.; Liliana Santiago, Prin. Sisters 8; Lay Teachers 38; Students 510.
*Colegio Reina De Los Angeles*, Urb. Villa Andalucia, M19 Calle Frontera, 00926-2304. Tel: 787-761-7455; Fax: 787-761-7440. Email: colegio1972reina@gmail.com. Ivelisse Vazquez Severino, Dir.; Ana Román, Registrar; Gisela Espada, Prin.; Ileana Fabregat, Librarian. Sisters 3; Lay Teachers 15; Students 172.
*Colegio San Ignacio de Loyola*, Urb. Santa Maria, 1940 Calle Sauco, 00927-6718. Tel: 787-765-3814; Fax: 787-764-4145. Rev. Baudilio Guzman, S.J., Dir.; Dr. Luis O. Pino, Prin. Priests 3; Students 790.
*Colegio San Vicente de Paul*, 709 Bolivar St., 00910. Tel: 787-727-4273; Fax: 787-728-6135. P.O. Box 8699, Fernández Juncos Sta., 00910-8699. Rev. Marion Poncette, C.M., Dir.; Emilio Roldán, Prin.; Marisa Perez, Librarian; Maria del C. Córdova, Counselor. Operated by: Congregacion de la Misión de San Vincente de Paul, Inc. (Padres Paúles) Priests 1; Lay Teachers 21; Students 411.

*Colegio Santo Domingo Savio*, Ave. Gilberto Monroig 2278, 00916. Tel: 787-728-2175; Fax: 787-982-3503. P.O. Box 14125, Bo. Obrero Sta., 00916-6125. P. Miguel A. Rivera Borges, Dir.; P. Lorenzo Ruiz Victoria, Admin. Lay Teachers 1.

*Nuestra Senora De Belen* (Archdiocesan School; P.O. Box 10845, 00922-0845. Tel: 787-792-3115; Fax: 787-781-4920. Email: colegiobelen11@yahoo.com. Eleonor Marrero, Prin. (Elementary); Eduardo Rodriguez, Prin. (High School); Mayra Mendez Barreto, Dir. Lay Teachers 49; Students 752.

*Nuestra Senora de la Altagracia* (Archdiocesan School), P.O. Box 29493, 00925-0493. Tel: 787-763-1755; Fax: 787-756-5195. Rev. Jorge Ernesto Torres; Mr. Angel Castillo, Dir. Students 375.

*San Jorge* (Archdiocesan School), 1701 Colon St., 00911-2041. Tel: 787-722-3162; Fax: 787-722-3162. Email: sanjorge@iname.com. Mrs. Maritza Rosario. Prin.; Mrs. Vanesa Valdes, Dir. Lay Teachers 70; Students 681.

BAYAMON. *Academia Maria Reina*, Urb. College Park, Glasgow #1879, 00921-4859. Tel: 787-764-0860; Fax: 787-282-7656. Sr. Judith Burchyns, C.S.J., Pres.; Rita Hernández, Prin.; Lucila Aponte, Librarian. Catholic Girls School. Sisters 2; Lay Teachers 654.

*Academia Santa Maria del Camino*, (Grades PreSchool-8). P.O. Box 4228, Bayamón Gardens Station, 00958-1218. Tel: 787-780-5770; Fax: 787-785-7373. Sr. Lucy del Blanco, O.S.R., Dir.; Margarita Montesinos Ortiz, Prin.; Myrna Lee Román Miró, Librarian. Sisters 1; Lay Teachers 16; Students 231.

*Colegio Beato Carlos Manuel Rodriguez*, 3000 Jazmin, Urb. Lomas Verdes, 00956. Tel: 787-798-5260; 787-798-1548; 787-798-2329; Fax: 787-787-2620. Email: pjmartinez@cbcmr-bay.org. Web: www.cbcmr-bay.org. P.O. Box 4225, 00958. Pedro J. Martinez, School Dir.; Luisa M. Morales, School Prin.; Jaime Solivan, Librarian. Students 211.

*Colegio Ntra. Sra. del Rosario*, Calle 5, AA-7, Rep. Valencia, 00659. Tel: 787-768-1180; Fax: 787-269-7551. Sr. Ma. Ana Jimenez Maldonado, O.P., Dir.; Elba I. Soto, Prin. Students 300.

*Colegio Santa Rosa*, P.O. Box 6032, 00960. Tel: 787-785-1195 (H.S.); 787-785-0381 (Elem.); Fax: 787-740-0115 (H.S.); 787-785-3791 (Elem.). Neymi A. Aponte, Prin. (High School); Mrs. Nilsa Gonzales, Prin. (Elementary). Priests 1; Lay Teachers 30; Total Enrollment 976.

CAROLINA. *Academia Del Carmen*, Urb. Lomas de Carolina, Calle Monte Britton, Esq. Monte Membrillo, 00987. Tel: 787-757-4454; Fax: 787-762-6656. Email: academiadelcarmen@gmail.com. Web: academiadelcarmen.com. P.O. Box 399, 00986-0299. Mrs. Aitza Vázquez-Padilla, Subdirector (Elem. & High School); Mrs. Gladymir Montanez, Librarian. Priests 1; Lay Teachers 19; Total Enrollment 20.

*Colegio Maria Auxiliadora*, Box 7770, 00986-7770. Tel: 787-762-0350; 787-768-6924; Fax: 787-257-3760. Web: auxiliadorapr.org. Rev. Msgr. Nestor Yulfo-Hoffman, Dir.; Rosa Perez, Prin. Priests 1; Lay Teachers 38; Students 570.

*Colegio Santa Gema*, Galicia Ave., Vistamar, 00983. Tel: 787-768-3082; Fax: 787-750-3090. P.O. Box 2789, 00984-2789. Mrs. Francine M. Ildefonso, Prin.; Wanda Sánchez, Librarian. Lay Teachers 54; Students 865.

GUAYNABO. *Colegio Marista*, Alturas de Torrimar #6 Calle Marcelino Champagnat, 00969-3251. Tel: 787-720-2189; 787-720-2187; Fax: 787-720-7020. Email: secretaria@maristasguaynabo.org. Bro. Luis Carlos Gutierrez, F.M.S., Pres.; Annabel Correa, Prin. Marist Brothers. Priests 1; Brothers 5; Administrators 12; Lay Teachers 110; Students 1,455.

*Colegio Sagrados Corazones*, P.O. Box 3902, 00970-3902. Tel: 787-720-2585; Fax: 787-720-6035. Ms. Lourdes Rodriguez, Dir. Lay Teachers 38; Students 443.

*Colegio San Pedro Martir*, Alpierre (Final), 00969. Tel: 787-720-2219; Fax: 787-272-8770. P.O. Box 2560, 00970-2560. Rev. Msgr. Mario Guijarro, Dir.; Mr. Leonardo L. Cuadros, Prin. Sisters 1; Lay Teachers 28; Students 357.

*Preescolar San Juan Evangelista*, (Grades PreSchool), Urb. Torrimar, JA-5 Calle Church Hill, 00966-3109. Tel: 787-781-5325; Fax: 787-793-8076. Ms. Lourdes Rodriguez, Administrative Dir.; Flor María Lugo, Prin. Lay Teachers 33; Students 237.

HATO REY. *Colegio Lourdes*, 87 Mayaguez St., 00917. Tel: 787-767-6106; 787-756-5496; Fax: 787-767-5282. Email: clourdes@coqui.net. Web: colegiolourdes.net. P.O. Box 190847, 00919-0847. Sisters Maria Milagros Velez, O.P., Dir.; Anabelle Flores, O.P., Prin. (Elementary); Dr. Isamari Cruz, Prin. (High School); Josefina Arce, Librarian. Sisters 5; Lay Teachers 625.

*Colegio Nuestra Senora de La Merced*, Calle Sargento Luis Medina #374, 00936. Tel: 787-765-7042; 787-754-1162; Fax: 787-765-3970. P.O. Box 364048, 00936-4048. William Suarez, Dir.; Mrs. Coville Auoyo, Prin.; Marina Azofra. Librarian. Lay Teachers 35; Students 376.

RIO PIEDRAS. *Colegio Mater Salvatoris*, Carretera 838 Km. 4.6 de Rio Piedras Caguas, 00926-9690. Tel: 787-755-0130. R.R. 37 Box 3080, 00926-9801. Madre Isabel Fejervary Rappard, C.S.; Ginnette Rosado, Librarian. Sisters 6; Lay Teachers 64; Students 743.

*Colegio Nuestra Senora De La Providencia* (Girls), Ave. San Ignacio #1358. Urb. Altamesa, 00921. Tel: 787-782-5500; 787-782-0344; Fax: 787-792-7888. Email: zegri@coqui.net. Mailing Address: P.O. Box 11610, 00922-1610. Sr. Lourdes Martinez, Prin. Mercedarian Sisters. Priests 1; Sisters 4; Lay Teachers 48; Students 950.

*Colegio Sagrado Corazon de Jesus*, (Grades PreK-8), University Gardens, Box 21350, (Grade FreK-8), University Gardens, 215 Calle Palma Real, 00927-4826. Tel: 787-765-9430; Fax: 787-765-5267. Sr. Mary Andreen Rusin, O.S.F., Prin.; Rev. Evaristo Oliveras Adorno, C.M., Dir.; Milagros Lugo, Librarian. Students 737.

*Colegio San Jose*, (Grades 7-12). Box 21300, 00926-1300. Tel: 787-751-8177; Fax: 866-955-7644. Email: sanjose@csj-rpi.org. Web: www.csj-rpi.org. Calle Paz Esq. Los Mariainistas, 00925. Bro. Francisco T. Gonzalez, S.M., M.D., Dir. & Prin. Priests 1; Brothers 2; Lay Teachers 41; Students 485.

SANTURCE. *Academia Sagrado Corazon, Fernandez Juncos Sta.*, Box 11368, 00910. Tel: 787-721-3300; Fax: 787-725-1855. Email: asagradocorazon@gmail.com. Rev. Francisco Javier Quinones, Spiritual Dir.; Emely Astacio, Prin.; Isabel Barreto, Librarian. Priests 1; Lay Teachers 24; Students 211.

*Colegio de la Inmaculada*, 1711 Ponce de Leon Ave. Stop 26, 00909-1997. Tel: 787-727-6672. Fax: 787-728-7768. Sr. Luz Mary Arruaga, H.C., Dir.; Maria Acosta Perez, Librarian. Sisters 3; Lay Teachers 22; Students 217.

*Colegio Sagrada Familia* (Archdiocesan School), Urb. Lloreus Torres #2069, Calle Loiza, 00913. Tel: 787-726-1742; Fax: 787-726-0718. Ines Y. Elias, Prin.; Vanessa Valdes, Dir. Lay Teachers 6; Students 164.

*Colegio San Juan Bosco*, Carpenter Rd., Constitucion Santos Elena, 00915. Tel: 787-726-1995; Fax: 787-268-1869. Mailing Address: P.O. Box 14367, 00916-4367. Rev. Hiriam Santiago, S.D.D., Dir.; Mrs. Lissette M. Ruiz. Priests 2; Religious 15; Lay Teachers 22; Students 301.

TRUJILLO ALTO. *Santa Cruz* (Archdiocesan School), Dr. Fernandez St., #203, 00977. Tel: 787-761-1100; Fax: 787-755-3065. Mailing Address: P.O. Box 1309, 00977-1809. Rev. Carlos Alberto Contreras Tribaldo, Dir.; Mrs. Ana L. Monzon de Matos, Prin. Sisters 1; Lay Teachers 25; Students 371.

## [C] SPECIAL SCHOOLS AND SEMINARIES

BAYAMON. *Casa Mision Claret* (Claretians), R.R. 12, Box 10131, Bo. Buena Vista, 00956. Tel: 787-797-8230.

*Convento Ntra. Sra. del Rosario* (Dominicans), P.O. Box 1968, 00960. Tel: 787-785-6542; 787-786-4508; Fax: 787-798-2712. Web: dominicospr.com.

*Seminario Agustiniano Sto. Tomas De Villanueva*, Carretera 830 km 5.1, Camino Las Mulereos, Barrio Santaalaya, 00961. P.O. Box 3948, 00958. Tel: 787-797-0108; Fax: 787-797-9953. Email: tomasdevillanuevapr@yahoo.es. Revs. Mario Gonzalez, O.S.A. (Spain), Prior; Carlos Cordero, O.S.A. (Augustinians) Priests 3; Brothers 1.

*Seminario Misionero del Espiritu Santo* (Holy Spirit Fathers), Calle Zaya Verde #44-A, Hato Tejas, 00959. Tel: 787-786-8231; Fax: 787-787-2398. Email: ogdrssp@caribe.net. Rev. Osvaldo Perez Gonzales, C.S.Sp., M.Div., Prin. Supr.

CATANO. *Prenoviciado Salesiano* (Don Bosco Salesians), Ave. Flor Del Valle, Bloque BB #108, Urb. Las Vegas, 00962. Tel: 787-275-1921; Fax: 787-788-8163. Email: sanfasd@coqui.net. P.O. Box 567, 00963-8163. Rev. Adan Marrero, S.D.B.

DORADO. *Estudiantado Pasionista* (Passionists), Carretera 695 km. 3.3, Sector Los Puertos, Barrio Higuillar, 00646. Tel: 787-278-0517. P.O. Box 593, 00646-0593. Rev. Ramon Gurtubay, C.P. (Spain), Supr. Priests 2; Students 6.

RIO PIEDRAS. *Colegio San Antonio*, P.O. Box 21350, 00928-1350. Tel: 787-763-7592. Email: helenperedia@hotmail.com. Helen Perez, Dir.; Nayda Jimenez, Librarian (Intermediate & High School); Annie Rivera, Librarian (Elementary School); Mrs. Marlee Feliu; Katherine Gibbs. Priests 2; Brothers 1; Sisters 3; Lay Teachers 94.

*Fraternidad San Antonio* (Capuchin Postnovitiate),

P.O. Box 25177. 00928. Revs. Jose Angel Torres Rivera. O.F.M.Cap., Guardian; Ramon J. Casellas O.F.M.Cap.; Anibal Rosario Mercado O.F.M.Cap.; Mario Mastrangelo Tuscano; Bros. Jose David Maldonado Rivas; Roberto Conin Ortiz; Gabriel Jualbe Perez. Priests 4; Brothers 4.

*Fraternidad Santa Maria de Los Angeles* (Centro Capuchino), Care.877 Km.1. Hm 8, 00926. Tel: 787-761-9060; 787-731-8410; Fax: 787-281-1852. Aptdo. 29882, 00929-0882. Rev. Jose Fernando Irizarry, O.F.M.Cap., Dir.; Bro. Jaime Perez Munoz, O.F.M.Cap.

*Seminario Mayor Regional San Juan Bautista* (Diocesan), Ave. De Diego No. 930, Urb. Le Riveres. Box 11714, 00922-1714. Tel: 787-275-8090; 787-766-8455; Fax: 787-706-9455. Email: seminario.mayor@yahoo.com. Rev. Msgr. Ivan L. Huertas-Colon, Rector. Priests 4.

SANTUCE. *Seminario San Vicente De Paul* (Vincentians), C. Victoria 1658, Pda. 24, Santurce. 00940. Tel: 787-727-4110. P.O. Box 19118, 00910-9118. Priests 3; Brothers 4.

TOA BAJA. *Post-Noviciado San Jose Obrero* (Franciscans), Carretera 866 Km. 3.4, Sabana Seca, Sabana Seca, 00952. Tel: 787-785-3141. P.O. Box 173, Sabana Seca, 00952-0173. Rev. Eddie Caro, O.F.M., Rector.

## [D] SPECIAL CENTERS

SAN JUAN. *Renovacion Conyugal dba Fundacion Fernando Martinez* 573 Calle Alverio, 00918. Tel: 787-751-6001; Fax: 787-766-1363. Email: renovacionpr@yahoo.com. Web: geocities.com/renovacionpr. Rev. Jorge Ambert, S.J., Dir.

*Santa Ana Chapel* Perpetual Adoration, Calle Tetuan 203, P.O. Box 9022145, 00902. Tel: 787-722-0861; Fax: 787-722-0861. Rev. Benjamin Antonio Perez Cruz, Rector.

PUERTO NUEVO. *San Gabriel School For The Deaf*, Prolongacion Calle 19 NE, 00920. Tel: 787-783-5655; Fax: 787-783-3770. P.O. Box 360347, 00936-0347. Sr. Ampara Blasco, Dir.

RIO PIEDRAS. *Centro Universitario Catolico*, 10 Mariana Bracetti St., 00925-2201. Tel: 787-763-5432; 787-767-3348; Fax: 787-296-3068. Email: elcuc2003@hotmail.com. Web: www.centrouniversitariocatolicocuc.org. Revs. Rafael Rodriguez, S.J., Dir.; Juan José Santiago. S.J., Cop.

## [E] CLINICS, HEALTH CENTERS

SAN JUAN. *Casa La Providencia, Inc.* Drug Rehabilitation Center, P.O. Box 9020614, 00902-0614. Tel: 787-725-5358; Fax: 787-725-0058. Email: casalaprovidenciapr.org. Web: casalaprovidenciapr.org. Sr. Maria Socorro Sandoval, Dir. Sisters Oblates of the Most Holy Redeemer 4; Bed Capacity 32; Total Assisted Annually 200; Total Staff 20.

*Centro Medico de P.R.*, Calle 10 #1030, Puerto Nuevo, Aptdo. 347, 00920. Tel: 787-763-7272. Rev. Msgr. Antonio Jose Vazquez Colon, Vicario. Tel: 787-777-3535; 787-723-2240; Cell: 787-562-2065; Revs. Francisco Arana (Spain), Chap., Hospital Oncologico. Tel: 787-251-6468; Pedro Luis Zaballa, Chap., Hospital Universitario; Marcos Rivera-Perez, Chap. Hospital Municipal. Tel: 787-796-3418; Fabian Rodriguez Rodriguez, S.J., Chap., Hospital Cardiovascular. Tel: 787-740-3425; Francisco J. Marrodan, C.M. (Spain), Hosp. Auxilio Mutuo. Tel: 787-758-2000; Ext. 3070; Rev. Msgr. Valeriano Miguelez (Spain), Hosp. Pavia, Hato Rey. Tel: 787-754-0570; Rev. Hector Diaz, Hosp. Veteranos. Tel: 787-641-7682, Ext. 3350; Carlos Cruz Davila, Hosp. Metropolitano. Tel: 787-782-4176; Deacons Jose R. Rivera, Hosp. Pediatrico. Tel: 787-474-7849; Andres Figueroa, Hosp. Pediatrico. Tel: 787-505-9973; Rev. Jorge Saenz, Hosp. San Pablo. Tel: 787-785-6874.

*VA Medical Center*, 10 Calle Casia, 00921-3200. Tel: 787-641-7582; 787-641-7575. Email: hrd1982540@yahoo.com. Rev. Hector Diaz Estrada, Chap. Bed Capacity 535.

BAYAMON. *Hospital Hermanos Melendez*, Oficina de Administracion, P.O. Box 506, 00960-0306. Tel: 787-785-6542. Email: normanchf@gmail.com.

*Hospital Hima San Pablo* 00960. Tel: 787-620-4747; 787-620-4762; Fax: 787-620-9273. Oficina de Administracion, P.O. Box 236, 00959-0236. Rev. Jorge Saenz, Chap. Tel: 787-785-6874.

*Hospital Matilde Brenes, Oficina de Administracion, Ave. Lanzuli, 00956. Tel: 787-785-8611. Dr. Ramon Ruiz Arnau, Dir.

CAROLINA. *Hospital Universitario de Puerto Rico, Oficina de Administracion, P.O. Box 6021, 00984. Tel: 787-757-1800; Fax: 787-278-2205. Email: jatorres@hospital.org. Web: hospitalupr.org. Rev. Frank de la Rosa, Chap.

Case 3:16-cv-02077-GAG-BJM Document 17-10 Filed 04/12/26/17 Page 10 of 31

KATO REY. *Hospital Auxilio Mutuo* Tel: 787-758-2000, Ext. 3070; Fax: 787-771-7960. Web: www.auxiliomutuo.com. P.O. Box 1277, 00919. Rev. Francisco J. Marrodan, C.M. (Spain), Chap. Bed Capacity 591; Total Staff 1,230.

*Hospital Pavia*, Ave. Pone De Leon, 00817. Tel: 787-754-0570. *Oficina de Administracion*, P.O. Box 190828, 00919-0828. Rev. Msgr. Valeriano Miguelez (Spain).

RIO PIEDRAS. *Hospital del Maestro*, Calle Flamboyanes #218, Hyde Park, 00929. Tel: 787-763-8383. Rev. Jose Francisco Quintero-Angueira. Tel: 787-723-2240.

*Hospital San Francisco* 00926. Tel: 787-766-0606, *Oficina de Administracion*, P.O. Box 29025, 00929-0025.

SANTURCE. *Doctor's Community Hospital* 00909. Tel: 787-999-7620; Fax: 787-726-2124. Email: echevarria@dchpr.com. *Oficina de Administracion*, P.O. Box 11338, 00910. Rev. Miguel Rivera Borges, S.D.B., Chap.

*Hospital Pavia* 00912. Tel: 787-727-3953. *Oficina de Administracion*, P.O. Box 11137, 00910-1137. Vincentian Fathers (Chaplains).

*Hospital San Juan Capestrano*, Rio Piedras, 00926. Tel: 787-826-2900; Fax: 787-760-6875. Email: laura.vargas@uhsinc.com. Web: sjcapestrano.com. *Oficina de Administracion*, RR2 Box 11, 00926. Total Staff 230; Total Assisted Annually 5,000; Bed Capacity 108.

*San Jorge's Children Hospital* 00912. Tel: 787-727-1000; Fax: 787-268-3610. Email: cruz.vivaldi@sanjorgechildrenshospital.com. Web: www.sanjorgechildrenshospital.com. *Oficina de Administracion*, P.O. Box 6308, 00914-6308. Rev. Olin Pierre Louis. Bed Capacity 151.

### [F] HOMES AND RESIDENCES

SAN JUAN. *Casa de Ninos Manuel Fernandez Juncos* (Orphans and Abused Boys), Calle Villa Verde Esq. Refugio, Pda 11, Miramar, 00902. Tel: 787-724-2904; 787-725-6328; Fax: 787-724-9901. P.O. Box 9020163, 00902-0163. Revs. Jose Brenes-Chavarria; Pablo Julio Osario Carmona; Bro. Jose Ramon Rodriguez-Abreu. Total Staff 22.

*Casa La Providencia* (Drug Addicted Women), 200 Calle Norzagaray, 00901-1122. Tel: 787-725-5358; Fax: 787-725-0558. Email: casalaprovidencia@hotmail.com. P.O. Box 9020614, 00902-0614. Sr. Adela Dominguez, Dir. Total Staff 18; Patients Assisted Annually 50; Bed Capacity 24.

*Centro De Orientacion Vocacional Nuestra Senora del Consuelo*, Floral Park, 20 C. Matienzo Cintron, 00919. Tel: 787-250-6323; Fax: 787-250-6323. Email: oblahchr@prtc.net. Total Assisted Annually 60; Total Staff 8.

BAYAMON. *Hogar Del Nino "El Ave Maria Corp."* (For Abused Children), Carretera 861, km 2.0, Bo. Pajaros Americanos, 00957. Tel: 787-797-2382; 787-279-3003; Fax: 787-797-2382. Mailing Address: PMB 239-A, P.O. Box 607071, 00960-7071. Sr. Florencia Santos, Dir. Bed Capacity 18; Total Assisted Annually 35; Total Staff 27.

*Hogar Escuela Sor Maria Rafaela* (Girls with Problems), Carretera 871, km 1.0, Bo. El Volcan, Hato Tejas, 00961. Tel: 787-785-9517; 787-785-1125; Fax: 787-787-5324. Email: hogar.sormaria@gmail.com. P.O. Box 3024, PR 00960. Sr. Nelida Gonzalez, Dir. Total Staff 30; Bed Capacity 50; Total Assisted Annually 40.

*Hogar Fatima* (Girls), Ave. Santa Juanita Final, Camino Esteban Cruz, 00961. Fax: 787-780-9763. Email: fatima001@prtc.net. Web: www.osrhogarfatimainc.com. P.O. Box 4228, Bayamon Garden Sta., Bayamon, 00958-4228. Tel: 787-787-2580; Fax: 787-780-9763. Sr. Maria Saez, Dir. Bed Capacity 36; Patients Assisted Annually 40; Total Staff 18.

DORADO. *Santuario del Espiritu Santo*, Box 187, 00646-0187. Tel: 787-796-2798; Fax: 787-796-1359. Email: espiritunospr@gmail.com. Web: www.espiritanos.com. Revs. Cornelius T. McQuillan, C.S.Sp., Rector; Eduardo Caron, C.S.Sp.; Jose Orlando Camacho-Torres, C.S.Sp.

PUERTA DE TIERRA. *Asylum For The Aged and Infirm* (Hogar de Ntra. Sra. de la Providencia), Stop 5, Ediff. 205, 00906-6571. Tel: 787-722-1331; 787-723-2419; 787-724-3574; Fax: 787-725-4308. Mailing Address: P.O. Box 9066571, 00906-6571. Sr. Gladys Rosario, Supr.; Rev. Esteban Antonio De La Rosa, Chap. Sisters of the Poor. Sisters 12; Patients Assisted Annually 207.

RIO PIEDRAS. *Centro Ntra. Sra. de la Providencia Sisters of Notre Dame*, RR E #2, Box 16T, 00928. Tel: 787-761-0273.

*Centro Santa Luisa* (1972) (Services for the Elderly), Carretera 842, Camino Los Romeros km 1.5, Bo. Caimito, 00926. Tel: 787-720-2764; Fax: 787-731-7795. Email: centrosantaluisa@yahoo.com. Web: www.geocities.com/

centrosantaluisa. Mailing Address: R.R. 6 Box 9492, 00926-9492. Sr. Altagracia Rosario, H.C., Dir: Elderly Assisted Annually 73; Total Staff 8.

*Hermanitas de los Ancianos Desamparados Hogar Santa Teresa Jornet de Cupey Inc.*, Cupey Alto, Ave. Las Cumbres, Km. 14. 3, 00926. Tel: 787-761-5805; Fax: 787-755-5415. Calle Teresa Jornet, 00928-7542. Sr. Angeles Garrido, Mother Supr. Sisters of the Poor. Sisters 13; Bed Capacity 290; Resident 200; Total Staff 88.

*Hogar Carmelina Julian Bengochen Final* (Elderly Retirement Hospice), Calle Julian Bengochea Final, 00924. Tel: 787-769-6510; 787-769-3110; Fax: 787-768-1240. Sr. Maribelle Mejias Muniz, Admin. Carmelite Sisters (Spain). Bed Capacity 224; Patients Assisted Annually 167; Total Staff 91.

*Hogares Rafaela Ibarra* (Orphan or Abused Girls), Urb.San Jose 432 Calle Torrelaguna, 00923. Tel: 787-763-1204; Fax: 787-763-6266. Web: www.hogaresrafaelaybarra.com. 432 Calle Torrelaguna, 00923-1773. Sr. Julia Jose, Dir. Patients Assisted Annually 40; Staff 14.

SANTURCE. *Politeonico Amigo* (For School Dropout Boys), Calle Refugio #960, Pda II, 00940. Tel: 787-725-2059; Fax: 787-722-3436. Email: polam@prtc.net. P.O. Box 13204, 00908.

TOA ALTA. *Hogar Santisimo Trinidad* (Drug Addiction Rehabilitation Home), Leda A y Lote B, km 7.0, Bo Mucarabones, Carr. 851, 00964. Tel: 787-799-6208; Fax: 787-799-1977. Email: hstrinita@gmail.com. PMB 326-A, P.O. Box 607071, Bayamon, 00960-7071. Rev. Pedro Gorena, O.SS.T. (Spain). Patients Assisted Annually 93; Total Staff 14.

TOA BAJA. *Hogar Divino Nino Jesus*, Carretera 854, Km. 3.5, 00949. Tel: 787-794-0020; Fax: 787-794-3124. Email: divinoninojesus@yahoo.es. P.O. Box 2464, 00951-2662. Julio Pacheco, Dir. (Detox and Tx Residencial)

### [G] PERSONAL PRELATURES

GUAYNABO. *Opus Dei* (Prelature of the Holy Cross and Opus Dei), Region of Puerto Rico of the Prelature, Urb. Villa Caparra, 435 Calle A, 00966-2211. Tel: 787-783-6206; Fax: 787-783-1201. Email: info@opusdei.org.pr. Web: www.opusdei.org.pr. Rev. Msgr. Justiniano Garcia Arias, Regl. Vicar, Puerto Rico; Revs. Gonzalo Diaz; Martin Llambias; Juan Aramendi; Ramon Alvarez Infiesta.

### [H] MONASTERIES AND RESIDENCES FOR PRIESTS AND BROTHERS

SAN JUAN. *The Capuchin Formation Trust of Puerto Rico*, P.O. Box 21350, 00928-1350. Tel: 787-764-3090; Fax: 787-764-4070. Rev. Roberto Martinez, O.F.M.Cap. *Capuchin Health and Retirement Trust of Puerto Rico Asociacion Frailes Capuchinos, Inc.*

*Comunidad Jesuita, Colegio San Ignacio, Urb. Santa Maria*, 1940 Calle Sauco, 00927-6718. Tel: 787-758-1717, Ext. 1721; Fax: 787-760-8640. Revs. Baudilio Guzman, S.J., Supr.; Mario Alberto Torres, S.J.; Donald M. Vega, S.J.

*The Custody of Saint John the Baptist, Puerto Rico, of the Order Friars Minor Capuchin* (1905) 216 Arzuaga St., P.O. Box 21350, 00928-1350. Tel: 787-764-3090; Fax: 787-764-4070. Email: secretaria.capuchinospr@gmail.com. Web: www.capuchinospr.org. Friars Roberto Martinez, O.F.M.Cap., Custodian; Jose A. Torres, O.F.M.Cap., Second Councillor & Treas.; Luis Gonzalez, O.F.M.Cap., Third Councillor & Sec. *Asociacion de Frailes Capuchinos, Inc.; Asociacion Misionera Capuchina, Inc.; Capuchin Formation Trust of Puerto Rico; Capuchin Health and Retirement Trust of Puerto Rico; San Antonio de Rio Piedras, Inc.; Monasterio San Miguel de Utuado, Inc.; Centro Capuchinos, Inc.; Caridades Capuchinas, Inc.; Casa Divina Pastora de Barranquitas, Inc.; Santa Teresita de Ponce, Inc.* Properties owned, staffed & sponsored: Fraternities 2; Parishes 5; Retreat Centers 2; Friaries 5; Development Office 1; School 1. Represented in the Archdiocese of San Juan, PR, the Diocese of Arecibo, PR & the Diocese of Mayaguez, PR. Friars 22; Postulanti 7; Novitiates 3.

TRUJILLO ALTO. *Carmelite Monastery of St. Joseph* (1651) Monasterio Carmelita De San Jose, 00977-0568. Tel: 787-761-9548; Fax: 787-283-7235. Email: mcejosa@prtc.net. Mailing Address: P.O. Box 568, 00977-0568. Sr. Madre Ines Maria Carmona Ortiz, O.Carm, Prioress.

### [I] MISCELLANEOUS

SAN JUAN. *Caritas de Puerto Rico, Inc.*, 201 San Jorge St., 00910-0812. Tel: 787-300-4953, Ext. 1156; 787-727-7373, Ext. 1153; 787-300-4953, Ext. 1108; Fax: 787-728-3207. Email: info@caritas.pr.

Web: caritas.pr. Mailing Address: P.O. Box 5812, 00910-0812. Rev. Enrique Manuel Camacho Monserrate.

*Casa San Clemente* (Spiritual, Personal, Pastoral and Psychological Counseling), 257 Ave. de la Constitucion, Puerta De Tierra, 00901. Tel: 787-723-6915; Fax: 787-977-8156. P.O. Box 9066515, S.T.D., Exec. Dir.; Domingo G. Perez, Exec Dir.

*Centro Sor Isolina Ferre*, Box 9511, 00926. Tel: 787-731-5700; Fax: 787-272-3390. Email: lortiz@csifpr.org. Mrs. Lourdes M. Ortiz, M.T.S. (Social Improvement of the Poor).

*Hogar de Ninas de Cupey, Inc.*, Carr. 176 Km. 4.2 Bo. Cupey Alto, 00926. Tel: 787-761-2805; Fax: 787-283-1345. Email: hogardeninasdecupey.org. hogardeninasdecupez.org. Mailing Address: P.O. Box 20667, 00928-0667. Employes 14.

*Hogar Del Buen Pastor* (Homeless Shelter), Mailing Address: P.O. Box 9066547, 00906-6547. Constitucion #250, Puerta de Tierra, 00901. Tel: 787-721-8579; Fax: 787-921-8709. Sr. Rosemarie Gonzalez, S.S.N.D.

*Hogar Padre Venard, Inc.*, Calle San Francisco 305, 00901. Tel: 787-724-1131; Fax: 787-724-4616. Mailing Address: P.O. Box 9020274, 00902-0274.

*R. R. Siervas de Maria Ministras de los Enfermos*, Calle Fortaleza, 00901-1599. Tel: 787-723-4558; 787-724-2226; Fax: 787-721-0140. Sr. Aurea Fernandez Pontan, Supr. Sisters 24.

RIO PIEDRAS. *Paulinas Multimedia* (Books, Cassettes and Catholic Publications), Calle Arzuaga #164, 00925-3322. Tel: 787-764-4885; Fax: 787-767-6214. Email: paulinas@yunque.net.

SANTURCE. *Beth Yash'ah* (Spiritual and Psychological Counseling), 1708 Calle Pumarada, 00912. Tel: 787-594-9867. Dr. Cecilia Arias.

*Corporacion La Fondita De Jesus* (Supportive, spiritual and psychosocial services and transitional/permanent housing), Calle Monserrate 704, PDA 16 1/2, 00909. Tel: 787-724-4051; Fax: 787-722-0992. Email: cartas@lafonditadejesus.org. P.O. Box 19384, 00910-1384. Tel: 787-725-0660; Fax: 787-722-0992. Socorro Rivera Rosa, Exec. Dir. Personnel 48; Total Assisted 3,100.

*Servicios Pastorales Paules* (Books, Leaflets and Catholic Publications), P.O. Box 19118, 00910. Tel: 787-728-0670. Email: centrosp@onelinkpr.net. Rev. Santiago Arribas, C.M., Dir. Res.: 1650 Fernández Juncos, Santurce, 00910-9118. Email: centrosp@onelinkpr.net.

### RELIGIOUS INSTITUTES OF MEN REPRESENTED IN THE ARCHDIOCESE

For further details refer to the corresponding bracketed number in the Religious Institutes of Men or Women section.

[0140]—Augustinian Friars (Spain)—O.S.A.
[0470]—*The Capuchin Friars* (Vice Prov. of Puerto Rico)—O.F.M.Cap.
[0270]—*Carmelite Fathers & Brothers* (Prov. of Aragon, Valentina, Spain)—O.Carm.
[0360]—*Claretian Missionaries* (Spain)—C.M.F.
[ ]—*Confraternidad de Operarios del Reino de Cristo*—C.O.R.C.
[0310]—*Congregation of Christian Brothers* (Antilles Prov.)—C.F.C.
[ ]—*Congregation of St. Michael Arcangel*—C.S.M.A.
[0020]—*Congregation of the Fathers of Mercy* (Madrid, Spain)—C.P.M.
[1330]—*Congregation of the Mission* (Prov. of Puerto Rico)—C.M.
[1000]—*Congregation of the Passion* (Bilbao)—C.P.
[ ]—*Congregation of the Sacred Heart* (Spain)—C.SS.CC.
[ ]—*Congregation of the Terciarios Capuchinos Ntra. Sra. de los Dolores* (Spain)—T.C.
[0520]—*Franciscan Friars* (Spain)—O.F.M.
[0650]—*Holy Ghost Fathers* (American Prov.)—C.S.Sp.
[0690]—*Jesuit Fathers and Brothers* (Prov. of Puerto Rico)—S.J.
[0740]—*Marian Fathers*—M.I.C.
[0770]—*The Marist Brothers*—F.M.S.
[ ]—*Misioneros Contemplativos Ad-Gentes*
[1120]—*Missionaries of the Sacred Hearts of Jesus and Mary* (Spain)—M.SS.CC.
[0840]—*Missionary Servants of the Most Holy Trinity*—S.T.
[0910]—*Oblates of Mary Immaculate* (Peru Prov.)—O.M.I.
[0430]—*Order of Preachers-Dominicans* (General Vicariate of P.R.)—O.P.
[1310]—*Order of the Holy Trinity* (Spain)—O.SS.T.
[1040]—*Piarist Fathers* (Spain)—Sch.P.
[1070]—*Redemptorist Fathers* (San Juan Prov.)—C.SS.R.

[1190]—*Salesians of Don Bosco* (Antilles Prov.)—S.D.B.

[0760]—*Society of Mary* (New York Prov.)—S.M.

