UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IVETTE M. MARTINEZ GONZALEZ, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> CATHOLIC SCHOOLS OF THE ARCHIDIOCESES OF SAN JUAN PENSION PLAN, ET AL., <br><br> Defendants. | CIVIL NO. 16–2077 (GAG-BJM) <br> (LEAD) |
| NORMA I. CARDOZA-ESTREMERA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> COLEGIO PADRE BERRIOS, ET AL., <br><br> Defendants. | CIVIL NO. 16–2318 (GAG-BJM) |

**MOTION TO WITHDRAW AS COUNSEL**

Defendants Superintendence of the Catholic Schools of the Archdioceses San Juan and Samuel Soto respectfully move, under Local Rule 83D(b), for leave authorizing Attorneys Jaime L. Sanabria's and Arturo V. Bauermeister's withdrawals as counsel.

1

The Superintendence of the Catholic Schools of the Archdioceses San Juan and Samuel Soto will continue being represented by Attorneys Pedro Buso[1] and Frank Zorrilla. *See* ECF No. 22 (Attorney Zorrilla's appearance as counsel for the Superintendence of the Catholic Schools of the Archdioceses San Juan and Samuel Soto). Insofar as the undersigned attorneys (inadvertently[2]) appeared on behalf of the Catholic Schools of the Archdioceses of San Juan Pension Plan, they also request leave to withdraw as its counsel. This codefendant will continue being represented by Attorney Jesus R. Rabell Mendez, *see* ECF No. 26 (appearing as counsel for "the Catholic School Employees Pension Trust"), and by Attorney Zorrilla, *see* ECF No. 40, p. 2 (so showing).

For the reasons stated, this Court should *grant* this motion and therefore *authorize* Attorney Sanabria's and Bauermeister's withdrawals as counsel.

Dated: December 21, 2017                             Respectfully submitted,

**Sanabria Bauermeister Garcia & Berio,**

Corporate Center Building|Suite 202
33 Calle Resolución
San Juan, PR 00920
Tel. 787.300.3200

---

[1] On July 8, 2016, Attorney Buso first appeared on behalf of the Superintendence of the Catholic Schools of the Archdioceses San Juan and Samuel Soto. *See* ECF No. 18. Then, on August 14, 2017, Attorney Buso moved to withdraw only as counsel for Superintendence of the Catholic Schools of the Archdioceses San Juan. *See* ECF Nos. 128 and 129 (granting ECF No. 128). Finally, on December 13, 2017, Attorney Buso filed a motion asking this Court to "allow . . . [him] to appear as counsel for" the Superintendence of the Catholic Schools of the Archdioceses San Juan and Samuel Soto. *See* ECF No. 163.

[2] The Electronic Civil Docket for Case No. 16-2077 shows that the Catholic Schools of the Archdioceses of San Juan Pension Plan is currently being represented by Attorneys Arturo V. Bauermeister-Fernandez, Frank Zorrilla-Maldonado, Jaime Luis Sanabria-Montanez, Jesus R. Rabell-Mendez, and Pedro A. Buso-Garcia.

Fax. 787.300.3209

**/S/ JAIME L. SANABRIA**
**MONTAÑEZ**
USDC-PR 225307
jsanabria@sbgblaw.com

**/S/ ARTURO V. BAUERMEISTER**
USDC-PR 302604
avb@sbgblaw.com

## CERTIFICATE OF SERVICE

I certify that, on this day, the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By: **/s/ Arturo V. Bauermeister**