**RELIGIOUS INSTITUTES OF WOMEN REPRESENTED IN THE ARCHDIOCESE**

[]—*Custodia Franciscana del Caribe "Santa Maria de la Esperanza"* (Frailes Franciscanos)

[1070-05]—*Dominican Sisters*—O.P.

[1070-06]—*Dominican Sisters*—O.P.

[1070-13]—*Dominican Sisters*—O.P.

[]—*Dominicanas Terciarias del Santisimo Sacramento* (Cadiz, Spain)

[]—*Hermanas Carmelitas de la Caridad* (Rome, Italy)—C.ach.

[]—*Hermanas Carmelitas de Madre Candelaria (Venezuela)*

[]—*Hermanas Carmelitas Teresas de San Jose* (Barcelona, Spain)

[]—*Hermanas de la Amistad Misionera en Cristo Obrero* (Amico and Madrid, Spain)

[]—*Hermanas de la B.V. Maria del Monte Carmelo* (Madrid, Spain)—H.Carm.

[]—*Hermanas de la Caridad del Cardenal Sancha* (San Domingo)—H.C.C.S.

[]—*Hermanas de la Caridad Del Sagrado Corazon De Jesus* (Madrid, Spain)

[]—*Hermanas de la Compania del Salvador* (Spain)

[]—*Hermanas De La Divina Providencia* (Rome, Italy)—CDP

[]—*Hermanas de Santos Angeles Custodios* (Bilbao, Spain)

[]—*Hermanas Dominicas de la Presentacion* (Tours, France; Colombia)

[]—*Hermanas Dominicas de Nuestra Senora del Rosario de Fatima* (Yauco)

[]—*Hermanas Franciscanas de Los Sagrados*—HH.FF.SSCC.

[]—*Hermanas Hospitalarias de Jesus Nazareno* (Cordoba, Spain)

[]—*Hermanas Mercedarias de la Caridad* (Madrid, Spain)

[]—*Hermanas Misioneras de la Madre Dolorosa y San Francisco de Asis* (Buga, Colombia)

[]—*Hermanas Pasionistas de San Pablo de la Cruz*—C.P.

[]—*Hermanitas de los Ancianos Desamparados* (Valencia, Spain)

[]—*Hijas de la Pasion de Jesucristo y de Maria Delorosa*—C.P.

[]—*Hijas de Maria Auxiliadora* (Torino, Italy)

[]—*Hijas Del Corazon Misericordioso De Maria* (Bogota, Colombia)

[0950]—*Instituto Misionero Hijas de San Pablo* (Rome, Italy)

[]—*Instituto Santa Mariana de Jesus (Hermanas Marianitas)* (Ecuador)—R.M.

[]—*Lumen Dei* (Madrid, Spain)—U.L.D.

[]—*Madres de Desamparados y San Jose de la Montana* (Valencia, Spain)

[]—*Madres Escolapias* (Rome)

[]—*Misioneras de Cristo Salvador*

[2710]—*Misioneras De La Caridad* (Calcutta, India)—M.C.

[]—*Misioneras del Buen Pastor* (San Juan)

[]—*Misioneras del Santisimo Sacramento y Maria Inmaculada* (Spain)

[]—*Misioneras Dominicas del Santisimo Rosario* (Madrid, Spain)

[]—*Misioneras Contemplativas Ad-Gentes*

[2720]—*Mission Helpers of the Sacred Heart*—M.H.S.H.

[2790]—*Missionary Servants of the Most Blessed Trinity* (Philadelphia, PA)—M.S.B.T.

[]—*Monjas de la Orden de la Bienventurada Virgen Maria de Monte Carmelo*—O.Carm.

[]—*Oblatas De La Santisima Trinidad* (Spain)

[]—*Oblatas del Santisimo Redentor* (Madrid, Spain)

[]—*Operarias Del Divino Maestro* (Valenzia, Spain)

[]—*Religiosas del Sagrado Corazon* (Rome, Italy)

[]—*Religiosas Oblatas del Divino Amor*

[]—*Religiosas Teatinas de la Inmaculada Concepcion* (Rome)—R.T.

[]—*Religiosas Terciarias de San Francisco de Asis y de la Inmaculada Concepcion* (Valencia, Spain)

[2970]—*School Sisters of Notre Dame* (Wilton, CT)—S.S.N.D.

[]—*Siervas De La Verdad* (Bayamon, Puerto Rico)

[3600]—*Siervas de Maria y Ministras de los Enfermos* (Rome, Italy)—S.M.

[2570]—*Sisters of Mercy* (Pittsburgh, PA)—R.S.M.

[]—*Sisters of Nazareth*

[1620]—*Sisters of Saint Francis of Millvale, Pennsylvania*—O.S.F.

[1650]—*Sisters of St. Francis of Philadelphia*—O.S.F.

[1800]—*Sisters of St. Francis of the Third Order Regular* (Williamsville, New York)—O.S.F.

[3830]—*Sisters of St. Joseph* (Brentwood)—C.S.J.

[3930]—*Sisters of St. Joseph of the Third Order of St. Francis*—S.S.J.-T.O.S.F.

[3870]—*Sisters of the Holy Family of Nazareth*—C.S.F.N.

[1490]—*Sisters of the Third Franciscan Order*—O.S.F.

[2150]—*Sisters, Servants of the Immaculate Heart of Mary*—I.H.M.

[]—*Terciarias Franciscanas de la Purisima* (Murcia, Spain)

**NECROLOGY**

† Gastalvert, Alfredo—Died March 14, 2015

† Gutierrez Alvarez, Franco—Died May 2, 2015

† Madoz Gorostieta, Jose Joaquin—Died Sept. 10, 2015

† Morales Feliu, Francisco—Died July 9, 2015

† Ruiz-Velazco, Prisciliano Cardenas—Died Oct. 7, 2015

An asterisk (*) denotes an organization that has established tax-exempt status directly with the IRS and is not covered by the USCCB Group Ruling.

1599

# Diocese of Arecibo, Puerto Rico

*(Dioecesis Arecibensis)*

Most Reverend

**DANIEL FERNANDEZ TORRES**

Bishop of Arecibo; ordained January 7, 1995; appointed Titular Bishop of Sufes and Auxiliary Bishop of San Juan, PR February 14, 2007; ordained April 21, 2007; appointed Bishop of Arecibo September 24, 2010; installed October 3, 2010.

Most Reverend

**INAKI MALLONA TXERTUDI, C.P.**

Bishop Emeritus of Arecibo; ordained March 17, 1956; appointed December 14, 1991; consecrated January 6, 1992; installed January 25, 1992; retired September 1, 2010. Res.: Hogar Irma Fe Pol, #52 Calle Comercio, Lares, PR 00669.



ESTABLISHED APRIL 30, 1960.

Square Miles 833.

*Comprises the mid-northern part of the Island.*

*The Chancery: 206 Dr. Salas St., P.O. Box 616, Arecibo, PR 00613. Tel: 787-878-3180; Tel: 787-878-3110; Fax: 787-880-2661.*

*Email: arecibo@diocesisdearecibo.org*

## STATISTICAL OVERVIEW

| | |
|---|---|
| **Personnel** | |
| Bishop | 1 |
| Retired Bishops | 1 |
| Priests: Diocesan Active in Diocese | 34 |
| Priests: Diocesan Active Outside Diocese | 3 |
| Priests: Diocesan in Foreign Missions | 11 |
| Priests: Retired, Sick or Absent | 13 |
| Number of Diocesan Priests | 61 |
| Religious Priests in Diocese | 44 |
| Total Priests in Diocese | 105 |
| Extern Priests in Diocese | 7 |
| Permanent Deacons in Diocese | 34 |
| Total Brothers | 5 |
| Total Sisters | 160 |
| **Parishes** | |
| Parishes | 59 |
| With Resident Pastor: | |
| Resident Diocesan Priests | 43 |
| Resident Religious Priests | 16 |
| Without Resident Pastor: | |
| Completely Vacant | 3 |
| Missions | 241 |
| Professional Ministry Personnel: | |
| Brothers | 5 |
| Sisters | 160 |

| | |
|---|---|
| Lay Ministers | 372 |
| **Welfare** | |
| Homes for the Aged | 4 |
| Total Assisted | 260 |
| Residential Care of Children | 3 |
| Total Assisted | 43 |
| Specialized Homes | 1 |
| Total Assisted | 18 |
| Special Centers for Social Services | 1 |
| Total Assisted | 55 |
| **Educational** | |
| Seminaries, Diocesan | 1 |
| Students from This Diocese | 7 |
| Total Seminaries | 7 |
| Colleges and Universities | 1 |
| Total Students | 1,044 |
| High Schools, Diocesan and Parish | 7 |
| Total Students | 1,192 |
| High Schools, Private | 7 |
| Total Students | 1,801 |
| Elementary Schools, Diocesan and Parish | 7 |
| Total Students | 918 |
| Elementary Schools, Private | 7 |
| Total Students | 1,715 |
| Catechesis/Religious Education: | |

| | |
|---|---|
| High School Students | 3,205 |
| Elementary Students | 7,393 |
| Total Students under Catholic Instruction | 17,275 |
| Teachers in the Diocese: | |
| Priests | 4 |
| Brothers | 3 |
| Sisters | 14 |
| Lay Teachers | 70 |
| **Vital Statistics** | |
| Receptions into the Church: | |
| Infant Baptism Totals | 2,019 |
| Minor Baptism Totals | 205 |
| Adult Baptism Totals | 74 |
| Received into Full Communion | 2,298 |
| First Communions | 2,246 |
| Confirmations | 2,814 |
| Marriages: | |
| Catholic | 409 |
| Interfaith | 24 |
| Total Marriages | 433 |
| Deaths | 1,580 |
| Total Catholic Population | 391,419 |
| Total Population | 602,183 |

**Former Bishops**—Most Revs. ALFRED F. MENDEZ, O.S.C., ord. 1935; cons. Oct. 28, 1960; retired Jan., 1974, died Jan. 28, 1995; MIGUEL RODRIGUEZ, C.SS.R., D.D., ord. June 22, 1958; appt. Jan. 21, 1974; cons. March 23, 1974; retired March, 1990; appt. Aug. 13, 2001; INAKI MALLONA TXERTUDI, C.P., ord. March 17, 1956; appt. Dec. 14, 1991; cons. Jan. 6, 1992; installed Jan. 26, 1992; retired Sept. 24, 2010.

**Secretaries to the Bishop**—Miss SYLVIA HERNANDEZ; Mrs. VIVIAN MALDONADO.

**Chancery Office**—206 Dr. Salas St., P.O. Box 616, Arecibo, 00613-0616. Tel: 787-878-3180; 787-878-3110; Fax: 787-880-2661.

**Vicar General**—Rev. LUIS A. COLON, S.E.M.V., Mailing Address: P.O. Box 616, Arecibo, 00613. Tel: 787-878-3180; 787-878-3110.

**Secretary and Receptionist**—Mrs. WALESKA CORDERO.

**Administrator**—Rev. JORGE L. RUIZ.

**Accountant**—Rev. JORGE L. RUIZ.

**Chancellor**—Rev. JORGE L. VIRELLA VAZQUEZ, Mailing Address: P.O. Box 616, Arecibo, 00613. Tel: 787-878-3180.

**Secretaries**—Miss SYLVIA VARGAS; Mrs. WANDA I. RIVERA.

**Diocesan Tribunal of Arecibo**—Rev. RAMON OLIVENCIA, Judicial Vicar.

**Adjutant Judges**—Revs. JORGE L. VIRELLA; JORGE Y. MORALES.

**Promoter of Justice**—VACANT.

**Defenders of the Bond**—Revs. ALBERTO DIAZ COLON; LISIMACO HINCAPIE.

**Advocate**—Rev. OSCAR CHACON, O.SS.T.

**Notary**—LUZ E. RIVERA VELAZQUEZ, Sec.

**Secretary**—Mrs. LIVIA E. SERRANO.

**Vicar of Diocesan Pastoral Affairs**—Rev. ADRIAN N. JIMENEZ ORTIZ; Mrs. WANDA I. RIVERA.

**Diocesan Consultors**—Revs. P. JESUS MONREAL PUJANTE, O.Carm.; LUIS A. COLON, S.E.M.V.; VICTOR ROJAS; ANGEL M. SANTOS; VICTOR SANCHEZ VELEZ; MELQUIADES ROJAS; VICTOR SANCHEZ.

**Priest's Senate** (*Consejo Presbiteral*)—Most Rev. DANIEL FERNANDEZ TORRES; Revs. VICTOR SANCHEZ VELEZ; LUIS A. COLON, S.E.M.V.; RAMON OLIVENCIA; FERNANDO MORELL; MARCO A. CEPEDA, M.N.M.; JORGE L. VIRELLA VAZQUEZ; IVAN MARTINEZ ADORNO; GERMAN VALVERDE BAEZ; CARMELO UBARTE ABENASTURE; OSVALDO PEREZ, C.S.Sp.; ELMON M. HERNANDEZ FANA; MARTIN SADABA; JESUS MONREAL, O.Carm.; VICTOR ROJAS; ADRIAN N. JIMENEZ ORTIZ; ROBERTO VEGA; ALBERTO DIAZ COLON; ROY F. MARTINEZ,

O.F.M.Cap.; MELQUIADES ROJAS.

### Diocesan Offices and Directors

**Ayuda Social Movimiento Juan XXIII**—BRENDA RIVERA, Coord., Mailing Address: P.O. Box 241, Sabana Hoyos, 00688-0241. Tel: 787-881-7141; 787-881-2342; Fax: 787-881-7141. Email: ayudasoc@coqui.net.

**Confraternity of Christian Doctrine**—VACANT, Mailing Address: 5 Calle Mariano Abril, Box 1151, Arecibo, 00613. Tel: 787-878-8401. Email: catequesis_arecibo@hotmail.com.

**Cursillos de Cristiandad**—Mrs. IDANEZ LUGO.

**Propagation of Faith**—Rev. ORLANDO CAMACHO, C.S.Sp.

**Holy Childhood**—Rev. ORLANDO CAMACHO, C.S.Sp.

**Director of Youth**—Rev. JORGE Y. MORALES.

**Legion of Mary**—Mr. DOMINGO SANTIAGO.

**Movimiento Familiar Cristiano (CFM)**—Rev. VICTOR ROJAS RODRIGUEZ.

**Prison Services**—Rev. ELVIN A. IRIZARRY ROMAN, Mailing Address: P.O. Box 2525 CMB - 75, Utuado, 00641-2525. Tel: 787-894-7144; Fax: 787-894-7144.

**Seminario San Jose College Seminary**—Mailing Address: Calle Fermin Tirapu 28, Villaua, Navarra 31610 Spain. Tel: 34-948-144-023.

Case 3:16-cv-02073-GAG-BJM Document 17-30 Filed 09/12/26/17 Page 13 of 31

ARECIBO, PUERTO RICO (ARE) —————————— 1600 —————————— CATHOLIC CHURCH IN THE U.S.

*Seminary Board and Vocation Program*—Most Rev. DANIEL FERNANDEZ; Revs. VICTOR ROJAS; JORGE Y. MORALES; RAMON OLIVENCIA; VICTOR SANCHEZ.

*Pastoral Vocational Program*—Rev. JORGE Y. MORALES.

*Superintendent of Schools*—JUAN A. VALDES.

*Oficina para la Promocion y el Desarrollo Humano, Inc.*—

*Catholic Charities*—Mrs. ANGELICA M. FLORES, Dir.; VACANT, In Charge of the Mission; Sr. VERONICA ORAVEC, C.D.P.; Mrs. ANGELICA M. FLORES, Dir.; Dr. SYLMA CUEVAS, Psychology Asst., Mailing

Address: P.O. Box 353, Arecibo, 00613. Tel: 787-817-5951; Fax: 787-817-7597.

*Programs*—

*Women Head of Household*—Mrs. LAURA LLERANDI.
*Domestic Violence Unit*—Mrs. LAURA LLERANDI.
*Parenting with Love*—Mrs. LAURA LLERANDI.
*Community Development*—CARMEN NORIS ARBELO.
*Improving Your Self Esteem*—LUZ I. SOTO.

*Retreat House, Centro Diocesano Mons. Mendez*—JOCELYN VALLE.

*Boy Scouts*—VACANT.

*Hospital Chaplains*—

*Arecibo Hospital*—JAVIER RODRIGUEZ FIGUEROA, Coord. Capellania; Dr. COLL Y TOSTE, Cathedral of San Felipe Apostol: Rev. ADRIAN N. JIMENEZ.
*Susoni Hospital*—JAVIER RODRIGUEZ FIGUEROA, Coord. Capellania; Rev. REINALDO I. DAVILA.

*Vocations*—Rev. JORGE Y. MORALES, Apdo. 2164, Arecibo, 00613. Tel: 787-878-1528.

*Police Chaplain*—Rev. LUIS A. VAZQUEZ.

*Sociedad San Vincente de Paul (Vincentino)*—Mr. ANGEL GINES, Pres. Consejo Diocesano. Tel: 787-884-5087; 787-854-2562.

# CLERGY, PARISHES, MISSIONS AND PAROCHIAL SCHOOLS

## CITY OF ARECIBO

1—CATHEDRAL OF SAN FELIPE APOSTOL (1616) [JC] Revs. Adrian N. Jimenez, Rector; Reinaldo I. Davila.
*De Diego St.*—Box 577, 00613. Tel: 809-878-1149; Fax: 787-816-5719. Email: catedralarecibo@hotmail.com.
*Catechesis/Religious Program*—Students 272.
*Chapel—Islote II, Sagrada Familia*
*Chapel—Islote III (Sector Vibora), San Juan Evangelista*
*Chapel—Sector Boan, Maria Reina*
*Chapel—Islote I (Vigia), Ntra. Sra. del Carmen*

2—CHURCH OF CHRIST THE KING (1967) Rev. Eugenio Gayarre.
Res.: Box 1932, 00613. Tel: 787-815-4114.
*Catechesis/Religious Program*—
*Chapel—Bo. Hato Arriba, Maria Auxiliadora*

3—CHURCH OF SAGRADO CORAZON DE JESUS (1961) [JC] Rev. Adrian N. Jimenez, Admin.
Res.: Box 140637, 00614. Tel: 787-878-4910; Fax: 787-815-0498. Email: sagradocorazon-arecibo@yahoo.com.
*School—Colegio San Felipe*, (Grades PreK-12), Box 673, 00613. Tel: 809-878-8532; Fax: 787-879-2124. Web: www.colegiosanfelipe.org. Luz E. Cruz, Prin.; Lizbeth Miranda, Librarian. Lay Teachers 35; Students 489.
*Catechesis/Religious Program*—Students 141.
*Chapel—Bo. Obrero, Inmaculada Concepcion*

4—CHURCH OF SAN MARTIN DE PORRES (1973) Rev. Victor Sanchez; Deacon Angel G. Santos.
Res.: Calle 6 F-12, Box 14-2142, Urb. Univ. Gardens, 00614. Tel: 787-878-1822.
*Catechesis/Religious Program*—Students 210.
*Chapel—Victor Rojas II, San Jose Obrero*

5—CHURCH OF SANTA CECILIA (1981) [JC] Rev. Roy F. Martinez, O.F.M.Cap., Admin.; Deacon Freddy Serrano.
Res.: HC-04, Box 13674, 00612. Tel: 787-879-3364. Email: peregrino59@aol.com.
*Catechesis/Religious Program*—Students 117.
*Chapel—Calichosa, San Jose*
*Chapel—Los Canos, San Martin de Porres*
*Chapel—La Guinea, La Milagrosa*

6—CHURCH OF SANTA TERESITA (1980) [JC] Rev. Jorge L. Vinella.
Res.: Road 492, KM 1.9, P.O. Box 9242, Cotto Station, 00613. Tel: 787-878-7015.
*Catechesis/Religious Program*—Students 143.
*Chapel—Hato Arriba, Ntra. Sra. La Providencia*
*Chapel—Barranca La Milagrosa*

7—INMACULADA CORAZON DE MARIA (1987) [JC] Rev. Elvin Irizarry.
Res.: Box 1282, Sabana Hoyos, 00688. Tel: 787-879-8191.
*Catechesis/Religious Program*—Students 150.
*Chapel—Bo. Asomante, San Isidro*
*Chapel—Bo. Carolina, Sagrado Corazon de Jesus*
*Chapel—Bo. Arroaal, San Jose*
*Chapel—Los Muertos, San Francisco*

8—LA MILAGROSA (1973) [JC] Rev. Angel Diaz; Deacon Juan J. Lopez.
Res.: Box 204, Bajadero, 00616. Tel: 787-650-3420. Email: lamilagrosaare@hotmail.com.
*Catechesis/Religious Program*—Students 272.
*Chapel—Bajadero, Inmaculada Concepcion*
*Chapel—Domingo Ruiz, Ntra. Sra. La Providencia*
*Chapel—Carreras, San Judas*
*Chapel—Biafara, Ntra. Sra. La Virgen del Carmen*

9—NUESTRA SENORA DE FATIMA (1967) [JC] Revs. Igino Sedda; Johnny C. Iturrizaga, C.M.V.; Michele Querin, C.M.V.; Fabio Gatti; Bro. Sergio Marrangon.
Res.: Box 667, Sabana Hoyos, 00688. Tel: 787-881-8274.
*Catechesis/Religious Program*—Students 193.
*Chapel—Garrochales, San Francisco de Asis*
*Chapel—Ballaja, Ntra. Sra. del Carmen*
*Chapel—Garrochales, La Milagrosa, San Luis*
*Chapel—Espino, Inmaculada Concepcion*

10—NUESTRA SENORA DEL CARMEN (1961) [JC] Rev. Jorge L. Ruiz.
Res.: Bo. Cotto No. 985, P.O. Box 9949, Cotto Sta., 00613. Fax: 787-817-5062.

*School—Hogar-Colegio La Milagrosa*, (Grades K-12), Ave. Francisco Jimenez Gonzalez, 00612-4912. Tel: 787-878-0341; 787-879-4912; Fax: 787-817-7322. Email: hogar.colegiolamilagrosa@yahoo.com. Sr. Maria D. Vicens, Prin. Sisters of Charity 3; Lay Teachers 37; Students 443.
*Catechesis/Religious Program*—Students 172.
*Chapel—Abra San Francisco, San Antonio*
*Chapel—Rodriguez Olmo, San Francisco*

11—OUR LADY OF HOPE (1986) [JC] Rev. Rafael Nuno.
Res.: Box 489, 00613. Tel: 787-880-1943.
*Catechesis/Religious Program*—Students 221.
*Chapel—Cantagallo, Sgdo. Corazon de Jesus*
*Chapel—Plan Bonito, San Rafael*

12—SAN JUAN BOSCO (1971) Rev. Ernesto Perez Torres, Admin.; Deacon Hipolito Crespo.
Res.: Urb. Jardines de Arecibo, Calle R-Y-26, 00612. Tel: 787-879-1517; Fax: 787-817-4107. Email: col.sanjuanboscoare@yahoo.com.
*School—*(Grades PreK-9): Tel: 787-879-2069. Wilmari Colon Marrero, Prin. Lay Teachers 35; Students 424.
*Catechesis/Religious Program*—Students 262.
*Chapel—Las Canelas, Ntra. Sra. La Dolorosa, San Daniel* Sisters of Nazaret 3.

13—SANTA ANA (1961) [JC] Rev. Jorge Y. Morales.
Res.: Bo. Santana, Box 318, 00613. Tel: 787-881-6005.
*Catechesis/Religious Program*—Tel: 787-881-6882. Students 195.
*Chapel—Cotto II, Ntra. Sra. del Carmen*
*Chapel—Santuario Cristo de los Milagros*

14—SANTISIMO SACRAMENTO (1990) [JC] Rev. Roy F. Martinez, O.F.M.Cap., Admin.
Res.: Ste. 109, P.O. Box 474, 00613. Tel: 787-878-4310.
*Catechesis/Religious Program*—Students 105.
*Chapel—Del Valle, La Milagrosa*
*Chapel—Jobos, San Pascual*

## OUTSIDE OF ARECIBO

### BARCELONETA

1—CHURCH OF OUR LADY OF MT. CARMEL (1882) [JC] Rev. Roberto Vega.
Res.: P.O. Box 2062, 00617. Tel: 809-846-5625; Fax: 787-846-5625. Email: sradelcarmen@gmail.com.
*Catechesis/Religious Program*—
*Chapel—Garrochales I, Ntra. Sra. de Fatima*
*Chapel—Palmas Altas, San Antonio*
*Chapel—Punta Palma, Ntra. Sra. del Mar*

2—OUR LADY OF VICTORY (1963) [JC] Rev. Bertulfo Acevedo, Parrochial Admin. (Retired).
Res.: Ste. 125, Call Box 2020, 00617. Tel: 809-846-6120.
*School—Academia Ntra. Sra. de Fatima*, (Grades PreK-12), #925 Brisas del Monte, 00617. Tel: 787-623-4569. Fax: 787-623-4569. Email: academiafatima@yahoo.com. Angeles Caiman, Dir. Lay Teachers 10; Students 147.
*Catechesis/Religious Program*—Students 166.
*Chapel—Parcelas Imberry, San Jose Obrero*
*Chapel—Quebrada, Inmaculate Heart of Mary*
*Chapel—Tiburones, Ntra. Sra. de Fatima*
*Chapel—Palenque, San Juan Bautista*

### CAMUY

1—ST. JOSEPH (1827) [JC] Rev. Alberto Diaz Colon; Deacons Edwin J. Martinez; Felix O. Mendez; Eduardo Rivera.
Res.: P.O. Box 414, 00627. Tel: 787-898-3620; Fax: 787-898-3620.
*Catechesis/Religious Program*—Students 455.
*Convent—*San Jose Hermanas de Nazaret 2.
*Chapel—Membrillo, Ntra. Sra. La Monserrate*
*Chapel—Puente (Zarzas), Sagrado Corazon*
*Chapel—Puente (Zarza Parcelas), Toro Negro, Ntra. Sra. La Milagrosa*
*Chapel—Puente (Sector Pica), Ntra. Sra. del Rosario*
*Chapel—Abra Honda, Espiritu Santo*
*Chapel—Zanjas, Inmaculada Concepcion*

2—OUR LADY OF ASUMPTION (1984) [JC] Rev. Marcos A. Cepeda Contreras, M.N.M.
Res.: HC-02, Box 8047, 00627. Tel: 787-898-8038.
*Catechesis/Religious Program*—Students 231.

*Chapel—Cibao Ocasio, Ntra. Sra. del Perpetuo Socorro*
*Chapel—Callejones, Sagrado Corazon*
*Chapel—Callejones II, San Pablo de la Cruz*
*Chapel—Cibao Lugo, Maria Auxiliadora*

3—OUR LADY OF MONSERRATE (1961) [JC] Rev. Antonio Macias Lopez, M.N.M., Admin.; Deacon Israel Rodriguez.
*Catechesis/Religious Program*—Students 330.
*Chapel—Piletas (Lares), Ntra. Sra. del Carmen*
*Chapel—Guajataca (Queb.), Ntra. Sra. de Fatima*
*Chapel—Aibonito Beltran, San Antonio*
*Chapel—Cibao (San Sebastian), Santa Ana*
*Chapel—Planas I (Isabela), Santa Cruz*
*Chapel—Planas II, Ntra. Sra. del Carmen*

4—OUR LADY OF THE MIRACULOUS MEDAL (1962) [JC], (El Calvario) Revs. Eric Hernandez, M.N.M.; Israel Medina, M.N.M., Vicar.
Res.: HC-01 Buzon 5240, 00627. Tel: 787-898-5825.
*Catechesis/Religious Program*—Tel: 787-898-4841. Students 519.
*Convent—Hnas. Terciarias Capuchinas Sagrada Familia*
*Chapel—Planas II, Santiago Apostol*
*Chapel—Puertos, Sagrado Corazon*
*Chapel—Cienaga, Cristo Rey*
*Chapel—Camuy Arriba, Ntra. Sra. del Carmen*
*Chapel—Sector Riego, Santa Clara*
*Chapel—Sector Mani, Sagrado Corazon*

### CIALES

1—HOLY ROSARY (1820) [JC] Revs. Jorge R. Betancourt, O.Carm.; Ulrick Saint Louis, O.Carm.; Antonio Soto; Deacon Ruben Zayas.
Res.: P.O. Box 26, 00638. Tel: 787-871-2205; 787-871-3485. Email: zelozeletussum@hotmail.com.
*School—*P.O. Box 1334, 00638. Tel: 787-871-2222; Fax: 787-871-5797. Email: cnarciales@hotmail.com. Blanca Marrero, Prin. Lay Teachers 18; Students 201.
*Catechesis/Religious Program*—Students 300.
*Chapel—Pozas, San Elias*
*Chapel—Cialitos, Buen Pastor*
*Chapel—Hato Viejo, Corazon de Jesus*
*Chapel—Hato Viejo, San Antonio*
*Chapel—Jaguas, Santa Clara*
*Chapel—Pesa, San Ignacio*
*Chapel—Cialitos-Cruces, Corazon de Maria*
*Chapel—Toro Negro, Nuestra Senora*
*Chapel—Bo. Marias, Maternidad de la Virgen*

2—NTRA. SRA. MADRE DEL REDENTOR (1988) [JC] Rev. Wiktor Tarnawski, Admin.
Res.: P.O. Box 1181, 00638. Tel: 787-871-2404.
*Catechesis/Religious Program*—
*Chapel—Yunes, San Jose*
*Chapel—Fronton (Sabana), Perpetuo Socorro*
*Chapel—Cordillera 5, Ntra. Sra. La Providencia*
*Chapel—Cordillera 7, Sagrada Familia*

### COROZAL, HOLY FAMILY (1804) [JC] Revs. Maria Santos; Jose Colon; Deacons Oscar Torres; Adalberto Ortiz.
Res.: P.O. Box 474, 00783. Tel: 787-859-2595; Fax: 787-859-5018.
*School—*(Grades PreK-12) Tel: 787-859-2420; Fax: 787-859-4115. Email: cafacademico.ofic@hotmail.com. Sr. Maria Salmón, Prin. Sisters of St. Joseph 9; Lay Teachers; Students 1,152.
*Catechesis/Religious Program*—Students 764.
*Chapel—Guarico Palmarejo I, San Judas Tadeo*
*Chapel—Palmarejo II, San Vicente*
*Chapel—Palmarejo II, San Francisco de Asis*
*Chapel—Dos Bocas II, Santa Teresita*
*Chapel—Cibuco, Ntra. Sra. del Carmen*
*Chapel—Abras, San Jose*
*Chapel—Urb. Sylvia, Perpetuo Socorro*

### COROZAL-PADILLA, OUR LADY OF THE SEVEN SORROWS (1984) Rev. Ivan Martinez; Deacon Javier Colon.
Res.: P.O. Box 740, 00783-0740. Tel: 787-859-1900. Email: 7dolores@catholic.net.
*Catechesis/Religious Program*—Students
*Chapel—Padilla Hermita, San Martin*
*Chapel—Padilla Hormiga, San Martin*
*Chapel—Cieneguita (V.A.), Ntra. Sra. del Perpetuo Socorro*

**COROZAL—PALMARITO, LA MILAGROSA** Revs. Rafael J. Gonzalez, C.R.L.; Luis A. Volquez.
Res.: H.C.-03, Box 13976, 00783-9803. Tel: 787-855-3906. Email: crl-milagrosa@hotmail.com
Catechesis/Religious Program—Students 570.
Convent—P.O. Box 80267, Bo. Palmarito, Corozal, 00785-8267. Tel: 787-859-5181. San Francisco Secular Institute) 1.
Chapel—Magueilles, Cristo Rey
Chapel—Mana, Ntra. Sra. de Fatima
Chapel—Radio Oro, Nuestra Senora del Carmen

**COROZAL—PALOS BLANCOS, CHRIST THE KING** (1968) [JC] Rev. German Valentin, Admin.
Res.: P.O. Box 1091, 00783-1091. Tel: 787-859-7312.
Catechesis/Religious Program—Students 391.
Chapel—Cuchillas, Ntra. Sra. del Perpetuo Socorro
Chapel—Negros, Ntra. Sra. del Rosario
Chapel—Palos Blancos, Santa Teresita
Chapel—Palos Blancos, San Antonio

**FLORIDA, OUR LADY OF MERCY** (1887) [JC] Rev. Angel M. Santos; Deacons Edwin Pagan; Carlos R. Santa.
Res.: P.O. Box 1184, 00650. Tel: 787-822-2670;
Fax: 787-822-2670.
Catechesis/Religious Program—Tel: 787-822-2045.
Chapel—Monte Bello, Ntra. Sra. del Carmen
Chapel—Pajonal - Santa Rosa de Lima
Chapel—La Fuente - San Pablo

**HATILLO**
1—**OUR LADY OF GUADALUPE** (1961) [JC] Revs. Rene A. Colon; Marcos A. Conelly, Vicar; Luis R. Banchs, S.E.M.V., Vicar; Victor R. Borrero, S.E.M.V., Vicar; Luis A. Colon, S.E.M.V.; Luis A. Mendez, S.E.M.V.; Antonio Ofray Cheverez, S.E.M.V.
Res.: Carr. Ins. 129, Arecibo to Lares, P.O. Box 1131, 00613. Tel: 787-898-8035. Email: guadalupehatillo@hotmail.com.
Catechesis/Religious Program—Students 225.
Chapel—Pajuil, Santa Rosa de Lima
Chapel—Buena Vista, Inmaculada Concepcion
Chapel—Sector Naranjito, San Jose

2—**OUR LADY OF MT. CARMEL** (1830) [JC] Rev. Ramon Olivencia; Deacon Wilfredo Lopez.
Res.: P.O. Box 2, 00659. Tel: 809-898-5300.
School—(Grades PreK-12) Tel: 787-898-2800;
787-898-5235; Fax: 787-820-5258. Email: mmielescnsc@yahoo.com. William Acevedo, Prin. (High School). Sisters 3; Lay Teachers 53; Students 677.
Catechesis/Religious Program—Tel: 787-898-3302. Students 294.
Chapel—Carrizales, Sagrado Corazon
Chapel—Corcovados, Immaculada Concepcion
Chapel—Capaez, Ntra. Sra. Perpetuo Socorro
Chapel—Carrizales, San Jose
Chapel—Santa Rosa, Santa Rosa de Lima
Chapel—Lechuga: San Pio X
Chapel—Palma Gordo: Sagrada Familia

3—**PERPETUAL HELP** (1961) [JC] Unassigned. Rev. Antonio Ofray Cheverez, S.E.M.V.
Res.: Ste. 393, P.O. Box 69001, 00659. Tel: 787-898-7771.
Catechesis/Religious Program—Tel: 787-820-2819. Students 294.
Chapel—Aibonito, Cristo Rey
Chapel—Berrocal, Sagrado Corazon de Jesus
Chapel—Sonadora, La Milagrosa
Chapel—Mariposa, Ntra. Sra. del Carmen
Chapel—Cantera, Ntra. Sra. de la Providencia

**ISABELA**
1—**ST. ANTHONY** (1835) [JC] Revs. Manuel E. Salgado, O.SS.T, Admin.; Wilfredo Echevarria, O.SS.T., Vicar; German Llosa, O.SS.T.; Willnar Guirai; Deacons Teodoro Gonzalez; Jose A. Vargas.
Res.: #81 Corchado St., Box 525, 00662. Tel: 787-872-0126; Fax: 787-872-4393.
School—(Grades K-12)Email: casisabela@yahoo.com. Sr. Ida Negron, O.P., Prin. Sisters of St. Dominic 3; Lay Teachers 36; Students 469.
Catechesis/Religious Program—Students 716.
Chapel—Medina, Sma. Trinidad
Chapel—Curva, Santa Rosa de Lima
Chapel—Coto, San Martin de Porres
Chapel—Arenales Bajo, Ntra. Sra. La Monserrate
Chapel—Vendrel, Ntra. Sra. La Providencia
Chapel—Jobos, Buen Pastor
Chapel—Guayabos, Espiritu Santo
Chapel—Arenales A., El Salvador
Chapel—Arenales Alto, Sagrado Corazon, Tel: 787-872-0015.

2—**OUR LADY OF MOUNT CARMEL** (1983) [JC] Rev. Oscar Chacon, O.SS.T., Admin.
Res.: Box 1555, 00662. Tel: 787-872-5150.
Catechesis/Religious Program—Students 200.
Chapel—Poncito, Santos Inocentes
Chapel—Planas, San Juan Bautista
Chapel—La Tuna, San Juan de Mata
Chapel—Galateo Bajo, La Milagrosa

**LARES**
1—**ST. JOSEPH** (1827) [JC] Revs. Carlos L. Rodriguez, C.P.; Florencio Landa, C.P.; Jesus Exeandia, C.P.; Deacons Aristides Arce; Miguel A. Gonzales.
Res.: P.O. Box 103, 00669-0103. Tel: 787-897-2067.
School—(Grades PreK-9) Tel: 787-897-2640; Fax: 787-897-2640. Maria O. Beltran, Prin. Lay Teachers 17; Students 111.
Catechesis/Religious Program—Tel: 787-897-2717. Students 411.
Chapel—Piletas II, San Carlos
Chapel—Sebruguillo, La Resurreccion
Chapel—Piletas Arece, La Milagrosa
Chapel—Piletas, Saint Maria Coretti
Chapel—Tabonuco, La Providencia   Hermanas Josefinas de Mexico 4.

2—**ST. JUDAS TADEOS** (1986) [JC] Rev. David Rivas; Deacon Alexander Santiago.
Res.: P.O. Box 1109, 00669. Tel: 809-897-3540.
Email: pdavidrivasrivera@parroquia.org.
Catechesis/Religious Program—Students 210.
Chapel—Palmar Llano, Perpetuo Socorro
Chapel—Vega de los Acevedo, La Dolorosa
Chapel—Buenos Aires, Sgda. Familia de Nazaret
Chapel—Matilde, San Antonio

**MANATI**
1—**LA CANDELARIA** (1738) [JC] Revs. Emilio Tobar, C.M.; Ignacio Alonso, Vicar.
Res.: Calle Padial #2, 00674. Tel: 787-854-2013.
Email: manatim@atenas.com.
School—(Grades PreK-12) Tel: 787-854-2079; Fax: 787-854-2202. Email: cinmacul@yahoo.com. Sr. Rosalina Santiago, Prin. Sisters of Charity 5; Lay Teachers 48; Students 922.
Catechesis/Religious Program—Tel: 787-854-4021. Students 270.
Convent—Monastery Mother of God Sisters 33.
Chapel—Pugnado, Ntra. Sra. del Perpetuo Socorro
Chapel—Villa Amalia, La Milagrosa
Chapel—Cortes, Sagrado Corazon
Chapel—Polvorin, La Monserrate
Chapel—Ceiba, Espiritu Santo

2—**NUESTRA SENORA DEL MAR** (1978) [JC] Rev. Carlos E. Granados, Admin.; Deacon Jorge Jimenez.
Res.: Apdo. 1183, 00674. Tel: 787-854-5388.
Catechesis/Religious Program—Tel: 787-854-9252.
Chapel—Tierras Nuevas, Santa Rosa de Lima
Chapel—Sector Cantito, La Milagrosa
Chapel—Sector Laguna, Nuestra Senora de Lourdes

3—**OUR SAVIOR** Rev. Melquiades Rojas; Deacons Jose A. Morales; Eddie J. Perez.
Res.: P.O. Box 465, 00674. Tel: 787-884-3664.
Email: parroquia.elsalvador@yahoo.com.
School—Colegio Marista, (Grades PreK-12), P.O. Box 462, 00764. Tel: 787-854-1075; 787-854-2485; Fax: 787-854-6733. Email: maristasmanote@yahoo.com. Bro. Nicefaro Garcia, Dir.; Margarita Santiago, Prin. Marist Brothers 4; Lay Teachers 42; Students 662.
Catechesis/Religious Program—
Chapel—San Jose, San Jose
Chapel—Urb. Atenas - Ntra. Sra. de la Salud
Chapel—Guayaney, San Martin de Porres

4—**SAGRADA FAMILIA** (1972) [JC] Revs. Ricardo Izquierdo, C.M.; Bernardo Hernandez, C.M., Vicar; Deacon Jose Escudero.
Res.: P.O. Box 704, 00674. Tel: 787-854-2858.
Catechesis/Religious Program—Students 182.
Chapel—Parcelas Marques, San Judas Tadeo
Chapel—Palo Alto, Ntra. Sra. La Monserrate
Chapel—Polvorin, La Milagrosa

**MOROVIS**
1—**NUESTRA SENORA DEL CARMEN** (1820) [JC] Revs. Jesus Monereal, O.Carm.; Hector M. Garcia, Vicar; Jose Oliveras; Salvador Rodrigo; Deacons Luis Q. Colon; Jaime Rivera.
Res.: Box 428, 00687. Tel: 787-862-2620.
Catechesis/Religious Program—Students 1,623.
Chapel—San Lorenzo, Ntra. Sra. del Rosario
Chapel—Perchas, Ntra. Sra. del Carmen
Chapel—San Jose, Ntra. Sra. del Carmen
Chapel—Rio Grande, La Milagrosa
Chapel—Morovis Sur, San Jose
Chapel—Unibon, San Martin de Porres
Chapel—Vaga III, La Milagrosa
Chapel—MPadron I, Sagrada Familia
Chapel—Cuchillas, Sagrado Corazon
Chapel—Morovis Sur, Inmaculada Concepcion

2—**ST. PAUL APOSTLE** (1985) [JC] Rev. Lisimaco Hincapie, Admin.
Res.: P.O. Box 637, 00687. Tel: 787-862-3445.
Catechesis/Religious Program—
Chapel—Franquez, Nino de Praga
Chapel—Franquez Carretera, La Providencia
Chapel—Torrecillas, Senor de los Milagros

**OROCOVIS**
1—**OUR LADY OF FATIMA** (1975) [JC] Revs. Osvaldo Perez, C.S.Sp.; Momoh Sahr.
Res.: Box 2118, 00720. Tel: 787-867-3277. Email:

fatimaorocovis@hotmail.com.
Catechesis/Religious Program—Students 272.
Chapel—Bermejales, Cristo de la Salud
Chapel—Bauta, Ntra. Sra. de las Dolores
Chapel—Damian Arriba, Ntra. Sra. del Perpetuo Socorro
Chapel—Pellejas I, Espiritu Santo
Chapel—Mirafuon, San Martin

2—**SAN JUAN BAUTISTA** (1886) [JC] Revs. Christian J. Then, S.D.B.; Demetrio Coello, S.D.B.; Julian San Nicasio, S.D.B.; Luis Reyes; Deacon Eugenio Soto.
Res.: P.C. Box 2114, 00720. Tel: 787-867-2210;
Fax: 787-867-5675. Email: sdboro@coqui.net.
School—(Grades PreK-9) Tel: 787-867-6269. Email: margfont2@yahoo.com. Sor Margarita Fontan, Prin. Salesian Sisters 3; Lay Teachers 18; Students 434.
Catechesis/Religious Program—
Chapel—Sabana, Angeles Custodios
Chapel—Botijas I, Cristo Resucitado
Chapel—Botijas II, Santa Clara
Chapel—El Puente, San Pablo
Chapel—Mata de Cana, Sagrado Corazon
Chapel—Damian Arriba, Espiritu Santo
Chapel—Montebello, Ntra. Sra. del Carmen
Chapel—Guadalupe, Ntra. Sra. La Guadalupe
Chapel—Gato Bajura, Ntra. Sra. La Providencia
Chapel—Gato, San Judas Tadeo

**QUEBRADILLAS**
1—**SACRED HEART** (1977) [JC] Rev. Carmelo Urarte.
Res.: Box 1569, 00676. Tel: 787-895-3033; Fax: 787-895-3032.
Catechesis/Religious Program—Students 549.
Chapel—San Antonio, San Miguel
Chapel—Yeguada, Ntra. Sra. del Perpetuo Socorro
Chapel—El Verde, Madre Dolorosa

2—**SAN RAFAEL** (1848) [JC] Rev. Fernando Morell; Deacon Efrain Muniz.
Res.: Box 57, 00678. Tel: 787-895-3463.
School—(Grades K-12) Tel: 809-895-2260; Fax: 787-291-7166. Email: csrque@q.mail.com. Mrs. Carmen Diaz, Prin. Lay Teachers 26; Students 293.
Catechesis/Religious Program—Students 669.
Chapel—San Jose, San Jose
Chapel—Quebrada, Ntra. Sra. del Carmen
Chapel—Chivos, Santa Cruz
Chapel—Cacao, La Milagrosa
Chapel—Parcelas San Antonio, Ntra. Sra. La Monserrate
Chapel—San Antonio, San Antonio
Chapel—Charcas, Ntra. Sra. del Perpetuo Socorro
Chapel—Las Talas, La Guadalupe

**UTUADO**
1—**NUESTRA SENORA DEL MONTE CARMELO** (1981) [JC] Deacon Pedro A. Collazo.
Res.: P.O. Box 299, Caonillas-Utuado, 00641. Tel: 787-894-7337.
Email: parrmontecarmelo@yahoo.com.
Catechesis/Religious Program—Students 123.
Chapel—Mameyes, San Antonio
Chapel—Tetuan III, Sagrado Corazon
Chapel—Tetuan I, Cristo Salvador
Chapel—Don Alonso, La Milagrosa

2—**OUR LADY OF ANGELS** (1967) [JC] Rev. Miguel Mercado; Deacon Ferdinand Reyes.
Res.: Box 98, Angeles, 00611. Tel: 809-894-3964.
Catechesis/Religious Program—Students 94.
Chapel—Corcho, San Jose
Chapel—Santa Isabela, Ntra. Sra. La Monserrate
Chapel—Las Vegas, Sagrada Familia

3—**OUR LADY OF SORROWS** (1983) [JC] Rev. Juan Perez Torres, Admin.
Res.: CMB-73, P.O. Box 2525, 00641-2525. Tel: 787-894-7144.
Catechesis/Religious Program—Students 177.
Chapel—Roncador, San Martin de Porres
Chapel—Cayuco, Cristo Rey
Chapel—Jacanas, Ntra. Sra. la Monserrate

4—**SAN MIGUEL** (1746) [JC] Revs. Luis Padilla, O.F.M.Cap.; Juan Gonzalez, O.F.M.Cap.; Jose F. Irizarry.
Res.: 8 Barcelo St., P.O. Box 10, 00641-0010. Tel: 787-894-2696; 787-894-3108; Fax: 787-894-3812. Email: parroquiasanmiguel@utuadoweb.com.
Catechesis/Religious Program—Students 315.
Chapel—Puente Blanco, San Fidel
Chapel—Arenas, San Martin
Chapel—Sabana Grande, Ntra. Sra. del Perpetuo Socorro
Chapel—Rio Abajo - San Jose

5—**SAN PEDRO Y SAN PABLO** (1983) [JC] Deacon Nelson Perez.
Res.: Box 679, 00641. Tel: 787-894-0696.
Catechesis/Religious Program—Students 139.
Chapel—Las Palmas, San Francisco
Chapel—Viui Arriba, Inmaculada Concepcion
Chapel—La Pica, La Milagrosa
Chapel—Consejo, San Jose

Chapel—Vivi Abajo, Nuestra Senora de la Divina Providencia
VEGA-ALTA
1—IMMACULATE CONCEPTION OF BLESSED VIRGIN MARY (1805) Rev. Victor Rojas; Deacon Enrique Laureano. Res.: P.O. Box 775, 00692. Tel: 787-883-4575. Catechetical Center—Calle Colon 17, 00692. Students 388.
Chapel—Maricao IV, Sagrado Corazon
Chapel—Bajura II, San Vicente
Chapel—Bajura I, Santa Ana
Chapel—Candelaria, Inmaculado Corazon de Maria
Chapel—Maricao II, Ntra. Sra. La Guadalupe
2—PERPETUO SOCORRO (1975) [JC] Rev. Luis A. Vazquez; Deacon Juan Cantre. Res.: Sabana Branch, Box 9018, Vega-Baja, 00694-9018. Tel: 787-883-5776; Fax: 787-270-3103. Catechesis/Religious Program—Students 197.
Chapel—Sabana (V.B.), San Vicente
Chapel—Cerro Gordo, Ntra. Sra. del Carmen
3—SANTA ANA (1967) Rev. Angel Diaz Caceres; Deacon Wilbert Davila. Res.: Urb. Santa Ana, Apartado 2105, Calle 3H9, 00692. Tel: 787-883-2502. Email: diazcaceres@prw.net. Catechesis/Religious Program—Students 200.
Chapel—Espinosa, Ntra. Sra. del Carmen
VEGA-BAJA
1—THE BLESSED TRINITY (1971) Rev. Elmon Fernandez Fana. Res.: P.O. Box 58, Almirante Sur Station, 00694-0058. Tel: 809-858-8743. Catechesis/Religious Program—
Chapel—Almirante Norte, Sagrada Familia
Chapel—Patron II, Ntra. Sra. del Carmen
2—HOLY ROSARY (1794) [JC] Rev. Jorge Paredes. Res.: P.O. Box 1388, 00694. Tel: 787-858-2969. School—(Grades PreK-12) Tel: 787-858-2538; 787-858-4111; Fax: 787-858-6648. Email:

miguelinamelendez@hotmail.com. Lay Teachers 42; Students 580. Principals: Nilda Fontan, Elementary; Miguelina Melendez, High School. Catechesis/Religious Program—Students 236.
Chapel—Arenales, San Jose
3—NTRA. SRA. DE LA PROVIDENCIA (1970) [JC] Rev. Carlos Monroig Colon, Admin. Res.: Box 4056, Vega Baja, 00694-4056. Tel: 809-858-2171; Fax: 809-858-2171. Catechesis/Religious Program—Students 372.
Chapel—Brisas de Tortuguero, San Jose
Chapel—Vega Baja Lakes, San Pedro
4—OUR LADY OF CARMEN-PLAYA (1976) [JC] Rev. Jesus A. Rodriguez. Res.: Apdo. 4095, 00694-4095. Tel: 787-855-5226; Fax: 787-855-5115. Catechesis/Religious Program—
Chapel—Naranjos, San Judas Tadeo
Chapel—San Demetrio, Divino Nino Jesus
5—OUR LADY OF LOURDES (1984) [JC] Rev. Luis J. Rivera. Res.: P.O. Box 4414, 00894-4414. Tel: 787-855-4942; Fax: 787-807-9249. Catechesis/Religious Program—Students 270. Convent—Tel: 787-855-0341. Hermanas Terciarias Capuchinas 3.
Chapel—Rio Abajo, Santa Rosa de Lima
Chapel—Quebrada Arenas, San Juan Bautista
Chapel—Las Granjas, San Francisco de Asis
6—OUR LADY OF MT. CARMEL (1968) [JC] Deacon Luis Collazo. Camelia St. #48-A, Bo. Carmelita, Vega Alta, 00692. Res.: P.O. Box 1417, 00694-1417. Tel: 787-855-0159; Fax: 787-855-0159. Catechesis/Religious Program—Students 275.
Chapel—Pueblo Nuevo, La Milagrosa
Chapel—Sabana Hoyos, San Judas
Chapel—Santa Rosa, La Guadalupe

7—PARROQUIA DE SAN MARTIN DE PORRES (1997) Rev. Martin Sadaba, Admin. Res.: P.O. Box 254, Vega Baja, 00694. Tel: 787-858-1485; Fax: 787-858-1485. Catechesis/Religious Program—Tel: 8651. Students 139.
Chapel—Panaini, Sagrado Corazon
Chapel—Pugnado Adentro, San Jose
Chapel—Villa Colombo, St. Anthony

On Duty Outside the Diocese:
Revs.—
Alonso, Gabriel, Spain
Irizarry, Alan M., Fayetteville, NC
Lopez, Carlos A., Boston, MA
Lopez, Juan J., Sunrise, FL
Lugo Perez, Orlando, Ponce, PR
Marc, Angelo, California
Munoz, Jesus M., Military Service
Portalatin, Antonio, Germany
Ramos Rodriguez, Rafael, New York
Romero, Cesar Santos, San Juan
Tejada Henriquez, Francisco, New York

Retired:
Revs.—
Caraballo, Antonio, Spain
Fernandez Minguez, Serapio, Spain
Garcia, Jose L., Sevilla, Spain
Guerrero, Jose Ma., Spain
Hernandez, Jimmy, Quebradillas, PR
Jimenez, Victorino, Spain
Maduro, Gabriel, Arecibo, PR
Morales, Salomon J.
Parez, Leon, Zaragoza, Spain
Rivera, Miguel, Comerio, PR
Rodriguez, Delfin, Corozal, PR
Soberal, Jose D., V.G., Lares, PR

## INSTITUTIONS LOCATED IN THE DIOCESE

### [A] EDUCATIONAL
ARECIBO. Pontificia Universidad Catolica de Puerto Rico, Recinto de Arecibo, P.O. Box 144045, 00614-4045. Tel: 787-881-1212; Fax: 787-880-7045. Web: www.pucpr.edu. Rev. Luis A. Mendez, Office Chap.; Yazdel Martinez Colon, D.B.A., Dean of Academic Affairs; Edwin Hernandez Vera, Ph.D., Chancellor; Luz C. Rivera Correa, Librarian. Priests 4; Lay Teachers 70; Students 1,044.
Seminario San Jose, Calle Fermin Tirapa #28, Villava, Navarra 31610 Spain. Tel: 34-948-144-023. Email: arecibo@diocesisdearecibo.org; ssjnavarra@gmail.com. Web: ssjnavarra.blogspot.com.es. Priests 3; Brothers 1; Sisters 3; Lay Teachers 2; Total Enrollment 12.

### [B] HOMES FOR AGED AND ORPHANS
ARECIBO. Hogar de Ancianas San Vicente de Paul, P.O. Box 4196, Vega Baja, 00694. Tel: 787-855-0487; 787-346-4984. Bo. Almirante Sur-Carr 645 Km. 6, Vega Baja, 00693. Tel: 787-855-0487. Email: svpaulpr@gmail.com. Alexandra Rivera, Dir. Tel: 787-862-5257; Cell: 787-318-6696. Guests 49; Bed Capacity 49; Total Assisted Annually 70; Total Staff 30.
Hogar Sta. Maria Eufrasia, P.O. Box 1909, 00613. Fax: 787-880-2632. Carr. Est. 651-10, Sector Junco, 00612. Tel: 787-978-5166. Email: eufrasia86@gmail.com. Web: www.hogareufrasia.org. House for pregnant teens. Good Shepherd Sisters 3; Unwed Mothers 6; Babies 2; Bed Capacity 10; July 2014 - June 2015 19; Total Staff 11.
La Milagrosa Home for Abused Girls, Ave. Francisco Jimenez Gonzalez #987, 00612-3877. Tel: 787-878-6231; 787-878-4841. Tel: 787-817-7822. Email: hogarcolegiolamilagrosa@yahoo.com. Sisters 3; Girls 18.
San Rafael Geriatric Center, #49 Calle Cervantes, 00612-4558. Tel: 787-878-3813; Fax: 787-879-4592. Email: asilosanrafael@gmail.com. Sisters of Charity 4; Guests 30; Bed Capacity 30; Total Assisted Annually 176; Total Staff 23.
Centro Geriatrico San Rafael, Calle Cervantes #49, 00612. Tel: 787-878-3813; Fax: 787-879-4592. Email: nydia.montijo@hotmail.com. Mrs. Ixa E. Olivieri, Admin.

LARES. Hogar Envejecientes Irma Fe Pol Mendez, Inc., P.O. Box 1185, 00669. Tel: 787-897-6090; Fax: 787-897-0612. Charity Sisters of St. Joseph (Mexico) 4; Guests 25.
VEGA-ALTA. Centro Actividades Multiples/Conferencia San Vicente de Paul, P.O. Box 1613, 00692. Tel: 787-270-4517; Fax: 787-883-2370. Email: c-env@hotmail.com. Orlando Garcia, Dir. Tel: 787-270-4517. Guests 155.
Centro Geriatrico Juan de los Olivos, P.O. Box 1613, 00692. Tel: 787-270-4517; Fax: 787-270-4517.

### [C] MISCELLANEOUS
ARECIBO. Hogar Infantil Santa Teresita del Nino Jesus, Inc., P.O. Box 140057, 00614-0057. Tel: 787-817-6651; 787-650-7731; Fax: 787-817-6655. Email: hogarsantateresita@hotmail.com. Mrs. Melva Arbelo Mangual, Dir.; Mrs. Maria del Carmen Alonso, Admin. Hermanas de la Caridad Dominicas de la Presentacion 1; Children 15.
Oficina para la Promocion y el Desarrollo Humano, Inc., P.O. Box 353, 00613. Tel: 787-817-6951; 787-817-6954; 787-817-6955; Fax: 787-817-7597. Email: opdhinc@gmail.com.
CAMUY. Hogar de Ninas Fray Luis Amigo, HC-06 Box 65162, 00627-9032. Tel: 787-356-2634. Sisters 3; Children 10.
UTUADO. Fondita Santa Marta, #1 Calle Betances, P.O. Box 10, 00641. Tel: 787-814-0735; Fax: 787-814-0735. Email: fernandoirizarrysantana@yahoo.com. Jose F. Irizarry, O.F.M.Cap., Pres. Guests 52.

### RELIGIOUS INSTITUTES OF MEN REPRESENTED IN THE DIOCESE
For further details refer to the corresponding bracketed number in the Religious Institutes of Men or Women section.
[]—Canonigos Regulares Lateranenses de San Agustin (Bronx, NY)—C.R.L.
[0470]—Capuchin Friars (Province of Pittsburgh)—O.F.M.Cap.
[0270]—Carmelite Fathers and Brothers (Province de Aragon, Valencia, Espana)—O.Carm.
[]—Comunidad Misionera de Villaregia—C.M.V.
[1330]—Congregation of the Mission (Vice-Province of Puerto Rico)—C.M.

[1000]—Congregation of the Passion (Bilbao, Spain)—C.P.
[]—Esclavos de la Eucaristia y Maria Virgen—E.R.M.V.
[0650]—Holy Ghost Fathers (Eastern Province)—C.S.Sp.
[0770]—Marist Brothers—F.M.S.
[]—Misioneros Natividad de Maria (Mexico)—M.N.M.
[1310]—Order of the Holy Trinity (Viscaya, Spain Province)—O.S.S.T.
[1190]—Salesians of Don Bosco (Province of Madrid)—S.D.B.

### RELIGIOUS INSTITUTES OF WOMEN REPRESENTED IN THE DIOCESE
[]—Comunidad Misionera de Villaregia—C.M.V.
[]—Convento Madre de Dios, Inc.
[0760]—Daughters of Charity of St. Vincent de Paul—H.C.
[]—Dominican Sisters of Amityville, N.Y.
[1100]—Dominican Sisters of Charity of the Presentation of the Blessed Virgin—O.P.
[]—Dominican Sisters of Fatima (Yauco, PR)
[]—Dominicas Divina Misericordia (Lares, Puerto Rico)
[]—Hermanas de San Jose de Corozal (Corozal)
[]—Hermanas del Buen Pastor
[]—Hermanas Esclaves del Santisimo y la Inmaculado
[]—Hermanas Josefinas (Mexico)
[]—Hnas. Terciarias Capuchina Sgda. Familia (Camuy)
[]—Hnas. de Nazaret (El Salvador)
[]—Misioneras de la Sagrada Familia (Instituto Secular)
[]—Salesian Sisters (Roma)
[]—San Francisco (Instituto Secular)
[]—Siervas de Maria (Roma)
[0990]—Sisters of Divine Providence (Pittsburgh)—C.D.P.
[]—Terciarias Capuchina Sgda. Familia (Roma)

### NECROLOGY
† Delgado, Juan Ramon Mora, Arecibo, PR—Sacred Heart of Jesus—Died Sept. 19, 2015

An asterisk (*) denotes an organization that has established tax-exempt status directly with the IRS and is not covered by the USCCB Group Ruling.

1608

# Diocese of Caguas, Puerto Rico
*(Diocesis Caguana)*

Most Reverend

ENRIQUE HERNANDEZ RIVERA, D.D.

Bishop Emeritus of Caguas; ordained June 8, 1968; appointed Titular Bishop of Vanalla, North Africa and Auxiliary Bishop of San Juan June 11, 1979; consecrated August 17, 1979; appointed Bishop of Caguas February 13, 1981; officially installed March 5, 1981; retired July 28, 1998. Res.: Bishop's House, HC 04 Box 44015, Caguas, PR 00727. Tel: 787-747-5885; 787-747-5787; Fax: 787-747-5516; 787-747-5767.

(VACANT SEE)

Web: *www.home.coqui.net/obicag*

Email: *obicag@coqui.net*

ESTABLISHED NOVEMBER 1964.

Square Miles 737.

*Comprises east and southeast portion of Puerto Rico.*

Patroness of the Diocese: Maria, Madre de la Iglesia - November 12, 1988.

## STATISTICAL OVERVIEW

| | |
|---|---|
| **Personnel** | |
| Retired Bishops | 1 |
| Priests: Diocesan Active in Diocese | 46 |
| Priests: Diocesan Active Outside Diocese | 3 |
| Priests: Diocesan in Foreign Missions | 1 |
| Number of Diocesan Priests | 50 |
| Religious Priests in Diocese | 22 |
| Total Priests in Diocese | 72 |
| **Ordinations:** | |
| Diocesan Priests | 2 |
| Transitional Deacons | 1 |
| Permanent Deacons in Diocese | 110 |
| Total Sisters | 74 |
| **Parishes** | |
| Parishes | 34 |
| With Resident Pastor: | |

| | |
|---|---|
| Resident Diocesan Priests | 28 |
| Resident Religious Priests | 6 |
| Pastoral Centers | 4 |
| **Welfare** | |
| Specialized Homes | 1 |
| Special Centers for Social Services | 4 |
| **Educational** | |
| Seminaries, Diocesan | 2 |
| Students from This Diocese | 13 |
| Diocesan Students in Other Seminaries | 7 |
| Total Seminarians | 1 |
| High Schools, Diocesan and Parish | |
| Total Students | 680 |
| High Schools, Private | 5 |
| Elementary Schools, Diocesan and Parish | 1 |

| | |
|---|---|
| Elementary Schools, Private | 5 |
| **Vital Statistics** | |
| Receptions into the Church: | |
| Infant Baptism Totals | 1,388 |
| Minor Baptism Totals | 121 |
| Adult Baptism Totals | 231 |
| First Communions | 2,132 |
| Confirmations | 1,873 |
| Marriages: | |
| Catholic | 351 |
| Interfaith | 9 |
| Total Marriages | 360 |
| Deaths | 1,958 |
| Total Catholic Population | 350,000 |
| Total Population | 503,000 |

Former Bishops—Most Revs. RAFAEL GROVAS, D.D., S.T.D., Ph.D., J.C.L., ord. April 7, 1928; appt. Jan. 19, 1965; cons. March 28, 1965; retired Feb. 13, 1981; died Sept. 9, 1991; ENRIQUE HERNANDEZ RIVERA, D.D. (Retired), ord. June 8, 1968; cons. Aug. 17, 1979; appt. Feb. 13, 1981; retired July 28, 1998; RUBEN ANTONIO GONZALEZ MEDINA, C.M.F., ord. Feb. 9, 1975; appt. Bishop of Caguas Dec. 12, 2000; cons. Feb. 4, 2001; appt. Bishop of Ponce Dec. 22, 2015.

Vicar General—Rev. ANTONIO CARTAGENA.

Sec. Chancellor—Rev. ANGEL MOLINA.

Sec. Vice Chancellor—VACANT.

Diocesan Consultors—Revs. RAUL MORALES BERRIOS; LUIS ADORNO, C.Ss.R.; MIGUEL A. DE ANGEL; JUAN LUIS NEGRON; BALTAZAR NUNEZ.

Diocesan Tribunal of Caguas—Revs. FELIX NUNEZ, Judicial Vicar; ORLANDO DE JESUS, Mailing Address: P.O. Box 9779, Caguas, 00726. Tel: 787-286-8595; Fax: 787-286-8620.

Board of Diocesan Government—Revs. MIGUEL CLAUDIO; LUIS ADORNO, C.Ss.R.; MIGUEL A. DE ANGEL; ENCARNACION NIEVES; CARLOS J. VAZQUEZ; KHARLOSG LOPEZ; ANGEL L. CINTRON; JUAN B. MEDINA; BALTAZAR NUNEZ.

Priests Senate—Revs. ANTONIO CARTAGENA; FELICIANO RODRIGUEZ; ANGEL MOLINA; MELVIN MONTANEZ; FELIX NUNEZ; MIGUEL CLAUDIO; JORGE D. CARDONA; TAMIL A. VELAZQUEZ; RAUL MORALES; JUAN LUIS NEGRON; ANGEL COLON.

### Diocesan Offices and Directors

Economic Administrator—Rev. FELIX OLIVERAS VILLANUEVA; Mr. ABDEL ALVAREZ GONZALEZ, Mailing Address: Diocesis de Caguas, HC 04, P.O. Box 44015, Caguas, 00727. Tel: 787-747-5885; 787-747-5787, Ext. 227.

Planning Vicar—VACANT, Mailing Address: Diocesis de Caguas, HC 04, P.O. Box 44015, Caguas, 00727. Tel: 787-747-5885; 787-747-5787.

Movimientos y Organizaciones Diocesanas—

Cursillos de Cristiandad—FELIPE SANCHEZ RAMOS. Tel: 787-734-7068.

Legion de Maria—MARIA C. COTTO.

Renovacion Carismatica—ADELAIDA CRUZ.

Juan XXIII—DAVID MORALES GONZALEZ. Tel: 787-839-1419.

Apostolado de la Cruz—ANA ACEVEDO. Tel: 787-736-5312.

Caballeros de Colon—JOSE SOTO CARMONA. Tel: 787-746-4747.

Equipos Ntra. Sra.—GUILLERMO TORRES; MILAGROS ORTIZ.

Equipos Ntra. Sra.—LUIS Y AMPARO URBINA. Tel: 787-739-8581.

Hijas Catolicas—GLORIA M. BENITEZ DE SOLA.

Hnos. Cheos—Mr. JOSE CRUZ. Tel: 787-850-5224.

Misioneros Padre Nuestro—RAMON L. RAMOS.

Schoenstatt—JOSE N. BRACERO. Tel: 787-722-3941.

Vicentinos—CARMENCITA COLON. Tel: 787-747-6546.

Talleres de Oracion y Vida—PETRONILA RUIZ. Tel: 787-745-4123.

Sociedad del Santo Nombre—VICTOR COTTO.

La Piedra que Cristo Edifico en Mi—REGINO VAZQUEZ.

Camino Neo Catecumenal—DOMINGO VEGA.

CASSE—Sr. CARMEN D. ROSADO. Tel: 787-286-3333.

Comisiones Diocesanas—

Pastoral Familiar—Deacon CARLOS LUGO.

Pastoral Preadolescentes—Sr. CLETA M. LOPEZ.

Pastoral Social—Deacon ANTONIO JOSARIO.

Espiritualidad Comunitaria—HERMINIA FONSECA. Tel: 787-746-0669.

Misiones—Deacon HUMBERTO MARTINEZ.

Pastoral Penitenciaria—D. ANIBAL GONZALEZ. Tel: 787-263-0976.

Pastoral Nec. Especiales—VACANT.

Formacion Diac. Permanentes—Rev. FRANCISCO HERNANDEZ.

Catholic Youth—Rev. MIGUEL CLAUDIO, Mailing Address: Diocesis de Caguas, HC 04, P.O. Box 44015, Caguas, 00727. Tel: 787-744-6738, Ext. 229.

Catholic Social Action—VACANT, Mailing Address: Diocesis de Caguas, HC 04, P.O. Box 44015, Caguas, 00727. Tel: 787-747-5885; 787-747-5787.

Catholic School Consultors—MARIA MERCEDES AGOSTO, Mailing Address: P.O. Box 8699, Caguas, 00726. Tel: 787-743-1171.

Catechetical Vicar—Sr. CLETA M. LOPEZ.

Building Commission—VACANT, Mailing Address: Diocesis de Caguas, HC 04, P.O. Box 44015, Caguas, 00727. Tel: 787-747-5885; 787-747-5787.

Liturgical Consultor—Rev. MELVIN MONTANEZ, Mailing Address: Diocesis de Caguas, HC 04, P.O. Box 44015, Caguas, 00727. Tel: 787-747-5885, Ext. 222.

Communication Office—MARINY VAZQUEZ, Mailing Address: Diocesis de Caguas, HC 04, P.O. Box 44015, Caguas, 00727. Tel: 787-747-5885.

Red de Esperanza y Solidaridad (REDES)—MARIA FONSECA; Sr. MARIA JESUS MOMPO, Mailing Address: Diocesis de Caguas, HC 04, P.O. Box 44015, Caguas, 00727. Tel: 787-747-5767.

Vincentian Society—CARMENCITA COLON, Mailing Address: Diocesis de Caguas, HC 04, P.O. Box 44015, Caguas, 00727.

Hospitals—Rev. ENCARNACION NIEVES, Mailing Address: Diocesis de Caguas, HC 04, P.O. Box 44015, Caguas, 00727.

Legion of Mary—Mr. ISABELO HUERTAS, Mailing Address: Diocesis de Caguas, HC 04, P.O. Box 44015, Caguas, 00727.

Master of Ceremonies—Rev. MELVIN MONTANEZ, Mailing Address: Diocesis de Caguas, HC 04, P.O. Box 44015, Caguas, 00727. Tel: 809-747-5885.

Pastoral Vicar—Rev. FELICIANO RODRIGUEZ, Mailing Address: Diocesis de Caguas, HC 04, P.O. Box 44015, Caguas, 00727. Tel: 787-286-0075, Ext. 245.

Schools—Mailing Address: P.O. Box 8699, Caguas, 00726. Tel: 787-743-1171.

School Superintendant—MARIA MERCEDES AGOSTO.

**Vocations**—Revs. Yahil A. Velazquez; Carlos J. Vazquez, Mailing Address: Diocesis de Caguas, HC 04, P.O. Box 44015, Caguas, 00727. Tel: 787-747-5885, Ext. 243; Fax: 787-747-3585.

**Catholic Charities**—VACANT, Mailing Address: Diocesis de Caguas, HC 04, P.O. Box 44015, Caguas, 00727. Tel: 787-703-0775; Fax: 787-747-5616.

**Commission of Permanent Deacons**—Deacon Carlos Lugo.

## CLERGY, PARISHES, MISSIONS AND PAROCHIAL SCHOOLS

### CITY OF CAGUAS

1—CATHEDRAL DULCE NOMBRE DE JESUS (1771) Revs. Campo E. Ariza, Rector; Aurelio Adan; Kevin Cintron Gonzalez; Deacons Clemente Guzman; Enrique Santiago; Angel Rosario.
Res.: 44 Betances St., Box 665, 00726-0665. Tel: 787-743-4311; 787-743-2927; Fax: 787-746-5399.
*Chapel—Ntra. Sra. Perpetuo Socorro* (1929) 24 Agrayo St., 00726.
*Chapel—San Gerardo* (1940) 221 B St., B-14, Jardines de Caguas, 00726.
*Chapel—San Vicente de Paul* 221 B St., Brooklyn, NY 11209.
*Chapel—La Sagrada Familia* (1978) 1004 P St., Bda. Morales.

2—DIVINO NINO (1995) Revs. Hermenegildo Alayón; Pedro Ortiz; Deacons Moise's Vargas; Rolando Rocafort; Rafael Aviles.
Mailing Address: P.O. Box 9416, 00726. Tel: 787-746-1450; Fax: 787-744-3497.
*Catechesis/Religious Program*—Students 120.
*Chapel—San Francisco Javier*, Tel: 787-286-0446.

3—EL SALVADOR (1970) Rev. Victor R. Ortiz; Deacon Pablo Gonzalez.
*Parcelas Bo. Boringuen*—HC 08, Buzon 38888, 00725-9723. Tel: 787-747-0091; Fax: 787-747-0091 (call first). Email: elsalvador@caribe.net.
*Catechesis/Religious Program*—Students 300.
*Chapel—Bo. San Salvador, Cristo Rey* (1922)
*Chapel—Sector Anon, San Alfonso* (1923)
*Chapel—Sector Hato, Ntra. Sra. del Carmen* (1911)

4—INMACULADO CORAZON DE MARIA (1971) [JC] Revs. Jose DeJesus, C.M.F.; Tomas Cabello, C.M.F. (Spain); Rafael Beltran, C.M.F.; Deacon Rafael Pagan.
Mailing Address: HC 05, P.O. Box 57564, 00725-9233. Tel: 787-747-6336; Fax: 787-258-4910.
*Catechesis/Religious Program*—Students 435.
*Chapel—Bo. La Barra, Cristo Rey* (1971)
*Chapel—San Antonio* (1950)
*Chapel—Bo. La Mesa, Ntra. Sra. Providencia* (1982)
*Chapel—Bo. Quebrada Arenas, San Felipe* (1982)
*Chapel—Guasabara, Sta. Teresa del Nino Jesus* (1995)

5—MARIA MADRE DE LA IGLESIA (1972) Rev. Encarnación Nieves; Deacons Hipolito Montanez; Felix Cotto Velez.
Calle Juan M. Morales D-23 Urb Valle Tolima, 00725. Tel: 787-258-4481; Fax: 787-747-5616.
*Chapel—Bo. Canabon, Maria Reina*
*Chapel—Las Carolinas, Ntra. Sra. del Carmen*

6—NUESTRA SENORA DE LA PROVIDENCIA (1966) Rev. Angel Colon; Deacon Ruben Villodas.
Res.: Urb. Villa del Carmen, Box 6318, 00726. Tel: 787-743-8200; Fax: 787-743-8200.
*Station—Urb. Mariolga*
*Station—Caserío Publico*
*Station—Los Flamboyanes*
*Station—Rio Verde*
*Station—Villa Carmen*
*Station—Villa del Rey I*
*Station—Residencial San Carlos*
*Station—Residencial San Alfonso*

7—NUESTRA SENORA DEL PERPETUO SOCORRO (1966) Rev. Raul Morales; Deacons Francisco Santiago; Miguel Laguerre; Mario Cardona; Roberto Santini.
Res.: Calle 2, A-13, Villa Nueva, 00725. Tel: 787-744-1420; Fax: 787-258-4341. Email: vpsocorro@hotmail.com.
*Station—San Patricio* (1926) Bo. Canaboncito.
*Station—San Judas Tadeo* (1960) Villa Esperanza.
*Station—Sagrado Corazon* Bo. Canaboncito (Las Parcelas).
*Station—Ntra. Sra. del Carmen* (1988) Urb. Turabo Gardens.

8—SAGRADO CORAZON DE JESUS (1963) Rev. Hipólito Rivera; Deacons Pablo Carrillo; Jose L. Santiago.
Res.: HC 04, Box 45078, Bo. Beatriz, 00726. Tel: 787-747-5170.
*Chapel—Bo. Beatriz, Cristo Rey* (1960)
*Chapel—San Martin* (1994)

9—SAN JOSE (1960), (Discalced Carmelites from Spain) Revs. Fernando Sanchez, O.C.D.; Samuel Fernandez, O.C.D.; Deacons Rafael Torres; Bruno Dueno.
Res.: Coral St., Villa Blanca, P.O. Box 1749, 00726. Tel: 787-743-5889; Fax: 787-258-0683.
Email: sanjose_caguas@yahoo.com. Web: www.parroquiasanjose.net.
*School*—P.O. Box 1201, 00726. Tel: 787-743-2032. Email: csje-sec@csje-sec.org. Web: www.csje-sec.org. Sr. Nelly O. Rodriguez, C.M., Prin.

Priests 2; Lay Teachers 29; Students 596.
*High School*—Tel: 787-744-8993; Fax: 787-744-4111. Email: webmaster_csje@yahoo.com. Mrs. Brenda Figueroa de Soler, Prin. Priests 1; Lay Teachers 21; Students 450.
*Chapel—Nuestra Senora del Rosario* (1981) Boi Bairoa Ls 25, Puerto Rico.
*Catechesis/Religious Program*—Norma Otie, D.R.E.; Helen Nolasco, D.R.E. Students 120.

10—SAN JUAN APOSTOL Y EVANGELISTA (1923) Rev. Angel Molina; Deacons Kenny Figueroa; Francisco Gonzalez; Ruben Huertas; Damaso Roche.
Res.: Apartado 429, Avenida Bairoa, 00726. Tel: 787-744-6359; Fax: 787-743-8266.
*Catechesis/Religious Program*—Students 200.

11—SAN PABLO APOSTOL (1980), (Hispanic), Rev. Juan B. Medina; Deacons Antonio Rosario; Jose R. Rivera.
Res.: Kennedy U-32-B Urb. Jose Mercado, 00725. Tel: 787-743-3546; Fax: 787-743-3546.
*Chapel—Bo. Tomas de Castro I, Ntra. Sra. de Guadalupe* (1928)
*Chapel—Bo. Tomas de Castro II, Santa Rose de Lima*
*Chapel—Sector Ramal, San Martin de Porres* (1969)
*Chapel—Sector Buenos Aires, San Juan Bautista y Santa Ines*
*Chapel—Sector RM5, Ntra. Sra. de la Monserrate*
*Catechesis/Religious Program*—Students 134.

12—SAN PEDRO APOSTOL (1982) Rev. Ricardo Santin; Deacon Francisco Morales.
Res.: Urb. Bonnevilla, P.O. Box 8878, 00726. Tel: 787-744-2036; Fax: 787-743-4695.

13—SANTISIMA TRINIDAD (1986) Rev. Efrain Zabala; Deacon Esteban Dominguez.
Res.: P.O. Box 9630, 00726-9630. Tel: 787-747-6967; Fax: 787-747-6967. Email: pstcaguaspr@yahoo.com.

14—SANTISIMO SACRAMENTO (1967), Blessed Sacrament Fathers. Revs. Jesus Maria Maiza, S.S.S.; Antonio Odriozola, S.S.S.; Deacon Leonardo Matos.
Res.: Calle Caney A-11, Caguas, 00725. Tel: 787-743-8444; Fax: 787-745-5165.
*Chapel—Urb. Caguas Norte, San Antonio de Padua*
*Chapel—Ntra. Sra. de Guadalupe* 5th St., 00725.

### OUTSIDE THE CITY OF CAGUAS FROM LAS AMERICAS EXPRESSWAY TOWARD THE WEST

**AGUAS BUENAS, AGUAS BUENAS CO.**

1—CHURCH OF TRES SANTOS REYES (1838), Redemptorist Fathers. Revs. Gerardo Hernandez, C.Ss.R.; Luis Adorno, C.Ss.R.; Antonio Hernandez, C.Ss.R.; Jose Checchia, C.Ss.R.; Deacons Angel Rodriguez; Pedro Montanez; Felipe Flores; Julio Resto; Ramon Rosa.
Res.: 4 Munoz Rivera St., P.O. Box 1, 00703. Tel: 787-732-2741; Fax: 787-732-2185.
*School—Academia San Antonio*. Tel: 787-732-8288; Fax: 787-732-4115. Email: samalfonso@prtc.net. Ms. Luz Rodriguez, Prin. Religious 1; Lay Teachers 16; Students 172.
*Chapel—Bo. Sumidero, Ntra. Sra. del Perpetuo Socorro* (1933)
*Chapel—Sector Las Corujas del Barrio Sumidero, Buen Pastor* (1984)
*Chapel—Bo. Sonadora, Sagrado Corazon* (1937)
*Chapel—Bo. Jagueyes Abajo, San Jose* (1939)
*Chapel—Bo. Jagueyes Quintas, Santisimo Redentor* (1947)
*Chapel—Bo. Caguitas, Madre del Perpetuo Socorro* (1941)
*Chapel—Bo. Caguitas, Sector La Brusca, Ntra. del Rosario* (1996)
*Chapel—Parcelas Santa Clara, Santa Clara* (1974)

2—ESPIRITU SANTO (1991) Rev. Felix Nunez; Deacons Juan Lopez; Jose R. Rivera; Domingo Falcon; Jose Nelson Garcia.
Res.: P.O. Box 1250, 00703. Tel: 787-732-1270.
*Chapel—Carr. 156, Santa Teresita* (1929)
*Chapel—Bo. Mulitas Alvelo, De Todos los Santos* (1974)
*Chapel—Bo. Mulitas Tiza, San Gerardo Mayela* (1974)
*Chapel—Bo. Juan Ascencio, San Alfonso*

**AIBONITO, AIBONITO CO., CHURCH OF ST. JOSEPH** (1897) Revs. Yamil A. Velazquez; Jaime Silva Gonzalez; Deacons Jose R. Melendez; Ezequiel Collazo; Juan E. Colon; Carlos Lugo; Humberto Martinez.
Res.: P.O. Box 2038, 00705. Tel: 787-735-3741; 787-735-7235; Fax: 787-735-4436.
*Catechesis/Religious Program*—Tel: 787-735-

4856. Students 1,900.
*Mission—Barrio Algarrobo* Barrio La Plata, Aincildadevo. Tel: 787-735-0032.
*Chapel—Bo. Asomante (Cuadritos), Ntra. Sra. del Carmen* (1959), Tel: 787-735-1811.
*Chapel—Bo. Asomante (Abejas), Inmaculada Concepcion* (1965). Tel: 787-735-6455.
*Chapel—Bo. Pasto, Ntra. Sra. de Guadalupe* (1970), Tel: 787-735-6977.
*Chapel—Bo. Pasto, Ntra. Sra. de la Providencia* (1982), Tel: 787-735-3072.
*Chapel—Bo. Rabanal (Parcelas), Ntra. Sra. de Fatima* (1972), Tel: 787-735-0395.
*Chapel—Ext. San Luis, Ntra. Sra. del Carmen* (1986), Tel: 787-735-7189.
*Chapel—La Plata, La Milagrosa* (1986), Tel: 787-735-4038.
*Chapel—Llanos, Sector El Juicio*, Tel: 787-735-1973.
*Chapel—La Sierra, San Judas Tadeo*, Tel: 787-735-2835.

**BARRANQUITAS, BARRANQUITAS CO.**

1—CHURCH OF ST. ANTHONY OF PADUA (1808; 1968) Revs. Baltazar Nunez; Jose A. de Leon; Ramón Santana; Deacons Carlos Colon Bernardi; Candido Torres; Jose L. Nunez.
Res.: P.O. Box 1099, 00794. Tel: 787-857-3585; Fax: 787-857-3585.
*Catechesis/Religious Program*—Students 1,800.
*Chapel—San Francisco de Asis* (1960)
*Chapel—Bo. Mana, Virgen del Carmen* (1963)
*Chapel—Bo. Canabon, Virgen de la Providencia* (1968)
*Chapel—Bo. Helechal, San Jose Obrero* (1968)
*Chapel—Bo. Quebrada Grande, Nuestra Sra. de la Monserrate* (1968)
*Chapel—Bo. Palo Hincado, Virgen del Perpetuo Socorro* (1975)
*Chapel—Bo. Lajitas, Ntra. Sra. del Pilar* (1970)
*Chapel—Sector La Torre, Santa Cruz* (1975)
*Chapel—Bo. Helechal, San Martin de Porres* (1960)

2—SAN ANDRES APOSTOL (1986) Revs. Melvin Montanez; Jose-Ramon Figueroa Saez; Deacons Optaciano Rivera Ortiz; Joaquin Ortiz; Florencio Mercado. In Res., Rev. Raul Santos.
Res.: HC 02 Box 5840, Comerio, 00782. Tel: 787-875-5424; Fax: 787-875-5424.
*Catechesis/Religious Program*—Students 241.
*Chapel—Bo. Palomas, Comerio, San Jose* (1925)
*Chapel—Bo. Quebradillas, Barranquitas, Corazon de Jesus* (1940; 1987)
*Chapel—Bo. Cedro Arriba, Naranjito, San Antonio de Padua* (1864)
*Chapel—Bo. Quebradillas, Barranquitas, Inmaculada Concepcion y Santa Cruz* (1957)
*Chapel—Bo. Cedro Arriba, Naranjito, Santuario Maria Auxiliadora* (1992)

**CAYEY, CAYEY CO.**

1—NUESTRA SENORA DE LA ASUNCION (1787) Revs. Jose Antonio de Leon; Roberto Gomez Cuadrado; Deacons Jose R. Negron; Rafael Diaz; Ismael Gonzalez; Edgardo Rivera; Jose E. Melendez.
Casa Parroquial: P.O. Box 372887, 00737-2887. Tel: 787-738-2763; Fax: 787-738-2763. Email: asuncion-cayey@hotmail.com.
*Catechesis/Religious Program*—Students 1,069.
*Chapel—Bo. Jajome, Sagrado Corazon de Jesus* (1935)
*Chapel—Bo. Pasto Viejo, Ntra. Sra. del Carmen* (1937; 1988)
*Chapel—Bo. Tbita, Ntra. Sra. de la Merced* (1946)
*Chapel—Res. Brisas de Cayey, San Ramon Nonato* (1978)
*Chapel—Bo. Maton Arriba, Santa Teresita del Nino Jesus* (1987)

2—NUESTRA SENORA DE LA MERCED (1968) Rev. Wilfredo Siverio.
*Reparto Montellano*—P.O. Box 372798, 00737. Tel: 787-738-3872; Fax: 787-263-1810.
*Chapel—Bo. Vegas, San Ramon Nonato* (1961)
*Chapel—Bo. Culebras, Ntra. Sra. del Carmen* (1973)
*Chapel—Bo. Farallon, San Pedro Nolasco* (1980)
*Chapel—San Pedro Armengol (La Plata)* (1994)

3—SAN ESTEBAN PROTOMARTIR (1885) Rev. Edwin R. Hernandez; Deacons Anibal Gonzalez Vasquez; Felix Montanez Perez; Silvestre Rodriguez Flores.
Res.: Bo. Guavate, 22601 Sector Nieves, 00736-9522. Tel: 787-747-4555.
*Chapel—Bo. Borinquen Pedrera, Nuestra Senora del Carmen* (1910)
*Chapel—Bo. Guavate, San Jose de la Montana* (1951; 1990)

CIDRA, CIDRA, CO.
1—NUESTRA SENORA DE FATIMA (1963) Rev. Carlos J. Vazquez; Deacons Enrique Gonzalez; Israel Santiago; Samuel Rodriguez.
Bo. Redondo—Box 214, 00735. Tel: 787-739-0633.
*Catechesis/Religious Program*—Students 396.
*Chapel*—Bo. Toita, Sagrado Corazon de Jesus (1960)
*Chapel*—Bo. Salto, San Vicente (1985)
*Chapel*—Bo. Honduras, Perpetuo Socorro (1970)
*Chapel*—Bo. Rabanal, Jesus Salvador (1970)
*Chapel*—Bo. Parcelas, La Milagrosa (1976)
*Chapel*—Bo. Salto, Nuestra Senora de la Providencia
*Chapel*—Bo. Salto, Santa Teresita (1982)
*Chapel*—Sacro Cristo de Los Milagros (1987)
2—NUESTRA SENORA DEL CARMEN (1818) Rev. Orlando de Jesus Gomez; Deacons Gary Steven Rivera Figueroa; Diego Reyes Vasquez; Hector Orlando Santos Reyes; Jose Antonio Flores Colon; Mery; Hernandez Zayas; Angel Alberto Perez Arroyo; Rafael Santos Cruz.
Centro Plaza Municipal—P.O. Box 359, 00739. Tel: 787-739-2406; Fax: 787-739-4991.
*Chapel*—Bo. Rio Abajo, Madre del Salvador
*Chapel*—Urb. Treasure Valley, La Milagrosa
*Chapel*—Bo. Bayamon-Centenejas I, La Inmaculada
*Chapel*—Bo. Montellano, Santa Teresa del Nino Jesus
*Chapel*—Bo. Bayamon-Certenejas II, Perpetuo Socorro
*Chapel*—Bo. Bayamon-Juan del Valle, Nuestra Senora del Rosario
*Chapel*—Bo. Arena-Santa Clara, San Joaquin
*Chapel*—Bo. Ceiba-Hevia, Nuestra Senora del Rosario
*Chapel*—Bo. Arenas, Nuestra Senora de la Providencia
*Chapel*—Bo. Ceiba, Cristo Rey
*Chapel*—Bo. Bayamon-San Jose, San Jose
*Chapel*—Bo. Rincon, San Francisco de Asis
*Chapel*—Bo. Sud, La Milagrosa
*Chapel*—Bo. Sud, San Pablo
CORTIJO, COMERIO CO., SANTO CRISTO DE LA SALUD (1832) Revs. Oscar Rivera; David Diaz; Deacons Luis G. Ortiz; Rafael Santos.
Mailing Address: P.O. Box 1139, 00782. Tel: 787-875-4525; Fax: 787-875-3481.
Res.: Calle Santiago R Palmer #12, 00782.
*Chapel*—Bo. Sabana, Nuestra Senora del Santisimo Rosario (1966)
*Chapel*—Bo. Rio Hondo, Nuestra Senora de Fatima (1953)
*Chapel*—Bo. Palomas, Santa Cecilia (1954)
*Chapel*—Bo. Cedrito, Virgen de la Providencia (1958)
*Chapel*—Bo. Rio Hondo-Sector Las Parcelas, San Pablo (1965)
*Chapel*—Bo. Pinas Arriba, Nuestra Senora del Carmen (1973)
*Chapel*—Bo. Naranjo-Sector Las Parcelas, San Antonio de Padua (1977)
*Chapel*—Bo. Vega Redonda, San Francisco de Asis (1977)
*Chapel*—Bo. Cejas, Santa Rose de Lima (1980)
*Chapel*—Bo. Dona Elena, San Martin de Porres (1979)
*Chapel*—Rio Hondo II, Maria Madre de la Iglesia
NARANJITO, NARANJITO CO., SAN MIGUEL ARCANGEL (1831) Revs. Felix Oliveras Villanueva; Jose Ariel Soto Green; Deacons Abigail Matos; Jose Berrios; Gerardo Rodriguez; Menelio Hernandez; Samuel Velazquez.
Res.: Centro Parroquial, P.O. Box 68, 00719. Tel: 787-869-2840; 787-869-4080; 787-869-4690; Fax: 787-869-3050.
*Chapel*—Bo. Nuevo, Santa Rosa de Lima (1953)
*Chapel*—Bo. Lomas Centro, Virgen del Carmen (1954)
*Chapel*—Bo. Anones, La Milagrosa (1962)
*Chapel*—Bo. Lomas Valles, San Judas Tadeo (1963)
*Chapel*—Bo. Guadicana, La Monserrate (1967)
*Chapel*—Bo. Achiote, Sagrado Corazon (1978)
*Chapel*—Bo. Nuevo Parcelas, San Vicente de Paul (1981)
*Chapel*—Bo. Cedro Abajo, San Jose (1981)

**OUTSIDE THE CITY OF CAGUAS FROM LAS AMERICAS EXPRESSWAY TOWARD THE EAST COAST**
GURABO, GURABO CO., SAN JOSE (1822) Rev. Antonio Cartagena; Deacons Mateo Gomez; Jose Velazquez.

Res.: 7 Santiago Iglesias St., P.O. Box 733, 00778. Tel: 787-737-2656; Fax: 787-737-2656.
*Catechesis/Religious Program*—Students 240.
*Chapel*—Bo. Jagual, Sagrado Corazon de Jesus (1951)
*Chapel*—Bo. Jaguar, Llano Virgen del Carmen (1967)
*Chapel*—Bo. Santa Rita, Santa Rita (1988)
*Chapel*—La Milagrosa (1973) Bo. Hato Nuevo, 00778.
*Chapel*—Bo. Celada, Santa Francisca Javier Cabrini (1957)
*Chapel*—Bo. Hato Nuevo, La Milagrosa (1982)
*Chapel*—Bo. Aguas Loma, San Miguel (1985)
*Chapel*—Bo. Mamey II, Ntra. Sra. del Carmen
JUNCOS, JUNCOS CO., INMACULADA CONCEPCION (1797) Revs. Feliciano Rodriguez; Angel L. Cintron; Deacons Luis Almodovar; Avelino Perez; Enrique Santiago; Cesar Felix; Luis Lopez.
Res.: Munoz Rivera St. #25 S, 00777.
Office: Algarin St., #8, P.O. Box 1729, 00777. Tel: 787-734-2431; Fax: 787-734-0350. Email: inmaculada_juncos@hotmail.com.
*Catechesis/Religious Program*—Students 200.
*Chapel*—Bo. Canta Gallo, Cristo Redentor (1975)
*Chapel*—Bo. Ceiba Sur, Sagrado Corazon (1976)
*Chapel*—Bo. Valenciano Sector Amigo, Espiritu Santo (1976)
*Chapel*—Bo. Ceiba Norte, Cristo Rey (1978)
*Chapel*—Bo. Valenciano Arriba, San Juan Bautista (1979)
*Chapel*—Bo. Ceiba Norte Sector Chinos, Buen Pastor (1979)
*Chapel*—Bo. Pinas, Santa Cruz (1981)
*Chapel*—Bo. Lirios, San Jose (1978)
*Chapel*—Bo. Ceiba Norte Sector Reparto Valenciano, Maria Madre de la Iglesia (1993)
*Chapel*—Santisima Trinidad Bo. Placita.
LAS PIEDRAS, LAS PIEDRAS CO.
1—INMACULADA CONCEPCION (1801) Rev. Israel Ramos Cintron.
Res.: Box 324, 00771. Tel: 787-733-2581; Fax: 787-733-1180.
*Catechesis/Religious Program*—Tel: 787-733-8325. Hnas Fatima, D.R.E., Sr. M. Ines Zayas, O.P., O.R.E.; Deacons Victor M. Cruz; Domingo Figueroa; Jose O. Rosario; Jose Lozada. Students 450.
*Mission*— Salon Usos Multiples-Urb. April Gardens, Las Piedras.
*Chapel*—Bo. Montones I, Perpetuo Socorro (1935)
*Chapel*—Bo. Tejas Asamante, Nuestra Senora de la Providencia (1955)
*Chapel*—Bo La Fermina, Jesus de Nazaret (1979)
*Chapel*—Bo. Montones IV, Santa Teresa del Nino Jesus (1980)
*Chapel*—Bo. Montones II, San Juan Bautista (1982)
2—SAN JUAN BAUTISTA (Bo. Pueblito del Rio) (1971) Rev. Pastor A. Arroyave; Deacons Angel Luis Santiago; Efrain Gomez.
Bo. Pueblito del Rio—HC 02, Buzon 4467, 00771. Tel: 787-733-6444; Fax: 787-733-1479. Email: psjb@prtc.net.
*Chapel*—Finca Roig, San Juan Bautista (1911; 1940)
*Chapel*—Bo. Boqueron, La Sagrada Familia (1957)
*Chapel*—Bo. Pena Pobre, Sagrado Corazon (1964)
*Chapel*—Bo. Rio Blanco, La Milagrosa (1972)
*Chapel*—Bo. Mango, San Francisco Javier
*Chapel*—Bo. Pasto Seco, El Buen Pastor 00771.
MAUNABO, MAUNABO CO., SAN ISIDRO LABRADOR (1799) Rev. Jorge D. Cardona; Deacons Luis Reyes; Andres Camacho.
Res.: P.O. Box 248, 00707. Tel: 787-861-5526; Fax: 787-861-2595.
*Chapel*—Nuestra Senora del Carmen (1962)
*Chapel*—Bo. Calzada, Nuestra Senora de la Providencia (1971)
*Chapel*—Bo. Matuyas, Nuestra Senora de la Candelaria (1974)
*Chapel*—Bo. Palo Seco, San Judas Tadeo (1975)
*Chapel*—Bo. Emajaguas, San Antonio de Padua (1977)
*Mission*— Bo. Quebrada Arenas.
*Mission*—Bo. Lizas.
*Chapel*—Ntra. Sra. del Rosario de Fatima Bo. Talante.
*Mission*—Bo. Paloseco.
*Mission*—Bo. Talante (La Pica).
*Mission*—Bo. Calzada.
SAN LORENZO, SAN LORENZO CO.
1—NUESTRA SENORA DE LA MERCEDES (1810), (Hispanic). Revs. Angel Lopez, C.Ss.R.; Juan

Ramon Hernandez, C.Ss.R.; Andres Spach, C.Ss.R.; Miguel A. Torres, C.Ss.R.; Rafael Torres, C.Ss.R.; Deacons Javier Lebron; Ramon Rojas; Gaspar Laureano.
Res.: Munoz Rivera 65, Apartado 1220, 00754-1280. Tel: 787-736-2571; Fax: 787-736-1272.
*Chapel*—Bo. Jagual, Nuestra Senora del Carmen (1952)
*Chapel*—Bo. Quemados, Nuestra Senora del Perpetuo Socorro (1955)
*Chapel*—Bo. Cerro Gordo Abajo, Cristo Redentor (1955)
*Chapel*—Bo. Quebrada, Jesus Maestro
*Chapel*—Bo. Florida, Santa Monica
*Chapel*—Bba. Roosevelt, Nuestra Senora del Carmen (1968)
*Chapel*—Bo. Hato Km. 6, Nuestra Senora del Perpetuo Socorro (1966)
*Chapel*—Bo. Cerro Gordo Arriba, Inmaculada Concepcion (1977)
*Chapel*—Bo. Arenas del Valle, Inmaculada Corazon de Maria (1978)
*Chapel*—Bo. Santa Clara, San Salvador (1966)
*Chapel*—Urb. Los Flamboyanes, So. Florida, Nuestra Senora de Lourdes (1988)
*Catechesis/Religious Program*—Students 1,115.
3—SAGRADO CORAZON DE JESUS Y 12 APOSTOLES (Bo. Espino) (1966) Revs. Boris Espinosa; Franklin Rodriguez; Deacon Efrain del Valle.
Bo. Espino—HC 30, Box 32716; 00764-9726. Tel: 787-715-6947; Fax: 787-715-6947.
*Chapel*—San Francisco de Asis (1988)
*Chapel*—Santa Rosa de Lima (1989)
*Chapel*—San Jose (1959)
*Chapel*—Ntra. Sra. del Rosario (1994)
*Chapel*—Maria Madre de la Iglesia (1990)
*Chapel*—San Pedro (1998)
*Chapel*—Santa Teresita del Nino Jesus (1950)
YABUCOA, YABUCOA CO., SANTOS ANGELES CUSTODIOS (1753) Revs. Miguel A. de Angel; Juan Javier Pena Barrios; Luis Rivera; Deacons Carlos M. Ramos; Bienvenido Abreu; Antonio Diaz; Artemio Penalbert; Ruben Ramos; Juan R. Rodriguez.
Res.: Degetau St. #2, P.O. Box 7, 00767. Tel: 787-893-2250 (Res.); 787-893-3347 (Office); Fax: 787-266-0841.
*Catechesis/Religious Program*—Students 930.
*Chapel*—Bo. Rosa Sanchez, Santa Rosa de Lima
*Chapel*—Bo. Jacanas Granjas, San Juan Evangelista
*Chapel*—Bo. Jac. Piedra Blanca, Sagrado Corazon (1976)
*Chapel*—Bo. Tejas Piedra Azul, Sta. Maria Reina Paz
*Chapel*—Bo. Martorell, Santa Teresita del Nino Jesus
*Chapel*—Bo. Tejas, Ntra. Sra. de la Divina Providencia
*Chapel*—Bo. Playita Cuesta, San Bernardo
*Chapel*—Bo. Playita Arriba, San Antonio de Padua (1947)
*Chapel*—Bo. Playita Parcelas, Virgen Milagrosa
*Chapel*—Bo. Quebradillas, Ntra. Sra. del Carmen
*Chapel*—Bo. Guayabota, La Sagrada Familia (1948)
*Chapel*—Bo. Calabazas Arriba, San Jose (1942)
*Chapel*—Bo. Quebrada Grande, San Benito
*Chapel*—Bo. Playa Guayanes, Ntra. Sra. del Carmen
*Chapel*—Bo. Aguacate, Ntra. Sra. del Perpetuo Socorro (1937)
*Chapel*—Bo. Jagueyes, Inmaculada Concepcion (1910)
*Chapel*—Bo. Ingenio, Santisima Trinidad
*Chapel*—Bo. Camino Nuevo, San Jeronimo
*Chapel*—Bo. Jacanas Sur, Divino de Jesus y Beato Diego (1999)
*Chapel*—Bo. Tejas Valerio, Corpus Christi.
*Chapel*—Camino Nuevo, El Guano, San Esteban
*Chapel*—Jacanas, Piedra Blanca, Sagrado Corazon de Jesus
*Chapel*—Limones, Campo Alegre, San Francisco de Asis

**Chaplains of Public Institutions**
CAGUAS. *Hospital Interamericano de Medicina Avanzada* (HIMA). Rev. Encarnación Nieves.
*Hospital Menonita.* Rev. Encarnación Nieves.

Retired:
Revs.—
Chocarro, Antonio
Martinez, Alfredo

## INSTITUTIONS LOCATED IN THE DIOCESE

[A] PAROCHIAL SCHOOLS
CAGUAS. *Academia Cristo de los Milagros* (1982) Box 7618, 00726-7618. Tel: 787-743-3131; 787-743-4242; 787-743-4855; Fax: 787-746-1428. Email:

cristo@acmpr.net Mrs. Leonides Parrilla de Carrión, Gen. Dir.; Mrs. Nilda Apente, Librarian. Priests 2; Deacons 1; Lay Teachers 61; Students 1,183.

*Colegio Catolico Notre Dame Elemental* (1916) P.O. Box 937, 00726. Tel: 787-743-2385; 787-743-2524; Fax: 787-743-7567; 787-744-6464. Email: ccenotredame@gmail.com. Web: www.ccnde.org.

Ms. Luz Rodriguez, Prin. Priests 1; Lay Teachers 44; Aides 7; Students 556.

*Colegio Catolico Notre Dame Superior*, Box 937, 00726. Tel: 787-743-3693; 787-743-5501; 787-653-0834; Fax: 787-258-9648. Web: www.ccnd.org. Mr. Jose J. Grillo, Prin.; Aurora Vazquez, Librarian. Priests 2; Lay Teachers 81; Students 1,281.

*Colegio San Jose Elemental* (1963) P.O. Box 2005, 00726. Tel: 787-743-2032; 787-743-3205; Fax: 787-258-0683. Email: csje-sec@csje-sec.org. Web: www.csje-sec.org. Margarita Rosales, Prin.; Rev. P. Samuel Fernandez Paulino, O.C.D., Dir.; Carmen I. Rodriguez, Librarian. Priests 1; Sisters 2; Lay Teachers 30; Students 446.

*Colegio San Jose Superior* (1977) Y/O 1749, P.O. Box 1101, 00726. Tel: 787-744-8993; Fax: 787-744-4111. Email: colegiosanjosesuperior@hotmail.com. Rev. Fernando Sanchez, O.C.D., Dir.; Mrs. Brenda Figueroa de Soler, Prin.; Aileen Otero, Librarian. Priests 1; Lay Teachers 21; Students 260.

*Colegio San Juan Apostol y Evangelista* (1992) P.O. Box 459, 00726-0459. Tel: 787-743-8266; 787-747-4302; Fax: 787-744-6359; Fax: 787-747-4301. Email: sjabairos@gmail.com. Marie Lozano, Prin. Supr.; Wilma Roman, Admin.; Natalia Hernandez, Librarian; Teresa Cruz Ortiz, Librarian. Lay Teachers 43; Students 693.

Aguas Buenas. *Academia San Alfonso*, (Grades PreK-9), Pio Rechani St., P.O. Box 97, 00703. Tel: 787-732-8288; Fax: 787-732-4115. Email: asaalfonso@gmail.com. Nydia Velazquez, Prin. Lay Teachers 16; Students 116.

Cayey. *Colegio Nuestra Senora de la Merced*, P.O. Box 372678, 00736. Tel: 787-738-3438; Fax: 787-263-5837. Email: www.lamercedcayey@yahoo.com. Mrs. Nancy Diaz Morales, Dir.; Mrs. Laura Ortiz, Prin.; Maricarmen Lopez, Librarian. (Nuestra Senora de la Asuncion Parish) Priests 1; Lay Teachers 47; Students 850.

Gurabo. *Colegio Ntra. Sra. De Pilar*, P.O. Box 1332, 00778. Tel: 787-737-1400; 787-737-1400; Fax: 787-737-1400. Mrs. Adelaida Cruz Zayas, Prin. Priests 1; Lay Teachers 16; Total Staff 25; Students 165.

Naranjito. *Academia Santa Teresita*, 19 Sector Santa Teresita, 00719. Tel: 787-869-7968; 787-869-6171; 787-869-8357; Fax: 787-869-8357. Email: admin@academiasantateresita.com. Mrs. Josefina Lopez Caldero, Prin. Lay Teachers 21; Students 265.

### [B] RETREAT HOUSES

Aguas Buenas. *Casa Cristo Redentor* (1967) P.O. Box 8, 00703-0008. Tel: 787-732-5161; Fax: 787-732-1115. Email: pdamian@coqui.net. Revs. Terence Damian Wall, C.Ss.R., S.T.D., Supr.; Miguel A. Torres, C.Ss.R., Dir.; Hector Garcia, C.Ss.R.

Aibonito. *Casa Manresa*, P.O. Box 1319, 00705. Tel: 787-735-8016; 787-735-8017; Fax: 787-735-2421.

Email: manresa@caribe.net. Web: www.casamanresaaibonito.org. Rev. Miguel Claudio.

Juncos. *Casa Cursillos de Cristiandad of Caguas* (Lay Corp. of Cursillistas). Salida de Juncos Carretera 919, P.O. Box 1762, 00777. Tel: 787-734-7068; Fax: 787-713-9725.

San Lorenzo. *Casa Charlie Rodriguez*, P.O. Box 1190, 00754. Tel: 787-736-5750; Fax: 787-715-8946. Email: santuariopr@gmail.com. Web: www.santuariopr.org. Rev. Karlogs Lopez.

### [C] MONASTERIES AND RESIDENCES OF PRIESTS

Caguas. *Misioneros Hijos del Inmaculado Corazon de Maria (Claretianos)*, Bo. Rio Canas HC-05, Box 57564, 00725-9233. Tel: 787-747-6336; Fax: 787-258-4910. Email: jvicente@coqui.net; jvmsg@hotmail.com.

Aibonito. *Casa Salesiana de Retiros*, P.O. Box 2019, 00705. Tel: 787-735-2486; Fax: 787-735-5501. Email: sdbaibon@coqui.net. Rev. Antonio Robles, S.D.B.

### [D] CLOISTER SISTERS

Caguas. *Hnas. Hijas de Santa Maria de la Ternura*, Calle Naranjito 220 - Barrio Borinquen Parcelas Viejas, P.O. Box 5097, 00726. Tel: 787-653-5813; Fax: 787-653-5813. Sr. Sonia Maria La Luz, H.S.M.T., Prior.

Aguas Buenas. *Santa Clara Monastery* Hermanas Clarisas, P.O. Box 884, 00703. Tel: 787-732-5775.

### [E] SHRINES

San Lorenzo. *Diocesan Shrine Our Lady of Mount Carmel* P.O. Box 1190, 00754. Tel: 787-736-5750; Fax: 787-715-8946. Email: santuariopr@gmail.com. Web: www.santuariopr.org. Rev. Karlogs Lopez, Rector.

### [F] MISCELLANEOUS

Caguas. *Centro de Acompanamiento Sico Social Espiritual (CASSE)*, P.O. Box 656, 00726. Tel: 747-286-3333; Fax: 787-286-3612.

*Diocesan Tribunal of Caguas*, P.O. Box 9779, 00726. Tel: 787-286-8595; Fax: 787-286-8620. Rev. Felix Nunez, Judicial Vicar.

*Instituto Secular de Ntra. Sra. de la Altagracia*, Calle 13, L23. Urb. Delgado, 00725. Tel: 787-744-3628; Fax: 787-744-3628. Isabel Vazquez Rivera; Maria Melendez Sanchez; Ramonita Lopez Diaz; Zoraida Santos Santos; Judith Colon Cruz; Olga Rodriguez Berrios; Maria Isabel Colon; Frixda Santos Agosto; Doris Roque Julia; Natividad Ramos Ramos; Evelyn Rosado Rivera; Brenda Y. Abreu Garcia.

*Movimiento Juan XXIII*, P.O. Box 7229, 00726. Tel: 787-747-3748. Revs. Hipolito Torres; Karlogs Lopez.

Naranjito. *Seminario Pablo VI - Theological*, P.O. Box 302, 00719. Tel: 787-869-0861; Fax: 787-869-0861. Email: jcardona@prtc.net.
*Casa del Apostol San Andres* Rev. Carlos J. Vazquez.

### RELIGIOUS INSTITUTES OF MEN REPRESENTED IN THE DIOCESE

For further details refer to the corresponding bracketed number in the Religious Institutes of Men or Women section.

[]—*Claretian Fathers*—C.M.F.
[0220].—*Congregation of the Blessed Sacrament* (N. Spain Prov.)—S.S.S.
[]—*Mercedarian Fathers* (Spain)
[]—*Order of Carmelites*—O.Carm.
[1070].—*Redemptorist Fathers* (San Juan Prov.)—C.SS.R.
[1190].—*Salesians of Don Bosco* (Antillas)—S.D.B.

### RELIGIOUS INSTITUTES OF WOMEN REPRESENTED IN THE DIOCESE

[0420]—*Discalced Carmelite Nuns* (Spain)—O.C.C.
[]—*Doninicas de la Santisima Virgen*
[]—*Dominicas del Rosario de Fatima*
[]—*Hermanas Carmelitas Misioneras*
[]—*Hermanas Clarisas*
[]—*Hermanas de Hore*
[]—*Hermanas Dominicas del Rosario de Fatima*
[]—*Hermanas Hijas de Santa Maria de la Ternura*
[]—*Hermanas Mercedarias*
[]—*Hermanas Misioneras de los Sagrados Corazones*
[]—*Hermanas Misioneras del Buen Pastor*
[]—*Hermanas Misioneras Dominicas del Santo Rosario*
[]—*Hijas de Maria Auxiliadora*
[]—*Misioneras de Maria Correcitora*
[]—*Misioneras del Sagrado Corazon*
[2790]—*Missionary Servants of the Most Holy Trinity* (Spain)—M.S.B.T.
[3760]—*Order of St. Clare*—P.C.C.
[]—*Religiosas del Sagrado Corazon*
[]—*Sacred Heart Sisters*
[]—*Salesian Sisters*
[2970]—*School Sisters of Notre Dame* (Wilton, CT)—S.S.N.D.
[]—*Siervas de Maria* (Spain)
[]—*Siervas de Maria*
[0640]—*Sisters of Charity of St. Vincent de Paul* (Puerto Rico Prov.)—S.C.
[]—*Sisters of Fatima* (P.R.)
[2150]—*Sisters Servants of the Immaculate Heart of Mary*—I.H.M.

### NECROLOGY
*(No Deaths)*

An asterisk (*) denotes an organization that has established tax-exempt status directly with the IRS and is not covered by the USCCB Group Ruling.

1611

# Diocese of Fajardo-Humacao, Puerto Rico

### (Dioecesis Faiardensis-Humacaensis)



**Most Reverend**

**EUSEBIO RAMOS MORALES**

Bishop of Fajardo-Humacao; ordained June 3, 1983;
appointed Bishop of Fajardo-Humacao March 11, 2008;
consecrated May 31, 2008.

ESTABLISHED JUNE 1, 2008

*Comprises southeast municipalities of Puerto Rico: Humacao, Naguabo; east municipalities of Puerto Rico: Ceiba, Fajardo, Luquillo, northeast municipalities of Puerto Rico Rio Grande, Loiza, Canovanas and the Islands Municipalities of Culebra and Vieques.*

*Patroness of the Diocese: Nuestra Senora del Carmen and Santiago Apostol (official).*

*Bishop House: Carr #987 Km. 0.2 Santa Isidra 1 #208, Fajardo, PR 00738. Mailing Address: Apartado 888, Fajardo, PR 00738. Tel: 787-801-5700; 787-801-5800; Fax: 787-801-2600.*

*Email: cancilleriadfh@gmail.com*

## STATISTICAL OVERVIEW

| Personnel | | |
|---|---|---|
| Bishop | | 1 |
| Abbots | | 1 |
| Priests: Diocesan Active in Diocese | | 11 |
| Priests: Diocesan Active Outside Diocese | | 1 |
| Number of Diocesan Priests | | 12 |
| Religious Priests in Diocese | | 7 |
| Total Priests in Diocese | | 19 |
| Extern Priests in Diocese | | 8 |
| Permanent Deacons in Diocese | | 47 |
| Total Brothers | | 6 |
| Total Sisters | | 38 |
| Parishes | | |
| Parishes | | 22 |
| With Resident Pastor: | | |
| Resident Diocesan Priests | | 18 |
| Resident Religious Priests | | 4 |
| Educational | | |

| Diocesan Students in Other Seminaries | 1 |
|---|---|
| Total Seminarians | 1 |
| Colleges and Universities | 1 |
| Total Students | 1 |
| High Schools, Diocesan and Parish | 3 |
| Total Students | 709 |
| High Schools, Private | 1 |
| Total Students | 209 |
| Elementary Schools, Diocesan and Parish | 3 |
| Total Students | 568 |
| Elementary Schools, Private | 1 |
| Total Students | 93 |
| Total Students under Catholic Instruction | 1,652 |
| Teachers in the Diocese: | |
| Sisters | 3 |
| Lay Teachers | 149 |
| Vital Statistics | |

| Receptions into the Church: | |
|---|---|
| Infant Baptism Totals | 293 |
| Minor Baptism Totals | 86 |
| Adult Baptism Totals | 23 |
| Received into Full Communion | 1,229 |
| First Communions | 343 |
| Confirmations | 364 |
| Marriages: | |
| Catholic | 61 |
| Interfaith | 8 |
| Total Marriages | 69 |
| Deaths | 276 |
| Total Catholic Population | 82,783 |
| Total Population | 281,300 |

---

*Vicar General*—Rev. VICTOR SANTIAGO MATEO, S.T.

*Sec. Chancellor*—Rev. LUIS A. ALICEA RIVERA.

### Diocesan Offices and Directors

*Economic Administrator*—Mr. HECTOR N. GONZALEZ, CPA. Mailing Address: P.O. Box 888, Fajardo, 00738. Tel: 787-801-5700; 787-801-5800; Fax: 787-801-2500.

*Movimientos y Organizaciones Diocesanas*—

*Cursillos de Cristiandad*—Mr. JOHNNY MORALES; Mr. JOSE MARRERO.

*Legion de Maria*—Mrs. AIDA JIMENEZ.

*Renovacion Carismatica*—Mrs. LUCY FIGUEROA; NILDA VELAZQUEZ.

*Juan XXIII*—Mr. HECTOR CARINO.

*Caballeros de Colon*—Mr. JUSTINO CRUZ.

*Vocations*—VACANT.

*Talleres de Oracion y Vida*—VACANT.

*Catechetical Vicar*—Rev. ROCENDO HERRERA.

*Master of Ceremonies*—Rev. HECTOR M. RODRIGUEZ VILLANUEVA, Mailing Address: P.O. Box 888, Fajardo, 00738.

*Pastoral Vicar*—Rev. OSCAR ALBERTO SANCHEZ, Mailing Address: P.O. Box 888, Fajardo, 00738.

## CLERGY, PARISHES, MISSIONS AND PAROCHIAL SCHOOLS

### CITY OF FAJARDO

**1**—CATHEDRAL SANTIAGO APOSTOL (1766) Revs. Luis A. Alicea Rivera, Rector; Hector M. Rodriguez Villanueva; German Umana Velasco; Deacons Andres Velazquez Silva; Jose M. Lopez Alverio; Primitivo Cruz De Leon; Luis A. Cordero Rosado. Res.: 16 Garrido Morales St., P.O. Box 806, 00738. Tel: 787-863-2365; Fax 787-860-1837.
Catechesis/Religious Program—Students 49.
Chapel—Bo. Florencio, Santa Elena (1962)
Chapel—Bo. Quebrada Vueltas, Perpetuo Socorro (1965)
Chapel—La Milagrosa, Santa Isidra (1978)
Chapel—Medel del Salvador, Bo. Paraiso

**2**—SANTISIMO REDENTOR (1993) Rev. Bergson Julien; Deacons Jesus Ramos Torres; Angel F. Ramos Velez.
Res.: Urb. Monte Brisas, Calle C-V-19, 00738. Tel: 787-863-5227; Fax: 787-860-0560.
Catechesis/Religious Program—Students 65.
Chapel—Puerto Real, Ntra. Sra. de Carmen
Chapel—Sardinera, San Juan Bautista
Chapel—Las Croabas, Maria, Madre del Senor
Chapel—Fajardo Gardens, Maria, Madre de la Providencia

### CITY OF HUMACAO

**3**—CONCATHEDRAL DULCE NOMBRE DE JESUS (Pueblo) (1763) [CEM 3] [JC] Revs. Victor Santiago Mateo, S.T., Rector; Luis Manuel Ruiz Lebron; Vicente Pasqualetto, S.T.; Deacons Felipe Quinones Burgos; Hector Velazquez Velazquez; Jorge Moctezuma; Rafael Medina.
Res.: 6 Font Martelo St., Box 9087, Humacao, 00792. Tel: 787-852-0868; Fax: 787-850-6448.
Catechesis/Religious Program—Students 380.
Chapel—San Agustin (1955) Carr. 927 Km 0 Hm. 6 Parcela 74 Bo. Anton Ruiz, P.O. Box 9087, Humacao, 00792.
Chapel—Nuestra Senora de la Candelaria (1956) Carr. 3 Km. 90 Hm. 9 Bo. Candelero Arriba, P.O. Box 9087, Humacao, 00792.
Chapel—San Jose (1957) Carr. 198 R 922 Km 1 Hm 1 Bo. Coto Mabu, P.O. Box 9087, Humacao, 00792.
Chapel—Nuestra Senora de Fatima (1962) Carr. 3 R 928 Km. 0 Hm. 2 Calle Girasol Esquina Orquidea Bo. Junquito, P.O. Box 9087, Humacao, 00792.
Chapel—Santa Teresita (1965) Carr. 3 R 906 Bo. Candelero Abajo 20, P.O. Box 9087, Humacao, 00792.
Chapel—Nuestra Senora de la Providencia (2000) Carr. 910 Km. 0.80 Bo. Catano Sector Los Flechas, P.O. Box 9087, Humacao, 00792.
Chapel—Perpetuo Socorro (1944) Carr. 3 R 923 Km. 1 9 ML Bo. Buena Vista, P.O. Box 9087, Humacao, 00792.
Chapel—Inmaculada Concepcion (1996) Urbaniza-

cion Villa Calle 13 E 1, P.O. Box 9087, Humacao, 00792.
Chapel—Maria Auxiliadora (1999) Parcelas Martinez Carr. 3 R 906 Km 8 Hm 0 Interior, P.O. Box 9087, Humacao, 00792.
Chapel—San Pedro y San Pablo (1989) Caserio Antonio Roig, P.O. Box 9087, Humacao, 00792.

**4**—COMUNIDAD CATOLICA LA SAGRADA FAMILIA (CUASIPARROQUIA) Rev. Floyd Mercado Vidro; Deacon Frankie La Santa Gonzalez.
3 Executive Office Dr., Humacao, 00791. Tel: 787-719-5269. Email: lasagradafamiliapdm@hotmail.com.

**5**—MARIA REINA DE LA PAZ (Pueblo) (1989) Rev. Leonidas de Jesus Abreu Ortiz; Deacons Roberto Garcia Ortiz; Pablo J. Colon Ojeda; Juan Cintron; Rafael L. Ufret Acevedo.
Res.: Urb. Villa Universitaria, Calle 4 A-20, Humacao, 00791. Tel: 787-850-3081; 787-285-0351; Fax: 787-850-3080. Email: mariapaz@libertypr.net.
Catechesis/Religious Program—Students 210.
Chapel—Sagrado Corazon de Jesus (1940)
Chapel—Maria Madre Pastor (1970)
Chapel—Buen Pastor (1970)
Chapel—Cristo Rey (1976)
Chapel—Santa Rosa de Lima (1978)
Chapel—Casa de Oracion Espiritu Santo

## OUTSIDE THE CITIES OF FAJARDO AND HUMACAO

CANOVANAS
1—NUESTRA SENORA DEL PILAR (1960) Rev. Oscar A. Sanchez Lopez; Deacons Pedro Castro; Jose Raul Rivera; Jose A. Bosques Torres.
Mailing Address: P.O. Box 840, 00729.
Res.: 3 Luis Hernaiz St., 00729. Tel: 787-957-7818; 787-886-3307; Fax: 787-256-5767.
School—Mrs. Iris del Valle Jimenez, Dir. Lay Teachers 50; Students 500.
Catechesis/Religious Program—Raquel Ortiz, D.R.E. Students 11.
Mission—San Francisco Javier Bo. Canabelache, 00729.

2—RESURRECCION DEL SEÑOR (1978) Rev. Jose G. Camacho Torres; Deacons Roberto Ferris Plaza; Pedro Flores Torres.
Mailing Address: P.O. Box 896, 00729-0896.
Res.: Las Parcelas de San Isidro, Carret. 188 Km. 2.0, 00729. Tel: 787-876-9900; Fax: 787-256-4836.
Catechesis/Religious Program—Migdalia Pizarro, D.R.E. Students 132.
Mission—Ntra. Sra. de la Providencia Villas De Loiza.

3—SAGRADO CORAZON DE JESUS (1991) Rev. Raguel Rodriguez Leon; Deacons Edwin Nieves Jimenez; Felipe A. Rivera Estremera.
FMB 20147, P.O. Box 38000, 00729-0014.
Res.: Bo. Cubuy, Carretera 186 Km. 77, 00729. Tel: 787-876-1255; Fax: 787-886-3668.
Mission—La Milagrosa Bo. Cuatrocientas, 00729.
Mission—San Pedro Apostol Bo. Lomas, PR.

4—SAN JOSE (1971) Rev. Edvard Jeudy; Deacon Angel J. Rodriguez Otero.
P.O. Box 607, 00729-0807.
Res.: Bo. Campo Rico, Carretera 185, 00729. Tel: 787-876-7167.
Catechesis/Religious Program—Students 14.
Mission—Ntra. Sra. de la Asuncion Carrt. 957 Km. 6.8, Palma Sola, PR.
Mission—Ntra. Sra. del Carmen Carrt. 185 Km. 5.3, Alturas de Campo Rico, PR.

5—SANTA MARIA MADRE DE DIOS (1971) Rev. Antonio Marrero Aballe; Deacon Jose L. Casaigne.
Res.: Urb. Loiza Valley, Calle Girasol E189, 00729. Tel: 787-876-0827; Fax: 787-876-0827.
Catechesis/Religious Program—Sr. Gloria Mercedes Gonzalez, M.S.B.T., D.R.E. Students 56.
Mission—Capilla Cristo Salvador Sector Pueblo Indio, 00729.
Mission—Iglesia Santa Maria Madre De Dios Carr. 8874-Bo. La Central, 00729 Tel: 787-876-1490; Fax: 787-876-1490.

CEIBA, CEIBA CO., SAN ANTONIO DE PADUA (1840) Rev. Manuel Ramon Villamor Tarache; Deacon Ruben Borgos Rivera.
Res.: 161 Escolastico Lopez St., P.O. Box 77, 00735. Tel: 787-885-2530.
Mission—Sagrado Corazon de Jesus Parcelas Aguas Claras, 00735.
Mission—San del Perpetuo Socorro Bo. Rio Abajo, Ceiba Co. 00735.
Chapel—Ntra. Sra. de Fatima (1968) Bo. Daguao, 00735.
Catechesis/Religious Program—Students 46.

HUMACAO PLAYA, HUMACAO CO., NUESTRA SENORA DEL CARMEN (Punta Santiago) (1970) Rev. Carlos M. Salazar; Deacons Angel M. Rodriguez Cedeno; Andres Velazquez Silva.
Res.: P.O. Box 91, Punta Santiago, 00741. Tel: 787-850-2125; Fax: 787-850-2125.

Catechesis/Religious Program—Calle 5, #108 Verde Mar, P.O. Box 91, Punta Santiago, 00741. Tel: 787-852-3882. Students 125.
Chapel—Bo. Pasto Viejo, Sector El Batey, Nuestra Senora del Perpetuo Socorro (1937; 1986)Tel: 787-852-4421.
Mission—
1—ESPIRITU SANTO Y SAN PATRICIO (1719) Rev. Rocendo Herrera; Deacons Pedro D. Recci Dominguez; Alberto Penaloza Lacen.
Box 504, 00772-0504.
Res.: Calle Espiritu Santo #10, 00772. Tel: 787-886-1539; Fax: 787-876-7823.
Catechesis/Religious Program—Ana Matta, D.R.E. Students 79.
Mission—Santa Rosa de Lima Bo. Pinones, 00772.
Mission—Ntra. Sra. del Perpetuo Socorro Bo. La Torre, 00772.
Mission—Santisima Trinidad Bo. Mediana Baja, 00772.
Mission—San Antonio Bo. Las Cuevas, 00772.
Mission—Ntra. Sra. de Fatima Villa Canona, 00772.
Mission—San Rafael Villa Alvarez, 00772.

2—SANTIAGO APOSTOL, EL MAYOR (1971) Rev. Orlando Bonilla, S.T.; Deacon Albert Gutierrez Rosario.
P.O. Box 118, 00772-0118.
Res.: Carretera 107 Km. 3.1 Bo. Mediana Alta, 00772-0118. Tel: 787-876-2878.
Catechesis/Religious Program—Students 15.
Mission—Ntra. Sra. Perpetuo Socorro Parcelas Suarez, 00772.
Mission—La Milagrosa Bo. El Jobos, 00772.
Mission—La Providencia Bo. Mini Mine, 00772.
Mission—Ntra. Sra. De Fatima Parcelas Vieques, 00772.

LUQUILLO
1—MARIA, MADRE DEL REDENTOR (1997) Rev. Luis Antonio Alicea Rivera; Deacon Ivan Colon Melendez.
P.O. Box 591, 00773-0591.
Res.: Barrio Pitaya, Sector Casablanca, Carr. 173, Km. 1.5, 00773. Tel: 787-534-7923.
Catechesis/Religious Program—Students 35.
Mission—Ntra. Sra. del Carmen Carr. 983 K.2 H.0, 00773.
Mission—Ntra. Sra. Milagrosa Carr. 983 K.6 H.3, 00773.
Mission—San Vicente de Paul Carr. 3H 43 H.9, 00773.
Mission—Ntra. Sra. del Perpetuo Socorro Carr. 984 K.2 H.2, 00773.
Mission—San Judas (1797) Rev. P. Fredo Lesly Andre; Deacon Julio A. Olivo Gonzalez.
P.O. Box 493, 00773-0493.
Res.: Calle Soledad No. 15, 00773. Tel: 787-889-2590; Fax: 787-889-2590.
Mission—San Judas Bo. Mata de Platano, 00773.
Mission—Ntra. Sra. del Cobre Parcelas Fortuna, 00773.

NAGUABO, NAGUABO CO., NUESTRA SENORA DEL ROSARIO (1794), (Hispanic), (CEM 2) (JC) Rev. Lorenzo Vargas; Deacons Emilio Colon Cosme; Ramon Rivera; Rafael Garcia Pizarro.
Res.: Calle Juan R. Garzot n. 12, Box 655, 00718. Tel: 787-874-2235; Fax: 787-874-0150. Email: prrosario@hotmail.com.
Chapel—Nuestra Senora del Perpetuo Socorro (1946)
Chapel—Nuestra Senora de la Altagracia (1963)
Chapel—Nuestra Senora de Fatima (1965)

Chapel—Bo. Florida, Nuestra Senora del Perpetuo Socorro (1942)
Chapel—Nuestra Senora del Carmen Playa (Hucares) (1920)
Chapel—Nuestra Senora de la Providencia (1986)
Chapel—Santa Rosa de Lima (1973)
Mission—Barrio Rio, Sector Braso Seco, Naguabo.
Mission—Capilla Beato Carlos Manuel Rodriguez, Sector La Fe, Naguabo.

RIO GRANDE
1—CRISTO REY (1970) Rev. Adrian Alicea Padilla; Deacons Anthony Calderon; Pedro J. Rivera Viera.
P.O. Box 382, Palmer, 00721-0382.
Res.: Calle Principal, #50, Palmer, 00721. Tel: 787-887-3552.
Mission—La Milagrosa Palmer. Parcela 69 Hato Rio Grande, Bo. Carola, 00721.
Mission—Ntra. Sra. de la Providencia Bloque S-1 #7, Palmer, 00721.

2—NUESTRA SENORA DEL CARMEN (1840) Rev. Jose A. Rivera Maldonado; Deacons Fernando Marrero Coll; Vidal Diaz; Jose M. Carrasquillo.
P.O. Box 845, 00745. Tel: 787-887-2365; Fax: 787-887-2365.
Res.: No. 9 del Carmen St., Apartado 845, 00745. Tel: 787-534-4432. Email: delcarmen_9@yahoo.com.
School—Calle 14 Urb. Alturas de Rio Grande, Apartado 1389, P.O. Box 818, 00745. Tel: 787-887-4095; Fax: 787-887-0872. Email: cnscrg@yahoo.com. Myrtha Perez, Prin.
Catechesis/Religious Program—Students 146.
Mission—Nuestra Sancta de Fatima Bo. El Verde, 00745.
Mission—Ntra. Sra. de Guadalupe Jardines de Rio Grande, 00745.
Mission—San Pedro Bo. Bartolo, 00745.
Mission—La Milagrosa Calle 14, Alturas de Rio Grande, 00745.
Mission—Sagrado Corazon de Jesus Coco Beach, 00745.

SAN FRANCISCO DE ASIS (1986) Rev. Frederic Kabran; Deacon Ramon Grille Alvarez.
Bo. Malpica, P.O. Box 1449, 00745-1449.
Res.: Barrio Malpica, 00745. Tel: 787-888-5302; Fax: 787-888-5302.

## OUTSIDE THE MAIN ISLAND OF PUERTO RICO, THE SMALL ISLANDS

CULEBRA, CULEBRA CO., NUESTRA SENORA DEL CARMEN (1889; 1990) Rev. Emerito Gomez Ortiz, O.F.M.; Deacon Hector N. Gonzalez Rubio.
Mailing Address: P.O. Box 236, 00775. Tel: 787-742-0637.

VIEQUES, VIEQUES CO., SANTIAGO APOSTOL E INMACULADA CONCEPCION (1844), (Hispanic), Rev. Jean Augustal Jean Julien; Deacon Roberto Velazquez.
Res.: 442 Lebrum St., 00765. Tel: 787-741-2241; Fax: 787-741-2241.
Chapel—Sagrado Corazon de Jesus (1949)
Chapel—Nuestra Senora de Lourdes (1952)
Chapel—Nuestra Senora del Perpetuo Socorro (1945)
Chapel—Virgen del Carmen (1942)
Chapel—Nuestra Senora de Fatima (1950)
Catechesis/Religious Program—Mercedes Perez, D.R.E. Students 50.

### Chaplains of Public Institutions
Otero Lugo, Jose
Rivera Viera, Pedro J.

## INSTITUTIONS LOCATED IN THE DIOCESE

### [A] PAROCHIAL SCHOOLS

FAJARDO. Colegio Diocesano Santiago Apostol (1947) (Grades K-12), P.O. Box 907, 00738-0907. Tel: 787-863-0445; Fax: 787-860-6655. Email: santiagoapostolprl@yahoo.com. Web: www.csasec.org. Mr. Daniel R. Rosa Ortiz, Dir. Teachers 13.

HUMACAO. Colegio Nuestra Senora del Perpetuo Socorro de Humacao, Inc. (1984) P.O. Box 9107, 00792. Tel: 787-852-0845; Fax: 787-852-3706. Email: nuestrasocorro@gmail.com. Mrs. Michelle N. Arroyo Medina, Dir.; Sr. Isabel Vila, Librarian. Lay Teachers 24; Students 383.
Colegio San Antonio Abad (1950) (Benedictines). P.O. Box 729, 00792. Tel: 787-852-1616; Fax: 787-852-1920. Email: csaa.hermits@gmail.com. Catherine Guzman, Dir. Brothers 3; Priests 3; Lay Teachers 32; Students 408.
Colegio San Benito (1963) P.O. Box 728, 00792. Tel: 787-850-7075; Fax: 787-285-5137. Sisters Mary Ruth Santana, Prin.; Myriam Pacheco, Dir. Hermanas Benedictinas. Sisters 7; Lay Teachers 34; Students 435.

CANOVANAS. College of Our Lady of Pilar, P.O. Box 1615, 00729-1516. Tel: 787-876-3002; Fax: 787-256-5767. Email: pilar1615@caribe.net; cnspilar2010@gmail.com. Mrs. Iris del Valle Jimenez, Dir.; Mr. Alberto Rosario Diaz, Prin. Lay Teachers 36; Students 826.

RIO GRANDE. Colegio Nuestra Senora del Carmen, (Grades PreK-12), P.O. Box 1389, 00745. Tel: 787-887-4095; Fax: 787-887-0872. Email: cnscr@yahoo.com. Sr. Migdalia Arroyo Mendez, Dir. Lay Teachers 15; Students 146.

### [B] MONASTERIES AND RESIDENCES OF PRIESTS

HUMACAO. San Antonio Abad Abbey of the Order of St. Benedict, P.O. Box 729, 00792. Tel: 787-852-1616; Fax: 787-852-1920. Email: abadisaxantonioab@hotmail.com. Rt. Rev. Oscar Rivera, O.S.B., abbot; Revs. Rafael Perez, O.S.B., Prior; Jaime Reyes, O.S.B.; Mauro Simpson, O.S.B.; Ignacio Aguirre, O.S.B.; Bros. Aristedes Pacheco, Subprior; Felix Neussendorfer; Gregorio Valentin; Randolph Perkins; Carlos Juan Rivera; Carlos Manuel

Rivera. Brothers 8; Novices 2.

LOIZA. Siervos Misioneros de la Santisima Trinidad, Cenacle Santiago Apostol, P.O. Box 118, 00772. Tel: 787-876-1879. Rev. Vicente Pasqualetto, S.T., Local Custodian.

### [C] HOMES AND RESIDENCES

CANOVANAS. Hogar Teresa Toda (1993) (For Girls), P.O. Box 868, 00729. Tel: 787-886-2060; Fax: 787-886-2075. Email: hteresatoda@aol.com; teresatoda@prtc.net. Web: www.teresatodaprt.org. Calle 5-A, R-14, Villa De Loiza, Loiza, 00729. Tel: 787-886-2060; Fax: 787-886-2075. Sr. Ines Rosas, Dir. Bed Capacity 28; Total Assisted Annually 28; Total Staff 15.

### [D] MISCELLANEOUS

LUQUILLO. Divine Child Jesus Children's Home of Hermanas Hijas del Corazon Misericordioso de Maria, Calle Angel Gutierrez #68, P.O. Box 00773. Tel: 787-889-6033.

CATHOLIC CHURCH IN THE U.S. _____ 1613 _____ FAJARDO HUMACAO, PUERTO RICO (FAJ,

RELIGIOUS INSTITUTES OF WOMEN
REPRESENTED IN THE DIOCESE
For further details refer to the corresponding
bracketed number in the Religious Institutes of
Men or Women section.
—Carmelitas Teresas de San Jose

[]—Cenaculo Misionero Rafael Cordero
[]—Hermanas de Nazareth
[]—Hermanas Dominicas de la Santa Cruz
[]—Hijas de la Caridad de San Vicente de Paul
[]—Hijas del Corazon Misericordioso de Maria

[]—Monasterio Santa Escolastica

NECROLOGY

(No Deaths)

An asterisk (*) denotes an organization that has established tax-exempt status directly with the IRS
and is not covered by the USCCB Group Ruling.

1616

# Diocese of Mayaguez, Puerto Rico
(*Dioecesis Maiaguezensis*)

Most Reverend

## ALVARO CORRADA DEL RIO, S.J.

Bishop of Mayaguez; ordained July 6, 1974; appointed Auxiliary Bishop of Washington DC May 30, 1985; consecrated August 4, 1985; on assignment, as Apostolic Administrator, Diocese of Caguas; appointed Bishop of Tyler December 5, 2000; installed January 30, 2001; appointed Bishop of Mayaguez, Puerto Rico July 6, 2011. *Mailing Address: P.O. Box 2272, Mayaguez, PR 00681.*

Most Reverend

### ULISES AURELIO CASIANO VARGAS, D.D.

Bishop Emeritus of Mayaguez: ordained May 30, 1967; appointed Bishop March 4, 1976; ordained April 30, 1976, retired July 6, 2011. *Res.: P.O. Box 2272, Mayaguez, PR 00681.* Tel: 787-831-2942; 787-833-5411 (Office).

Erected by the Bull "Qui arcano Dei" on March 1, 1976, by Pope Paul VI.

*Comprises a portion of the southwest of the Island.*



NEMINEM NISI JESUM

## STATISTICAL OVERVIEW

**Personnel**
Bishop. . . . . . . . . . . . . . . . . . . . . . . . . 1
Retired Bishops. . . . . . . . . . . . . . . . . . . 1
Priests: Diocesan Active in Diocese. . . . . . 42
Priests: Diocesan Active Outside Diocese . . 3
Priests: Retired, Sick or Absent. . . . . . . . 5
Number of Diocesan Priests. . . . . . . . . . . 50
Religious Priests in Diocese. . . . . . . . . . . 27
Total Priests in Diocese. . . . . . . . . . . . . . 77
Extern Priests in Diocese. . . . . . . . . . . . . 1
Ordinations:
  Diocesan Priests. . . . . . . . . . . . . . . . . 2
  Permanent Deacons in Diocese. . . . . . . . 25
Total Sisters. . . . . . . . . . . . . . . . . . . . . 95
**Parishes**
Parishes. . . . . . . . . . . . . . . . . . . . . . . . 30
With Resident Pastor:
  Resident Diocesan Priests. . . . . . . . . . . 21
  Resident Religious Priests. . . . . . . . . . . 9
Missions. . . . . . . . . . . . . . . . . . . . . . . . 156
Pastoral Centers. . . . . . . . . . . . . . . . . . 1
Professional Ministry Personnel:
  Sisters. . . . . . . . . . . . . . . . . . . . . . . . 95
  Lay Ministers. . . . . . . . . . . . . . . . . . . 785
**Welfare**
Catholic Hospitals. . . . . . . . . . . . . . . . . 1
  Total Assisted. . . . . . . . . . . . . . . . . . . 49,856
Homes for the Aged. . . . . . . . . . . . . . . . 2
  Total Assisted. . . . . . . . . . . . . . . . . . . 175
Day Care Centers. . . . . . . . . . . . . . . . . 6
  Total Assisted. . . . . . . . . . . . . . . . . . . 200
Special Centers for Social Services. . . . . . 1
  Total Assisted. . . . . . . . . . . . . . . . . . . 5,850
Other Institutions. . . . . . . . . . . . . . . . . 1
  Total Assisted. . . . . . . . . . . . . . . . . . . 80
**Educational**
Diocesan Students in Other Seminaries . . 11
Total Seminarians. . . . . . . . . . . . . . . . . 11
Colleges and Universities. . . . . . . . . . . . 1
  Total Students. . . . . . . . . . . . . . . . . . . 1,880
High Schools, Diocesan and Parish. . . . . . 1
  Total Students. . . . . . . . . . . . . . . . . . . 347
High Schools, Private. . . . . . . . . . . . . . . 6
  Total Students. . . . . . . . . . . . . . . . . . . 796
Elementary Schools, Diocesan and Parish . 5
  Total Students. . . . . . . . . . . . . . . . . . . 756
Elementary Schools, Private. . . . . . . . . . 6
  Total Students. . . . . . . . . . . . . . . . . . . 1,291
Catechesis/Religious Education:
  High School Students. . . . . . . . . . . . . . 410
  Elementary Students. . . . . . . . . . . . . . 4,642
  Total Students under Catholic Instruction 10,133
Teachers in the Diocese:
  Sisters. . . . . . . . . . . . . . . . . . . . . . . . 243
**Vital Statistics**
Receptions into the Church:
  Infant Baptism Totals. . . . . . . . . . . . . . 1,660
  Minor Baptism Totals. . . . . . . . . . . . . . 142
  Adult Baptism Totals. . . . . . . . . . . . . . 71
  Received into Full Communion. . . . . . . . 97
  First Communions. . . . . . . . . . . . . . . . 1,332
  Confirmations. . . . . . . . . . . . . . . . . . . 1,674
Marriages:
  Catholic. . . . . . . . . . . . . . . . . . . . . . . 267
  Interfaith. . . . . . . . . . . . . . . . . . . . . . 18
  Total Marriages. . . . . . . . . . . . . . . . . . 285
Deaths. . . . . . . . . . . . . . . . . . . . . . . . . 1,311
Total Catholic Population. . . . . . . . . . . . 391,646
Total Population. . . . . . . . . . . . . . . . . . 489,557

---

*Former Bishop*—Most Rev. ULISES AURELIO CASIANO VARGAS, ord. May 30, 1967; appt. Bishop March 4, 1976; ord. April 30, 1976; retired July 6, 2011.

*Vicar General*—Rev. Msgr. GONZALO DIAZ.

*Episcopal Vicars*—
*Matrimonio y Familia*—Rev. Msgr. HUMBERTO LOPEZ BONILLA.
*For Pastoral*—Rev. Msgr. RAMON E. ALBINO.
*For Diocesan Administration*—Rev. Msgr. ROGELIO MUR, O.Carm.

*Chancery Office*—Rev. JOSE R. APONTE BERNARDY, S.J., Mailing Address: P.O. Box 2272, Mayaguez, 00681. Tel: 787-833-5411.

*Diocesan Consultors*—Rev. Msgrs. GONZALO DIAZ; ROGELIO MUR, O.Carm.; Rev. JOSE L. DIEZ, O.S.A.

*Diocesan Board of Administration*—Rev. Msgrs. GONZALO DIAZ HERNANDEZ; ROGELIO MUR, O.Carm.; Mr. PEDRO J. RIVERA.

*Administrator*—Mr. ALBERTO RODRIGUEZ.

*Censor Librorum*—Revs. JULIO FERNANDEZ; ISAIAS REVILLA, O.S.A.

*Parish Priests Consultors*—Rev. Msgrs. GONZALO DIAZ HERNANDEZ; ROGELIO MUR, O.Carm.; Rev. JOSE L. DIEZ, O.S.A.

**Diocesan Offices and Directors**

*Youth Apostolate*—Rev. JOSE GUSTAVO TORRES.

*Communications Media*—Rev. EDGARDO ACOSTA OCASIO.

*Cursillos de Cristiandad*—Rev. GERARDO E. CARABALLO GALINDO.

*Holy Childhood*—VACANT.

*Legion of Mary*—VACANT.

*Superintendent of Schools*—YOLANDA PAGAN.

*Religious Consultor*—Rev. JULIO FERNANDEZ.

*Catechetics*—Sr. MAGDALENA RIVERA, O.P.

*Christian Family Movement*—Rev. DELROY THOMAS SCOTT.

*Religious Coordinator*—Rev. JULIO FERNANDEZ.

*Development and Planification*—Rev. Msgr. ROGELIO MUR, O.Carm.

*Vocations*—Revs. GERARDO E. CARABALLO GALINDO; DANIEL ENRIQUE HERNANDEZ VELEZ; WILSON MONTES RODRIGUEZ.

*Catholic Social Services*—Rev. ORLANDO ROSAS, Dir., Carr. 108 Km. 2.8 Int., Calle Obispado Final, Bo. Miradero, Mayaguez, 00681. Tel: 787-833-3627; 787-833-3636; Fax: 787-833-3627. Email: sscdmaya@gmail.com.

*Seasonal Head Start Program*—Calle Dr. Veve #44, San German, 00683. Tel: 787-892-3800; Fax: 787-892-3866. Ms. MYRNA CARRERO, Dir.

## CLERGY, PARISHES, MISSIONS AND PAROCHIAL SCHOOLS

**CITY OF MAYAGUEZ**

1—CATHEDRAL OF OUR LADY OF PURIFICATION (1763) Rev. Msgr. Humberto Lopez Bonilla, Rector; Revs. Paulino Maruelos; Angel Valle Nieves; Deacon Israel Valentin.
Res.: P.O. Box 220, 00681-0220. Tel: 787-831-2444; 787-805-5952; Fax: 787-831-2444.

School—Academy of the Immaculate Conception, Tel: 787-834-5400; 787-834-7824 (High School); Fax: 787-834-5400. Sr. Ileris Velez, Elementary Prin.; Mr. Rene Torres, High School Prin. Lay Teachers 40; Elementary Students 311; High School Students 300.

School—Colegio La Milagrosa, Tel: 787-834-0350; Fax: 787-834-0350. Sr. Delma Morales, Prin. Sisters of Charity 1; Lay Teachers 22; Elementary Students 114; High School Students 171.

Convent—Hnas. de NazaretConvento Cristo Rey, 36 Calle Capaira, Ponce de Leon, 00681. Tel: 787-833-3481.

Mission—Maria Socorro de los Cristianos Barrio

Leguisamo.
*Mission—Santa Ana Quebrada Grande.*
*Catechesis/Religious Program*—Students 143.
2—ASCENSION (1968) Rev. Jose R. Linares; Deacon
Gilberto Martinez.
Res.: P.O. Box 279, 00681. Tel: 787-832-0766; Fax:
787-832-0766. Email: pjrlinares@hotmail.com;
laascensiondelsenor@gmail.com.
*Mission—St. Teresita* Bo. Limon.
*Mission—Our Lady of Perpetual Help* Bo. Las
Vegas.
*Mission—Ntra. Sra. de la Providencia (Rep.
Masias)* Bo. El Porvenir.
*Catechesis/Religious Program*—Students 143.
3—CHURCH OF EL BUEN PASTOR (1986) Revs. Jose
Aponte, S.J.; Angel M. Rivera Fals, S.J.; Luis O.
Jimenez, S.J.
Res.: Urb. Mayaguez Ter., 5000 Calle San Gerardo,
00682-6627. Tel: 787-833-8800; Fax: 787-805-
3660. Email: aponte.joser@gmail.com;
angelmaj@yahoo.com.
*Catechesis/Religious Program*—Students 74.
*Mission—El Cristo de Los Milagros* 1116 Calle
Perpetuo Socorro, Bo. Algarrobo, 00682. Tel:
787-265-5936.
*Mission—Sta. Teresita* Parcelas Soledad, 00682.
4—CHURCH OF THE RESURRECTION (1988) Rev. Or-
lando Rosas Muniz; Deacon Jose Luie Rodriguez.
Res.: Balboa 285, 00680. Tel: 787-831-6180.
*Catechesis/Religious Program*—Students 46.
*Chapel—Consumo, Jesus Redentor*
*Chapel—Rio Canas, Nuestra Senora del Perpetuo
Socorro*
*Chapel—Barrio Quemado, Nuestra Senora del
Carmen*
5—NUESTRA SENORA DE FATIMA (1986) [JC] Rev. Jose
Gustavo Torres Vega.
Res.: Parcelas Castillo C-2, 00680. Tel: 787-833-
0794. Email: padrejoseg2012@yahoo.com.
*Catechesis/Religious Program*—Students 101.
*Mission—Cristo Rey* Andalucia Sta., Sultana, 00680.
*Mission—Espiritu Santo* Sagitario St., Villa del
Oeste, Sabalos, 00680.
*Mission—Corpus Christi* Urb. Vista Verde, 00680.
6—OUR LADY OF MT. CARMEL (1957) Revs. William
Saltar Arocho, S.F.M., Admin.; Carlos Gonzalez,
S.F.M.; Oscar Granados del Valle, S.F.M.
Res.: Box 3166, 00681. Tel: 787-652-4999 (Office);
787-832-3203; Fax: 787-834-2777.
*Mission—Infant of Prague* Mani, 00680.
*Mission—Perpetuo Socorro* La Mesa, 00680.
*Catechesis/Religious Program*—Students 247.
7—SACRED HEART (1959) Revs. P. Angel Luis Rios
Matos; Julio A. Echevarria; Deacon Carlos
Valentin.
Res. *Marina Station,* P.O. Box 3626, 00681-3626.
Tel: 781-831-3940.
*School—St. Benedict,* Tel: 787-832-9626. Aixa
Rodriguez, Prin. Lay Teachers 21; Elementary
Students 150; High School Students 155.
*Catechesis/Religious Program*—Students 320.
*Mission—San Jose Rosario.*
*Mission—San Carlos y San Antonio* Rio Hondo.
*Mission—La Milagrosa* Bo. Maleza.
8—SAN VICENTE (1965) [JC] Revs. Manuel Aznar
Bello, C.M.; Jose Israel Santos Nunez, C.M.;
Tomas de la Puebla, C.M. (Retired).
Res.: Ave. Guanajibo, No. 401, 00680. Tel: 787-832-
8874. Email: manuelaznar@yahoo.es.
*Catechesis/Religious Program*—Students 65.
9—SANTA TERESITA (1970) Rev. Orlando Rosas Muniz,
Admin.
Res.: Principe St., 203 Bo. Colombia, 00680. Tel:
787-806-0881; Fax: 787-806-0881.
*Catechesis/Religious Program*—Students 88.

**OUTSIDE THE CITY OF MAYAGUEZ**

AGUADA
1—ST. FRANCIS OF ASSISI (1692) Revs. Jose Luis
Diez Gabela, O.S.A. (Spain); Isaias Revilla, O.S.A.
(Spain); Ildefonso Blanco, O.S.A. (Spain); Carlos
Cordero, O.S.A.; Jose R. Cepeda, O.S.A.; Carlos
Morales, O.S.A.; Deacons Hector Vargas; Wilfredo
Valle.
Mailing Address: P.O. Box 608, 00602.
Res.: Calle Paz #225, 00602. Tel: 787-868-2630;
Fax:        787-868-8561.        Email:
psfcoaguada@hotmail.com.tripod.com.        Web:
www.psfcoaguada.tripod.com
*Catechesis/Religious Program*—Students 1,300.
*Convent—Hermanas de la Caridad del Cardenal
Sancha,* Calle Jose Hernandez, Box 1136, 00602.
Tel: 787-868-8257; Fax: 787-868-8257.
*Mission—San Jose* Cerro Gordo.
*Mission—Santa Rita* Laguna.
*Mission—Santa Monica* Cruces.
*Mission—Santo   Tomas   de   Villanueva*
Galicia-Columbani.
*Mission—San Agustin* Jaguey Chiquito.
*Mission—Perpetuo Socorro* Rio Grande.
*Mission—Ntra. Madre de la Consolacion* Naranjo
Militar.

*Mission—Ntra. Sra. de Altagracia* Atalaya.
*Mission—San Pablo* Naranjo-Guanabanas.
*Mission—Asuncion de Maria* Marias.
*Mission—Buen Consejo* Cerro Gordo.
*Mission—Perpetuo Socorro* Islamey.
*Mission—Ntra. Sra. del Carmen* Guaniquilla.
*Mission—Centro de Espiritualidad, Madre de la
Consolacion* Piedras Blancas, Puerto Rico.
*Mission—Ntra. Sra. de las Mercedes* Carrizales.
*Mission—Inmaculada Concepcion* Malpaso-Cesar
Ruiz.
*Mission—Sagrada Familia* Bajio.
*Mission—Sgdo. Corazon de Jesus* Quebrada Larga.
*Mission—Ntra. Sra. del Carmen* Rio Grande-Playa.
*Mission—El Buen Pastor* Guayabo.
*Mission—Ntra. Sra. Reina de la Paz* Piedras
Blancas.
2—SANTUARIO PROTOMARTIRES DE LA CONCEPCION
(1524) Revs. Ramon Hiram Negron Cruz, O.F.M.
Cap.; Luis F. Gonzalez Rivera, O.F.M.Cap., Vicar;
Jose Antonio Villaran, O.F.M.Cap.; Edward Mal-
donado Plaza, O.F.M.Cap.; Deacon Nicolas Mejias.
Res.: Bo. Espinar, Buzon 1162, 00602. Tel:
787-891-2889.
*Chapel—Bo. Palmar, El Buen Pastor*
*Chapel—Bo. Tablonal, Sagrado Corazon de Jesus*
*Chapel—Bo. Victorias, Nuestra Senora del Carmen*
*Catechesis/Religious Program*—Students 88.

AGUADILLA
1—ST. CHARLES BORROMEO (1780) [CEM] Revs.
Delroy Thomas Scott, Admin.; Julio A. Echev-
arria; Julio Angel Vera; Deacons Victor M. Mo-
rales; Benjamin Echevarria.
Res.: P.O. Box 238, 00605-0238. Tel: 787-891-
0575; Fax: 787-882-2579.
*School—*Tel: 787-891-1445; Fax: 787-882-3270.
Mrs. Ana Nilsa Mendez, Prin.; Sr. Madelyn Ortiz,
Interim Librarian. Lay Teachers 21; Elementary
Students 56; High School Students 157.
*Catechesis/Religious Program*—Students 250.
Convent—Tel: 787-882-3629. Sr. Nilsa Luette
Gonzalez Garcia, Supr. Salesian Sisters 3.
Convent—Tel: 787-891-7496. Sr. Mary Parimala,
M.C. Missionaries of Charity 4.
*Chapel—Bo. Corrales, Our Lady of Perpetual
Help*
*Chapel—Caimital Alto, St. John Baptist*
*Chapel—Esteves, Our Lady of Rosary*
*Chapel—Bda. Caban, Holy Family*
2—LA MILAGROSA (1974) Rev. Msgr. Ramon E.
Albino; Rev. Perfecto Pérez; Deacon Herminio
Blas.
Res.: Urb. Marbella, Calle 1 Num. 379, 00603.
Tel: 787-891-7014; Fax: 787-891-7014. Email:
p.lamilagrosa@hotmail.com.
*School—Educational Service Corpus Christi
School,* Tel: 787-882-8433. Esmeralda Perez, Prin.
Students 216; Lay Teachers 22.
*Catechesis/Religious Program*—Students 243.
*Mission—Our Lady of Victory* Borinquen.
*Mission—Our Lady of Fatima* Camaseyes.
*Mission—San Judas Tadeo* Playuela,    Puerto
Rico.
3—SAN JOSE OBRERO (1975) Revs. Emilio Torres,
S.D.B.; Carlos Caban; Francisco Juan Garcia,
S.D.B.
Res.: P.O. Box 787, San Antonio, 00690-0787. Tel:
787-890-2449; Fax: 787-890-0436.
*Catechesis/Religious Program*—Students 200.
*Mission—La Providencia* Bo. Guerrero.
*Mission—Los Santos Reyes* Ramey-Maleza.
ANASCO, ST. ANTHONY ABBOT (1730) Revs. Tomas
Ciscar, O.Carm.; Rogelio Mur Aguilar, O.Carm.;
Ruben Dario Rodriguez; Deacon Victor M. Rosado
Cortes.
Res.: Box 392, 00610. Tel: 787-826-2215. Email:
antabad@coqui.net.
*School—LaSalle,* Tel: 787-826-6071. Emma
Mayens, Dir. Students 189.
*Catechesis/Religious Program*—Students 450.
*Mission—Chapel of Our Lady of Perpetual Help*
Miraflores.
*Mission—Our Lady of Carmel* La Playa.
*Mission—St. Lawrence Martyr* Bo. Espino.
*Mission—La Inmaculada* Bo. Pinales.
*Mission—La Providencia* Bo. Carreras.
*Mission—Our Lady of Monserrat* Bo. Cerro Gordo.
*Mission—St. Rita* Bo. Marias.
*Mission—Cristo Redentor* Bo. Oveja.
*Mission—Santa Rosa de Lima* Bo. Pozo Hondo.
*Jesus Maestro Casa de Formacion—*
CABO ROJO
1—ST. MICHAEL (1783) Revs. Wilson Montes
Rodriguez, Admin.; Tomas Galarza Figueroa.
Res.: Box 625, 00623. Tel: 787-851-1283; Fax:
787-851-1970.
*School—San Agustin,* Tel: 787-851-1950; Fax:
787-255-2751
colegiosanagustin@hotmail.com. Mother Raquel
Alvarengua, Dir.; Sr. Raymond Perez, Prin. Sisters
12; Lay Teachers 39; Students: High School 269;

Elementary 186.
*Catechesis/Religious Program*—Students 621.
*Convent—Hnas. de Nazaret,* Urb. Margarita Calle
Baldorioty #2, 00623. Tel: 787-550-4575.
*Mission—Our Lady of Mt. Carmel* Puerto Real.
*Mission—St. John the Baptist* Joyuda.
*Mission—Our Lady of Good Counsel* Llanos Tunas.
*Mission—St. Jude Thaddeus* Monte Grande.
*Mission—St. Martin de Porres* Conde Avila.
*Mission—Ntra. Sra. de la Providencia* Bo. Mirad-
ero.
2—PARROQUIA SAN JOSE, CUSTODIO DE LA SAGRADA
FAMILIA Rev. Luis Carlos Pena Martinez; Deacon
Andres Almanza.
Apartado 238, Boqueron, 00622. Tel: 787-514-4440.
*Mission—Nuestra Senora de Fatima* Betances.
*Mission—Santa Rita de Casia* Las Palmas.
*Mission—Santa Rita de Casia* Las Palmas.
*Mission—Cristo Rey* Coroso.
HORMIGUEROS
1—EL SALVADOR (1969) Rev. Edgardo Acosta Ocasio;
Deacon Angel Rivera.
Res.: Box 567, 00660. Tel: 787-834-1993.
*Catechesis/Religious Program*—Students 56.
*Convent—Hnas. Misioneras Dominicas del Rosa-
rio,* Urb. Valle Hermoso Calle Duarte SU 55,
00660. Tel: 787-835-7048; 787-407-2311.
*Chapel—Valle Hermoso* Arriba, San Judas Tadeo
*Chapel—Parcelas S. Romualdo, Sta. Teresita*
2—SHRINE OF OUR LADY OF MONSERRATE (1874) Rev.
Msgr. Gonzalo Diaz Hernandez; Rev. Nomar Jose
Calero Gómez; Deacon Gilberto H. Rodriguez.
Res.: Box 24, 00660. Tel: 787-849-2260. Web:
www.santuariodemonserrate.org.
Convent—Box 185, 00660. Tel: 787-849-2055; Fax:
787-849-2035. Sisters of Fatima for Social Work
3.
*Mission—Sagrado Corazon de Jesus* Bo. Lavadero.
*Mission—Ntra. Sra. de la Paz* Bo. Jaquitas.
*Mission—La Asuncion* Bo. Carretera Nueva.
*Mission—San Martin de Porres* Bo. Guanajibo.
*Mission—Santa Rosa de Lima* Bo. El Hoyo.
LAJAS
1—DE LA MERCED PARISH (1971) Rev. Urian J. Perez
Zapata, Admin.; Deacon Ramon Cardona.
Res.: Calle Violeta #113, P.O. Box 1023,
00667-1023. Tel: 787-899-1910. Email:
lamercedlajas@hotmail.com.
*Catechesis/Religious Program*—Students 31.
*Mission—Ntra. Sra. de la Monserrate* Carr. 101
Ramal 303 K.2.4, Bo. Maguayo, 00667.
*Mission—San Pedro* Carr. 304 Calle Principal,
Bo. Parguera, 00667.
*Mission—Ntra. Sra. de Monserrate* Carr. 116
Parcellas Cuesta Blanca #264, Bo. Cuesta Blanca,
00667.
*Mission—Ntra. Sra. del Carmen* Carr. 324 K. 5.6,
Bo. Salinas, 00667.
*Mission—Ntra. Sra. del Perpetuo Socorro* Carr.
306, Bo. Paris, 00667.
2—OUR LADY OF THE PURIFICATION (1883) Revs.
Angel Ortiz Velez; Edgardo Lopez Hernandez.
Res.: Box 425, 00667. Tel: 787-899-1911; Fax:
787-899-2455.
*School—St. Louis Academy Sisters of St. Joseph,*
Tel: 787-899-4080; Fax: 787-899-4080. Sr. Teresita
Aliceo, C.S.J., Prin. (Brooklyn) Sisters 1; Lay
Teachers 12; Elementary Students 31; High School
Students 36.
*Catechesis/Religious Program*—Students 24.
*Convent—La Providencia,* Tel: 787-899-5180.
*Mission—Sagrado Corazon de Jesus* Parcelas
#201, Bo. La Plata, 00667.
*Mission—Ntra. Sra. del Perpetuo Socorro* Car-
retera 118 Km 0, Bo. Lajas Arriba (La Tea),
00667.
*Mission—San Pablo* Parcelas #48, Bo. Lajas
Arriba (Parcelas), 00667.
*Mission—Santa Rosa de Lima* Comunidad Sta.
Rosa #35, Bo. Parcelas Santa Rosa, 00667.
*Mission—San Judas Tadeo* Parcelas #172, Bo.
Parcelas Palmarejo, 00667.
*Mission—San Juan Bautista* Parcela #80, Bo.
Palmarejo II, 00667.
*Mission—Santa Rosa de Lima* Bo. La Haya.
LAS MARIAS, IMMACULATE HEART OF MARY (1863)
Rev. Carlos J. Mendez, Admin.
Res.: Box 126, 00670. Tel: 787-827-3300.
*Catechesis/Religious Program*—Students 177.
*Mission—Ntra. Sra.* Carr. 406, Km. 3.9, Anones,
00607.
*Mission—La Milagrosa* Carr. 124, R. 370, Km. 6.8
Int Buena Vista, Buena Vista, 00670.
*Mission—Ntra. Sra. de Fatima* Palma Escrita.
MARICAO, ST. JOHN THE BAPTIST (1864) Rev. David
Perez Meniez, Admin.
Res.: Box 453, 00606. Tel: 787-838-2014.
*Catechesis/Religious Program*—Students 142.
*Mission—Sagrado Corazon* Bucarabones.
*Mission—Santa Rosa* Indiera Fria.
*Chapel—Montoso, Immaculada Corazon de Maria,*
Tel: 787-838-2272. Sr. Angeles Mamre Pacheco,

Case 3:16-cv-02073-GAG-BJM Document 173-10 Filed 09/12/26/17 Page 25 of 31

MAYAGUEZ, PUERTO RICO (MGE) _____ 1618 _____ CATHOLIC CHURCH IN THE U.S.

O.P., Supr. Dominican Sisters of Our Lady of Fatime 6.

Moca, Our Lady of Monserrate (1772) Rev. Jorge Luis Caro Morales; Rev. Msgr. Angel Latre; Revs. Luis Mojica Malave; Juan Chavajay; Edward Acevedo; Roberto Soler; Deacons Domingo Lorenzo; German Colon.
Res.: P.O. Box 435, 00676. Tel: 787-877-2765; Fax: 787-877-7795. Email: parroquialamonserrate@gmail.com.
School—Colegio Ntra. Sra. de la Monserrate, Tel: 787-877-5444. Email: colegiolamonserratemoca@yahoo.com P. Jorge L. Caro, Prin. Students 141; Lay Teachers 12.
Catechesis/Religious Program—Elba I. Cordero, D.R.E. Students 1,200.
Mission—San Judas Tadeo Bo. Plata.
Mission—Espiritu Santo Bo. Voladoras Lomas.
Mission—Sagrada Familia Bo. Voladoras Parcelas.
Mission—Sagrado Corazon de Jesus Bo. Naranjo.
Mission—Santos Guillermo Abad y San Mateo, Bo. Cuchillas Lassalle, PR
Mission—Inmaculado Corazon de Maria, Bo. Cuchillas Sabana, PR
Mission—Virgen del Perpetuo Socorro, Bo. Cuchillas Limon, PR
Mission—Cristo Rey Bo. Cuchillas Loperena.
Mission—Virgen de la Monserrate Bo. Cuchillas Cordero.
Mission—Virgen de la Providencia Bo. Rocha Magueyes.
Mission—San Pedro Apostol Bo. Rocha Sec. Lassalle.
Mission—Virgen del Rosario Bo. Capa Barreto.
Mission—Corpus Christi Bo. Capa Bosque.
Mission—El Buen Pastor Bo. Cerro Gordo.
Mission—San Martin de Porres Bo. Aceituna.

Rincon, St. Rose of Lima (1789) Revs. Gerardo E. Caraballo Galindo, Admin.; Angel Roman Ramos; Deacons Heriberto Santana; Gilberto Medina Agron.
Res.: Box 128, 00677. Tel: 787-823-2650; Fax: 787-823-4400.
Catechesis/Religious Program—Students 600.
Mission—Santa Rosa Bo. Calvache.
Mission—El Cristo de la Reconciliacion Bo. Atalaya.
Mission—La Milagrosa Bo. Corcega.
Mission—La Virgin de Guadalupe Bo. Rio Grande.
Mission—Sagrado Corazon de Jesus Bo. Cruces.
Mission—Nuestra Senora del Carmen Bo. Puntas.
Mission—San Jose Bo. Jaguey.

Rosario, Our Lady of Rosary (1831) Rev. Javier Aquino Florenciani.
Res.: 348 St., 7.5 Kilometer, Box 692, 00636. Tel: 787-831-7232.
Mission—Nuestra Senora del Rosario
Mission—La Milagrosa Bo. Rosario Alto.
Mission—La Monseirate Bo. Rosario Penon, 00680.
Catechesis/Religious Program—Students 628.

Sabana Grande, Church of San Isidro (1612) Rev. Msgr. Rafael A. Mendez Vargas; Revs. Harry Lopez Vasquez; Edwin Lugo Silva; Deacon Roberto de Jesus.
Res.: Box 817, 00637. Tel: 787-873-4475; Fax: 787-804-0327.
Catechesis/Religious Program—Students 406.
Convent—Tel: 787-873-2750. Sr. Maximina, O.P., Supr. Sisters 3.
Mission—Cristo Rey Carr. 368, R. 367, Km. 2.0, El Papayo, 00637.
Mission—La Resurreccion Carr. 121, Calle Azucena, Susua, 00637.
Mission—Sagrado Corazon de Jesus Calle Rable #44, Carr. 121, Km. 5.0, Bo. Maginas, 00637.
Mission—San Jose Carr. 121, Km. 4.1, Bo. La Pica, 00637.
Mission—San Francisco de Asis Carr. 369, Km. 1.4, Bo. Cerro Gordo, 00637.
Mission—Ntra. Sra. de Monserrate Carr. 2, R. 365, Km. 2.8, Interior, Bo. Molinas, 00637.
Mission—Ntra. Sra. de Fatima Carr. 328, Km. 3.6, Bo. Guaras, 00637.
Mission—Santa Catalina de Siena Carr. 388, Km. 5.3, Interior, Bo. Torre, 00637.
Mission—Santa Ana Carr. 114, R. 363, Km. 2.4, Bo. La Maquina, 00637.
Mission—La Virgen del Rosario Carr. 120, Km. 6, Bo. Santana Pichel, 00637.
Mission—La Virgen Milagrosa Carr. 364, Km. 7, Interior, Bo. El Hoyo, 00637.
Mission—San Judas Tadeo Carr. 117, Km. 10.7, Bo. Rayo Plata, 00637.
Mission—Divino Nino Jesus Carr. 102, Km. 38.1, Interior, Bo. Rayo, Sect. David Mendez, 00637.
Mission—Sta. Lucia Carr. 120, Km. 3.1, Bo. Sta. Ana Moreno, 00637.

San German
1—Iglesia Diocesana de la Inmaculada Concepcion Rev. Angel Leonides Soto.
Apartado 285, 00683. Tel: 787-892-1860.
Legal Name: Iglesia Diocesana de la Inmaculada Concepcion Hospital La Concepcion
2—St. Rose of Lima (1967) Revs. Francisco Larran, O.S.A.; Saturnino Juan Vega; Abdon Atienza, O.S.A.
Res.: Box 364, 00683. Tel: 787-892-1276; Fax: 787-892-1276. Email: rosalima@prtc.net. Web: www.rsyantarosa.org.
Catechesis/Religious Program—Students 542.
Mission—Ntra. Sra. de la Consolacion Bo. Guama.
Mission—Perpetuo Socorro Bo. Minillas Carretera.
Mission—San Jose Bo. Retiro Tres.
Mission—Santa Monica Bo. Minillas Valle.
Mission—St. Martin de Porres Bo. Cain.
3—San German de Auxerre (1573) Revs. Daniel Enrique Hernandez Velez; Miguel Jesus Cruz Aguila.

Mailing Address: Box 305, 00683.
Res.: 2 Jose J. Acosta St., 00683. Tel: 787-892-1027; Fax: 787-264-4677. Web: www.sangermanauxerre.com.
School—Colegio San Jose, Tel: 787-892-1009; Fax: 787-892-2275. Prof. Mabel Ortiz, Prin. Lay Teachers 17; Elementary Students 114; High School Students 100.
Catechesis/Religious Program—Students 172.
Mission—Chapel of St. Augustin Duey.
Mission—Chapel of St. Joseph Hoconuco.
Mission—Gruta de Lourdes Maresua.
Mission—Our Lady of Fatima Cotuy.
Mission—San Judas Tadeo Sabana Eneas.

San Sebastian, San Sebastian Martir (1752) Revs. Moises Rios Ruiz, C.P.; Jose Lizarralde, C.P.; Miguel Angel San Martin; Juan Martin Diaz; Deacons Nestor Gonzalez; Bernardino Medina.
Res.: P.O. Box 801, 00685. Tel: 787-896-1028.
Email: parroquiass@gmail.com.
School—San Sebastian Martir, Administrated by the Passionist Sisters "Hijas de la Pasion", Tel: 787-896-5728; Fax: 787-280-6521. Nia K. Méndez, Prin.; Mother Suyapa Rodriguez. Lay Teachers 32; Elementary Students 231; High School Students 153.
Catechesis/Religious Program—Students 610.
Convent—Enas. Hijas de la pasion y Maria Dolorosa, P.O. Box 3132, 00685.
Mission—Cristo Rey Bo. Perchas 1.
Mission—La Pasion del Señor Bo. Perchas II.
Mission—San Gabriel de la Dolorosa Bo. Calabazas.
Mission—La Immaculada Concepcion Bo. La Lechuza.
Mission—Santa Teresita del Nino Jesus Bo. Juncal.
Mission—Ntra. Sra. del Carmen Bo. Aibonito Guerrero.
Mission—San Judas Tadeo Bo. Saltos.
Mission—San Patricio Bo. Hato Arriba.
Mission—San Pablo de la Cruz Bo. Hato Arriba (Parcelas).
Mission—Ntra. Sra. de Fatima Bo. Altozano.
Mission—Sagrado Corazon de Jesus Bo. Robles.
Mission—San Jose Obrero Bo. Hoyamala.
Mission—Santa Cruz Bo. Parcelas Guacio (Parcelas).
Mission—Espiritu Santo Bo. Culebrinas.
Mission—Cristo Resucitado Bo. Sonador.
Mission—Ntra. Sra. de La Providencia Bo. Eneas.
Mission—Sagrada Familia Bo. Pozas.

On Special Assignment:
Rev.—
Diaz, Gonzalo, Vicar General, Box 24, Hormigueros, PR.

## INSTITUTIONS LOCATED IN THE DIOCESE

### [A] COLLEGES AND UNIVERSITIES

Añasco. De La Salle Catholic College, Apartado 61, 00610. Tel: 787-826-6071; Fax: 787-826-5185. Emma Mayens, Dir.
Aguadilla. Corpus Christi College, Apartado 4021, 00605-4021. Tel: 787-882-8433; Fax: 787-891-4555. Email: colegiocorpuschristi@yahoo.com. Rev. Msgr. Ramon E. Albino; Esmeralda Perez, Prin.
Moca. Nuestra Senora de la Monserrate College, Apartado 435, 00676. Tel: 787-877-2765; Fax: 787-877-7795. Damaris Gonzalez, Prin.

### [B] HOSPITALS

San German. Hospital of the Immaculate Conception, Box 285, 00683. Tel: 787-892-1860; Fax: 787-264-7908. Web: www.hospconcepcion.com. Rev. Angel Leonides Soto, Chap. Sisters of Charity; Ascension Healthcare. Sisters 6; Bed Capacity 170; Total Staff 735; Patients Assisted Annually (Admissions) 8,968; Emergency Visits 49,856.

### [C] INSTITUTIONS

Mayaguez. Comunidad Belen, c/o P.O. Box 2272, 00681. Rev. P. Carlos Gonzalez. Contact Person.
Convent of the Servants of Mary, Hostos Ave., 401, 00680. Tel: 787-832-0391; Fax: 787-805-6160. Sr. Rosaura Morales Rivera, Supr. Sisters care for the sick in their homes and hospital. Sisters 13.

Hormigueros. Residence for the Aged, San Jose, Valle Hermoso, 00660. Tel: 787-832-4243; Fax: 787-833-4529. Sisters 7; Residents 120.
San German. Egida de la Concepcion, Calle Variante #1, 00683.

### [D] PERSONAL PRELATURES

Mayaguez. Opus Dei (Prelature of the Holy Cross and Opus Dei), 69 Orquideas St., Ensanche Martinez, 00683. Tel: 787-833-6461. Rev. Javier Bernaola.

RELIGIOUS INSTITUTES OF MEN REPRESENTED IN THE DIOCESE
For further details refer to the corresponding bracketed number in the Religious Institutes of Men or Women section.
[]—Acies Christi (Spain)
[0140]—Augustinians—O.S.A.
[0200]—Benedictine Monks Spain—O.S.B.
[0270]—Carmelite Fathers and Brothers (Spain)—O.Carm.
[1330]—Congregation of the Mission (Vice Province of Puerto Rico)—C.M.
[1000]—Congregation of the Passion—C.P.
[]—Hermanos La Salle
[]—Jesuitas
[]—Salesian Fathers
[]—Sociedad Fraterna de Misericordia

RELIGIOUS INSTITUTES OF WOMEN REPRESENTED IN THE DIOCESE
[]—Acies Christi (Spain)
[]—Carmelitas de Clausura (Spain)
[]—Hermanas de la Caridad
[]—Hermanas de Nazaret
[]—Hermanas Dominicas del Rosario
[]—Hermanas Misioneras Dominicos del Rosario
[]—Hermanas Pasionistas
[]—Hermanas Salesianas (Spain)
[]—Hermanas Teatinas (Spain)
[2340]—Little Sisters of the Poor—L.S.P.
[]—Monasterio Santa Maria del Monte Carmelo
[3580]—Servants of Mary (Spain)—O.S.M.
[0650]—Sisters of Charity of St. Vincent de Paul (Spanish)—S.C.
[]—Sisters of Fatima (Puerto Rico)
[]—Sisters of Schoenstatt (Germany)
[]—Sisters of St. Joseph (Brooklyn)

### NECROLOGY
(No Deaths)

An asterisk (*) denotes an organization that has established tax-exempt status directly with the IRS and is not covered by the USCCB Group Ruling.

1618

# Diocese of Ponce, Puerto Rico

*(Diocesis Poncensis)*

Most Reverend

RUBEN ANTONIO GONZALEZ MEDINA, C.M.F.

Bishop of Ponce; ordained February 9, 1975; appointed
Bishop of Caguas December 12, 2000; consecrated
February 4, 2001; appointed Bishop of Ponce December
22, 2015; installed January 31, 2016. *Mailing Address:
Bishop's House, P.O. Box 32205, Ponce, PR 00732-2205.*



Most Reverend

FELIX LAZARO, Sch.P.

Bishop Emeritus of Ponce; ordained April 9, 1961;
appointed Coadjutor Bishop of Ponce March 20, 2002;
consecrated April 25, 2002; appointed Bishop of Ponce
June 11, 2003; retired December 22, 2015. *Res.:
Bishop's House, P.O. Box 32205, Ponce, PR 00732-2205.*
Tel: 787-848-5265; Fax: 787-841-1778.

ESTABLISHED NOVEMBER 21, 1924.

Square Miles 830.

*Comprises the south portion of the Island of Puerto Rico
and is in the Ecclesiastical Province of Puerto Rico.*

## STATISTICAL OVERVIEW

**Personnel**
| | |
|---|---|
| Bishop. | 1 |
| Retired Bishops. | 1 |
| Priests: Diocesan Active in Diocese. | 58 |
| Priests: Diocesan Active Outside Diocese | 3 |
| Priests: Retired, Sick or Absent. | 14 |
| Number of Diocesan Priests. | 75 |
| Religious Priests in Diocese. | 41 |
| Total Priests in Diocese. | 116 |

**Ordinations:**
| | |
|---|---|
| Diocesan Priests. | 3 |
| Religious Priests. | 1 |
| Permanent Deacons in Diocese. | 100 |
| Total Brothers. | 2 |
| Total Sisters. | 179 |

**Parishes**
| | |
|---|---|
| Parishes. | 43 |

**With Resident Pastor:**
| | |
|---|---|
| Resident Diocesan Priests. | 31 |
| Resident Religious Priests. | 12 |
| Pastoral Centers. | 248 |

**Professional Ministry Personnel:**
| | |
|---|---|
| Brothers. | 2 |

**Welfare**
| | |
|---|---|
| Health Care Centers. | 7 |

| | |
|---|---|
| Total Assisted. | 25,635 |
| Homes for the Aged. | |
| Total Assisted. | 164 |
| Residential Care of Children. | 1 |
| Total Assisted. | 27 |
| Day Care Centers. | 1 |
| Total Assisted. | 40 |
| Specialized Homes. | 1 |
| Total Assisted. | 32 |
| Special Centers for Social Services. | 4 |
| Total Assisted. | 6,815 |

**Educational**
| | |
|---|---|
| Seminaries, Diocesan. | 1 |
| Students from This Diocese. | 8 |
| Students from Other Diocese. | 10 |
| Seminaries, Religious. | 1 |
| Students Religious. | 5 |
| Total Seminarians. | 16 |
| Colleges and Universities. | 1 |
| Total Students. | 10,616 |
| High Schools, Diocesan and Parish. | 7 |
| Total Students. | 1,341 |
| High Schools, Private. | 5 |
| Total Students. | 673 |
| Elementary Schools, Diocesan and Parish | 14 |

| | |
|---|---|
| Total Students. | 3,419 |
| Elementary Schools, Private. | 6 |
| Total Students. | 1,487 |

**Catechesis/Religious Education:**
| | |
|---|---|
| High School Students. | 1,423 |
| Elementary Students. | 5,089 |
| Total Students under Catholic Instruction | 24,063 |

**Teachers in the Diocese:**
| | |
|---|---|
| Priests. | 8 |
| Sisters. | 11 |
| Lay Teachers. | 551 |

**Vital Statistics**

**Receptions into the Church:**
| | |
|---|---|
| Infant Baptism Totals. | 2,488 |
| Minor Baptism Totals. | 1,161 |
| Adult Baptism Totals. | 292 |
| Received into Full Communion. | 3,881 |
| First Communions. | 1,146 |
| Confirmations. | 807 |

**Marriages:**
| | |
|---|---|
| Catholic. | 474 |
| Interfaith. | 22 |
| Total Marriages. | 496 |
| Total Catholic Population. | 363,322 |
| Total Population. | 536,578 |

Former Bishops—Most Revs. EDWIN V. BYRNE, D.D.,
cons. in Philadelphia, Nov. 30, 1925; transferred
to San Juan, PR; promoted to Archbishop of Santa
Fe, NM, June 15, 1943; died July 25, 1963;
ALOYSIUS J. WILLINGER, C.Ss.R., D.D., ord. July 2,
1911; appt. Bishop of Ponce March 8, 1929; cons.
Oct. 28, 1929; appt. Titular Bishop of Bida and
Coadjutor of Monterey-Fresno (cum jura
successionis), Dec. 12, 1946; installed Bishop of
Monterey-Fresno, Jan. 3, 1953; resigned Oct. 25,
1967; died July 25, 1973; JAMES E. McMANUS,
C.Ss.R., D.D., J.C.D., transferred to the
Archdiocese of New York, Nov. 18, 1963; died July
1, 1976; His Eminence LUIS CARDINAL APONTE
MARTINEZ, D.D., ord. April 10, 1950; appt. Titular
Bishop of Lares and Auxiliary of Ponce, July 23,
1960; cons. Oct. 12, 1960; appt. Coadjutor Bishop
of Ponce, April 16, 1963; appt. Bishop of Ponce,
Nov. 18, 1963; installed Feb. 20, 1964; promoted
to Archbishop of San Juan, Nov. 4, 1964; installed
Jan. 15, 1965; created Cardinal, March 5, 1973;
resigned May 8, 1999; died April 10, 2012.; Most
Revs. FREMIOT TORRES OLIVER, D.D., ord. April 10,
1950; appt. Bishop Nov. 4, 1964; cons. Dec. 21,
1964; retired Nov. 10, 2000; died Jan. 26, 2012.;
RICARDO SURINACH CARRERAS, D.D., ord. April 13,
1957; appt. Auxiliary Bishop of Ponce May 26,
1975; cons. July 25, 1975; appt. Bishop of Ponce
Nov. 10, 2000; installed Nov. 30, 2000; retired
June 11, 2003; died Jan. 19, 2005; FELIX LAZARO,
Sch.P., ord. April 9, 1961; appt. Coadjutor Bishop
of Ponce March 20, 2002; consecrated April 25, 2002;

appt. Bishop of Ponce June 11, 2003; retired Dec.
22, 2015.

Vicar General—Rev. Msgr. ROBERTO GARCIA BLAY.

Pro-Vicar General—VACANT.

Chancellor—Rev. ANGEL BERRIOS.

Episcopal Vicar for Diocesan Administration—Rev.
Msgr. ROBERTO GARCIA BLAY.

Episcopal Vicar for Pastoral Coordination—Rev. Msgr.
JUAN RODRIGUEZ ORENGO.

Episcopal Vicar for Religious—VACANT.

Episcopal Vicar for Education—VACANT.

Episcopal Vicar for Sick—Rev. DAIRO H. ARBOLEDA,
O.SS.T.

Tribunal Interdiocesano de Puerto Rico—Calle Isabel
No. 31, P.O. Box 32229, Ponce, 00732-2229. Tel:
787-843-4630; Fax: 787-841-7483. First instance
for the Dioceses of Mayaguez and Ponce. Second
Instance for the Archdiocese of San Juan.

Judicial Vicar—Rev. Msgr. ELIAS S. MORALES.

Associate Judicial Vicars—Rev. MANUEL SANTIAGO.

Moderator—Most Rev. FELIX LAZARO, Sch.P.

Judges—Revs. ANGEL BERRIOS; CARLOS M. GRULLON
CAPELLAN; OMAR OMI SOTO TORRES; JOSE MIGUEL
CEDENO VELEZ; JOSE I. OLVERA, C.O.R.C.
Mayaguez—Rev. Msgr. GONZALO DIAZ.

Diocesan Consultors—Rev. Msgr. ROBERTO GARCIA
BLAY; Rev. ANGEL BERRIOS; Rev. Msgrs. ELIAS S.
MORALES; JOSE LOZANO; JUAN RODRIGUEZ ORENGO.

Diocesan Board of Administration—Rev. Msgr.
ROBERTO GARCIA BLAY; Deacon ALBERTO CASTRO;
Mr. SANTIAGO RAMOS; Mr. JAIME SANTIAGO CANET;

FELIX NEGRON MARTINEZ.

Parish Priests Consultors—Rev. JOSE DIEGO
RODRIGUEZ; Rev. Msgrs. JUAN RODRIGUEZ ORENGO;
JOSE LOZANO.

Notaries—ALEJANDRA M. RIVERA RIVERA; GLADYSBETH
ORTIZ GONZALEZ.

Censores Librorum—Rev. ADALIN RIVERA.

Administrator—Rev. Msgr. ROBERTO GARCIA BLAY.

### Diocesan Offices and Directors

Propagation of the Faith—Rev. Msgr. JUAN RODRIGUEZ
ORENGO, Diocesan Dir., Mailing Address: Diocese
of Ponce, P.O. Box 32205, Ponce, 00732-2205. Tel:
787-848-5265.

Police Chaplains—Revs. SAMUEL SANTIAGO. Tel: 787-
848-3313; SEGISMUNDO CINTRON. Tel: 787-856-
3617; JUAN SALIVA. Tel: 787-839-3465.

Master of Ceremonies to the Bishop—Rev. Msgr. JUAN
RODRIGUEZ ORENGO, Mailing Address: Diocese of
Ponce, P.O. Box 32205, Ponce, 00732-2205. Tel:
787-848-5265.

Caballeros de Colon (Knights of Columbus)—Mr. JOSE
DAVILA, Mailing Address: Consejo 1719, P.O. Box
7921, Ponce, 00732.

Camino Neocatacumenal—Lcdo. FELIX NEGRON, 127
Calle Central, Coto Laurel, 00780-2103. Tel: 787-
259-1724; Fax: 787-259-1724. Email:
felixnegronlaw@gmail.com.

Centro Diocesano Pro-Vida (Pro-Life Center)—Rev.
FRANCISCO LUGO, D.P., Mailing Address: P.O. Box
32214, Ponce, 00732-2214. Tel: 787-840-6018;

*Cofradia Diocesana del Sagrado Corazon*—ROSIE SANTIAGO, Urb. Jardines del Caribe, 108 Calle 20, Ponce, 00728-4437. Tel: 787-843-6409. Email: rosie_santiago@hotmail.com.

*Comunidades de Oracion y Refugion Biblica*—GILDA CRUZ BATIZ, Urb. Los Caobos, 2383 Calle Pendula, Ponce. 00716. Tel: 787-843-8207. Email: gcb.cards@gmail.com.

*Comunion y Liberacion*—WADI ADAMES ROMAN, Urb. Villa Grillasca, 2040 Calle Eduarde Cuevas, Ponce, 00717-0589. Tel: 787-473-0897. Email: wadar3@gmail.com.

*Cursillos de Cristiandad*—Rev. SAMUEL SANTIAGO DE JESUS, P.O. Box 32212, Ponce, 00732-2212. Tel: 787-843-0245.

*Equipo de Nuestra Senora*— P. Ntra. Sra. de La Monserrate Rev. LUIS ROSARIO, D.P., 13 Calle Figueras, Jayuya, 00664. Tel: 787-828-0874; 787-243-9211. Email: rosariotravel@yahoo.com.

*Movimiento Familia de Jesus*—JOSE LUCAS RODRIGUEZ, Estancias de Yauco, 12 Calle Turquesa, Yauco, 00698. Tel: 787-632-1275. Email: joselucasr@gmail.com.

*Ministerio Catolico Matrimonios Unidos en Cristo*—Mailing Address: Parroquia San Jose Obrero, P.O. Box 3027, Ponce, 00732. Tel: 787-843-9072. Email: pmatuelmu@hotmail.com; mucpuertorico@gmail.com.

*Estudios Peregrinos en la Fe*—CARMEN PASARELL, Mailing Address: Centro Catequistico, P.O. Box 32223, Ponce, 00732-2223. Tel: 787-842-9178. Email: centrocatequisticoponce@yahoo.com.

*Hijas Catolicas de America (Catholic Daughters of America)*—Rev. JAYSON ORSINI, Chap.; CARMEN NEGRON, Regente. Tel: 787-390-0378.

*Hijas de Maria Inmaculada*—CELINEL LOYOLA, HC-03 Box 10979, Juana Diaz, 00795.

*Legion de Maria Comitium Ponce (Legion of Mary)*—MARIBEL RIVERA. Tel: 787-844-8142.

*Movimiento Juan XXIII*—RAFAEL LOPEZ, Mailing Address: P.O. Box 801449, Coto Laurel, 00780-1449. Email: lopezsilvanrafael@yahoo.com.

*Orden Ecuestre del Santo Sepulcro*—Mr. SANTIAGO RAMOS, Mailing Address: P.O. Box 331110, Ponce, 00733-1110. Tel: 787-841-0384. Email: osssj.lugartenenciapr@gmail.com; insurance@santiagoramos.com.

*Comunidad Carismatica de la Visitacion y de La Eucaristia*—ZOBEIDA NEGRON, Calle Florencio Santiago 32, Coamo, 00769. Tel: 787-825-0048; 787-616-6424. Email: cvecoamo.pr@gmail.com.

*Renovacion Carismatica Catolica (Catholic Charismatic Renewal)*—HERMAN ORTIZ PADILLA, Mailing Address: P.O. Box 800484, Coto Laurel. 00780. Tel: 787-662-3961. Email: rcc.ponce@gmail.com.

*Siervos de Cristo Vivo*—MANUEL ACEVEDO, Mailing Address: P.O. Box 2206, Coamo, 00769. Tel: 787-803-6074. Email: siervoscoamo@hotmail.com.

*Sociedad del Santo Nombre (Holy Name Society)*—RAMON BERNIUDEZ, Urb. La Lula, A10 Calle 1, Ponce, 00730. Tel: 787-840-6932.

*Talleres de Oracion y Vida*—MARTA ALVAREZ, Mailing Address: P.O. Box 800140, Coto Laurel, 00780. Tel: 787-848-2111; 787-948-8418. Email: mmasantiago@yahoo.com.

*Grupo de la Divina Misericordia*—NAIDA COSTA, Urb. Constancia, 3362 Calle Riollano, Ponce, 00717-2238. Tel: 787-259-1752. Email: n.feustina@gmail.com.

*Comunidad Jesus Resucitado*—MILDRED COLLAZO, Mailing Address: P.O. Box 328, Mercedita, 00715-0328. Tel: 787-384-2234; 787-841-6355. Email: mcollazo@mcmadeclap.com.

*Ministerio de Evangelizacion Catolico de la Diocesis de Ponce*—Mr. JUAN REYES, Mailing Address: P.O. Box 334151, Ponce, 00733-4151.

*Ministerio Emaus*—Coordinator Hombres: LUIS G. COLON MIRANDA. Tel: 787-633-7228. Coordinadora Mujeres: ENID DIAZ ALVARADO, HC 3 Box 18164, Coamo, 00769. Tel: 787-341-0013.

*Cofradia Virgen Dolorosa*—VILMA ROSADO, Parroquia Cristo Rey, Urb. La Rambla, Calle Valladolid 2933, Ponce, 00730-4011.

*Nocturnal Adoration*—Rev. JOSE ANTONIO LOPEZ VEGA, Mailing Address: Our Lady of Mt. Carmel, P.O. Box 800487, Coto Laurel, 00780-0187.

*Hogar Catholico Divino Nino Jesus*—Mailing Address: P.O. Box 2106, Guayama, 00785. Tel: 787-866-1486.

*Franciscan Third Order (Secular Franciscans Order)*—Rev. CARLOS A. REYES ALVAREZ, O.F.M.Cap., Dir.

*Movimiento Schoenstatt*—

*Juventud Mariana Vicentina*—Mr. HERIBERTO VELAZQUEZ, Dir., Parraquia San Vicente de Paul, 67 Paseo Cantera, Ponce, 00730-3026.

*Movimiento Sacerdotal Mariano*—VACANT, Mailing Address: P.O. Box 32205, Ponce, 00732-2205. Tel: 787-848-8265.

*Boy Scouts of America*—Mr. ANIBAL DIAZ COLON, Urb. Villa El Encanto, Calle 7 #50, Juana Diaz, 00795. Tel: 787-837-2606.

*Radio Station WEUC · FM Catholic Radio*—OMAR PIMENTEL, Dir., 2250 Ave. Las Americas, Ste. 529, Ponce, 00717-9997. Tel: 787-844-8809.

*Television Station · Catholic TV · Channel 14*—Mr. IVAN FALTO, Dir., 2250 Ave. Las Americas, Ste. 529, Ponce, 00717-9997. Tel: 787-841-2000, Ext. 2536.

*Pastoral Carcelaria*—Rev. GERARDO RAMIREZ, Chap., Parroquia Ntra. Sra. de la Providencia, HC-01 Box 3471, Villalba, 00766. Tel: 787-867-2552.

*Pastoral de la Salud · Hospitales*—Rev. DAIRO H. ARBOLEDA, O.SS.T., Dir., Hospital Dr. Pila, Ave. Las Americas, Ponce, 00717. Tel: 787-848-5600, Ext. 3202; 787-813-5522.

*Catechesis*—Sr. AMARILIS ROSARIO, O.P.

*Catholic Youth Organization*—Revs. JUAN CARLOS RIVERA MEDINA; ARNALDO ORTIZ.

*Children of Mary*—Rev. Msgr. JUAN RODRIGUEZ ORENCO.

*Committee for Community Planning*—Rev. Msgr. ROBERTO GARCIA BLAY.

*Communications*—Sr. MARIANITA DE JESUS LOPEZ CARRION, O.P., Mailing Address: P.O. Box 330988, Ponce, 00733-0988. Tel: 787-843-1568.

*Ecumenism*—Rev. Msgr. JUAN RODRIGUEZ ORENCO, Mailing Address: P.O. Box 32205, Ponce, 00732-2205.

*Liturgical Commission*—Most Rev. FELIX LAZARO MARTINEZ, Sch.P., Mailing Address: P.O. Box 32205, Ponce, 00732-2205.

*Sacred Music Commission*—VACANT.

*St. Vincent de Paul Conferences*—Mr. IBRAHIM MALDONADO, Cristo Rey Parish, Urb. La Rambla, 2933 Calle Valladolid, Ponce, 00730-4011.

*Superintendent of Schools*—Mrs. NANCY GHIGLIOTTI, Mailing Address: P.O. Box 32552, Ponce, 00732-2552. Tel: 787-848-4020; Fax: 787-844-5987.

*Vigilance for the Faith*—Most Rev. FELIX LAZARO MARTINEZ, Sch.P.

*Vocations*—Rev. Msgr. ELIAS S. MORALES, Mailing Address: P.O. Box 32210, Ponce, 00732-2110. Tel: 787-848-4380; Fax: 787-848-4380.

*Institute of Family Orientation*—Rev. MELVIN DIAZ APONTE, Mailing Address: P.O. Box 32214, Ponce, 00732-2214. Tel: 787-840-6018; Fax: 787-848-4523.

# CLERGY, PARISHES, MISSIONS AND PAROCHIAL SCHOOLS

## CITY OF PONCE

1—CATHEDRAL OF OUR LADY OF GUADALUPE (1692) Revs. Julio A. Rolon Torres; Jayson Orsini Baez; Deacon Carlos J. Rodriguez.
Res.: 32 Cristina St., Box 32210, 00732-2210. Tel: 787-842-0134; Fax: 787-848-9104.
*Catechesis/Religious Program*—Students 65.
*Chapel—Church of Our Lady of Miraculous Medal* P.O. Box 32210, 00732-2210.

2—CHRIST THE KING (1964) Rev. Msgr. Juan Rodriguez Orengo; Rev. Carmelo Serrano Figueroa; Deacons Anibal Rosario; Eduardo A. Dosal; Jose Plaud Medina; Manuel Roman Perez.
Res.: Urb La Rambla, 2933 Calle Valladolid, 00733-4011. Tel: 787-843-3028; Fax: 787-848-1861.
*Catechesis/Religious Program*—Zaida Diaz Medina, D.R.E. Students 143.
*Mission—Santa Teresita* Santa Luisa, Ponce Co. 00730.
*Mission—Nino Jesus de Praga* Bo. Los Claves, Rio Chiquito, Ponce Co.
*Mission—Dolorosa Villa Ponce · Rambla*, Calle Castellana Final, Ponce Co. 00730-4011. Tel: 787-840-8380.

3—CHURCH OF THE RESURRECTION (1967) Rev. Msgr. Roberto Garcia Blay; Revs. Esteban Santaella; P. Roberto David Maldonado Batista.
*Glenview Gardens*—PMB-98, P.O. Box 2000, Mercedita, 00715. Tel: 787-842-7167; Fax: 787-841-8718.
*Catechesis/Religious Program*—Students 74.
*Mission—Immaculate Heart of Mary* Bo. La Yuca, Ponce Co.
*Mission—Our Lady of Monserrate* Bo. Collado, Ponce Co.
*Mission—San Lucas* Bo. Las Vallas, Ponce Co.
*Mission—Saint Joseph* Bo. La Yuca, Ponce Co.
*Mission—Our Lady of Carmel* Bo. Carmelita, Ponce Co.

4—CHURCH OF THE SACRED HEART (1969) Revs. Manuel Isidro Sala Garcia; Jose M. Galan (Retired); Deacon Reinaldo Rivera.
Res.: P.O. Box 577, Mercedita, 00715-0577. Tel: 787-843-4891; Fax: 787-848-9212.
*Catechesis/Religious Program*—Students 67.

5—CHURCH SANTISIMO SACRAMENTO (1984) Rev. Samuel Santiago.
Res.: Urb. Vistas del Mar, 2238 Calle Marlin, 00716-0834. Tel: 787-843-0245.
*Catechesis/Religious Program*—Students 9.

6—GOOD SHEPHERD PARISH (1968) Rev. Winston R. Mendez; Deacons Rafael D. Ruiz; Luis A. Gonzalez Gonzalez; Edgardo Muniz Rivera.
Res.: Calle 40-NN25, Jardines del Caribe, 00728-2675. Tel: 787-843-6202; Fax: 787-843-4422. Email: pastorbonuspr@gmail.com.
*Catechesis/Religious Program*—Students 100.
*Mission—La Milagrosa* Calle 5 #69, Bo. Quebrado del Agua, Ponce, Ponce Co. 00731. Tel: 787-843-6202.

7—LA MERCED (1981) Rev. Juan Jose Saliva Gonzalez; Deacon Jose D. Ruiz.
Res.: 4612 Luna St., 00717-2000. Tel: 787-842-0069; Fax: 787-842-0603.
*Catechesis/Religious Program*—Students 39.

8—LA MILAGROSA (1928) Revs. Socrate Laupe, C.M.; Stanislaw Szczepanik, C.M.; Deacons Ramon L. Vazquez; Carlos Juan Ramos Torres.
Res.: Guadalupe No. 2, 00730-3110. Tel: 787-842-3188; Fax: 787-284-1100. Email: parrnilagrosa@gmail.com.
*School—Colegio La Milagrosa*, (Grades K-12), 9 Calle Guadalupe, 00730. Email: lamilagrosaponce@gmail.com. Liz Marie Santiago, Prin.; Rev. Socrate Laupe, C.M., Spiritual Dir.; Elsa Castro, Pastoral Coord.
*Catechesis/Religious Program*—Students 460.

9—LA SANTISIMA TRINIDAD (1971) Revs. Dairo H. Arboleda, O.SS.T; Guillermo Palacio, O.SS.T., Vicar; Carlos Alonso Torres, O.SS.T., Vicar; Deacons Francisco Lugo; Nestor Rentas; Jose Rodriguez.
*Las Delicias*—Box 8226, 00732. Tel: 787-842-6073; Fax: 787-842-6073.
*Catechesis/Religious Program*—Students 91.
*Mission—San Juan de Mata* Box 8226, Bo. Magueyes, Ponce Co. 00732.
*Mission—San Andres* Bo. Guaraguao, Ponce Co. 00732.
*Mission—Santa Ana* Bo. Guaraguao Arriba, Ponce Co. 00732.

*Mission—Ntra. Sra. Fatima* Sector Jaguas, Bo. Marueno, Arriba, Ponce Co. 00732.
*Mission—San Antonio de Padua* Parcelas de Marueno, Ponce Co. 00732.
*Mission—Ntra. Sra. del Rosario* Bo. Madrigal, Ponce Co. 00732.
*Mission—Inmaculada* Bo. Pastillo, Ponce Co. 00732.
*Mission—Cristo Rey* Bo. Corral Viejo, Ponce Co. 00732.
*Mission—San Miguel de los Santos* Las Delicias 11, Ponce Co. 00732.
*Mission—Resurreccion* Bo. Santas Pascuas, Ponce Co. 00732.

10—OUR LADY OF MT. CARMEL (1883) Revs. Jesus Marques, Sch.P.; Jose Javier Vanegas, Sch.P., Vicar; Jesus Romero, Sch.P., Vicar; Deacons Arnaldo Figueroa Rivera; Jose Rivera Saez.
Res.: P.O. Box 7760, 00732-7760. Tel: 787-842-1333; Fax: 787-841-6861.
*School—Colegio Nuestra Senora del Carmen*, (Grades PreK-8) Tel: 787-842-5018; Fax: 787-842-5018. Sisters Carmen Zelideth Ortiz Reyes, Prin.; Paquita Alvarado, Asst. Prin.
*Catechesis/Religious Program*—Students 72.
*Mission—San Martin de Porres* Constancia Ave., Ponce Co. 00716. Tel: 787-848-4555.
*Mission—Santa Marta* c/o Santa Marta #6, Bo. Salistral, Ponce Co. 00732.

11—OUR LADY OF MT. CARMEL (1973) Rev. Jose Antonio Lopez Vega; Deacon Juan Altori Vargas.
Res.: P.O. Box 800187, Coto Laurel, 00780. Tel: 787-848-2030.
*Catechesis/Religious Program*—Students 128.
*Mission—Santa Maria Virgen* Bo. Hoyos, Ponce Co. 00780.
*Mission—Sagrado Corazon de Jesus* Cart. 511 K. 15, Bo. Las Raices, Ponce Co. 00780.
*Mission—San Mateo* Bo. Real Anon Abajo, Ponce Co. 00780.
*Mission—San Martin de Porres* Bo. Real Anon Arriba, Ponce Co. 00780.

12—SAN CANDIDO (1948) Rev. Jorge E. Alvarado de Jesus; Deacons Emerito Lopez Cosme; Juan Burgos.
Res.: Box 7362, 00732. Tel: 787-843-0560.

psconrado@gmail.com. Web: www.san-conrado.com.
School—Colegio San Conrado, (Grades PreK-12),
P.O. Box 7111, 00732-7111. Tel: 787-843-1405;
787-842-2293; Fax: 787-841-7303. Email:
superior@sanconrado.org.
elemental@sanconrado.org. Sr. Nildred Rodriguez,
C.S.J., Prin.; Wilma B. de Echevarria, Asst. Prin.;
Rev. Jose Rafael Alvarado, Dir.; Sr. Jose Ortiz
Guzman, Pastoral Coord. Students 492.
Catechesis/Religious Program—Students 123.

13—SAN JOSE (1965) Revs. Miguel Angel Arroyo,
O.C.D.; Alexio Jose de Armas, O.C.D.; Orlando
Ramos, O.C.D., Vicar; Deacons Benjamin Pagan
Diaz; Arnaldo Gierbolini.
Res.: Urb. San Jose, 416 Calle Beato Francisco
Palau, Box 4414, 00728-1905. Tel: 787-843-3910.
Email: carmelitasponce@yahoo.com.
Catechesis/Religious Program—Students 52.

14—SAN JOSE OBRERO (1979) Rev. Manuel Santiago;
Deacon Vicente Aponte Arroyo.
Res.: Parcelas El Tuque, Calle Ramos Antonini
#592, P.O. Box 8027, 00732-8027. Tel: 787-843-
9072; Fax: 787-290-5339. Email:
psjoseobrero@yahoo.com.
Catechesis/Religious Program—Students 66.
Mission—Ntra. Sra. del Pilar 616 M #7, Punto
Oro, Ponce Co. 00728.
Mission—Cristo de la Misericordia Nueva Vida
Calle J D-9.
Mission—Inmaculado Corazon de Maria Calle
Lorencita Ferre, Brisas del Caribe.
Mission—Ntra. Sra. de la Medalla Milagrosa
Punta Diamante. Tel: 787-259-3992. (Encargada
: Hermanas Dominicas de Fatima)

15—SAN VICENTE-CANTERA (1964) Revs. Victor
Rodriguez, C.M., Admin.; Jean Rolex, C.M., Vicar;
Deacon Jorge Almodovar Capielo.
Res.: Paseo La Cantera No. 67, 00730-3026. Tel:
787-843-1976; Fax: 787-812-0212. Email:
poncecm@hotmail.com.
Catechesis/Religious Program—Students 30.
Mission—San Vicente Rio Chiquito, Ponce Co.
Mission—Santos Reyes Bo. La Mocha, Ponce Co.
Mission—Santa Luisa Bo. Nuevo Mameyes, Ponce
Co.
Mission—La Inmaculada San Patricio,
Ponce Co.

16—SANTA MARIA REINA (1952) Rev. Ramon J.
Arellano Devia; Deacon David Ramos.
Res.: P.O. Box 32101, 00732-2101. Tel: 787-848-
3313; Fax: 787-290-4189.
School—Academia Santa Maria Reina, (Grades
K-12), P.O. Box 32225, 00732-2225. Tel: 787-842-
1164; 787-843-4798; Fax: 787-843-6755 (Elem.);
787-290-3711 ( H.S.). Lydia Otero, Prin., Elem.;
Deacon Ildefonso Gonzalez, Pastoral Coord.
Catechesis/Religious Program—Students 6.

17—SANTA TERESITA (1930) Revs. Carlos A. Reyes
Alvarez, O.F.M.Cap.; Luis Gonzalez, O.F.M.Cap.,
Vicar; German Quinones Tiru, O.F.M.Cap., Vicar;
Most Rev. Fray Elmig Soto, O.F.M.Cap.; Deacons
Casildo Rodriguez; Ildefonso Gonzalez Plaza;
Arnaldo Lopez Quirindongo.
Res.: 342 Victoria St., Box 7244, 00732. Tel:
787-842-3187; 787-842-5056 (Friary); Fax:
787-842-3137.
Catechesis/Religious Program—Lorena Ayala,
D.R.E. Students 87.

18—SANTUARIO SAN JUDAS TADEO (1964) Revs. Jose
Fernandez, O.de.M.; Angel Cuadrado, O.de.M.,
Vicar; P. Javier Erralcalde, O.de.M.; Deacon
Antonio Victor Febre.
Mailing Address: P.O. Box 7046, 00732-7046.
Res.: Urb. Constancia, 2518 Calle Conquista, P.O.
Box 7046, 00717-2233. Tel: 787-843-0572; Fax:
787-842-0148. Email: psjudasponce@hotmail.com.
School—Colegio Mercedario San Judas Tadeo,
(Grades PreK-12) Tel: 787-844-2010; Fax: 787-843-
3802. Email: colmersanjudastadeo@gmail.com.
Nancy Torres Garcia, Dir.; Sr. Antonio Reyes,
Asst. Prin.; Zaida Rosado Manfredy, Asst. Prin.;
Magali Gomez Goate, Pastoral Coord. Congrega-
cion Religiosa de la Merced Students 825.
Catechesis/Religious Program—Urb. Constancia
Calle Coloso 2929. Students 46.

**OUTSIDE THE CITY OF PONCE**

ADJUNTAS, ADJUNTAS CO., ST. JOACHIM (1815) Revs.
Antonio Patino Andrade, C.O.R.C.; Ariel Munoz
Sanchez, C.O.R.C., Vicar; Deacons Radames Mar-
cucci; Efrain Bernard Sierra; Jose M. Maldonado
Plaza; Edwin Portalatin Padua; Edgardo Rivera
Garcia.
Res.: 14 Rius Rivera St., 00601. Tel: 787-829-3145.
School—Academia San Joaquin, (Grades PreK-
9), 12 Primo Delgado St., 00601. Tel: 787-829-
3040; Fax: 787-829-3040. Email:
acajoaquin@yahoo.com. Digna I. Aguirre, Prin. &
Pastoral Coord.
Catechesis/Religious Program—Students 149.
Mission—San Francisco Garzas, Adjuntas Co.
Mission—Sta. Ana Vegas Arriba, Adjuntas Co.

Mission—Santa Teresita Tres de Jayuya, Adjun-
tas Co.
Mission—Santa Rosa Pellejas, Adjuntas Co.
Mission—Virgen del Carmen Yahuecas, Adjuntas
Co.
Mission—Sagrado Corazon Tanama, Adjuntas
Co.
Mission—San Antonio Guilarte, Adjuntas Co.
Mission—La Milagrosa Vegas Abajo, Adjuntas
Co.
Mission—Ntra. Sra. Fátima Juan González
Limani, Adjuntas Co.

AGUIRRE, SALINAS CO., SACRED HEART (1946) Rev.
Pedro Faustino Echeverria; Deacon Benjamin
Lopez.
Res.: Box 260, 00704-0260. Tel: 787-853-3620;
Fax: 787-853-2131.
School—Perpetuo Socorro, Street 3 Km 151,
00704-2499. Tel: 787-853-2270. Sr. Aurea E.
Fuentes, R.A.D., Prin. Students 426.
Catechesis/Religious Program—Students 95.
Mission—St. Judas Las Mareas, Salinas Co.
Mission—Our Lady of Perpetual Help Coqui,
Salinas Co.
Mission—St. Martin de Porres San Felipe, Sali-
nas Co.
Mission—La Milagrosa, Salinas Co.

ARROYO, ARROYO CO., OUR LADY OF MT. CARMEL
(1855) Revs. Carlos Manuel Grullon Capellan;
Jaime O. Rojas Hidalgo; Deacons Jacinto Rod-
riguez; Esteban Rivera.
Res.: General Brooke No. 18, Box 388, 00714. Tel:
787-839-3465; Fax: 787-839-1552. Email:
parroquia_carmen@hotmail.com. Web:
www.iglesiadelcarmen-arroyo.org.
Catechesis/Religious Program—Students 270.
Mission—Ntra. Sra. del Carmen Bo. Pitahaya
Carr. 3 K 43.
Mission—La Milagrosa Carr. 3 Bda. Marin, Ar-
royo Co.
Mission—San Jose Sector Palmarejo - Carr 3 K 6
H 3.
Mission—Ntra. Sra. de Fatima Bo. Palmas Par-
cela 526, Arroyo Co.
Mission—San Martin Sector Santa Clara Carr. 3,
Arroyo Co.

CASTAÑER, LARES CO., OUR LADY OF THE MIRACULOUS
MEDAL (1969) Rev. Jose Ignacio Olvera Alvarez,
C.O.R.C.; Deacons Wilfredo Torres Maldonado;
William Ramos.
Res.: Box 1006, Castaner, 00631. Tel: 939-280-0040.
Catechesis/Religious Program—Students 15.
Chapel—La Milagrosa Chapel Bartolo, Rio Grande
Co. 00669.
Chapel—La Milagrosa Chapel Bo. Mirasol, Lares
Co. 00669.
Chapel—La Milagrosa Chapel Bo. Rio Prieto,
Lares Co. 00669.

COAMO, COAMO CO.
1—ST. BLASE (1616) Revs. Jose Diego Rodriguez;
Juan Carlos Rivera Medina; Orlando Lugo Perez;
Deacons Angel A. Negron; Jaime Ortiz; Alfredo
Rivera Cardona.
Res.: Obispo Salamaca 3 St., Box 196, 00769. Tel:
787-825-1122; Fax: 787-825-7006. Email:
psblas@hotmail.com.
School—Ntra. Sra. de Valuanera, (Grades PreK-
12), Box 1903, 00769. Tel: 787-825-1145; 787-825-
8081; Fax: 787-825-8082. Email: colegio-
valvanerapr@hotmail.com; psblas@hotmail.com.
Ada M. Aponte Hernandez, Assoc. Prin.; Rev. José
D. Rodriguez Martino, Spiritual Dir. & Pastoral
Coord.
Catechesis/Religious Program—Dimaralis
Santiago, D.R.E. Students 616.
Mission—Immaculate Heart of Mary Palmarejo,
Coamo Co. 00769.
Mission—Christ the King Pulguillas, Coamo Co.
00769.
Mission—Our Lady of Mt. Carmel Hayales, Coamo
Co. 00769.
Mission—Miraculous Virgin Descalabrado, Coamo
Co. 00769.
Mission—Santa Catalina Santa Catalina, Coamo
Co. 00769.
Mission—Saint James Cilantro, Coamo Co. 00769.
Mission—Miraculous Virgin Pedro Garcia, Coamo
Co. 00769.
Mission—Santa Ana Santa Ana, Coamo Co. 00769.
Mission—San Diego San Diego, Coamo Co. 00769.
Mission—Holy Family Emanueli, Coamo Co.
00769.
Mission—Our Lady of Providence Melendez,
Coamo Co. 00769.
Mission—Our Lady of Fatima Bo. Cuyon.
Mission—Sacred Heart of Jesus Coamo Arriba.

2—SAN ANTONIO DE PADUA (2002) Revs. Victor Rene
Sanchez Muniz; Angel Berrios Berrios; Deacon
Marcelino Lebron.
Res.: 545. Carr. 14 Hec 2, KM 26 Barrio Los
Llanos, P.O. Box 2227, 00769. Tel: 787-803-4801.

Catechesis/Religious Program—Students 150.
Mission—San Martin Las Flores, Coamo, Coamo
Co. 00765.
Mission—Our Lady of Lourdes Rio Jueyes, Coamo,
Coamo Co. 00769.

ENSENADA, GUANICA CO., SACRED HEART OF JESUS
(1963) Rev. Eliud Aponte Rivera; Deacon Wallis S.
Sanchez.
Res.: 18 Ave. Los Veteranos Principal, 00647. Tel:
787-821-2857.
Mission—Divina Providencia Salinas-Providencia,
Guanica Co.
Mission—Monserrate Bo. Fuig., Guanica Co.
Mission—Virgen del Rosario Bo. Guaypao, Guanica
Co.

GUANICA, GUANICA CO., ST. ANTHONY ABBOT (1888)
Rev. Jose Carlos Vargas; Deacon Reinaldo Galarza.
Res.: Box 804, 00653. Tel: 787-821-2147.
School—Colegio Beata Imelda, (Grades PreK-6),
Dr. Veve Str. 26, P.O. Box 804, 00653. Tel:
787-821-2714; Fax: 787-821-2714. Email:
beataimelda_guanica@yahoo.com;
pvega@colegiobeataimelda.org. Felix Santiago,
Pres.; Keyla Gonzalez, Prin.; Sr. Jose Guzman
Collazo, Pastoral Coord. Students 117.
Catechesis/Religious Program—Students 89.
Mission—Cristo Rey Bo. Belgica, Guanica Co.
Mission—Ntra. Sra. Rosario Bo. Santa Juanita,
Guanica Co.
Mission—San Judas Bo. La Laguna, Guanica Co.
Mission—Ntra. Sra. Fatima Bo. La Luna, Guanica
Co.
Mission—La Providencia Bda. Esperanza, Guanica
Co.

GUAYAMA, GUAYAMA CO., ST. ANTHONY OF PADUA
(1736) Revs. José J. Rached, C.Ss.R.; Terry Tull,
C.Ss.R.; Sergio Del Carmen Espinosa, C.Ss.R.;
Deacons Genaro Rivera Alicea; Francisco Car-
rasquillo; Juan B. Garcia.
Res.: Box 2820, 00785. Tel: 787-864-4100; Fax:
787-864-5494.
School—Colegio San Antonio, (Grades PreK-12),
Calle Vicente Pales #2 Este, Box 2189, 00785-2189.
Tel: 787-864-2062; Fax: 787-864-1450. Email:
jrafmorales@gmail.com. Web: www.ocaapsj.org. Dr.
Ruth Melendez, Prin.; Dr. Jeffrey Quinones
Gonzalez, Dir.; Gladys Rodriguez, Pastoral Coord.
Catechesis/Religious Program—Rev. Hector
Ocasio, D.R.E. Students 460.
Mission—Our Lady of Perpetual Help Caimital -
Guayama, PR.
Mission—San José Obrero Branderi - Guayama,
PR.
Mission—St. Gerardo Mayela Palmas - Guayama,
PR.
Mission—Our Lady of Mt. Carmel Pueblito del
Carmen - Guayama, PR.
Mission—Cristo Rey Bo. Olimpo - Guayama, PR.
Mission—La Candelaria Bo. Corazon - Guayama,
PR.
Mission—Sgdo. Corazon Bo. Guamani - Guayama,
PR.
Mission—San Martin Bo. Carite - Guayama, PR.

GUAYANILLA, GUAYANILLA CO., IMMACULATE
CONCEPTION (1841) Revs. Oran Ramirez Lopez;
Wilson Saldana Sarmiento; Deacon Miguel
Sepulveda.
Res.: P.O. Box 560573, 00656-0573. Tel: 787-835-
3035; Fax: 787-835-3082. Email:
inmaculada.guayanilla@gmail.com.
School—Colegio Inmaculada Concepcion, (Grades
PreK-12) Tel: 787-835-2230. Email:
mister.rafaelito@gmail.com;
cic_guayanilla@gmail.com. Web: inmaculadapr.org.
Carmen R. Castillo Rodriguez, Prin.; Rev. Oran de
Jesus Ramirez, Dir.; Glidden Lopez Torres, Pasto-
ral Coord.
Catechesis/Religious Program—Tel: 787-835-
2230. Magdaly Rodriguez Gonzalez, D.R.E. (El-
ementary); Glidden E. Lopez Torres, D.R.E. (H.S.).
Students 118.
Mission—Our Lady of Mt. Carmel Barrio Sierra
Baja, Guayanilla Co.
Mission—Perpetuo Socorro Magas Arriba, Guaya-
nilla Co.
Mission—San Francisco de Asis Quebradas,
Guayanilla Co.
Mission—San Juan Bosco Barrio Indios, Guaya-
nilla Co.
Mission—La Monserrate Consejo Alto, Guayanilla
Co.
Mission—Virgen de Fatima Macana Rio, Guaya-
nilla Co.
Mission—Nuestra Senora La Milagrosa Que-
brada Honda, Guayanilla Co.
Mission—San Martin de Porres Macana Parcelas,
Guayanilla Co.

JAYUYA, JAYUYA CO., OUR LADY OF MONSERRATE
(1883) Revs. Raymond Rivera Sepulveda; Arnaldo
Ortiz Dominici; Jesus Alberto Rangel Calderon;
Esteban Santaella Rivera; Deacons Luis Rosario;

Carlos Orama; Darwin Orama de Jesus; Jose A. Perez Santos.
Res.: Calle Figueras 13, 00664. Tel: 787-828-6350.
Web: www.monserratejayuya.com
*Catechesis/Religious Program*—Students 116.
*Mission*—*Ntra. Sra. del Carmen* Bo. Santa Clara - Jayuya, PR.
*Mission*—*San Jose* Bo. Veguita Zama - Jayuya, PR.
*Mission*—*Divino Niño Jesús* Bo. Salientito - Jayuya, PR.
*Mission*—*Cristo Rey* Bo. Collores - Jayuya.
*Mission*—*San Jorge* Bo. Coabey - Jayuya, Jayuya Co. 00664.
*Mission*—*La Milagrosa* Bo. Canalizo - Jayuya, Jayuya Co. 00664.
*Mission*—*Buen Pastor* Bo. Gripinas - Jayuya, Jayuya Co. 00664.
*Mission*—*Santa Cecilia* Bo. Zama - Jayuya, Jayuya Co. 00664.
*Mission*—*Ntra. Sra. de la Divina Providencia* Bo. Hoyo Planes - Jayuya, Jayuya Co. 00664.
*Mission*—*S. Antonio* Bo. Mameyes - Jayuya, Jayuya Co. 00664.
*Mission*—*Santos Reyes* Bo. El Salto - Jayuya.
*Mission*—*San Francisco* Bo. Saliente - Jayuya, Jayuya Co. 00664.
*Mission*—*San Juan Evangelista* Bo. Puerto Plata - Jayuya.
*Mission*—*San Jose de la Montaña* Bo. Hogares Seguros - Jayuya, San Antonio Co. 00664.

JUANA DIAZ, JUANA DIAZ CO.
1—NUESTRA SENORA DE LOURDES (Aguilita) (1984) Rev. Francisco Santiago Torres; Deacons Cirilo Carmona; Jaime Velez; Fernando Perez De La Cruz.
Res.: P.O. Box 1824, 00795. Tel: 787-837-1097; Fax: 787-837-1097.
*Catechesis/Religious Program*—Students 105.
*Mission*—*Corazon del Carmen* Bo. Tiburones, Juana Diaz Co. 00780.
*Mission*—*Sagrado Corazon* Bo. Buyones, Juana Diaz Co. 00780.
*Mission*—*San Pedro Nolasco* Bo. La cuarta, 00795.
2—ST. RAYMOND NONATO (1798) Rev. Msgr. Jose Lozano; Revs. Pedro J. Guzman Quintana; Omar Omi Soto Torres; Deacons William Colon; Orlando Pagan Figueroa; Norberto Santiago; William Santiago Figueroa.
Res.: Munoz Rivera 48, Box 1426, 00795. Tel: 787-837-2193; Fax: 787-837-2390. Email: parroco@juanadiaz.org.   Web: www.juanadiaz.org/parroquia.
*Catechesis/Religious Program*—Maria Isabel Martinez, D.R.E. Students 350.
*Mission*—*San Judas* Rio Canas Abajo, Juana Diaz Co.
*Mission*—*Ntra. Sra. de Fatima* Bo. Jacaquas, Juana Diaz Co. Tel: 787-260-7021.
*Mission*—*La Milagrosa* Collores Parcelas, Juana Diaz Co.
*Mission*—*Santiago, Ap.* Las Margaritas, Bo. Collores, Bo. Collores Arriba.
*Mission*—*Our Lady of the Rosary* Bo. Guayaba, Juana Diaz Co.
*Mission*—*San Ramon* Callabo, Bo. Callabo.
*Mission*—*La Merced* Bo. Rio Canas Arriba, Juana Diaz Co.
*Mission*—*La Merced* Sector Cuatro Calles, 00795.
3—SANTA TERESITA DEL NINO JESUS (Arus) (1984) Rev. Orlando Rivera-Soto; Deacon David Rodriguez.
Barrio Arus carr., 1 Km 190 Hm. 7, 00795-1620.
Res.: P.O. Box 1620, 00795-1620. Tel: 787-214-8083.
*Catechesis/Religious Program*—Students 64.
*Mission*—*San Martin de Porres* (Singapur)
*Mission*—*Ntra. Sra. de la Monserrate*, Juana Diaz Co. (Galicia)
*Chapel*—*Chapel Divine Mercy* (Piedra Aguza), Juana Diaz Co.

PATILLAS, PATILLAS CO., INMACULADO CORAZON DE MARIA (1811) Revs. Patricio Gallego Cifuentes; Arturo Ramos Ramos; Deacons Luis Melendez Ortiz; Ruben Pabon; Hector Pagan Morales; Juan F. Rodriguez Rivera.
Res.: Calle #1, Box 635, 00723. Tel: 787-839-5333; Fax: 787-839-5525.
*Catechesis/Religious Program*—Students 310.
*Mission*—*Perpetuo Socorro* Bo. Marin Alto, Patillas, Patillas Co.
*Mission*—*Nuestra Senora de la Candelaria* Guardarraya, Patillas Co. 00723.
*Mission*—*Sto. Cristo de la Salud* Bo. Recio, Patillas, Patillas Co.
*Mission*—*Nuestra Senora del Carmen* Bo. Jacaboa, Patillas, Patillas Co.
*Mission*—*Cristo Rey* Bo. El Bajo, Patillas, Patillas Co.
*Mission*—*Ntra. Sra. de la Providencia* Bo. Providencia, Patillas, Patillas Co.
*Mission*—*Santa Rosa de Lima* Bo. Los Pollos,

Patillas, Patillas Co.
*Mission*—*S. Juan Evangelista* Bo. Los Barros, Patillas, Patillas Co.
*Mission*—*San Guillermo* Bo. El Real, Patillas, Patillas Co.
*Mission*—*Nuestra Sena del Carmen* Bo. Jagual, Patillas, Patillas Co.

PENUELAS, PENUELAS CO.
1—ST. JOSEPH (1752) Rev. Octavio Gonzalez, Admin.; Deacons Jose E. Gelpi Ortiz; Joaquin Massoller; Glidden R. Perez; Jose Torres Santiago.
Res.: Dr Loyola #603, P.O. Box 25, 00624. Tel: 787-836-1028; Fax: 787-836-0167.
*Catechesis/Religious Program*—Students 347.
*Mission*—*La Milagrosa* Carr. #132 R 391 K. 5 Sec Pueblito, El Rucio, Penuelas Co. 00624.
*Mission*—*San Antonio de Padua* Carr. #132 K-16 H 9, Bo. El Alto - Penuelas, Penuelas Co. 00624.
*Mission*—*Ntra. Sra. de Fatima* Carr. #131 Km 5 Sect, La Vega, Bo. Macana, Penuelas Co. 00624.
*Mission*—*Santa Ana* Carr. #132 K 14. 7, Bo. Tallaboa Alta, Penuelas Co. 00624.
*Mission*—*Santa Cruz* Carr. #132 Rte. 386 Km 6. H-7, Sector Felipe Quinones Barreal, Penuelas Co. 00624.
*Mission*—*Ntra. Sra. del Carmen* Carr. #132 K. 7 H. 9, Bo. Santo Domingo, Penuelas Co. 00624.
*Mission*—*San Judas Tadeo* Carr. #122, Bo. Coto el Nieto, Penuelas Co. 00624.
*Mission*—*Divino Nino* 363 Bo Tallaboa Alta III, Penuelas Co. 00624.
2—SACRED HEART (Tallaboa) (1928) Rev. Christopher De Herrera, O.S., Penuelas, PR Sacred Heart of Jesus Parish.
Res.: HC 03, P.O. Box 13063, 00624. Tel: 787-836-1164.
*Catechesis/Religious Program*—Students 59.
*Mission*—*Corazon de Maria* Bo. Juncos, PR.
PUENTE JOBOS, GUAYAMA CO., SS. PETER AND PAUL (2003) Rev. P. Nicholas Perez Lopez; Deacon Rene Antonetty Giraud.
Mailing Address: P.O. Box 837, Guayama, 00785-0837. Tel: 787-864-2912. Email: parroquiapedroypablo@yahoo.es. St 6B #33 Puente de Jobos, Guayama, 00784.
*Catechesis/Religious Program*—Students 74.
SALINAS, SALINAS CO., OUR LADY OF MONSERRAT (1854) Revs. Ferdinand Cruz, Admin.; Carlos A. Collazo Santiago, Vicar; Deacons Jose Luis Rodriguez Collazo; Jose Francisco Martinez Munoz.
Res.: Box 1172, 00751. Tel: 787-824-2215.
*Catechesis/Religious Program*—Students 298.
*Mission*—*San Jose Plena*, Salinas Co.
*Mission*—*Santa Ana* Coco, Salinas Co.
*Mission*—*Esp. Santo* Parcelas Vazquez, Salinas Co.
*Mission*—*Virgen del Carmen* Bo. Las Palmas, Salinas Co.
*Mission*—*Santa Marta* Naranjo, Salinas Co.
*Mission*—*Inmaculada Concepcion* Las Ochenta, Salinas Co.
*Mission*—*Virgen Milagrosa* Bo. Playita, Salinas Co.
*Mission*—*Carmen* Bo. Playa, Salinas Co.
*Mission*—*Perpetuo Socorro* Sabana Llana, Salinas Co.

SANTA ISABEL, SANTA ISABEL CO., ST. JAMES (1854) Revs. Juan Alberto Torres Reyes; Jose Miguel Cedeno Velez; Deacons Jose Manuel Rivera Colon; Juan Esteban Rivera.
Res.: Hostos - #2, Box 137, 00757. Tel: 787-845-2450; Fax: 787-845-2485.
*Catechesis/Religious Program*—Students 85.
*Mission*—*San Patricio* Bo. Playita Cortada - Santa Isabel, PR.
*Mission*—*Virgen del Rosario* Bo. Penuelas Santa Isabel.
*Mission*—*Virgen del Perpetuo Socorro*
*Mission*—*Ntra. Sra. del Carmen* Bo. Playa.
*Mission*—*Virgen de Monserrate* Bo. Ollas - Santa Isabel, Santa Isabel Co.
*Mission*—*San Ignacio de Loyola* Bo. Jauca - Santa Isabel, Santa Isabel Co.

VILLALBA, VILLALBA CO.
1—OUR LADY MOTHER OF DIVINE PROVIDENCE (Mission Noell) (1962) Rev. Gerardo Ramirez Torres.
Res.: Bo Cacao Carr. 157 Km. 2.2, Orocovis, 00720. Tel: 787-867-2052.
*Catechesis/Religious Program*—
*Mission*—*Our Lady of Mt. Carmel* Bo. Alturita Carr 157, Orocovis, Cacao Co.
*Mission*—*Imn. Concepcion* Bo. Cacao Carr 157, Orocovis, Cacao Co.
*Mission*—*Niño de Praga* Bo. El Frio carra 143, Orocovis, Ala de La Piedra Co.
*Mission*—*Ntra. Sra. del Rosario* Bo. Bauta Carr 590, Orocovis, Bauta Abajo Co.
*Mission*—*Ntra. Sra. del Pilar* Bo. Damian Abajo Carr 157, Orocovis, Damian Abajo Co.

*Mission*—*Ntra. Sra. Monserrate* Bo. Pozas Carr 615, Orocovis, Damian Abajo Co.
*Mission*—*Our Lady of Perpetual Help* Bo. La Piedra Carr 149, Orocovis, Ala de La Piedra Co.
*Mission*—*Sacred Heart of Jesus* Bo. Matrullas Carr 564, Orocovis.
*Mission*—*San Mateo* Bo. Ortiga Carr 143, Orocovis, Bauta Abajo Co.

2—OUR LADY OF MT. CARMEL (1895) Revs. Angel Sanchez; Adalin Rivera Saez; Deacons Javier Gonzalez; Jose A. Pagan; Jaime Luis Rivera Rivera.
Res.: Box 432, 00766. Tel: 787-847-0695.
*School*—*Colegio Nuestra Senora del Carmen.* (Grades PreK-9), Walter Me Jones 1, Apt. 1033, 00766. Tel: 787-847-2875; Fax: 787-847-K163. Email: colegiodevillalba@gmail.com. Rev. Angel Sanchez Hernandez, Dir.; Sr. Maria Maldonado Maldonado, Prin.; Lymari Figueoa, Pastoral Coord.
*Mission*—*Sagrado Corazon* HC01 Box 6081, Romero, Villalba Co. 00766. Tel: 787-847-1591.
*Mission*—*Nuestra Senora del Carmen* Carr. 151 Km 3.3, Bo. Vista Alegre, Villalba Co. 00766.
*Mission*—*Santisima Trinidad* Bo. Mogote, Villalba Co. 00766.
*Mission*—*Espiritu Santo* Bo. Cerro Gordo, Villalba Co. 00766.
*Mission*—*La Milagrosa* Carr. 149 R 513 km 1.7, Jagueyes Arriba, PR.
*Mission*—*San Pedro* Bo. Corillo, Villalba Co. 00766.
*Mission*—*San Pablo* Carr. 149 Km. 46.6, Bo. Palmarejo, Villalba Co. 00766.
*Mission*—*Santisimo Sacramento* Bo. Higuero, Villalba Co. 00766.
*Mission*—*Jesus Crucificado* Bo. Camarones, Villalba Co. 00766.
*Mission*—*Cristo de la Salud* Bo. Sierrita Caonillas, Villalba Co. 00766.
*Mission*—*Santa Cecilia* Barrio Semil, Villalba Co. 00766.
*Mission*—*La Providencia* Carr. 150 Parc. 33, Barrio Hatillo, Villalba Co. 00766.
*Mission*—*San Antonio* Bo. Camarones-Las Robles, Villalba Co. 00766.
*Mission*—*Vigen Dolorosa* Carr. 151 Km. 8.3, El Limon, PR.
*Mission*—*Ntra. Sra. del Carmen* Carr. 151 R 559 Km. 2.0, Bo. Dajaos, PR.
*Mission*—*San Francisco de Asis* Bo. La Sierrita de Vacas, Villalba 00766.
*Mission*—*La Milagrosa* Bo. El Pino, Villalba 00766.
*Mission*—*La Juan Evangelista* Bo. Chichon, Villalba Co.

YAUCO, YAUCO CO.
1—HOLY ROSARY (1756) Revs. P. Jose Fernando Osorio Osorio, O.P.; Victor Perez Aviles, O.P.; Deacons Jesus Vazquez Orengo; Luis M. Jusino Cintron; David Fuentes Rivera; Ramon Santiago Ortiz; Rafael Vargas Roman; Jose Ramon Feliciano Baez.
Res.: Box 46, 00698. Tel: 787-856-1222; Fax: 787-856-6845.
*School*—*Colegio Santisimo Rosario*, (Grades PreK-12), 11 Dr. A. Gatell, Box 26, 00698-0026. Tel: 787-856-1001; Fax: 787-267-1238. Email: wilberlugo@gmail.com. Mr. Wilber Lugo, Prin.; Gloriel Moreli, Pastoral Coord.
*Catechesis/Religious Program*—Tel: 787-856-1573. Students 430.
*Mission*—*Virgin of Mt. Carmel* Duey, Yauco Co.
*Mission*—*St. James Barinas*, Yauco Co.
*Mission*—*Our Lady of Perpetual Help* Cambalaches, Yauco Co.
*Mission*—*Our Lady of Montserrat Carrizales*, Hatillo Co.
*Mission*—*St. Lucy* Sierra Alta, Yauco Co.
*Mission*—*St. Anthony* Naranjo, Yauco Co.
*Mission*—*St. Anthony* Diego Hdez, Yauco Co.
*Mission*—*Sacred Heart* Quebradas, Yauco Co.
*Mission*—*La Milagrosa* Mogotes, Puerto Rico.
2—ST. MARTIN DE PORRES (1969) Rev. Segismundo Cintron
Res.: Las Palomas, Box 2005, 00698. Tel: 787-856-3617.
*Catechesis/Religious Program*—Students 75.
*Convent*—*Sisters of Fatima-Motherhouse*, P.O. Box 62, Santa Rita, 00698. Tel: 787-856-1476; Fax: 787-821-2439. Sr. Celeste Ortiz, O.P. Mother Gen. Sisters 126; Novices 3; Postulants 5.
*Mission*—*Ntra. Sra. de Lourdes* Bo. Susua, PR, Guanica Co.
*Mission*—*Ntra. Sra. de La Providencia* Bo. Susua, Guanica Co.
*Mission*—*S. Martin de Porres* Bo. Arenas, Guancia, Guanica Co.
*Mission*—*S. Francisco de Asis* Bo. Susua, Yauco Co.
*Mission*—*Ntra. Sra. de La Monserrate* Bo. Susua, Yauco Co.

3—Santo Domingo de Guzman (2001) Rev. Melvin Diaz Aponte; Rev. Deacon Reinaldo Sanchez Caraballo, Vicar.
Mailing Address: P.O. Box 3036, 00698-3036. Tel: 787-856-8212; Fax: 787-856-8212.
Catechesis / Religious Program—Students 285.
Mission—Sacred Heart Bo. Collores - Yauco, Yauco.
Mission—Sta. Teresita Bo. Las Vegas - Yauco, Yauco.
Mission—St. Joseph Bo. Lluberas Yauco, Yauco.
Mission—Our Lady of Fatima Bo. Algarrobos - Yauco, Yauco.
Mission—St. Martin de Porres Bo. Almacigo Bajo - Yauco, Yauco.
Mission—St. Juan Macias Bo. Almacigo Alto - Yauco, Yauco.
Mission—Our Lady of Montserrat Bo. Rio Loco - Yauco, Yauco.
Mission—St. Rosa de Lima Bo. El Cafetal - Yauco, Yauco.

On Duty Outside the Diocese:
Revs.—
Alvarez, Pablo D., F.S.S.P., 13780 S.W. 17 Ter., Miami, FL 33175.
Alvez, Angel Oscar, (Argentina)
Barrett, Kevin S., Chap., Apostolate of Family Consecration, P.O. Box 151, Bloomingdale, OH 43910-0151.
Espona Jimenez, Juan, Madrid, Spain.
Fletcher, Patrick, 62 AW/Chapel, 746 Main St., McChord AFB, WA 98438.
Gusiora, Alphonsus, P.O. Box 61, Enugwu-Ukwu (Anambra State), Nigeria.
Harrison, Brian W., O.S., P.O. Box 13230, Saint Louis, MO 63157.
Kelty, Edward J., O.S., Associazione SACRI, Via Antonio Zanoni. 44, Roma (Castel di Leva) 00134 Italy.
MacIsaac, Charles S., O.S. (Retired), St. Joseph's Home, 140 Shepherd Ln., Totowa, NJ 07512.
Malachowski, Christopher, O.S., Bethlehem-Domus Panis Vital, Nadliwe 05-281 Urle Poland.
Medina, George, P.O. Box 286, East Boston, MA 02128.
Mezquida, Ramon, San Jose 4. Alqueria Condesa 46715, Valencia, Spain.
Munoz, Rafael, P.O. Box 187, Barceloneta, 00657.
Nieves, Carlos, HC763, Buzon 4240, Patillas, 00723.
Nischan, James R., 1625 Mayo Ave., Owensboro, KY 42301.
Sancho Piquer, Enrique, Calvario 49, 2, 4, Pafelbunoli, Valencia, Spain.
Serrano, Dionisio, Maestro Ripoll 14, 28006 Madrid, Spain.

Sirvent, Francisco, Capitan Cortes 8-2, Valencia, Spain.
Zayas, Antonio, Naranjito, 00719.

Retired:
Revs.—
Garcia Echevarria, Roberto, Bo. Real Anon, Coto Laurel, 00780.
MacIsaac, Charles S., O.S., 185 Country Club Ln., Fort Johnson. NY 12070.

Permanent Deacons:
Almodovar Capielo, Jorge
Altori Vargas, Juan
Antonetty Giraud, Rene
Aponte Arroyo, Vicente
Bernard Sierra, Efrain
Burgos Roca, Joseph
Carmona Cruz, Cirilo
Carrasquillo, Francisco
Castro Belen, Rafael
Castro Toro, Alberto
Cruz Rivera, Wenceslao
Dosal Lines, Eduardo
Fabre Torres, Antonio Victor
Feliciano Baez, Jose Ramon
Figueroa Rivera, Arnaldo
Fuentes Rivera, David
Galarza, Reinaldo
Garcia Malavet, Pedro
Garcia Rivera, Juan B.
Gelpi Ortiz, Jose E.
Gierbolini Rodriguez, Arnaldo
Gonzalez, Javier
Gonzalez Gonzalez, Luis A.
Gonzalez Plaza, Ildefonso
Jusino Cintron, Luis M.
Lebron Romero, Marcelino
Lopez Cosme, Emerito
Lopez Quirindongo, Arnaldo
Lopez Sanchez, Benjamin
Lugo, Francisco
Maldonado Plaza, Jose M.
Marcucci, Radames
Martinez, Jaime
Martinez Munoz, Jose Francisco
Martinez Rodriguez, Orlando
Masollet, Joaquin
Melendez Ortiz, Luis
Mendez Molina, Angel
Mendez Purcell, Jose M.
Mercado, Jose Ramon
Montanez, Alberto
Morales Colon, Angel R.
Negron Ortiz, Angel
Niewiadonski, Arthur
Orama de Jesus, Darvin

Oramas, Carlos
Ortiz, Jaime
Pabon Gonzalez, Ruben
Pagan Diaz, Benjamin
Pagan Figueroa, Orlando
Pagan Morales, Hector
Pagan Rivera, Jose E.
Perez De La Cruz, Fernando
Perez Diaz, Glidden
Perez Santos, Jose A.
Plaud Medina, Jose
Portalatin Padue, Edwin
Ramos Rivera, William
Ramos Torres, Carlos Juan
Ramos Torres, David
Rentas, Nestor
Reyes, Ruperto
Rivera, Edgardo Muniz
Rivera, Esteban
Rivera, Juan Esteban
Rivera, Reinaldo
Rivera Alicea, Genaro
Rivera Cardona, Alfredo
Rivera Colon, Jose Manuel
Rivera Garcia, Edgardo
Rivera Rivera, Jaime Luis
Rivera Saez, Jose
Rivera Velazquez, Esteban
Rodriguez, Casildo
Rodriguez, David
Rodriguez, Felix
Rodriguez, Jacinto
Rodriguez, Jose
Rodriguez Collazo, Jose Luis
Rodriguez Rivera, Juan F.
Rodriguez Sanchez, Carlos
Roman Perez, Manuel
Rosario, Anibal
Rosario, Luis
Rosario Colon, Jose A.
Ruiz, Jose D.
Ruiz, Rafael
Sanchez, Reinaldo
Sanchez, Wallis
Santiago, Hector Luis
Santiago, William
Santiago Negron, Norberto
Santiago Ortiz, Ramon
Sepulveda, Miguel
Sepulveda, Samuel
Torres Maldonado, Wilfredo
Torres Santiago, Jose
Vazquez, Carmelo
Vazquez, Ramon
Vazquez Orengo, Jesus
Velazquez, Jose A. Velez
Velez, Jaime

## INSTITUTIONS LOCATED IN THE DIOCESE

**[A] SEMINARIES**

Ponce. Diocesan Seminary Regina Cleri (Major), P.O. Box 32110, 00732-2110. Tel: 787-812-3024. Web: www.reginacleri.com. Rev. Msgr. Elias S. Morales, Rector; Rev. Julio A. Rolon Torres, Admin. Priests 2; Lay Staff 5; Seminarians 18.

**[B] COLLEGES & UNIVERSITIES**

Ponce. The Pontifical Catholic University of Puerto Rico, 2250 Avenida de las Americas, 00717-9997. Tel: 787-841-2000; Fax: 787-651-2034. Web: www.pucpr.edu. The University is composed of the following: College of Arts and Humanities and College of Education in Hispanic Studies; College of Business Administration and Graduate Studies; College of Education and Graduate Studies; College of Science and Graduate Studies; School of Law; College of Graduate Studies in Behavioral Science and Community Affairs; Institute of Social Doctrine of the Church; Student Support Services; Post-Baccalaureate Achievement Program; Upward Bound Program. Priests 28; Sisters 2; School of Law 56; Lay Teachers 693; Students 10,615.
Administration: Most Rev. Felix Lazaro, Sch.P., Grand Chancellor; Dr. Jorge Velez Arocho, Pres.; Dr. Leandro Colon-Alicea, Vice Pres. Academic Affairs; Mrs. Irma Rodriguez, Vice Pres. Fin. Affairs; Mr. Freddie Martinez Sotomayor, Vice Pres. Student Affairs; Maria de los A. Muniz Garcia, Vice Pres. Assoc. Academic Affairs; Ms. Karen Morales Rodriguez, Continuing Educ. Coord.; Dr. Felix M. Cortes Morales, Vice Pres. Office Devel.; Research & Planning; Mr. Alfonso Santiago-Cruz, Dean College of Arts and Humanities; Dr. David Zayas Montalvo, Dean College of Business Admin.; Ms. Alma L. Santiago, Dean College of Science; Jose Frontera Agenjo, Dean School of Law; Mr. Ivan E. Davila-Ostolaza, Regis-

trar; Dr. Ana Bonilla de Sanchez, Dir. Admissions; Ms. Carmen Gonzalez-Martinez, Dir. Guidance Center; Mrs. Magda I. Vargas Rodriguez, Dir. Libraries; Mrs. Noelia Padua, Esq., Dir. Law Library; Dr. Herman A. Vera-Rodriguez, Dean of College Graduate Studies; Dr. Edgar Rodriguez, Exec. Dir. Information Technology & Telecommunications.
Faculty: Rev. Msgrs. Herminio De Jesus; Abel A. DiMarco, Lecturer in History; Juan Rodriguez Orengo, Lectures in Theology; Revs. José D. Rodriguez Martino, Lecturer in Theology; Perfecto Alvarez, O.S.A., Lecturer in Theology; Adalin Rivera; Segismundo Cintron, Lecturer in Theology; Alvaro Huerga Teruelo; Juan Javier Inigo Monreal, C.M., Delegado para la Mision Inst.; Eladio Diaz Frias, Lecturer in Theology; Carlos Roman Toro, Lecturer in Theology; Hna. Nancy Arroyo Gonzalez; Nydia E. Rivera Aponte.
Mayaguez: Revs. Edgardo Acosta Ocasio, Lecturer in Theology; Jose R. Linares Pagan, Lecturer in Theology; Luis A. Rodriguez Vientos, Chap. Precinct Mayaguez, Dept. Teologia y Filosofia; Geraldo Caraballo Galindo, Lecturer in Theology; Jose A. Acaba Torres, Lecturer in Theology; Jose Aponte Bernardi, Lecturer in Theology.
Ponce: Rev. Msgr. Roberto Garcia Blay; Revs. William Martinez Evangelista; Victor Rojas Rodriguez, Lecturer in Theology; Francisco Medina Santos-Lecturer, Lecturer in Theology; P. Angel L. Rios Maton, J.C.D.; Jose Ortiz Guzman; Hno. Carlos Rodriguez Villanueva.
Recinto De Arecibo: Revs. Jose L. Alvarez Figueroa; Luis A. Mendez Acevedo, S.E.M.P.; Carlos Monroig Colon; Cesar Santos Romero.

**[C] SCHOOLS - INSTITUTES OF EDUCATION**

Ponce. Academia Cristo Rey Inc., Urb. La Rambla, c/o San Judas 3011, 00730-4091. Tel: 787-843-0766; Fax: 787-843-6443. Miss Gicela Bonilla Rodriguez, Prin. Students 580.
Centro San Francisco, Box 10479, 00732. Tel: 787-842-2776; Fax: 787-842-2776. Email: centrosanfranciscoinc@gmail.com. Sonial Pagan Figueroa, Dir.; Mrs. Lizabeth Quinones Vargas, Prin.; Gisela Rodriguez Matos, Librarian. Sisters of St. Joseph. Lay Teachers 28; Social Workers 1; Students 196.
Colegio del Sagrado Corazon De Jesus (1916) 2511 Calle Obispado, 00716-3836. Tel: 787-842-0339; Fax: 787-843-0250. Email: sagrado@cqui.net. Web: www.sagradoponce.org. Mrs. Maria Serrano, Prin.; Miss Lydia Mendes, Librarian. Religious of the Sacred Heart. Priests 1; Lay Teachers 56; Total Staff 92; Students 828.
Colegio El Ave Maria, 4506 Dr. Bartolomei, Reparto Valle Alegre, 00728-3151. Tel: 787-284-2453; Fax: 787-284-2453. Email: avemaria@pucpr.edu. Sr. Milagros Pizarro, O.D.M., Dir. P. Operarias del Divino Maestro (Avemarianas). Sisters 4; Lay Teachers 13; Total Staff 17; Total Enrollment 13; Students 250.
Holy Family School (1913) 1270 Ave. Hostos, 00717-0928. Tel: 787-842-3208; 787-812-0810 Res;; Fax: 787-844-6773. Email: sagradafamilia1270@yahoo.com. Sisters Cecilia Serrano Guzman, H.C., Prin.; Elena Cintron, H.C., Librarian. Sisters of Charity - Saint Vincent de Paul., Daughters of Charity of Saint Vincent of Paul. Sisters 5; Lay Teachers 19; Total Staff 22; Students 147.
Coto Laurel. Colegio Ponceno (Day School), 1900 Carr. 14, 00780-2147. Tel: 787-848-2525; Fax: 787-259-4282. Email: colegio@copin.net. Web: www.copin.net. Revs. Emilio Sotomayor, Sch.P., Dir. & Headmaster; Jose A. Basols, Sch.P., Devel.

Officer; Jesus Romero, Sch.P.; Juan Sanchez, Prin. (Supr.); Carmen Rizzo, Prin. (Elementary); Milagros Carmona, Librarian. Piarist Fathers. Priests 3; Deacons 1; Lay Teachers 55; Students 692; Total Staff 81.

PLAYA PONCE. *Centros Sor Isolina Ferre, Inc.* (1969) Centros Sor Isolina Ferre, P.O. Box 7282, 00732-7282. Tel: 787-842-0000 (Central Administration); 787-842-0000, Ext. 1301 (Tabaiba - Playa Ponce); Fax: 787-540-5020. Email: mperez@csifpr.org Web: www.csifpr.org Tel: 787-842-0000, Ext. 1302 (Tabaiba - Playa Ponce). Dr. Jose Luis Diaz Cotto, Ph.D., CEO & Prin.; Sr. Rosita M. Bauza, M.S.B.T., Historian. Federal state, municipal government and private foundations., Centros Sor Isolina Ferre is a non-profit organization dedicated to community revitalization through education and vocational, technological training programs. We help natural leaders from these communities become its advocates and counselors. Our efforts are aimed at: juvenile delinquency prevention - decreasing youth pregnancy, school dropout rates - special education, vocational & technological training - preparing youngsters & adults for employment - community self-development. We provide the necessary tools to become fully alive & rediscover their abilities. Our emphasis is to promote dignity & self-respect as a preventive measure for high risk groups. Sisters 6; Total Staff 436; Volunteers 362.

### [D] HOMES FOR THE AGED

PONCE. *Residencia Santa Marta* Home for Aged and Infirm, Barrio Sabanetas, P.O. Box 242, Mercedita, 00715-0242. Tel: 787-840-7575; Fax: 787-651-1080. Email: rsmarta@yahoo.com. Rev. P. Miguel Alvarez Hernando, Chap. Bed Capacity 200; Total Assisted Annually 161; Total Staff (Religious) 10; Residents 137.

### [E] CONVENTS & RESIDENCES OF SISTERS

PONCE. *Blessed Trinity Missionary Cenacle* (1950) P.O. Box 7282, 00732-7282. Tel: 787-844-1627. Email: msbtponce@coqui.net. www.msbt.org. Sr. Rosita M. Bauza, M.S.B.T., Historian (Centros Sor Isolina Ferre, Inc.). Sisters 5.

*Convent of Servants of Mary* (1891) Urb. La Rambla, 1703 Calle Siervas de Maria, 00730-4027. Tel: 787-901-0017. Mother Angela Martinez Vazquez, S.deM., Supr. Religious 23; Novices 6; Administered in the Home 1,378; Aspirants 1.

*Religiosas del Apostolado del Sagrado Corazon de Jesus* (1891) P.O. Box 8300, 00732-8300. Tel: 787-842-4340; Fax: 787-813-2066. Sisters Apostolate of the Sacred Heart of Jesus 13.

*Colegio Perpetuo Socorro* (Grades PreSchool-9), Carr. 3km 150, Bo. Coqui, Aguirre, PR 00704. Tel: 787-853-2270; Fax: 787-853-2531. Email: coquira@yahoo.com. Sisters Aurea E. Fuentes, R.A.D., Supr., Delegada Regl. Representante de la Superiora Gen.; Maria I. Caraballo, Asst. Prin.; Rev. Pedro Faustino Echevarria, Spiritual Dir.; Sr. Betzaida Espada, R.A., Pastoral Coord. Sisters 6.

YAUCO. *Hermanas Dominicas de Fatima, Hermanas Dominicas de Nuestra Senora del Rosario de Fatima*, P.O. Box 82, 00698-0062. Tel: 787-856-4256; 787-856-4330; Fax: 787-821-2439. Email: hnasfat@zoho.com.

### [F] PERSONAL PRELATURES

PONCE. *Prelature of the Holy Cross and Opus Dei*, Urb. Alhambra, 1614 calle Alcazar, 00716-3829. Tel: 787-844-2661; Fax: 787-844-2861. Email: pricoin@coqui.net. Web: opusdei.org.pr. Revs. Martin Llambias Majo; Jaime Bermudez Onopz.

### [G] MISCELLANEOUS

PONCE. *Albergue La Providencia para El Bienestar Social, Inc.*, P.O. Box 10142, 00732. Tel: 787-841-2119; Fax: 787-840-6642. Email: albergueprovi@gmail.com. Web: www.laprovidencia.org. Refuge Center for AIDS patients. Total Assisted 20.

*Centro Madre Dominga, Casa Belen* (2000) Urb. San Jorge, 3504 Calle Andino Apt. 2, 00717-0777. Tel: 787-290-3602; Fax: 787-844-3240. Email: madredominga@gmail.com. Sr. Elena Santana, O.P., Dir.

*Fundacion Surinach*, P.O. Box 32205, 00732-2205. Most Rev. Felix Lazaro, Sch.P., Pres.; Rev. Msgr. Juan Rodriguez Orengo, Treas.; Mr. Fernando Luis Rosado, Sec.

*Institucion Magdalena Aulina - Operarias Parroquiales* (Secular Institute), Simon de la Torre 43, 00730. Tel: 787-842-7209. Email: jiaulina@hotmail.com.

*Jardin Infantil Aulina I and II*, (I) Calle Simon de la Torre #43; (II) Calle Torre #48, Esq. Juan Seix, 00730. Tel: 787-842-7209; 787-432-1525. Grades: (I) 0-18 months; (II) 19 months-4 years

*Instituto Santa Ana*, P.O. Box 554, Adjuntas, 00601. Tel: 787-829-2504; Fax: 787-829-2121.

*Jardin Infantil Amor De Dios*, (Grades PreK-K), Urb. Constancia, 2456 Calle Eureka, 00717-2218. Tel: 787-842-5079; Fax: 787-844-5544. Email: jardinamordedios@yahoo.com. Sisters Martina Barreira, R.A.D., Dir.; Ana, Pastoral Coord. Students 130.

*Menores Domini*, P.O. Box 32197, 00732-2197. Tel: 787-515-5464. Email: zaffagiu@yahoo.it.

*Missionaries of Charity* (1989) Mailing Address: P.O. Box 32177, 00732-2177. Tel: 787-841-5443. *Hna. Mariella M.C. Casa Inmaculado Corazon de Maria*, 683 Ramos Antonini, El Tuque, 00728. Tel: 787-841-5443. Sr. M. Selma Thomas, M.C., Supr. Missionaries of Charity (Mother Theresa of Calcutta). Sisters 6; Residents 44; Bed Capacity 40; Total Assisted Annually 40; Total Staff 22.

*Pastoral Care of the Sick* (1982) Parroquia Santisima Trinidad, Ave Ponce de Leon 995, 109 Las Delicias, P.O. Box 8226, 00732-8226. Tel: 787-848-5600, Ext. 3202 (Operator - Dr. Pila Metropolitan Hospital); 787-842-6073 (Parish Private); 787-651-5522 (Office - Dr. Pila Metropolitan Hospital). Rev. Dairo Hernando Arboleda Ibarra, O.SS.T., Dir. Total Assisted Annually 21,508.

*Pontifical Catholic University of Puerto Rico Service Association (PCUSA)*, 2250 Boulevard Luis A Ferre, Ste. 516, 00717-9997. Tel: 787-841-2000, Ext. 1285; Fax: 787-651-2021. Mr. Julio Feliu, Dir.

JUANA DIAZ. *Santuary of Schoenstatt Diocesan Fathers of Schoenstatt*, Calle Padre Kantenich, #14, 00795. Tel: 787-526-6362. Rev. Hilario J. Gutierrez Burgos, Rector; Deacon Fernando Perez De La Cruz, Co-Admin.

PEÑUELAS. *Congregacion San Juan Evangelista*, P.O. Box 118, 00624. Tel: 787-836-1512; Fax: 787-836-1512. Email: hermanoscheos@yahoo.com. Bro. Eduardo Vazquez Dones, Pres. Brothers 150.

*Oblates of Wisdom* (1975) *Sagrada Corazon Parish*, HC-03 Box 13063, 00624-9717. Tel: 787-836-1164; 787-605-1195. Web: www.rtforum.org. Rev. Christopher De Herrera, O.S.

YAUCO. *Instituto Especial para el Desarrollo Integral del Individuo, la Familia y la Comunidad, Inc.*, P.O. Box 1241, 00968-1241. Tel: 787-856-3798; Fax: 787-856-4192. Email: instyco@coqui.net. Calle Madre Dominga #66, 00968-1241. Tel: 787-856-3798; 787-856-1573; Fax: 787-856-4192. Sr. Lieandra Rosa Pagan, Dir. Sisters 2; Total Assisted 862; Staff 29.

### RELIGIOUS INSTITUTES OF MEN REPRESENTED IN THE DIOCESE

For further details refer to the corresponding bracketed number in the Religious Institutes of Men or Women section.

[0470]—*The Capuchin Friars (Vice Province of Puerto Rico)*—O.F.M.Cap.

[0270]—*Carmelite Fathers & Brothers*—O.Carm.

[1330]—*Congregation of the Mission*—C.M.

[0650]—*Holy Ghost Fathers (Eastern Prov.)*—C.S.Sp.

[]—*Lumen Dei*—L.D.

[]—*Mercedarian Fathers*—O.deM.

[]—*Oblates of Wisdom*

[]—*Operarios Del Reino De Cristo*—O.R.C.

[0430]—*Order of Preachers-Dominicans (Holland Prov.)*—O.P.

[1310]—*Order of the Holy Trinity (Spain)*—O.SS.T.

[1040]—*Piarist Fathers (Spain)*—Sch.P.

[1070]—*Redemptorist Fathers (San Juan Prov.)*—C.SS.R.

### RELIGIOUS INSTITUTES OF WOMEN REPRESENTED IN THE DIOCESE

[0130]—*Apostles of the Sacred Heart of Jesus*—A.S.C.J.

[0340]—*Carmelite Sisters of Charity*—C.s.Ch.

[1070-05]—*Dominican Sisters*—O.P.

[]—*Hermanas de los Ancianos Desamparados*

[]—*Hermanas del Servicio Social*

[]—*Hermanas Del-Amor De Dios*

[]—*Hermanas Dominicas de Fatima*—O.P.

[]—*Hermanas Ntra. Sra. del Perpetuo Socorro* Juana Diaz, Ponce—N.S.P.S.

[]—*Hnas. Clarisas*—O.S.C.

[2340]—*Little Sisters of the Poor*—L.S.P.

[2710]—*Missionaries of Charity*—M.C.

[2790]—*Missionary Servants of the Most Blessed Trinity*—M.S.B.T.

[]—*Operarias del Divino Maestro (Avemarianas)*

[]—*Operarias Parroquiales*

[]—*Religiosas de los Santos Angeles Custodios (Adjuntas, Ponce)*—R.A.C.

[]—*School Sisters of Notre Dame*—S.S.N.D.

[3580]—*Servants of Mary*—S.S.M.

[]—*Sisters of Charity of St. Vincent de Paul*—H.C.

[]—*Sisters of Perpetual Socorro*—N.S.P.S.

[]—*Sisters of St. Joseph*—S.S.J.

[2150]—*Sisters, Servants of the Immaculate Heart of Mary*—I.H.M.

### NECROLOGY

*(No Deaths)*

An asterisk (*) denotes an organization that has established tax-exempt status directly with the IRS and is not covered by the USCCB Group Ruling.